UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| YVES WANTOU, | § |   |
|---|---|---|
|   | § |   |
| Plaintiff, | § |   |
|   | § |   |
| v. | § | CIV. A. NO. 5:17-CV-00018-RWS-CMC |
|   | § |   |
| WAL-MART STORES TEXAS, LLC, | § |   |
|   | § |   |
| Defendant. | § |   |

**PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST**

| Judge Robert W. Schroeder III | PLAINTIFF'S ATTORNEY<br><br>*Pro Se* with the assistance of Standby Counsel, J. Randy Roeser | DEFENDANT'S ATTORNEY<br><br>Nancy L. Waters, James N. Zoys |
|---|---|---|
| TRIAL DATE (S)<br>October 28, 2019 - _____ | COURT REPORTER | COURTROOM DEPUTY |

| Pl. Ex. No. | Date Offered | Admitted | EXHIBIT | Bates |
|---|---|---|---|---|
| PX-1 | 10/28 | 10/28 | Wantou email – harassment (flies) 6/28/2015 | Wantou 17 |
| PX-2 | 10/28 | 10/28 | E-mail from Wantou to Steven Williams 10-1-15 | Wantou 20-21<br><br>WM-YW 7893-94, |
| PX-4 | 11/04 | 11/04 | E-mails, *inter alia*, from Joedi Graham to **Shannon Griggs** on **11-4-15** as to Ethics Investigation on Wantou's Discrimination Complaint | WM-YW 005980-82 |
| PX-5 | 10/28 | 10/28 | Written complaint of hostile work environment and disparate treatment 11-22-15 | Wantou 24-25 |
| PX-7 | 10/28 | 10/28 | Written Ethics Line Complaint from Wantou: 12-6-15 | Wantou 26-29 |

| PX-8 | 11/5 | 11/5 | Email from Wantou to Kendra Buford re: discrimination complaint 12-22-15 | WM/YW 396 |
|---|---|---|---|---|
| PX-9 | 10/28 | 10/28 | Written Ethics Line Complaint from Wantou; 1-11-16 | Wantou 30 |
| PX-10 | 10/28 | 10/28 | Written Ethics Line Complaint from Wantou; 1-14-16 | Wantou 31 |
| PX-11 | 11/04 | 11/04 | E-mail from Joedi Graham to **Shannon Griggs and Kendra Buford** on **1-17-16** as to Wantou's Ethics Line Complaint of 1-14-16 and other documents related to said complaint | WM-YW 005884-88 |
| PX-12 | 10/28 | 10/28 | Written Ethics Line Complaint from Wantou; March 2016 | Wantou 35 |
| PX-13 | 10/28 | 10/28 | E-mail from Wantou to Kendra Buford: Grievance as to annual evaluation, discrimination: 4-13-16 | Wantou 41-42 |
| PX-14 | 10/28 | 10/28 | Written Ethics Line Complaint from Wantou; 4-21-16 | Wantou 45 |
| PX-15 | 10/28 | 10/28 | Written Ethics Line Complaint from Wantou; 4-22-16 | Wantou 46 |
| PX-16 | 10/28 | 10/28 | Complaint from Wantou to Craig Mills and Damon Johnson (4-24-16) re: being harassed and subjected to disparate treatment 4-19-16 | Wantou 43-44 **5762-63** WM/YW **1556-57** WM/YW 4237-38, 5871-72 (redacted) |
| PX-17 | 10/28 | 10/28 | Complaint Wantou to Kendra Buford (4-26-16) as to harassment and disparate treatment by Katy Leeves | WM/YW 005870-71 (redacted) 5872-73) |
| PX-18 | 10/28 | 10/28 | Wantou's Grievance (4-26-16) for Coaching of 4-25-16 | WM/YW 4232 6492 5873 |
| PX-19 | 11/04 | 11/04 | Buford Forwarded E-mail (as to Wantou's 4-26-16 grievance as to coaching of 4-25-16 | Wantou 5460-64 |

