IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| YVES WANTOU, | § |
|---|---|
| Plaintiff, | § § § |
| v. | §  CIV. A. NO. 5:17-CV-00018-RWS-CMC |
| WAL-MART STORES TEXAS, LLC, | § § |
| Defendants. | § § § |

## DEFENDANT'S TRIAL EXHIBITS

| Judge Robert W. Schroeder III | PLAINTIFF'S ATTORNEY Yves Wantou, Pro Se Plaintiff | DEFENDANT'S ATTORNEY Nancy L. Waters |
|---|---|---|
| TRIAL DATE (S) October 28, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PL / Def. No. | DATE OFFERED | ADMITTED | | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|
| 1. | | X | WM/YW 231-232, 249 | Job Description – Staff Pharmacist; Wantou Acknowledgement |
| 4. | | X | WM/YW 252 | Wantou Quality Improvement Program Acknowledgement Form 3/18/15 |
| 5. | | X | WM/YW 253 | Wantou Standard Operational Procedures Acknowledgment Form 3/18/15 |
| 7. | | X | WM/YW 262 | Wantou Exit Interview 11/09/2016 |
| 9. | | X | WM/YW 312-325 | Yves Wantou - Training (GLMS) |
| 10. | | X | WM/YW 803-840 | GE-01 – Statement of Ethics |
| 11. | | X | WM/YW 896-899, 904-906 | PD-19 –Discrimination & Harassment Prevention (7/5/15-10/16/19) |
| 13. | | X | WM/YW 912-913, 916-917, 918-919 | PD-19 – Management Guide - Discrimination & Harassment Prevention (7/15-10/16/16) |
| 16. | | X | WM/YW 1000-1001 | Policy - PD-27 – Open Door Communications |
| 18. | | X | WM/YW 1026-1034 | Policy - PD-30 – Coaching for Improvement |
| 26. | | X | WM/YW 6069-6072 | Accountability Matrix July 2016 |
| 28. | | X | WM/YW 1760 | POM-1101-Quality Improvement-Overview |
| 30. | | X | WM/YW 1669-1678, 1679-1688 | POM-1014-SOP-Administering Immunizations (11/15-6/16) |
| 32. | | X | WANTOU 125-127; no Bates No. – for use at trial | CDC Fluzone High-Dose Seasonal Influenza Vaccine |
| 33. | | X | No Bates No. – for use at trial | Texas Administrative Code Section 193 |
| 37. | | X | WM/YW 4803-4809 | Standing Medical Order for the Administration of Vaccines- 8/18/15-8/17/16 |
| 38. | | X | WM/YM 8983 | Acknowledgment of Standing Order |
| 39. | | X | WM/YW 4841-4904 | Standing Order Protocol for the Administration of Vaccines - 8/9/16-8/1/17 |
| 40. | | X | WM 14401-14420 | Corporate Protocol for the Administration of Vaccines 12/18/15-12/22/16 |
| 42. | | X | WM/YW 8053-8056 | Pharmacist Administered Immunization Training transcript |
| 45. | | X | WM/YW 337-374 | 11/03/15 Ethics Hotline Case Details WMT-15-**11-0497** |
| 52. | | X | WANTOU 24-25 | 11/22/15 Handwritten Statement of Yves Gabriel Wantou Deugoue |
| 53. | | X | WM/YW 527-529 | 11/25/15 Handwritten Statement – Wendy Willoughby |
| 54. | | X | WM/YW 375-396 | 12/06/15 - Ethics Hotline Case Details WMT-15-**12-1166** |
| 59. | | X | WM/YW 397-407 | 01/11/16 Ethics Hotline Case Details WMT-16-01-1855 |