| | | | and complaint as to harassment by Katy Leeves) to Griggs on 4-27-16 | WM-YW 006488-006492 (redacted) |
|---|---|---|---|---|
| PX-20 | 11/04 | 11/04 | E-mail String Between Wantou and Shannon Griggs<br><br>May 2016 | WM/YW 005848-49 |
| PX-21 | 10/28 | 10/28 | Formal complaint disparate treatment, harassment and retaliation (6-29-16); and<br>Addendum (6-30-16) to Formal complaint of 6-29-16 | Wantou 64-67<br><br>WM/YW 4233-36 |
| PX-22 | 11/04 | 11/04 | E-mails Exchanges with to Shannon Griggs and Kendra Buford as to Formal Complaint of discrimination<br>6-29-16 to 6-30-16 | Wantou 62-67<br><br>WM/YW 1563-66 |
| PX-23 | 11/04 | 11/04 | E-mail String between Wantou and Shannon Griggs<br><br>June-July 2016 | Wantou 062-63<br><br>WM/YW 7745-50 |
| PX-24 | 11/04 | 11/04 | E-mail (7-8-16) exchanges between Wantou and Shannon Griggs re: Wantou wanting to discuss his complaints and grievances | (WM/YW 1594-96) |
| PX-25 | 10/28 | 10/28 | E-mail (7-10-16) from Wantou to Shannon Griggs re: Alleged HIPAA breach | Wantou 70 |
| PX-26 | 10/28 | 10/28 | E-mail (7-29-16) from Wantou to Damon Johnson re: syringe incident and xenophobic insults | Wantou 75-76 |
| PX-27 | 10/28 | 10/28 | Written Ethics Line Complaint from Wantou; 8-14-16 | WM/YW 461, 468 |
| PX-28 | 10/28 | 10/28 | E-mail (11-25-16) from Wantou to Kendra Buford re: complaint and termination grievance | Wantou 96-97<br><br>WM/YW 4230-38 |
| PX-32 | 11/5 | 11/5 | Ethics Line Case Detail as to 1-11-16 Ethics Complaint | WM/YW 397-407 |
| PX-33 | 11/5 | 11/5 | Ethics Line Case Detail as to 1-14-16 Ethics Complaint | WM/YW 408-411, 5885- |

**PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST – Page 3**

| | | | | |
|---|---|---|---|---|
| | | | | 5888, 6038-6041, 414-417 |
| PX-34 | 11/5 | 11/5 | Ethics Line Case Detail as to March 2016 Ethics Complaint | WM/YW 418-28 |
| PX-35 | 11/5 | 11/5 | Ethics Line Case Detail as to 4-21-16 Ethics Complaints | WM/YW 429-48<br><br>5827-5837 (redacted) |
| PX-36 | 11/5 | 11/5 | Ethics Line Case Detail as to 4-22-16 Ethics Complaints | WM/YW 449-59 |
| PX-37 | 11/5 | 11/5 | Ethics Line Case Detail as to 8-14-16 Ethics Complaints | WM/YW 460-70, 1598-1603 5880-5884 |
| PX-41 | 10/29 | 10/29 | E-mail String and Records as to Ethics Line Complaint of 8-14-16 | WM-YW 5877-88 |
| PX-42 | 10/28 | 10/28 | Wantou's E-mails as to Medication Errors | Wantou 052-59, 72-73 |
| PX-44 | 10/29 | 10/29 | Damon Johnson's Communication with Buford on **12-5-16** as to Wantou's Ethics Line Complaint of 8/14/16 (Damon Johnson Alleges Resolved Ethics Line Complaint) | WM-YW 004218 |
| PX-45 | 10/29 | 10/29 | Buford's Alleged Investigation Post-Termination( about **2-1-17**) | WM-YW 004205-004296 |
| PX-46 | 11/04 | 11/04 | Katy Leeves' Signed Typed Notes 2-3-17 | WM/YW 004266-69 |
| PX-48 | 11/04 | 11/04 | Katy Leeves' Signed Hand-Written Notes 2-1-17 | WM/YW 004253-60 |
| PX-52 | 11/5 | 11/5 | Walmart Anti-Discrimination/Harassment Policy | WM/YW 000896-919 |
| PX-55 | 11/5 | 11/5 | -Walmart Requirements for Promotion to Management Positions (WM-YW 006978)<br>- To Be Promoted: No Level II or Level III Coaching (WM/YW 6973-74) | WM-YW 006978<br><br>WM/YW 6973-74 |
| PX-57 | 11/04 | 11/04 | Misty Perez: Techs Sabotage | WM/YW 007709-11 |