| # | | X | Bates | Description |
|---|---|---|---|---|
| 60. | | X | WM/YW 408-413 | 01/14/16 - Ethics Hotline Case Details WMT-16-01-2322 |
| 64. | | X | WM/YW 4283-86 | 03/16/16 Coaching for Improvement – First Written – Yves Wantou |
| 67. | | X | WM/YW 418-428 | 3/21/16 Case Details WMT-16-03-3974 |
| 68. | | X | WM/YW 234-237 | FY16 Annual Evaluation Yves Wantou 03/31/16 |
| 73. | | X | WM/YW 429-448 | 04/21/16 Case Details WMT-16-04-4040 |
| 74. | | X | WM/YW 449-459 | 04/22/16 Case Details WMT-16-04-4047 |
| 79. | | X | WM/YW 512-513 | 04/25/16 Shawn Shannon Coaching for Improvement – First Written |
| 80. | | X | WM/YW 6075-6076 | 04/25/16 Wantou Coaching for Improvement – Second Written |
| 82. | | X | WM/YW 708 | 04/26/16 Email to/from Katy Leeves; Subject: RPH discussion 4/26/16 |
| 84. | | X | WM/YW 6488-6492 | 04/27/16 Email from Kendra Buford to Shannon Griggs, Re: Open Door by Yves Wantou |
| 85. | | X | WM/YW 544 | 04/27/16 Email exchange Wendy Willoughby/Damon Johnson; Subject: RPH Issues Statement |
| 90. | | X | WM/YW 5858-5860 | Email exchange between Shannon Griggs, Wantou and Kendra Buford (4/13/18-5/18 string of emails) |
| 91. | | X | WM/YW 5848 | 05/20/16 Email from Yves Wantou to Shannon Griggs |
| 99. | | X | WM/YW 1559 | 06/17/16 Emails from: Wendy Willoughby to: Damon Johnson; Re: RPh Issues Statement |
| 100. | | X | WM/YW 508-510 | 06/20/16 Handwritten Statement |
| 101. | | X | WM/YW 580-581 | 06/22/16 Handwritten Statement by Erica Williams |
| 103. | | X | WM/YW 1561-1562 | 06/27/16 Email from Misty Smith (Perez) to Katy Leeves and Damon Johnson; Re: Typewritten Statement Signed by Nicole Ray and Lexi McQueen |
| 107. | | X | WM/YW 1568-1569 | 06/28/16 Wantou Third Written Coaching |
| 113. | | X | WM/YW 1594-1596 | Exchange of emails between Shannon Griggs and Wantou (6/29/16-7/8/16) |
| 122. | | X | WM/YW 7745-7746 | 07/10/16 –07/11/16 Email exchange Yves Wantou/ Shannon Griggs |
| 133. | | X | WM/YW 5974-5977 | 08/07/16 Handwritten Statements (Store 131 Mt. Pleasant Tx) |
| 137. | | X | WM/YW 460-470 | Case Details WMT-16-08-3143 – 8/14/16 |
| 144. | | X | WM/YW 670-675 | 08/20/16 – 08/21/16 Email exchange Katy Leeves/Yves Wantou |
| 145. | | X | WM/YW 729-730 | 08/21/16 Email from Katy Leeves to James Jones; Re: Fluzone HD Info |
| 149. | | X | WM/YW 13147-13149 | 10/07/16 Email from Katy Leeves to James Jones re: IMZ Clarification Needed |
| 154. | | X | WM/YW 6505-6507 | 10/19/16 Email exchange James Jones/Yves Wantou, cc: Katy Leeves and Misty Perez; Re: 9 patients given Fluzone HD and one patient given Boostrix RX |
| 155. | | X | WM/YW 637 | Email between James Jones and Wantou |
| 156. | | X | WM/YW 5735-5746 | 10/24/16 Email from James Jones to Kendra Buford, Shannon Griggs and Damon Johnson, Re: Yves Investigation with documents |
| 157. | | X | WM/YW 7655-7656 | 10/24/19 Email from Kendra Buford to James Jones |
| 158. | | X | WM/YM 7541 | 10/24/19 email from Kendra Buford to James Jones |
| 160. | | X | WM/YW 5704-5711 | 10/26/16 Email from James Jones to Kendra Buford, Shannon Griggs, Damon Johnson and Shelley Tustison (includes Wantou statement) |
| 161. | | X | WM/YW 7754-7759 | 11/2/16 email from Misty Perez to James Jones |
| 162. | | X | WM 5714-5715 | 11/04/16 Email from James Jones to Shelley Tustison, Shannon Griggs, Damon Johnson, Kendra Buford and Kevin Clay; Re: Yves Termination with 11/02/16 - Email from Misty Perez to James Jones |
| 170. | | X | WM/YW 4212-4218 | 12/03/16 email from Damon Johnson to Kendra Buford |
| 173. | | X | WM/YW 4205-4296 | 01/09/17 Ethics Complaint WMT-17-01-1905 |
| 176. | | X | WM/YM 6090-6091; 6122-6123, 6196-6198; 6199-6201 | Certified Medical Records from Wellness Pointe |
| 184. | | X | WM 8925, 9461 | Excerpts from Certified TWC Unemployment Records for Wantou |
| 195. | | X | WM-YW 14398 | Canceled Non-Wage Check to Yves Wantou in the amount of $183.77 |
| 196. | | X | WM/YW14399-14400 | Canceled Wage-based Check to Yves Wantou in the amount of $1,439.49 |
| 197. | | X | WM/YW 6626 | Yves Wantou Statement of Earnings & Deductions - 3-4-17 to 03-17-17 |