| PX-60 | 11/04 | 11/04 | Leeves' E-mail to Jones (about) 8-21-16 as to Fluzone HD | WM-YW 000729-730 |
|---|---|---|---|---|
| PX-61 | 10/28 | 10/28 | E-mail exchange between Wantou and Leeves with attachments on **8-21-16** regarding Fluzone HD | Wantou 77-80  WM-YW 000670-675 |
| PX-62 | 10/28 | 10/28 | Text Message Exchanges, including: -Message to James Jones 9-12-16 (Board) et al. - Message Regarding Missing Pay | Wantou 81 |
| PX-63 | 10/28 | 10/28 | Leeves' E-mail to Jones **10-7-16** as to Fluzone HD | WM-YW 013147-13149 |
| PX-65 | 10/28 | 10/28 | E-mail Exchange between Wantou & James Jones on **10-19-16** regarding Vaccines (Exhibit SR-20: PTF's Sur-Reply as to MSJ)) | WM-YW 006505 |
| PX-66 | 11/04 | 11/04 | Leadup to Termination E-mails | WM/YW 6590-91, 7536, 7541-42, 7653-57 |
| PX-67 | 10/28 | 10/28 | Wantou's Interview 10-25-16 | Wantou 94-95  WM/YW 005710-11 005705-09 |
| PX-69 | 10/28 | 10/28 | Wantou Termination Exit Interview | WM-YW 000262 |
| PX-72 | 10/28 | 10/28 | Texas Board of Pharmacy Rules 2016 | |
| PX-73 | 10/28 | 10/28 | Section 295.15 of Texas Administrative Code — Immunizations | Wantou 005111-18 |
| PX-75 | 11/04 | 11/04 | **Alleged List of Vaccines Outside the Standing Order** | WM-YW  011912 - 011935  WM-YW |

**PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST – Page 5**

| | | | | 011938 - 011948  WM-YW 12664-12677 |
|---|---|---|---|---|
| PX-78 | 10/28 | 10/28 | Standing Order August 18, 2015  Standing Order August 9, 2016 | WM-YW 004803-004809  WM-YW 006508-006514 |
| PX-79 | 10/28 | 10/28 | Consent Form | Wantou 5109-10 |
| PX-80 | 11/04 | 11/04 | Alleged Corporate Protocol for Vaccines 2015, Dated December 18, 2015 | WM-YW 014401-420 |
| PX-90 | 11/04 | 11/04 | **Terminations at Pharmacy of Store #131 from 1-1-15 to     8-1-17** | WM-YW 008800 |
| PX-94 | 10/29 | 10/29 | List of Techs/Cashiers at **Store #131** from 3-1-15 to 1-1-17 | WM-YW 008794 |
| PX-98 | 11/04 | 11/04 | POM 1102: Quality Improvement Responsibility | WM-YW 001663-1667 |
| PX-101 | 10/29 | 10/29 | Coaching Policy from 2012 to 2016 | WM/YW 001021-22, 1026-28, 1032-34 |
| PX-102 | 10/28 | 10/28 | POM 206: Professional Accountability Matrix Guidelines (Health & Wellness Compliance) (July 2016) | Wantou 140-143 |
| PX-103 | 11/04 | 11/04 | Health & Wellness Accountability Matrix (October 2014) | WM/YW 1756 |
| PX-114 | 10/28 | 10/28 | Mental Anguish Documents[1] (Wellness Pointe and Genesis) | Wantou 1851-1929  WM-YW 6199-6201 6196-6198 6303-6356 6279-6286 |

---

[1] Continuously supplemented, in accordance with the Fed. R. Civ. P.

**PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST** – Page 6

| | | | | |
|---|---|---|---|---|
| | | | | 6357-6359<br>6402-6405<br>6127-6142<br>6113-6125<br>6109-6111<br>6108<br>6105-6107<br>6102-6104<br>6099-6101<br><br>Wantou Med_Rec_WP_II_00001 to 87<br><br>Wantou Med_Rec_WP_III_00001 to 55 |
| PX-115 | 10/28 | 10/28 | Wantou's Sedgwick Claim<br><br>Leave of Absence<br><br>June 2016<br><br>(Claim entered 8-16-16) | WM/YW 002302-91 |
| PX-116 | 10/28 | 10/28 | Wantou's Leave of Absence<br><br>Data/Sedgwick: June-July 2016 | WM/YW 00263 |
| PX-117 | 10/28 | 10/28 | Plaintiff's Offer Letter, 3-17-15 | Wantou 001-003 |
| PX-124 | 10/28 | 10/28 | Job Search[2] | Wantou 189-1824<br><br>Wantou IND 01-17_06-1-32<br>JS 01-18 1-100<br>JS 02-18 1-41<br>JS 03-18 1-42<br>JS 04-2018 1-27<br>JS 05-2018 1-33<br>JS 06-2018 1-40<br>JS 07-2018 1-30<br>JS 08-2018 1-34<br>JS 09-2018 1-72<br>JS 10-2018 1-80<br>JS 11-2018 1-89<br>JS 12-2018 1-56<br>ZR 01-18_07-19 1-105<br>JS 08-19_09-19_10-19 000001-199 |

---

[2] Continuously supplemented, in accordance with the Fed. R. Civ. P.

**PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST – Page 7**

|  |  |  |  | Wantou<br>JS 02-19 1-164<br>JS 03-19 1-290<br>JS 04-19 1-180<br>JS 05-19 1-289<br>JS 06-19 1-502<br>JS 07-19 1-384 |
|---|---|---|---|---|
| PX-126 | 10/28 | 10/28 | Alleged First Written Coaching with Time Details 3-16-16 | WM-YW 004283-84 |
| PX-127 | 10/28 | 10/28 | Records of Visuals on 3-16-16 | WM/YW 014377-86 |
| PX-128 | 10/28 | 10/28 | Records of 4-Points on 3-16-16 | WM/YW 014387-97 |
| PX-132 | 10/28 | 10/28 | Coaching of 4-25-16 with Time Details | WM-YW 004285-86 |
| PX-133 | 11/04 | 11/04 | Coaching of 6-28-16 with Time Details | WM-YW 004287-89 |
| PX-135 | 11/04 | 11/04 | Leeves on Wantou's Work **6-16-16** (Alleging Wantou "Hardly did work") | WM-YW 000590—605<br><br>WM/YW 000590, 594, 597, 601, 605) |
| PX-137 | 11/04 | 11/04 | Leeves' Typed notes on Uduma 6-28-16 | WM-YW 004279 |
| PX-143 | 10/28 | 10/28 | Plaintiff's Performance Evaluation 3-31-2016<br>Plaintiff's Mid Year Discussions Evalaluation (from Katy Leeves) 9-8-16 | Wantou 82-86<br><br>WM/YW 000234-37 |
| PX-144 | 11/5 | 11/5 | Steven Williams About Plaintiff's Work | WM/YW 000385<br><br>WM/YW 000368 |
| PX-192 | 10/28 | 10/28 | E-mail from Wantou to James Jones about Missing Pay Forwarded to Kendra Buford on 12/9/16 | WM-YW 005702 |

**PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST** – Page 8