**Job Description**

**Staff Pharmacist**



This position is responsible for assisting in the operation of a facility. An individual in this position will be expected to perform additional job related responsibilities and duties as assigned and/or as necessary.

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Maintains confidential information, documentation, and assigned records as required by Company policies, and local, State, and Federal guidelines.

Provides pharmaceutical care to Customers, including processing and accurately dispensing prescription orders, counseling Customers regarding health care and prescription medication needs, maintaining confidential information, maintaining controlled medication and required documentation.

Ensures compliance with Company and legal policies, procedures, and regulations for assigned areas by analyzing and interpreting reports, implementing and monitoring loss prevention and safety controls, overseeing safety, operational, and quality assurance reviews, developing and implementing action plans, and providing direction and guidance on executing Company programs and strategic initiatives.

Models, enforces, and provides direction and guidance to Associates on proper Customer service approaches and techniques to ensure Customer needs, complaints, and issues are successfully resolved within Company guidelines and standards.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Quality Patient Care-Facility - Creates a culture of patient care, safety, and accuracy. Communicates clear expectations regarding quality of care and patient safety. Ensures others are held accountable for following Standard Operating Procedures (SOP) and achieving expected quality and patient safety goals. Ensures counseling (providing information related to the health service provided) occurs on new therapy (new items) and as requested by patients or required by practice or state regulations, including appropriate documentation. Analyzes and identifies areas of improvement needed and implements intervention steps to improve team knowledge and focus on patient safety and risk reduction. Promotes reporting and transparency of errors whether actual or patient perceived. Writes timely and effective plans of action focused on identification and correction of root cause.

Compliance Focused Execution-Facility - Creates and fosters an environment centered on health care compliance execution. Actively communicates, trains, and guides the processes for completion and follow-up on compliance initiatives to associates within Health & Wellness and other associates as applicable to the respective health care business. Implements compliance initiatives and priorities and monitors compliance execution by others. Ensures appropriate operational execution of billing procedures, HIPAA compliance adherence, and Standard Operating Procedures (SOP). Utilizes auditing processes to identify compliance issues and implement processes for improvement.

Manages Pharmacy Operations - Demonstrates and communicates solid working knowledge of pharmaceutical products, records, procedures, and regulations. Monitors and ensures that Company and regulatory standards are met for the pharmacy products and services offered and provided. Upholds Company and regulatory (for example, HIPAA, SOP, QA) policies, standards, and procedures for prescriptions, insurance verification and claims, Associate training, and Pharmacist licenses, certifications, and registrations. Evaluates and appropriately responds to issues related to Customer safety and satisfaction, merchandise, insurance, licensure, and training needs. Monitors and ensures adherence to proper procedures and guidelines for advising on, verifying, and dispensing pharmaceutical products.

Customer/Member Centered: Meet Internal and External Customer/Member Needs - Identifies the requirements, expectations, and needs of customers/members. Supports and aligns with initiatives, goals, and actions focused on improving customer/member service. Addresses the concerns and issues of internal and external customers/members. Uses customer/member data, analyses, and insights to improve customer/member-related decisions.

Judgment: Demonstrate Professional Judgment - Researches and integrates relevant information and data, and uses expertise to make recommendations or decisions. Identifies and applies sound, fact-based criteria in setting priorities and making decisions. Uses business measures and analyses to identify improvement opportunities. Probes and looks beyond symptoms to determine the root causes of problems and identify possible solutions.

Execution and Results: Focus on Execution and Results - Aligns and pursues work activities to achieve the mission and business priorities of the organization. Shares information, practices, and resources across functions, organizations, and locations to improve performance. Effectively uses existing processes and tools to achieve performance objectives. Uses and explains major process steps to manage time, resources, and challenges to meet goals.

Planning and Improvement: Plan for and Improve Performance - Develops and implements plans, practices, and processes to better achieve organizational goals. Develops contingency plans to manage or eliminate potential problems. Identifies and recommends ways to continually improve and streamline processes and practices.

Influence and Communicate: Build Influence - Develops and presents logical, convincing reasons in support of one's perspectives and initiatives. Proactively shares relevant information and timely updates with appropriate people. Listens attentively and asks questions to ensure understanding. Researches information for and prepares documents and presentations that effectively convey relevant information in a timely manner.

**Job Description**

**Staff Pharmacist**

Ethics and Compliance: Model Ethics and Compliance - Complies with policies and procedures. Demonstrates ethical performance. Supports efforts to enforce compliance with policies and procedures.

Adaptability: Adapt Professionally - Demonstrates creativity and strength in the face of change, obstacles, and adversity. Adapts to competing demands and shifting priorities. Updates and shares knowledge and skills to keep current in one's area of expertise. Embraces change and supports its implementation.

Build Relationships: Form Relationships - Builds trusting, collaborative relationships and alliances across functional and organizational boundaries. Relates to others in an accepting and respectful manner, regardless of their organizational level, personality, or background. Collaborates with people from diverse backgrounds, experiences, and functional areas to discover new perspectives.

## Physical Activities

*The following physical activities are necessary to perform one or more essential functions of this position.*

Observes associate, customer, or supplier behavior.

Enters and locates information on computer.

Presents information to small or large groups and individuals.

Communicates effectively in person or by using telecommunications equipment.

Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Visually verifies information, often in small print.

Reads information, often in small print.

Visually locates merchandise and other objects.

Visually inspects equipment.

Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

Moves, lifts, carries, and places merchandise and supplies weighing up to 25 pounds without assistance.

## Travel

*Traveling is necessary to perform one or more essential functions of this position.*

Travels domestically to and from multiple facilities or work-sites requiring consecutive overnight stays.

Travels domestically to and from multiple facilities or work-sites during the workday.

## Work Environment

*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

Moves through narrow, confined spaces such as stacks of merchandise or supplies, storage areas, and closets.

May work with substances that require special handling

Works in areas requiring exposure to varying temperatures, extreme heat or cold, and/or wet, damp, or drafty conditions.

Works overnight and on varying shifts as required.

## Entry Requirements

### Minimum Qualifications

- Bachelor's Degree in Pharmacy or PharmD. Degree, or equivalent FPGE (NABP)

- Pharmacy license (by job entry date)

### Preferred Qualifications

- Current immunization certification

**Job Description**

**Staff Pharmacist**

Walmart

---

## Signature

I have read and understand the essential functions for this position and certify that:

_____   I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____   I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____          _____          _____
Associate/Applicant Printed Name          Associate/Applicant Signature          Date

---

**CONFIDENTIAL INFORMATION**

**Job Description**                                                                                    **Walmart**

**Staff Pharmacist**

---

### Signature

I have read and understand the essential functions for this position and certify that:

☑ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

___ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |
|---|---|---|
| YVES G. WANTOU DEMONT | | 03/18/15 |

---

WM/YW 000249

CONFIDENTIAL INFORMATION

STORE # *131*

LOCATION: *Mount Pleasant*

## QUALITY IMPROVEMENT PROGRAM
## ACKNOWLEDGMENT FORM

I acknowledge that I am responsible for reading and complying with all Quality Improvement Program Guidelines published in Walmart/Sam's Club Pharmacy Operations Manual (POM) and standards established from time to time by Walmart/Sam's Club Pharmacies.  Prior to being permitted to fill any prescriptions at a Walmart/Sam's Club Pharmacy, I have been required to and have read and will comply with the specific POMs concerning the Pharmacy Quality Improvement Program listed below.

POM 1101 (Quality Improvement Overview)
POM 1102 (Quality Improvement Responsibilities)
POM 1103 (Quality Improvement Cash Payout)

**Pharmacist Signature**

**Date** 03/18/15

I attest that the Pharmacist has read the Quality Improvement documents listed above before filling any prescriptions in a Walmart or Sam's Club pharmacy. I also attest that I have reviewed with the Pharmacist, Walmart's *Quality Improvement Program and Workshop Guidelines.*

**Market Health and Wellness Director/Market Manager (Signature)**

**Date** 3/18/2015

Defendant's
EX 4
5:17-CV-00018-RWS-CMC

**WM/YW 000252**

**CONFIDENTIAL INFORMATION**

STORE # _131_    LOCATION: _Mount Pleasant_

## STANDARD OPERATIONAL PROCEDURES
## ACKNOWLEDGMENT FORM

I acknowledge that I am responsible for understanding and complying with all of the contents of the Walmart/Sam's Club Pharmacy Operations Manual (POM).

Prior to being granted permission to fill any prescriptions in a Walmart/Sam's Club Pharmacy, I have been required to and have read and will comply with the following POMs associated with the filling of prescriptions in Walmart/Sam's Club Pharmacies.

**POM 1000 - Standard Operational Procedures**
Overview - POM 1001
Prescription Flow - POM 1002
Station Assignment - POM 1003
Drop Off - POM 1004
Input - POM 1005
Drug Utilization Review (DUR) – POM 1006
4-Point Check - POM 1007
Fill Station - POM 1008
Visual Verification - POM 1009
Bagging - POM 1010
Counseling - POM 1011
Pick Up – POM 1012
Troubleshoot - POM 1013

_____    _03/18/15_
**Pharmacist Signature**          **Date**

I attest that the Pharmacist has read the above POMs before filling any prescriptions in a Walmart or Sam's Club pharmacy.

_____    _3/18/2015_
**Market Health and Wellness Director/Market Manager**    **Date**
**(Signature)**

Defendant's
EX 5
5:17-CV-00018-RWS-CMC

**WM/YW 000253**

**CONFIDENTIAL INFORMATION**

Exit Interview Form

**Wal-Mart Stores, Inc.**
**EXIT INTERVIEW**

Printed From GAIN - GAIN # 9897983
**Associate Information**

Associate Name :Yves Wantou Deugoue   WIN = 221153347   SSN # : xxx-xx-REDACTED

Address :105 ASH STREET APT 10, PITTSBURG, TX - 75686   US   Phone:

Facility #:131   Division # : 10   Associate Type: Salaried

Last Worked Date:11/09/2016   Effective Date: 11/11/2016

Last Position Held:1000043160 -   Last Rate of Pay:

**Company Property Information**
**The following applicable Wal-Mart property must be collected at the time of Exit Interview.**

☐ Company Credit Cards ☐ Company Phone Cards ☐ Cell Phone ☐ Laptop Computer ☐ Goodlink/Treo

☑ Facility/Office Keys ☐ Company Car ☑ Badge ☑ Discount Card ☐ Membership Card ☑ Company Issued Clothings

☐ Weight Belt ☐ Box Cutter ☐ Freezer Gear ☐ Associate did not provide any or all of WM property requested

**Note :** To be considered for re-employment, you must re-apply. Your previous work record with Wal*Mart Stores, Inc. will be reviewed.
The Company assumes no obligation to contact you for possible re-employment. Where state laws
allow, a Neutral Reference will be provided to external employers seeking information regarding your employment
with Wal*Mart Stores, Inc. Dates of employment and last position held is the only information that will be released.

**Summary of Termination Information**

Termination Type:  Involuntary Termination         Eligible for Rehire Status:  Rehirable

Termination Reason:  Misconduct With Coachings       Last Day Worked:  11/09/2016

**Manager Comments**

**Signatures**

| Associate Name : | Yves Wantou Deugoue | Date: | | Electronic Acknowledge: | No |
|---|---|---|---|---|---|
| Supervisor Name : | DAMON JOHNSON | Date: | 11/11/2016 | Electronic Acknowledge: | Yes |
| Witness Name : | JAMES JONES | Date: | 11/11/2016 | Electronic Acknowledge: | Yes |

**Provided below is important information related to your separation....**

| COBRA | Continuation of Benefits | (800) 421-1362 |
|---|---|---|
| DISCOUNT CARD - RETIREE | Application Information | (800) 421-1362 |
| LIFE INSURANCE | Conversion of Benefits | (877) 740-2116 * must call within 31 days of date coverage ends |
| PROFIT SHARING | Account Information | (888) 968-4015 |
| STOCK OWNERSHIP | Account Information | (800) 438-6278 |
| 401K | Account Information | (888) WMT401K OR (888) 968-4015 |
| RESOURCES FOR LIVING | Counseling Service | (800) 825-3555 |





Defendant's
EX 7
5:17-CV-00018-RWS-CMC

**WM/YW 000262**

Wantou, Yves - Training (GLMS)

WM/YW 000312

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | EMP_NO | EMP_FNAME | EMP_LNAME | CODE | ACTIVITYNAME |
| 2 | 221153347 | YVES | WANTOU DEUGOUE | 10844 | Rx Hazardous Materials (POM 503 Mail-Outs) |
| 3 | 221153347 | YVES | WANTOU DEUGOUE | 11101 | Emergency Procedures |
| 4 | 221153347 | YVES | WANTOU DEUGOUE | 11166 - obsolete | HIPAA General - obsolete |
| 5 | 221153347 | YVES | WANTOU DEUGOUE | 11572 | CMEA compliance |
| 6 | 221153347 | YVES | WANTOU DEUGOUE | 12159 | Accommodations and Accessibility |
| 7 | 221153347 | YVES | WANTOU DEUGOUE | 12159 | Accommodations and Accessibility |
| 8 | 221153347 | YVES | WANTOU DEUGOUE | 12169 | Bill of Rights and Med B Audits |
| 9 | 221153347 | YVES | WANTOU DEUGOUE | 12169 | Bill of Rights and Med B Audits |
| 10 | 221153347 | YVES | WANTOU DEUGOUE | 12169 | Bill of Rights and Med B Audits (1.3) |
| 11 | 221153347 | YVES | WANTOU DEUGOUE | 12169 | Bill of Rights and Med B Audits (1.3) |
| 12 | 221153347 | YVES | WANTOU DEUGOUE | 12229 | HIPAA Refresher |
| 13 | 221153347 | YVES | WANTOU DEUGOUE | 12273 | Safety For Hourly (Annual) |
| 14 | 221153347 | YVES | WANTOU DEUGOUE | 12273 | Safety For Hourly (Annual) |
| 15 | 221153347 | YVES | WANTOU DEUGOUE | 12301 | Fire Safety (Annual) |
| 16 | 221153347 | YVES | WANTOU DEUGOUE | 12301 | Fire Safety (Annual) |
| 17 | 221153347 | YVES | WANTOU DEUGOUE | 12378 | Spill Cleanup 2 |
| 18 | 221153347 | YVES | WANTOU DEUGOUE | 1291 - obsolete | Customer and Member Safety (Obsolete) |
| 19 | 221153347 | YVES | WANTOU DEUGOUE | 1444 | Hazard Communications |
| 20 | 221153347 | YVES | WANTOU DEUGOUE | 1563 | Baler and Compactor Safety (New Hires) |
| 21 | 221153347 | YVES | WANTOU DEUGOUE | 1698 - Obsolete | Safe Electrical Practices |
| 22 | 221153347 | YVES | WANTOU DEUGOUE | 27635 | MicroMessaging: The Power of Small |
| 23 | 221153347 | YVES | WANTOU DEUGOUE | 31179 | Texas Injury Care Benefit Plan-English |
| 24 | 221153347 | YVES | WANTOU DEUGOUE | 92258 | A Safer Workplace: Management |
| 25 | 221153347 | YVES | WANTOU DEUGOUE | 92258 | A Safer Workplace: Management |
| 26 | 221153347 | YVES | WANTOU DEUGOUE | CAH27635 | MicroMessaging: The Power of Small (1.4) |
| 27 | 221153347 | YVES | WANTOU DEUGOUE | CALL103831 | care1 Leadership Message |
| 28 | 221153347 | YVES | WANTOU DEUGOUE | CALL103831 | care1 Leadership Message (1.0) |
| 29 | 221153347 | YVES | WANTOU DEUGOUE | CBL10844 | Rx Hazardous Materials (POM 503 Mail-Outs) (1.1) |
| 30 | 221153347 | YVES | WANTOU DEUGOUE | CBL11101 | Emergency Procedures (1.2) |
| 31 | 221153347 | YVES | WANTOU DEUGOUE | CBL11166 | HIPAA General (1.4) |
| 32 | 221153347 | YVES | WANTOU DEUGOUE | CBL11166 | HIPAA General |
| 33 | 221153347 | YVES | WANTOU DEUGOUE | CBL11572 | CMEA Compliance (1.5) |
| 34 | 221153347 | YVES | WANTOU DEUGOUE | CBL12159 | Accommodations and Accessibility (1.3) |
| 35 | 221153347 | YVES | WANTOU DEUGOUE | CBL12159 | Accommodations and Accessibility (1.3) |
| 36 | 221153347 | YVES | WANTOU DEUGOUE | CBL12229 | HIPAA Refresher (1.4) |
| 37 | 221153347 | YVES | WANTOU DEUGOUE | CBL12229 | HIPAA Refresher |
| 38 | 221153347 | YVES | WANTOU DEUGOUE | CBL12273 | Safety 1 |
| 39 | 221153347 | YVES | WANTOU DEUGOUE | CBL12273 | Safety 1 |
| 40 | 221153347 | YVES | WANTOU DEUGOUE | CBL12273 | Safety 1 (1.8) |
| 41 | 221153347 | YVES | WANTOU DEUGOUE | CBL12273 | Safety 1 (1.8) |
| 42 | 221153347 | YVES | WANTOU DEUGOUE | CBL12301 | Safety 2 |

Defendant's
EX 9
5:17-CV-00018-RWS-CMC

WM/YW 000313

Wantou, Yves - Training (GLMS)

| | F<br>HIDDEN_FROM_TRANSCRIPT | G<br>ACTIVITY_TYPE | H<br>SCORE | I<br>STATUS | J<br>ELAPSEDSECONDS | K<br>STARTDT | L<br>ENDDT |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | Yes | Versional | | completed | | 2015-03-30 04:23:09.000 | 2015-03-30 04:23:23.000 |
| 3 | Yes | Versional | 100 | completed | | 2015-03-27 00:22:10.000 | 2015-03-27 00:41:38.000 |
| 4 | Yes | Versional | | completed | | 2015-03-26 21:40:13.000 | 2015-03-26 22:08:51.000 |
| 5 | Yes | Versional | | completed | | 2015-03-26 22:45:28.000 | 2015-03-26 23:15:04.000 |
| 6 | Yes | Versional | 100 | completed | | 2015-03-26 19:21:21.000 | 2015-03-26 20:28:10.000 |
| 7 | Yes | Versional | 100 | completed | | 2016-01-01 23:19:51.000 | 2016-01-03 18:16:42.000 |
| 8 | Yes | Versional | | completed | | 2015-03-27 17:52:59.000 | 2015-03-27 17:53:27.000 |
| 9 | Yes | Versional | | completed | | 2016-01-03 18:26:02.000 | 2016-01-03 18:27:32.000 |
| 10 | Yes | Versional | | completed | 23 | 2016-01-03 18:26:02.000 | 2016-01-03 18:27:32.000 |
| 11 | Yes | Course | | completed | 28 | 2015-03-27 17:52:59.000 | 2015-03-27 17:53:27.000 |
| 12 | Yes | Versional | 90 | completed | | 2016-03-26 15:59:11.000 | 2016-03-26 17:21:54.000 |
| 13 | Yes | Versional | 100 | completed | | 2015-03-27 19:22:24.000 | 2015-03-27 19:48:31.000 |
| 14 | Yes | Versional | 100 | completed | | 2016-01-03 18:27:55.000 | 2016-01-03 19:19:47.000 |
| 15 | Yes | Versional | 80 | completed | | 2015-03-28 23:01:51.000 | 2015-03-28 23:26:21.000 |
| 16 | Yes | Versional | 80 | completed | | 2016-01-01 21:18:12.000 | 2016-01-01 23:14:26.000 |
| 17 | Yes | Versional | 100 | completed | | 2015-03-29 03:49:51.000 | 2015-03-29 04:26:22.000 |
| 18 | Yes | Versional | 93 | completed | | 2015-03-26 23:16:56.000 | 2015-03-26 23:56:19.000 |
| 19 | Yes | Versional | 100 | completed | | 2015-03-27 15:45:39.000 | 2015-03-27 16:28:15.000 |
| 20 | Yes | Versional | 100 | completed | | 2015-03-26 20:31:00.000 | 2015-03-26 21:09:52.000 |
| 21 | Yes | Versional | 100 | completed | | 2015-03-27 00:42:53.000 | 2015-03-27 00:51:05.000 |
| 22 | Yes | Versional | | completed | | 2015-04-18 19:55:50.000 | 2015-04-18 20:55:24.000 |
| 23 | Yes | Versional | | completed | | 2015-03-26 21:11:57.000 | 2015-03-26 21:38:03.000 |
| 24 | Yes | Versional | | completed | | 2015-03-26 18:43:37.000 | 2015-03-26 19:19:44.000 |
| 25 | Yes | Versional | | completed | | 2016-01-01 21:34:38.000 | 2016-01-01 23:57:00.000 |
| 26 | No | Course | | completed | 3560 | 2015-04-18 19:55:50.000 | 2015-04-18 20:55:24.000 |
| 27 | Yes | Versional | | completed | | 2015-03-27 18:30:46.000 | 2015-03-27 18:43:42.000 |
| 28 | No | Course | | completed | 744 | 2015-03-27 18:30:46.000 | 2015-03-27 18:43:42.000 |
| 29 | No | Course | | completed | 15 | 2015-03-30 04:23:09.000 | 2015-03-30 04:23:23.000 |
| 30 | No | Course | 100 | completed | 1116 | 2015-03-27 00:22:10.000 | 2015-03-27 00:41:38.000 |
| 31 | No | Course | | completed | 1703 | 2015-03-26 21:40:13.000 | 2015-03-26 22:08:51.000 |
| 32 | No | Objective | | completed | | 2015-03-26 21:40:13.000 | 2015-03-26 22:08:51.000 |
| 33 | No | Course | | completed | 1738 | 2015-03-26 22:45:28.000 | 2015-03-26 23:15:04.000 |
| 34 | No | Course | 100 | completed | 2761 | 2016-01-01 23:19:51.000 | 2016-01-03 18:16:42.000 |
| 35 | No | Course | 100 | completed | 3968 | 2015-03-26 19:21:21.000 | 2015-03-26 20:28:10.000 |
| 36 | No | Course | 90 | completed | 4949 | 2016-03-26 15:59:11.000 | 2016-03-26 17:21:54.000 |
| 37 | Yes | Objective | 90 | completed | | 2016-03-26 15:59:11.000 | 2016-03-26 17:21:54.000 |
| 38 | No | Objective | 100 | completed | | 2015-03-27 19:22:24.000 | 2015-03-27 19:48:31.000 |
| 39 | No | Objective | 100 | completed | | 2016-01-03 18:27:55.000 | 2016-01-03 19:19:47.000 |
| 40 | Yes | Course | 100 | completed | 1331 | 2016-01-03 18:27:55.000 | 2016-01-03 19:19:47.000 |
| 41 | Yes | Course | 100 | completed | 1556 | 2015-03-27 19:22:24.000 | 2015-03-27 19:48:31.000 |
| 42 | Yes | Objective | 80 | completed | | 2015-03-28 23:01:51.000 | 2015-03-28 23:26:21.000 |

Wantou, Yves - Training (GLMS)

WM/YW 000314

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 43 | 22115334 | YES | WANTOU DEUGOUE | CBL12301 | Safety 2 |
| 44 | 22115334 | YES | WANTOU DEUGOUE | CBL12301 | Safety 2 (1.6) |
| 45 | 22115334 | YES | WANTOU DEUGOUE | CBL12301 | Safety 2 (1.6) |
| 46 | 22115334 | YES | WANTOU DEUGOUE | CBL12361 | Spill Cleanup 1 (1.3) |
| 47 | 22115334 | YES | WANTOU DEUGOUE | CBL12362 | Hazardous Waste 1 (1.4) |
| 48 | 22115334 | YES | WANTOU DEUGOUE | CBL12378 | Spill Cleanup 2 |
| 49 | 22115334 | YES | WANTOU DEUGOUE | CBL12378 | Spill Cleanup 2 (1.4) |
| 50 | 22115334 | YES | WANTOU DEUGOUE | CBL1291 | Customer and Member Safety (1.5) |
| 51 | 22115334 | YES | WANTOU DEUGOUE | CBL1444 | Hazard Communications (1.5) |
| 52 | 22115334 | YES | WANTOU DEUGOUE | CBL1444 | Hazard Communications |
| 53 | 22115334 | YES | WANTOU DEUGOUE | CBL1563 | Baler and Compactor Safety (New Hires) (1.8) |
| 54 | 22115334 | YES | WANTOU DEUGOUE | CBL1698 | Safe Electrical Practices |
| 55 | 22115334 | YES | WANTOU DEUGOUE | CBL1698 | Safe Electrical Practices (1.3) |
| 56 | 22115334 | YES | WANTOU DEUGOUE | CM32030 | MicroMessaging Acknowledgement Form |
| 57 | 22115334 | YES | WANTOU DEUGOUE | CM32030 | MicroMessaging Acknowledgement Form (1.1) |
| 58 | 22115334 | YES | WANTOU DEUGOUE | FA13758 | Language Assistance Services |
| 59 | 22115334 | YES | WANTOU DEUGOUE | FA13758 | Language Assistance Services |
| 60 | 22115334 | YES | WANTOU DEUGOUE | FA13758 | Language Assistance Services (1.9) |
| 61 | 22115334 | YES | WANTOU DEUGOUE | FA13758 | Language Assistance Services (2.2) |
| 62 | 22115334 | YES | WANTOU DEUGOUE | FAL123579 | Controlled Substances 1 |
| 63 | 22115334 | YES | WANTOU DEUGOUE | FAL123579 | Controlled Substances 1 |
| 64 | 22115334 | YES | WANTOU DEUGOUE | FAL123579 | Controlled Substances 1 (1.1) |
| 65 | 22115334 | YES | WANTOU DEUGOUE | FAL23581 | Controlled Substances 2 |
| 66 | 22115334 | YES | WANTOU DEUGOUE | FAL23581 | Controlled Substances 2 |
| 67 | 22115334 | YES | WANTOU DEUGOUE | FAL23581 | Controlled Substances 2 (1.1) |
| 68 | 22115334 | YES | WANTOU DEUGOUE | FAL23583 | Controlled Substances 3 |
| 69 | 22115334 | YES | WANTOU DEUGOUE | FAL23583 | Controlled Substances 3 |
| 70 | 22115334 | YES | WANTOU DEUGOUE | FAL23583 | Controlled Substances 3 (1.1) |
| 71 | 22115334 | YES | WANTOU DEUGOUE | FAL23585 | Controlled Substances 4 |
| 72 | 22115334 | YES | WANTOU DEUGOUE | FAL23585 | Controlled Substances 4 |
| 73 | 22115334 | YES | WANTOU DEUGOUE | FAL23585 | Controlled Substances 4 (1.1) |
| 74 | 22115334 | YES | WANTOU DEUGOUE | FAL23587 | Controlled Substances 5 |
| 75 | 22115334 | YES | WANTOU DEUGOUE | FAL23587 | Controlled Substances 5 |
| 76 | 22115334 | YES | WANTOU DEUGOUE | FAL23587 | Controlled Substances 5 (1.1) |
| 77 | 22115334 | YES | WANTOU DEUGOUE | FAL23589 | Controlled Substances 6 |
| 78 | 22115334 | YES | WANTOU DEUGOUE | FAL23589 | Controlled Substances 6 |
| 79 | 22115334 | YES | WANTOU DEUGOUE | FAL23589 | Controlled Substances 6 (1.1) (1.1) |
| 80 | 22115334 | YES | WANTOU DEUGOUE | FAll16391 | Pharmacy SOP- Focus and Organization |
| 81 | 22115334 | YES | WANTOU DEUGOUE | FAll16391 | Pharmacy SOP- Focus and Organization |
| 82 | 22115334 | YES | WANTOU DEUGOUE | FAll16391 | Pharmacy SOP- Focus and Organization (1.1) |
| 83 | 22115334 | YES | WANTOU DEUGOUE | FAll16391 | Pharmacy SOP- Focus and Organization (1.2) |
| 84 | 22115334 | YES | WANTOU DEUGOUE | FAll16392 | Pharmacy SOP- Drop--off and Input |

WM/YW 000315

Wantou, Yves - Training (GLMS)

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 43 | Yes | Objective | 80 | completed | | 2016-01-01 21:18:12.000 | 2016-01-01 23:14:26.000 |
| 44 | Yes | Course | 80 | completed | 1350 | 2015-03-28 23:01:51.000 | 2015-03-28 23:26:21.000 |
| 45 | Yes | Course | 80 | completed | 6963 | 2016-01-01 21:18:12.000 | 2016-01-01 23:14:26.000 |
| 46 | No | Course | 100 | completed | 1633 | 2015-03-29 03:21:28.000 | 2015-03-29 03:48:54.000 |
| 47 | No | Course | 90 | completed | 1200 | 2015-03-30 01:50:06.000 | 2015-03-30 02:10:18.000 |
| 48 | No | Objective | 100 | completed | | 2015-03-29 03:49:51.000 | 2015-03-29 04:26:22.000 |
| 49 | No | Course | 100 | completed | 2182 | 2015-03-29 03:49:51.000 | 2015-03-29 04:26:22.000 |
| 50 | Yes | Course | 93 | completed | 2349 | 2015-03-26 23:16:56.000 | 2015-03-26 23:56:19.000 |
| 51 | Yes | Course | 100 | completed | 2479 | 2015-03-27 15:45:39.000 | 2015-03-27 16:28:15.000 |
| 52 | No | Objective | 100 | completed | | 2015-03-27 15:45:39.000 | 2015-03-27 16:28:15.000 |
| 53 | No | Course | 100 | completed | 2311 | 2015-03-26 20:31:00.000 | 2015-03-26 21:09:52.000 |
| 54 | No | Objective | 100 | completed | | 2015-03-27 00:42:53.000 | 2015-03-27 00:51:05.000 |
| 55 | Yes | Course | 100 | completed | 481 | 2015-03-27 00:42:53.000 | 2015-03-27 00:51:05.000 |
| 56 | Yes | Versional | | completed | | 2015-03-29 00:36:01.000 | 2015-03-29 00:36:34.000 |
| 57 | No | Document | | completed | 33 | 2015-03-29 00:36:01.000 | 2015-03-29 00:36:34.000 |
| 58 | Yes | Versional | 100 | completed | | 2015-03-29 02:18:36.000 | 2015-03-29 02:51:33.000 |
| 59 | Yes | Versional | 100 | completed | | 2016-01-10 17:36:33.000 | 2016-01-10 20:34:03.000 |
| 60 | Yes | Course | 100 | completed | 1866 | 2015-03-29 02:18:36.000 | 2015-03-29 02:51:33.000 |
| 61 | Yes | Course | 100 | completed | 8060 | 2016-01-10 17:36:33.000 | 2016-01-10 20:34:03.000 |
| 62 | No | Objective | 80 | completed | | 2015-03-28 23:27:25.000 | 2015-03-29 00:11:50.000 |
| 63 | No | Versional | 80 | completed | | 2015-03-28 23:27:25.000 | 2015-03-29 00:11:50.000 |
| 64 | Yes | Course | 80 | completed | 2658 | 2015-03-28 23:27:25.000 | 2015-03-29 00:11:50.000 |
| 65 | No | Objective | 100 | completed | | 2015-03-29 00:12:42.000 | 2015-03-29 00:31:04.000 |
| 66 | Yes | Versional | 100 | completed | | 2015-03-29 00:12:42.000 | 2015-03-29 00:31:04.000 |
| 67 | Yes | Course | 100 | completed | 1091 | 2015-03-29 00:12:42.000 | 2015-03-29 00:31:04.000 |
| 68 | Yes | Objective | 80 | completed | | 2015-04-06 20:42:47.000 | 2015-04-06 21:06:17.000 |
| 69 | Yes | Versional | 80 | completed | | 2015-04-06 20:42:47.000 | 2015-04-06 21:06:17.000 |
| 70 | Yes | Course | 80 | completed | 1391 | 2015-04-06 20:42:47.000 | 2015-04-06 21:06:17.000 |
| 71 | No | Objective | 100 | completed | | 2015-04-08 22:02:44.000 | 2015-04-08 22:30:07.000 |
| 72 | Yes | Versional | 100 | completed | | 2015-04-08 22:02:44.000 | 2015-04-08 22:30:07.000 |
| 73 | Yes | Course | 100 | completed | 1629 | 2015-04-08 22:02:44.000 | 2015-04-08 22:30:07.000 |
| 74 | No | Objective | 80 | completed | | 2015-04-10 19:20:34.000 | 2015-04-10 19:54:41.000 |
| 75 | Yes | Versional | 80 | completed | | 2015-04-10 19:20:34.000 | 2015-04-10 19:54:41.000 |
| 76 | Yes | Course | 80 | completed | 2017 | 2015-04-10 19:20:34.000 | 2015-04-10 19:54:41.000 |
| 77 | No | Objective | 80 | completed | | 2015-04-12 21:08:07.000 | 2015-04-12 22:03:08.000 |
| 78 | No | Versional | 80 | completed | | 2015-04-12 21:08:07.000 | 2015-04-12 22:03:08.000 |
| 79 | Yes | Course | 80 | completed | 2440 | 2015-04-12 21:08:07.000 | 2015-04-12 22:03:08.000 |
| 80 | Yes | Versional | | completed | | 2015-05-03 21:40:51.000 | 2015-05-14 19:02:14.000 |
| 81 | Yes | Versional | | completed | | 2016-03-11 22:00:37.000 | 2016-03-11 22:26:54.000 |
| 82 | Yes | Course | | completed | 916 | 2015-05-03 21:40:51.000 | 2015-05-14 19:02:14.000 |
| 83 | No | Course | | completed | 236 | 2016-03-11 22:00:37.000 | 2016-03-11 22:26:54.000 |
| 84 | Yes | Versional | | completed | | 2015-05-03 21:09:07.000 | 2015-05-14 18:58:36.000 |

Wantou, Yves - Training (GLMS)

WM/YW 000316

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 85 | 22115334 | YES | WANTOU DEUGOUE | FAII116392 | Pharmacy SOP- Drop-off and Input |
| 86 | 22115334 | YES | WANTOU DEUGOUE | FAII116392 | Pharmacy SOP- Drop-off and Input (1.1) |
| 87 | 22115334 | YES | WANTOU DEUGOUE | FAII116392 | Pharmacy SOP- Drop-off and Input (1.2) |
| 88 | 22115334 | YES | WANTOU DEUGOUE | FAII116393 | Pharmacy SOP- Input Verification and DUR |
| 89 | 22115334 | YES | WANTOU DEUGOUE | FAII116393 | Pharmacy SOP- Input Verification and DUR |
| 90 | 22115334 | YES | WANTOU DEUGOUE | FAII116393 | Pharmacy SOP- Input Verification and DUR (1.1) |
| 91 | 22115334 | YES | WANTOU DEUGOUE | FAII116393 | Pharmacy SOP- Input Verification and DUR (1.2) |
| 92 | 22115334 | YES | WANTOU DEUGOUE | FAII116395 | Pharmacy SOP- Visual Verification |
| 93 | 22115334 | YES | WANTOU DEUGOUE | FAII116395 | Pharmacy SOP- Visual Verification |
| 94 | 22115334 | YES | WANTOU DEUGOUE | FAII116395 | Pharmacy SOP- Visual Verification (1.1) |
| 95 | 22115334 | YES | WANTOU DEUGOUE | FAII116395 | Pharmacy SOP- Visual Verification (1.2) |
| 96 | 22115334 | YES | WANTOU DEUGOUE | FAII116396 | Pharmacy SOP- Bagging |
| 97 | 22115334 | YES | WANTOU DEUGOUE | FAII116396 | Pharmacy SOP- Bagging |
| 98 | 22115334 | YES | WANTOU DEUGOUE | FAII116396 | Pharmacy SOP- Bagging (1.1) |
| 99 | 22115334 | YES | WANTOU DEUGOUE | FAII116396 | Pharmacy SOP- Bagging (1.2) |
| 100 | 22115334 | YES | WANTOU DEUGOUE | FAII116397 | Pharmacy SOP- Counseling |
| 101 | 22115334 | YES | WANTOU DEUGOUE | FAII116397 | Pharmacy SOP- Counseling |
| 102 | 22115334 | YES | WANTOU DEUGOUE | FAII116397 | Pharmacy SOP- Counseling (1.1) |
| 103 | 22115334 | YES | WANTOU DEUGOUE | FAII116397 | Pharmacy SOP- Counseling (1.2) |
| 104 | 22115334 | YES | WANTOU DEUGOUE | FAII116398 | Pharmacy SOP- Root Cause and Plan of Action |
| 105 | 22115334 | YES | WANTOU DEUGOUE | FAII116398 | Pharmacy SOP- Root Cause and Plan of Action |
| 106 | 22115334 | YES | WANTOU DEUGOUE | FAII116398 | Pharmacy SOP- Root Cause and Plan of Action (1.1) |
| 107 | 22115334 | YES | WANTOU DEUGOUE | FAII116398 | Pharmacy SOP- Root Cause and Plan of Action (1.2) |
| 108 | 22115334 | YES | WANTOU DEUGOUE | FAII116399 | Pharmacy SOP- Prescription Events |
| 109 | 22115334 | YES | WANTOU DEUGOUE | FAII116399 | Pharmacy SOP- Prescription Events |
| 110 | 22115334 | YES | WANTOU DEUGOUE | FAII116399 | Pharmacy SOP- Prescription Events (1.1) |
| 111 | 22115334 | YES | WANTOU DEUGOUE | FAII116399 | Pharmacy SOP- Prescription Events (1.3) |
| 112 | 22115334 | YES | WANTOU DEUGOUE | FAII116402 | Pharmacy SOP- QI Program |
| 113 | 22115334 | YES | WANTOU DEUGOUE | FAII116402 | Pharmacy SOP- QI Program |
| 114 | 22115334 | YES | WANTOU DEUGOUE | FAII116402 | Pharmacy SOP- QI Program (1.1) |
| 115 | 22115334 | YES | WANTOU DEUGOUE | FAII116402 | Pharmacy SOP- QI Program (1.3) |
| 116 | 22115334 | YES | WANTOU DEUGOUE | FAII116421 | Pharmacy SOP- Pickup |
| 117 | 22115334 | YES | WANTOU DEUGOUE | FAII116421 | Pharmacy SOP- Pickup |
| 118 | 22115334 | YES | WANTOU DEUGOUE | FAII116421 | Pharmacy SOP- Pickup (1.1) |
| 119 | 22115334 | YES | WANTOU DEUGOUE | FAII116421 | Pharmacy SOP- Pickup (1.2) |
| 120 | 22115334 | YES | WANTOU DEUGOUE | FAII116438 | Pharmacy SOP- Resolution and SFA |
| 121 | 22115334 | YES | WANTOU DEUGOUE | FAII116438 | Pharmacy SOP- Resolution and SFA |
| 122 | 22115334 | YES | WANTOU DEUGOUE | FAII116438 | Pharmacy SOP- Resolution and SFA (1.1) |
| 123 | 22115334 | YES | WANTOU DEUGOUE | FAII116438 | Pharmacy SOP- Resolution and SFA (1.2) |
| 124 | 22115334 | YES | WANTOU DEUGOUE | FAII126283 | Clinical Services Overview |
| 125 | 22115334 | YES | WANTOU DEUGOUE | FAII126283 | Clinical Services Overview (1.1) |
| 126 | 22115334 | YES | WANTOU DEUGOUE | FM103585 | WM - Pharmacist-Administered Immunization Delivery Assessment |

Page 5 of 14

WM/YW 000317

Wantou, Yves - Training (GLMS)

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 85 | Yes | Versional | | completed | | 2016-02-21 23:13:53.000 | 2016-02-21 23:13:25.000 |
| 86 | Yes | Course | | completed | 1948 | 2015-05-03 21:09:07.000 | 2015-05-14 18:58:36.000 |
| 87 | No | Course | | completed | 2481 | 2016-02-21 22:31:53.000 | 2016-02-21 23:13:25.000 |
| 88 | Yes | Versional | | completed | | 2015-05-03 21:54:08.000 | 2015-05-14 19:05:27.000 |
| 89 | Yes | Versional | | completed | | 2016-02-21 22:09:06.000 | 2016-02-21 22:31:30.000 |
| 90 | Yes | Course | | completed | 1354 | 2015-05-03 21:54:08.000 | 2015-05-14 19:05:27.000 |
| 91 | Yes | Course | | completed | 1328 | 2016-02-21 22:09:06.000 | 2016-02-21 22:31:30.000 |
| 92 | Yes | Versional | | completed | | 2015-05-09 23:03:48.000 | 2015-05-10 18:53:04.000 |
| 93 | Yes | Versional | | completed | | 2016-02-21 20:57:44.000 | 2016-02-21 21:40:50.000 |
| 94 | Yes | Course | | completed | 1182 | 2015-05-09 23:03:48.000 | 2015-05-10 18:53:04.000 |
| 95 | Yes | Course | | completed | 2569 | 2016-02-21 20:57:44.000 | 2016-02-21 21:40:50.000 |
| 96 | Yes | Versional | | completed | | 2015-05-03 20:09:16.000 | 2015-05-10 18:56:43.000 |
| 97 | Yes | Versional | | completed | | 2016-02-21 21:41:27.000 | 2016-02-21 21:55:11.000 |
| 98 | Yes | Course | | completed | 1716 | 2015-05-03 20:09:16.000 | 2015-05-10 18:56:43.000 |
| 99 | No | Course | | completed | 811 | 2016-02-21 21:41:27.000 | 2016-02-21 21:55:11.000 |
| 100 | Yes | Versional | | completed | | 2015-05-03 20:36:21.000 | 2015-05-10 18:59:57.000 |
| 101 | Yes | Versional | | completed | | 2016-02-21 21:55:43.000 | 2016-02-21 22:08:31.000 |
| 102 | Yes | Course | | completed | 1412 | 2015-05-03 20:36:21.000 | 2015-05-10 18:59:57.000 |
| 103 | No | Course | | completed | 730 | 2016-02-21 21:55:43.000 | 2016-02-21 22:08:31.000 |
| 104 | Yes | Versional | | completed | | 2015-05-09 22:41:14.000 | 2015-05-16 18:58:31.000 |
| 105 | Yes | Versional | | completed | | 2016-03-26 22:42:17.000 | 2016-03-26 22:42:17.000 |
| 106 | Yes | Course | | completed | 1718 | 2015-05-09 22:41:14.000 | 2015-05-16 18:58:31.000 |
| 107 | No | Course | | completed | 571 | 2016-03-26 21:39:16.000 | 2016-03-26 22:42:17.000 |
| 108 | Yes | Versional | | completed | | 2015-05-08 22:23:46.000 | 2015-05-16 18:45:44.000 |
| 109 | Yes | Versional | | completed | | 2016-03-26 19:56:16.000 | 2016-03-26 20:32:07.000 |
| 110 | Yes | Course | | completed | 614 | 2015-05-08 22:23:46.000 | 2015-05-16 18:45:44.000 |
| 111 | No | Course | | completed | 2137 | 2016-03-26 19:56:16.000 | 2016-03-26 20:32:07.000 |
| 112 | Yes | Versional | | completed | | 2015-05-09 22:31:59.000 | 2015-05-16 18:47:02.000 |
| 113 | Yes | Versional | | completed | | 2016-03-26 20:33:02.000 | 2016-03-26 21:32:17.000 |
| 114 | Yes | Course | | completed | 216 | 2015-05-09 22:31:59.000 | 2015-05-16 18:47:02.000 |
| 115 | No | Course | | completed | 3544 | 2016-03-26 20:33:02.000 | 2016-03-26 21:32:17.000 |
| 116 | Yes | Versional | | completed | | 2015-05-09 20:41:49.000 | 2015-05-14 19:09:21.000 |
| 117 | Yes | Versional | | completed | | 2016-02-21 23:14:16.000 | 2016-03-26 19:55:22.000 |
| 118 | Yes | Course | | completed | 5884 | 2015-05-09 20:41:49.000 | 2015-05-14 19:09:21.000 |
| 119 | No | Course | | completed | 9001 | 2016-02-21 23:14:16.000 | 2016-03-26 19:55:22.000 |
| 120 | Yes | Versional | | completed | | 2015-05-09 22:35:53.000 | 2015-05-17 18:47:21.000 |
| 121 | Yes | Versional | | completed | | 2016-03-26 22:42:58.000 | 2016-03-26 23:28:01.000 |
| 122 | Yes | Course | | completed | 1469 | 2015-05-09 22:35:53.000 | 2015-05-17 18:47:21.000 |
| 123 | No | Course | | completed | 2691 | 2016-03-26 22:42:58.000 | 2016-03-26 23:28:01.000 |
| 124 | Yes | Versional | | completed | | 2016-01-31 19:02:22.000 | 2016-01-31 23:05:27.000 |
| 125 | No | Course | | completed | 1375 | 2016-01-31 19:02:22.000 | 2016-01-31 23:05:27.000 |
| 126 | No | Versional | 66 | failed | | 2015-05-30 16:12:12.000 | 2015-05-30 18:03:12.000 |

WM/YW 000318

Wantou, Yves - Training (GLMS)

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 127 | 221153347 | YES | WANTOU DEUGOUE | FM103585 | WM - Pharmacist-Administered Immunization Delivery Assessment |
| 128 | 221153347 | YES | WANTOU DEUGOUE | FM103585 | WM - Pharmacist-Administered Immunization Delivery Assessment |
| 129 | 221153347 | YES | WANTOU DEUGOUE | FM103585 | WM - Pharmacist-Administered Immunization Delivery Assessment (1.0) |
| 130 | 221153347 | YES | WANTOU DEUGOUE | FM103585 | WM - Pharmacist-Administered Immunization Delivery Assessment (1.0) |
| 131 | 221153347 | YES | WANTOU DEUGOUE | FM103585 | WM - Pharmacist-Administered Immunization Delivery Assessment (1.0) |
| 132 | 221153347 | YES | WANTOU DEUGOUE | FM103720 | WM - Pharmacist-Administered Immunization Delivery Acknowledgement |
| 133 | 221153347 | YES | WANTOU DEUGOUE | FM103720 | WM - Pharmacist-Administered Immunization Delivery Acknowledgement (1.0) |
| 134 | 221153347 | YES | WANTOU DEUGOUE | FM118813 | Salaried Labor Relations Training |
| 135 | 221153347 | YES | WANTOU DEUGOUE | FM118813 | Salaried Labor Relations Training (1.1) |
| 136 | 221153347 | YES | WANTOU DEUGOUE | FM126350 | Pharmacist Administered Immunizations |
| 137 | 221153347 | YES | WANTOU DEUGOUE | FM126350 | Pharmacist Administered Immunizations (1.0) |
| 138 | 221153347 | YES | WANTOU DEUGOUE | FM127615 | Pharmacy Quality Measures Assessment |
| 139 | 221153347 | YES | WANTOU DEUGOUE | FM127615 | Pharmacy Quality Measures Assessment (1.0) |
| 140 | 221153347 | YES | WANTOU DEUGOUE | FM36617 | Pharmacy SOP 06 - Pick up and Counseling QI Program |
| 141 | 221153347 | YES | WANTOU DEUGOUE | FM36617 | Pharmacy SOP 06 - Pick up and Counseling QI Program (1.0) |
| 142 | 221153347 | YES | WANTOU DEUGOUE | FM36757 | Pharmacy SOP 07 - Reporting and QI Program |
| 143 | 221153347 | YES | WANTOU DEUGOUE | FM36757 | Pharmacy SOP 07 - Reporting and QI Program (1.0) |
| 144 | 221153347 | YES | WANTOU DEUGOUE | FM36759 | Pharmacy SOP 03 - Input Verification and DUR |
| 145 | 221153347 | YES | WANTOU DEUGOUE | FM36759 | Pharmacy SOP 03 - Input Verification and DUR (1.0) |
| 146 | 221153347 | YES | WANTOU DEUGOUE | FM36760 | Pharmacy SOP 04 - Troubleshoot and SFA |
| 147 | 221153347 | YES | WANTOU DEUGOUE | FM36760 | Pharmacy SOP 04 - Troubleshoot and SFA (1.0) |
| 148 | 221153347 | YES | WANTOU DEUGOUE | FM36766 | Pharmacy SOP 01 - Focus and Organization |
| 149 | 221153347 | YES | WANTOU DEUGOUE | FM36766 | Pharmacy SOP 01 - Focus and Organization (1.0) |
| 150 | 221153347 | YES | WANTOU DEUGOUE | FM36767 | Pharmacy SOP 02 - Drop off and Input |
| 151 | 221153347 | YES | WANTOU DEUGOUE | FM36767 | Pharmacy SOP 02 - Drop off and Input (1.1) |
| 152 | 221153347 | YES | WANTOU DEUGOUE | FM36768 | Pharmacy SOP 05 - Visual Verification and Bagging |
| 153 | 221153347 | YES | WANTOU DEUGOUE | FM36768 | Pharmacy SOP 05 - Visual Verification and Bagging (1.0) |
| 154 | 221153347 | YES | WANTOU DEUGOUE | FMH532517 | Robbery Protocol |
| 155 | 221153347 | YES | WANTOU DEUGOUE | FMH532517 | Robbery Protocol (1.2) |
| 156 | 221153347 | YES | WANTOU DEUGOUE | HWALL36002 | Controlled Substances Refresher |
| 157 | 221153347 | YES | WANTOU DEUGOUE | HWALL36002 | Controlled Substances Refresher |
| 158 | 221153347 | YES | WANTOU DEUGOUE | HWALL36002 | Controlled Substances Refresher |
| 159 | 221153347 | YES | WANTOU DEUGOUE | HWALL36002 | Controlled Substances Refresher (1.0) |
| 160 | 221153347 | YES | WANTOU DEUGOUE | HWALL36002 | Controlled Substances Refresher (1.2) |
| 161 | 221153347 | YES | WANTOU DEUGOUE | HWALL36002 | Controlled Substances Refresher (1.2) |
| 162 | 221153347 | YES | WANTOU DEUGOUE | HWAII37465 | Health and Wellness Patient Accessibility |
| 163 | 221153347 | YES | WANTOU DEUGOUE | HWAII37465 | Health and Wellness Patient Accessibility (1.1) |
| 164 | 221153347 | YES | WANTOU DEUGOUE | LDM30617 | Positive Associate Relations |
| 165 | 221153347 | YES | WANTOU DEUGOUE | LDM30617 | Positive Associate Relations (1.1) |
| 166 | 221153347 | YES | WANTOU DEUGOUE | PCALL28076 | Statement of Ethics - English (New Hire) |
| 167 | 221153347 | YES | WANTOU DEUGOUE | PCALL28076 | Statement of Ethics - English (New Hire) (1.5) |
| 168 | 221153347 | YES | WANTOU DEUGOUE | PCM165688 | Active Shooter Awareness Campaign – Mgmt DOV |

WM/YW 000319

Wantou, Yves - Training (GLMS)

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 127 | No | Versional | 100 | passed | | 2015-05-30 18:07:56.000 | 2015-05-30 18:11:01.000 |
| 128 | No | Versional | 100 | passed | | 2015-05-30 18:12:53.000 | 2015-05-30 18:15:00.000 |
| 129 | Yes | Quick Assessment | 66 | failed | 265 | 2015-05-30 16:12:12.000 | 2015-05-30 18:03:12.000 |
| 130 | Yes | Quick Assessment | 100 | passed | 102 | 2015-05-30 18:12:53.000 | 2015-05-30 18:15:00.000 |
| 131 | Yes | Quick Assessment | 100 | passed | 158 | 2015-05-30 18:07:56.000 | 2015-05-30 18:11:01.000 |
| 132 | No | Versional | | completed | | 2015-05-30 19:34:18.000 | 2015-05-30 19:35:37.000 |
| 133 | Yes | Document | | completed | 79 | 2015-05-30 19:34:18.000 | 2015-05-30 19:35:37.000 |
| 134 | Yes | Versional | | completed | | 2015-04-25 17:42:02.000 | 2015-04-25 19:30:00.000 |
| 135 | Yes | Course | | completed | 4130 | 2015-04-25 17:42:02.000 | 2015-04-25 19:30:00.000 |
| 136 | Yes | Versional | | completed | | 2016-09-10 23:01:57.000 | 2016-09-11 00:31:09.000 |
| 137 | No | Course | | completed | 5326 | 2016-09-10 23:01:57.000 | 2016-09-11 00:31:09.000 |
| 138 | No | Versional | 80 | passed | | 2016-03-26 17:23:58.000 | 2016-03-26 17:27:06.000 |
| 139 | No | Quick Assessment | 80 | passed | 150 | 2016-03-26 17:23:58.000 | 2016-03-26 17:27:06.000 |
| 140 | Yes | Versional | 0 | completed | | 2015-03-29 00:37:29.000 | 2015-03-29 00:40:50.000 |
| 141 | Yes | Course | 0 | completed | 168 | 2015-03-29 00:37:29.000 | 2015-03-29 00:40:50.000 |
| 142 | Yes | Versional | 0 | completed | | 2015-03-29 01:17:28.000 | 2015-03-29 01:20:30.000 |
| 143 | Yes | Course | 0 | completed | 159 | 2015-03-29 01:17:28.000 | 2015-03-29 01:20:30.000 |
| 144 | Yes | Versional | | completed | | 2015-03-29 00:56:09.000 | 2015-03-29 01:04:23.000 |
| 145 | Yes | Course | | completed | 466 | 2015-03-29 00:56:09.000 | 2015-03-29 01:04:23.000 |
| 146 | Yes | Versional | 0 | completed | | 2015-03-29 01:05:12.000 | 2015-03-29 01:09:44.000 |
| 147 | Yes | Course | 0 | completed | 250 | 2015-03-29 01:05:12.000 | 2015-03-29 01:09:44.000 |
| 148 | Yes | Versional | 0 | completed | | 2015-03-29 00:42:32.000 | 2015-03-29 00:46:15.000 |
| 149 | Yes | Course | 0 | completed | 103 | 2015-03-29 00:42:32.000 | 2015-03-29 00:46:15.000 |
| 150 | Yes | Versional | 0 | completed | | 2015-03-29 00:48:14.000 | 2015-03-29 00:54:56.000 |
| 151 | Yes | Course | 0 | completed | 386 | 2015-03-29 00:48:14.000 | 2015-03-29 00:54:56.000 |
| 152 | Yes | Versional | | completed | | 2015-03-29 01:10:27.000 | 2015-03-29 01:16:24.000 |
| 153 | Yes | Course | | completed | 213 | 2015-03-29 01:10:27.000 | 2015-03-29 01:16:24.000 |
| 154 | Yes | Versional | 100 | completed | | 2015-03-29 01:22:00.000 | 2015-03-29 01:43:38.000 |
| 155 | No | Course | 100 | completed | 1202 | 2015-03-29 01:22:00.000 | 2015-03-29 01:43:38.000 |
| 156 | Yes | Versional | 81 | completed | | 2016-01-23 20:22:38.000 | 2016-01-23 21:05:11.000 |
| 157 | Yes | Versional | 81 | completed | | 2016-02-25 14:51:37.000 | 2016-02-25 15:13:08.000 |
| 158 | Yes | Versional | | completed | | 2015-04-12 22:09:05.000 | 2015-04-12 22:43:06.000 |
| 159 | Yes | Course | | completed | 1742 | 2015-04-12 22:09:05.000 | 2015-04-12 22:43:06.000 |
| 160 | Yes | Course | 81 | completed | 1257 | 2016-02-25 14:51:37.000 | 2016-02-25 15:13:08.000 |
| 161 | No | Course | 81 | completed | 2532 | 2016-01-23 20:22:38.000 | 2016-01-23 21:05:11.000 |
| 162 | Yes | Versional | | completed | | 2015-04-01 23:45:40.000 | 2015-04-02 00:14:04.000 |
| 163 | No | Course | | completed | 1690 | 2015-04-02 00:14:04.000 | 2015-04-02 00:14:04.000 |
| 164 | No | Versional | | completed | | 2015-03-29 02:52:35.000 | 2015-03-29 03:21:00.000 |
| 165 | No | Course | | completed | 1698 | 2015-03-29 02:52:35.000 | 2015-03-29 03:21:00.000 |
| 166 | No | Versional | | completed | | 2015-03-30 04:23:50.000 | 2015-03-30 05:59:44.000 |
| 167 | Yes | Course | | completed | 1735 | 2015-03-30 04:23:50.000 | 2015-03-30 05:59:44.000 |
| 168 | Yes | Versional | | completed | | 2016-07-30 22:10:13.000 | 2016-07-30 22:10:24.000 |

WM/YW 000320

Wantou, Yves - Training (GLMS)

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 169 | 221153347 | YES | WANTOU DEUGOUE | POM165688 | Active Shooter Awareness Campaign – Mgmt DOV (1.0) |
| 170 | 221153347 | YES | WANTOU DEUGOUE | POM92258 | A Safer Workplace: Management (1.3) |
| 171 | 221153347 | YES | WANTOU DEUGOUE | POM92258 | A Safer Workplace: Management (1.4) |
| 172 | 221153347 | YES | WANTOU DEUGOUE | POMHS32281a | EEO 1: Decision Making |
| 173 | 221153347 | YES | WANTOU DEUGOUE | POMHS32281a | EEO 1: Decision Making (1.0) |
| 174 | 221153347 | YES | WANTOU DEUGOUE | POMHS32282a | EEO 2: Avoiding Risks |
| 175 | 221153347 | YES | WANTOU DEUGOUE | POMHS32282a | EEO 2: Avoiding Risks (1.0) |
| 176 | 221153347 | YES | WANTOU DEUGOUE | POMHS32283a | EEO 3: Smart Interviewing |
| 177 | 221153347 | YES | WANTOU DEUGOUE | POMHS32283a | EEO 3: Smart Interviewing (1.0) |
| 178 | 221153347 | YES | WANTOU DEUGOUE | POMHS32284a | EEO 4: Managing Performance |
| 179 | 221153347 | YES | WANTOU DEUGOUE | POMHS32284a | EEO 4: Managing Performance (1.0) |
| 180 | 221153347 | YES | WANTOU DEUGOUE | POMHS32285a | EEO 5: Avoiding Harassment |
| 181 | 221153347 | YES | WANTOU DEUGOUE | POMHS32285a | EEO 5: Avoiding Harassment (1.0) |
| 182 | 221153347 | YES | WANTOU DEUGOUE | POMHS32286a | FLSA 1: Intro to FLSA |
| 183 | 221153347 | YES | WANTOU DEUGOUE | POMHS32286a | FLSA 1: Intro to FLSA (1.0) |
| 184 | 221153347 | YES | WANTOU DEUGOUE | POMHS32287a | FLSA 2: Record Keeping- Overtime- Breaks- Meal Periods |
| 185 | 221153347 | YES | WANTOU DEUGOUE | POMHS32287a | FLSA 2: Record Keeping- Overtime- Breaks- Meal Periods (1.0) |
| 186 | 221153347 | YES | WANTOU DEUGOUE | POMHS32292a | FLSA 3: Employment of Minors: Employment of Minors- Classes- and Penalties |
| 187 | 221153347 | YES | WANTOU DEUGOUE | POMHS32292a | FLSA 3: Employment of MinorsFLSA 3: Employment of Minors- Classes- and Penalties (1.0) |
| 188 | 221153347 | YES | WANTOU DEUGOUE | RCAL103039 | TIRF REMS Education Program for Prescribers and Pharmacists |
| 189 | 221153347 | YES | WANTOU DEUGOUE | RCAL103039 | TIRF REMS Education Program for Prescribers and Pharmacists (1.0) |
| 190 | 221153347 | YES | WANTOU DEUGOUE | RCAL103336 | Leadership Message on Controlled Substances |
| 191 | 221153347 | YES | WANTOU DEUGOUE | RCAL103336 | Leadership Message on Controlled Substances (1.0) |
| 192 | 221153347 | YES | WANTOU DEUGOUE | RCAL104263 | Controlled Substance Red Flags Acknowledgement |
| 193 | 221153347 | YES | WANTOU DEUGOUE | RCAL104263 | Controlled Substance Red Flags Acknowledgement (1.0) |
| 194 | 221153347 | YES | WANTOU DEUGOUE | RCAL115109 | Personal Protective Equipment (PPE) |
| 195 | 221153347 | YES | WANTOU DEUGOUE | RCAL115109 | Personal Protective Equipment (PPE) (1.3) |
| 196 | 221153347 | YES | WANTOU DEUGOUE | RCAL126114 | Patient Safety Organization |
| 197 | 221153347 | YES | WANTOU DEUGOUE | RCAL126114 | Patient Safety Organization (1.0) |
| 198 | 221153347 | YES | WANTOU DEUGOUE | RCAL161870 | OSHA Refresher |
| 199 | 221153347 | YES | WANTOU DEUGOUE | RCAL161870 | OSHA Refresher (1.0) |
| 200 | 221153347 | YES | WANTOU DEUGOUE | RCAL161889 | Billing Compliance 2: General Compliance Medicare C & D |
| 201 | 221153347 | YES | WANTOU DEUGOUE | RCAL161889 | Billing Compliance 2: General Compliance Medicare C & D (1.0) |
| 202 | 221153347 | YES | WANTOU DEUGOUE | RCAL27101 | Health and Wellness Code of Conduct |
| 203 | 221153347 | YES | WANTOU DEUGOUE | RCAL27101 | Health and Wellness Code of Conduct |
| 204 | 221153347 | YES | WANTOU DEUGOUE | RCAL27101 | Health and Wellness Code of Conduct (1.2) |
| 205 | 221153347 | YES | WANTOU DEUGOUE | RCAL27101 | Health and Wellness Code of Conduct (1.2) |
| 206 | 221153347 | YES | WANTOU DEUGOUE | RCAL27404a | Health and Wellness Anti-Kickback Policy |
| 207 | 221153347 | YES | WANTOU DEUGOUE | RCAL27404a | Health and Wellness Anti-Kickback Policy (1.1) |
| 208 | 221153347 | YES | WANTOU DEUGOUE | RCAL28263 | Pharmaceutical Hazardous Waste (English) |
| 209 | 221153347 | YES | WANTOU DEUGOUE | RCAL28263 | Pharmaceutical Hazardous Waste (English) |
| 210 | 221153347 | YES | WANTOU DEUGOUE | RCAL28263 | Pharmaceutical Hazardous Waste (English) (1.5) |

WM/YW 000321

Wantou, Yves - Training (GLMS)

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 169 | Yes | Document | | completed | 11 | 2016-07-30 22:10:13.000 | 2016-07-30 22:10:24.000 |
| 170 | Yes | Course | | completed | 2123 | 2015-03-26 18:43:37.000 | 2015-03-26 19:19:44.000 |
| 171 | No | Course | | completed | 1328 | 2016-01-01 23:34:38.000 | 2016-01-01 23:57:00.000 |
| 172 | Yes | Versional | | completed | | 2015-03-30 02:11:34.000 | 2015-03-30 02:51:12.000 |
| 173 | Yes | Course | | completed | 2371 | 2015-03-30 02:51:12.000 | 2015-03-30 02:51:12.000 |
| 174 | Yes | Versional | | completed | | 2015-03-30 02:51:55.000 | 2015-03-30 03:05:11.000 |
| 175 | Yes | Course | | completed | 790 | 2015-03-30 02:51:55.000 | 2015-03-30 03:05:11.000 |
| 176 | Yes | Versional | | completed | | 2015-03-30 03:06:16.000 | 2015-03-30 03:22:33.000 |
| 177 | Yes | Course | | completed | 970 | 2015-03-30 03:06:16.000 | 2015-03-30 03:22:33.000 |
| 178 | Yes | Versional | | completed | | 2015-03-30 03:23:16.000 | 2015-03-30 03:51:27.000 |
| 179 | Yes | Course | | completed | 1683 | 2015-03-30 03:23:16.000 | 2015-03-30 03:51:27.000 |
| 180 | Yes | Versional | | completed | | 2015-03-30 03:52:42.000 | 2015-03-30 04:22:43.000 |
| 181 | Yes | Course | | completed | 1794 | 2015-03-30 03:52:42.000 | 2015-03-30 04:22:43.000 |
| 182 | Yes | Versional | | completed | | 2015-03-30 04:24:44.000 | 2015-03-30 05:29:43.000 |
| 183 | Yes | Course | | completed | 411 | 2015-03-30 04:24:44.000 | 2015-03-30 05:29:43.000 |
| 184 | Yes | Versional | | completed | | 2015-03-30 06:00:22.000 | 2015-03-30 06:24:12.000 |
| 185 | Yes | Course | | completed | 1423 | 2015-03-30 06:00:22.000 | 2015-03-30 06:24:12.000 |
| 186 | Yes | Versional | | completed | | 2015-03-30 20:18:05.000 | 2015-03-30 20:56:19.000 |
| 187 | Yes | Course | | completed | 2274 | 2015-03-30 20:18:05.000 | 2015-03-30 20:56:19.000 |
| 188 | Yes | Versional | | completed | | 2015-04-02 21:38:18.000 | 2015-04-02 22:01:02.000 |
| 189 | No | Course | | completed | 1353 | 2015-04-02 21:38:18.000 | 2015-04-02 22:01:02.000 |
| 190 | Yes | Versional | 100 | completed | | 2015-04-02 21:26:29.000 | 2015-04-02 21:37:14.000 |
| 191 | No | Course | 100 | completed | 636 | 2015-04-02 21:26:29.000 | 2015-04-02 21:37:14.000 |
| 192 | Yes | Versional | | completed | | 2015-03-29 00:35:02.000 | 2015-03-29 00:35:18.000 |
| 193 | No | Document | | completed | 16 | 2015-03-29 00:35:02.000 | 2015-03-29 00:35:18.000 |
| 194 | Yes | Versional | 100 | completed | | 2015-03-26 23:57:51.000 | 2015-03-27 00:21:04.000 |
| 195 | Yes | Course | 100 | completed | 1381 | 2015-03-26 23:57:51.000 | 2015-03-27 00:21:04.000 |
| 196 | Yes | Versional | 100 | completed | | 2015-09-20 20:03:03.000 | 2015-09-20 21:19:46.000 |
| 197 | Yes | Course | 100 | completed | 4594 | 2015-09-20 20:03:03.000 | 2015-09-20 21:19:46.000 |
| 198 | No | Versional | 100 | completed | | 2016-08-07 22:20:24.000 | 2016-08-07 22:44:34.000 |
| 199 | Yes | Course | 100 | completed | 1321 | 2016-08-07 22:20:24.000 | 2016-08-07 22:44:34.000 |
| 200 | Yes | Versional | 100 | completed | | 2016-08-20 21:32:55.000 | 2016-08-20 22:33:38.000 |
| 201 | Yes | Course | 100 | completed | 3560 | 2016-08-20 21:32:55.000 | 2016-08-20 22:33:38.000 |
| 202 | Yes | Versional | 100 | completed | | 2015-03-27 18:44:34.000 | 2015-03-27 19:21:00.000 |
| 203 | Yes | Course | 100 | completed | 649 | 2015-03-27 18:44:34.000 | 2015-03-27 19:21:00.000 |
| 204 | No | Course | 100 | completed | 1565 | 2016-01-03 21:12:57.000 | 2016-01-03 21:39:39.000 |
| 205 | No | Versional | 100 | completed | | 2016-01-03 21:12:57.000 | 2016-01-03 21:39:39.000 |
| 206 | Yes | Course | 100 | completed | 1382 | 2015-03-27 18:05:03.000 | 2015-03-27 18:28:15.000 |
| 207 | No | Versional | 100 | completed | | 2015-03-27 18:05:03.000 | 2015-03-27 18:28:15.000 |
| 208 | Yes | Versional | 100 | completed | | 2015-03-29 01:44:48.000 | 2015-03-29 02:17:19.000 |
| 209 | Yes | Course | 100 | completed | 1942 | 2016-01-09 21:27:21.000 | 2016-01-09 22:54:55.000 |
| 210 | No | Course | 100 | completed | | 2015-03-29 01:44:48.000 | 2015-03-29 02:17:19.000 |

Wantou, Yves - Training (GLMS)

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 211 | 22153347 | YES | WANTOU DEUGOUE | RCAL28263 | Pharmaceutical Hazardous Waste (English) (1.5) |
| 212 | 22153347 | YES | WANTOU DEUGOUE | RCAL31179 | Texas Injury Care Benefit Plan-English (1.2) |
| 213 | 22153347 | YES | WANTOU DEUGOUE | RCAL31560 | Hazardous Waste Refresher (1.6) |
| 214 | 22153347 | YES | WANTOU DEUGOUE | RCAL35834 | Professional Accountability Matrix |
| 215 | 22153347 | YES | WANTOU DEUGOUE | RCAL35834 | Professional Accountability Matrix (1.1) |
| 216 | 22153347 | YES | WANTOU DEUGOUE | RCAI38247 | Statement of Ethics - English (Annual) |
| 217 | 22153347 | YES | WANTOU DEUGOUE | RCAI38247 | Statement of Ethics - English (Annual) (1.5) |
| 218 | 22153347 | YES | WANTOU DEUGOUE | RCAI39025 | Billing Compliance 1: Medicare Part B |
| 219 | 22153347 | YES | WANTOU DEUGOUE | RCAI39025 | Billing Compliance 1: Medicare Part B |
| 220 | 22153347 | YES | WANTOU DEUGOUE | RCAI39025 | Billing Compliance 1: Medicare and Medicaid Basics (1.1) |
| 221 | 22153347 | YES | WANTOU DEUGOUE | RCAI39025 | Billing Compliance 1: Medicare and Medicaid Basics (1.1) |
| 222 | 22153347 | YES | WANTOU DEUGOUE | RCAI39026 | Billing Compliance 2: Billing Integrity |
| 223 | 22153347 | YES | WANTOU DEUGOUE | RCAI39026 | Billing Compliance 2: Billing Integrity |
| 224 | 22153347 | YES | WANTOU DEUGOUE | RCAI39026 | Billing Compliance 2: Billing Integrity (1.1) |
| 225 | 22153347 | YES | WANTOU DEUGOUE | RCAI39026 | Billing Compliance 2: Billing Integrity (1.1) |
| 226 | 22153347 | YES | WANTOU DEUGOUE | RCAI39027 | Billing Compliance 3: Billing 101 |
| 227 | 22153347 | YES | WANTOU DEUGOUE | RCAI39027 | Billing Compliance 3: Billing 101 |
| 228 | 22153347 | YES | WANTOU DEUGOUE | RCAI39027 | Billing Compliance 3: Prescriber Identification (1.1) |
| 229 | 22153347 | YES | WANTOU DEUGOUE | RCAI39027 | Billing Compliance 3: Prescriber Identification (1.1) |
| 230 | 22153347 | YES | WANTOU DEUGOUE | RCMI16850 | Bloodborne Pathogens -Health and Wellness |
| 231 | 22153347 | YES | WANTOU DEUGOUE | RCMI16850 | Bloodborne Pathogens -Health and Wellness |
| 232 | 22153347 | YES | WANTOU DEUGOUE | RCMI16850 | Bloodborne Pathogens -Pharmacists (1.0) |
| 233 | 22153347 | YES | WANTOU DEUGOUE | RCMI16850 | Bloodborne Pathogens -Pharmacists (1.0) |
| 234 | 22153347 | YES | WANTOU DEUGOUE | RCMI26342 | Addyi REMS Pharmacy training |
| 235 | 22153347 | YES | WANTOU DEUGOUE | RCMI26342 | Addyi REMS Pharmacy training (1.0) |
| 236 | 22153347 | YES | WANTOU DEUGOUE | RCMI26400 | Clozapine REMS Pharmacy training |
| 237 | 22153347 | YES | WANTOU DEUGOUE | RCMI26400 | Clozapine REMS Pharmacy training (1.0) |
| 238 | 22153347 | YES | WANTOU DEUGOUE | RCMI27440 | Safety for Management (Annual) |
| 239 | 22153347 | YES | WANTOU DEUGOUE | RCMI27440 | Safety for Management (Annual) (1.0) |
| 240 | 22153347 | YES | WANTOU DEUGOUE | RCM35146 | Pharmacy Counseling |
| 241 | 22153347 | YES | WANTOU DEUGOUE | RCM35146 | Pharmacy Counseling (1.0) |
| 242 | 22153347 | YES | WANTOU DEUGOUE | RCM35271 | Pharmacy Counseling -Assessment - (ID, OR, NV, UT, AZ, TX, NC, DE, and CT Only) |
| 243 | 22153347 | YES | WANTOU DEUGOUE | RCM35271 | Pharmacy Counseling -Assessment - (ID, OR, NV, UT, AZ, TX, NC, DE, and CT Only) (1.0) |
| 244 | 22153347 | YES | WANTOU DEUGOUE | RCM35288 | Pharmacy Counseling - POM 1007 (ID, OR, NV, UT, AZ, TX, NC, DE, and CT only) |
| 245 | 22153347 | YES | WANTOU DEUGOUE | RCM35288 | Pharmacy Counseling - POM 1007 (ID, OR, NV, UT, AZ, TX, NC, DE, and CT only) (1.0) |
| 246 | 22153347 | YES | WANTOU DEUGOUE | RCM35289 | Pharmacy Counseling - POM 1009 (ID, OR, NV, UT, AZ, TX, NC, DE, and CT only) |
| 247 | 22153347 | YES | WANTOU DEUGOUE | RCM35289 | Pharmacy Counseling - POM 1009 (ID, OR, NV, UT, AZ, TX, NC, DE, and CT only) (1.0) |
| 248 | 22153347 | YES | WANTOU DEUGOUE | RCM35290 | Pharmacy Counseling - POM 1011 (ID, OR, NV, UT, AZ, TX, NC, DE, and CT only) |
| 249 | 22153347 | YES | WANTOU DEUGOUE | RCM35290 | Pharmacy Counseling - POM 1011 (ID, OR, NV, UT, AZ, TX, NC, DE, and CT only) (1.0) |
| 250 | 22153347 | YES | WANTOU DEUGOUE | RCMH534592 | HIPAA Health & Wellness Your Role |
| 251 | 22153347 | YES | WANTOU DEUGOUE | RCMH534592 | HIPAA Health & Wellness Your Role (1.2) |
| 252 | 22153347 | YES | WANTOU DEUGOUE | VER12361 | Spill Cleanup 1 |

WM/YW 000322

WM/YW 000323

Wantou, Yves - Training (GLMS)

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 211 | No | Course | 100 | completed | 5599 | 2016-01-09 19:27:21.000 | 2016-01-09 22:54:55.000 |
| 212 | No | Course | | completed | 1546 | 2015-03-26 21:11:57.000 | 2015-03-26 21:38:03.000 |
| 213 | No | Course | | completed | 3279 | 2016-03-27 17:29:58.000 | 2016-03-27 18:24:49.000 |
| 214 | Yes | Versional | 100 | completed | | 2015-03-29 00:32:07.000 | 2015-03-29 00:34:17.000 |
| 215 | Yes | Course | 100 | completed | 122 | 2015-03-29 00:32:07.000 | 2015-03-29 00:34:17.000 |
| 216 | Yes | Versional | | completed | | 2016-03-26 23:28:26.000 | 2016-03-27 17:28:55.000 |
| 217 | No | Course | | completed | 3448 | 2016-03-26 23:28:26.000 | 2016-03-27 17:28:55.000 |
| 218 | Yes | Versional | | completed | | 2015-03-27 17:34:36.000 | 2015-03-27 17:51:34.000 |
| 219 | Yes | Versional | | completed | | 2016-01-03 22:14:59.000 | 2016-01-03 22:33:47.000 |
| 220 | Yes | Course | | completed | 1001 | 2015-03-27 17:34:36.000 | 2015-03-27 17:51:34.000 |
| 221 | Yes | Course | | completed | 1115 | 2016-01-03 22:14:59.000 | 2016-01-03 22:33:47.000 |
| 222 | Yes | Versional | | completed | | 2015-03-27 17:15:48.000 | 2015-03-27 17:33:21.000 |
| 223 | Yes | Versional | | completed | | 2016-01-03 21:40:45.000 | 2016-01-03 22:14:08.000 |
| 224 | Yes | Course | | completed | 1036 | 2015-03-27 17:15:48.000 | 2015-03-27 17:33:21.000 |
| 225 | Yes | Course | | completed | 1970 | 2016-01-03 21:40:45.000 | 2016-01-03 22:14:08.000 |
| 226 | Yes | Versional | | completed | | 2015-03-27 17:53:43.000 | 2015-03-27 18:03:07.000 |
| 227 | Yes | Versional | | completed | | 2016-01-03 22:34:30.000 | 2016-01-03 22:49:25.000 |
| 228 | Yes | Course | | completed | 552 | 2015-03-27 17:53:43.000 | 2015-03-27 18:03:07.000 |
| 229 | Yes | Course | | completed | 887 | 2016-01-03 22:34:30.000 | 2016-01-03 22:49:25.000 |
| 230 | Yes | Versional | | completed | | 2015-03-27 16:31:22.000 | 2015-03-27 17:14:11.000 |
| 231 | Yes | Versional | | completed | | 2016-01-03 22:50:07.000 | 2016-01-03 23:44:17.000 |
| 232 | Yes | Course | | completed | 2554 | 2015-03-27 16:31:22.000 | 2015-03-27 17:14:11.000 |
| 233 | Yes | Course | | completed | 3243 | 2016-01-03 22:50:07.000 | 2016-01-03 23:44:17.000 |
| 234 | Yes | Versional | 100 | completed | | 2015-10-18 20:42:33.000 | 2015-10-18 20:59:27.000 |
| 235 | No | Course | 100 | completed | 888 | 2015-10-18 20:42:33.000 | 2015-10-18 20:59:27.000 |
| 236 | Yes | Versional | 100 | completed | | 2015-10-18 20:59:50.000 | 2015-10-18 21:35:04.000 |
| 237 | Yes | Course | 100 | completed | 845 | 2015-10-18 20:59:50.000 | 2015-10-18 21:35:04.000 |
| 238 | Yes | Versional | 100 | completed | | 2016-03-11 21:05:14.000 | 2016-03-11 21:59:49.000 |
| 239 | No | Course | 100 | completed | 3213 | 2016-03-11 21:05:14.000 | 2016-03-11 21:59:49.000 |
| 240 | Yes | Versional | 0 | completed | | 2015-03-27 00:59:59.000 | 2015-03-27 01:13:31.000 |
| 241 | No | Course | 0 | completed | 771 | 2015-03-27 00:59:59.000 | 2015-03-27 01:13:31.000 |
| 242 | Yes | Versional | 80 | passed | 255 | 2015-03-27 00:52:32.000 | 2015-03-27 00:57:15.000 |
| 243 | No | Quick Assessment | 80 | passed | | 2015-03-27 00:52:32.000 | 2015-03-27 00:57:15.000 |
| 244 | Yes | Versional | | completed | | 2015-03-27 15:20:10.000 | 2015-03-27 15:24:19.000 |
| 245 | No | Document | | completed | 250 | 2015-03-27 15:20:10.000 | 2015-03-27 15:24:19.000 |
| 246 | Yes | Versional | | completed | | 2015-03-27 15:37:06.000 | 2015-03-27 15:44:23.000 |
| 247 | No | Document | | completed | 438 | 2015-03-27 15:37:06.000 | 2015-03-27 15:44:23.000 |
| 248 | Yes | Versional | | completed | | 2015-03-27 15:25:18.000 | 2015-03-27 15:35:58.000 |
| 249 | No | Document | | completed | 640 | 2015-03-27 15:25:18.000 | 2015-03-27 15:35:58.000 |
| 250 | Yes | Versional | | completed | | 2015-03-26 22:10:13.000 | 2015-03-26 22:32:17.000 |
| 251 | Yes | Course | | completed | 1260 | 2015-03-26 22:10:13.000 | 2015-03-26 22:32:17.000 |
| 252 | Yes | Versional | 100 | completed | | 2015-03-29 03:21:28.000 | 2015-03-29 03:48:54.000 |

WM/YW 000324

Wantou, Yves - Training (GLMS)

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 253 | 22115347 | YVES | WANTOU DEUGOUE | VER12362 | Hazardous Waste 1 |
| 254 | 22115347 | YVES | WANTOU DEUGOUE | VerRCALL31560 | Hazardous Waste Refresher |

Page 13 of 14

WM/YW 000325

Wantou, Yves - Training (GLMS)

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 253 | Yes | Versional | 90 | completed | | 2015-03-30 01:50:06.000 | 2015-03-30 02:10:18.000 |
| 254 | Yes | Versional | | completed | | 2016-03-27 17:29:58.000 | 2016-03-27 18:24:49.000 |



# Global Statement of Ethics

Defendant's
EX 10
5:17-CV-00018-RWS-CMC

WM/YW 000803

# Table of Contents

**A message from our Chief Executive Officer** ..... 2

**Using the Statement of Ethics** ................. 3

How the Statement of Ethics is Organized ...... 3

Walmart Policies & Local Laws ................. 3

**Our Beliefs** ................................. 4

**Introduction** ................................ 5

Who is Covered by the Statement of Ethics ..... 5

Associate Responsibilities ...................... 5

Additional Responsibilities for Management ..... 6

Discipline for Violations ....................... 6

**Raising Concerns & Speaking Up** .............. 7

Ethics Opinions ............................... 7

What Happens When an Ethics Concern
is Raised ................................... 7

Non-Retaliation ............................... 8

How to Raise a Concern ...................... 8

Immediately Reportable Criteria .............. 9

Waivers ...................................... 9

Q&A ......................................... 10

**Leading with Integrity in Our Workplace** ...... 11

Alcohol & Drug Free Workplace ............. 11

Discrimination & Harassment Prevention ...... 11

Inappropriate Conduct ....................... 12

Wage & Hour ............................... 12

Conflict of Interest .......................... 13

Financial Investments ....................... 13

Outside Employment ......................... 13

Former Employment ......................... 13

Personal Relationships with Suppliers ......... 14

Gifts & Entertainment ....................... 14

Personal Relationships with Other Associates .. 15

Walmart Assets .............................. 15

Q&A ....................................... 16–19

**Leading with Integrity in Our Marketplace** ..... 20

Fair Competition & Fair Dealing .............. 20

Intentional Dishonesty ....................... 20

Financial Integrity & Accounting Irregularities .. 21

Insider Trading .............................. 21

Restrictive Trade Practices .................... 21

Q&A ....................................... 22–23

**Leading with Integrity in Our Communities** .... 24

Anti-Corruption ............................. 24

Anti-Money Laundering ...................... 25

Authority to Work ........................... 25

Environmental Responsibility, Health & Safety
in the Workplace ........................... 25

Product & Food Safety ...................... 26

Protecting Personal & Business Information ... 26

Governmental & Political Activities ........... 27

International Trade ........................... 27

Media Statements ........................... 27

Q&A ....................................... 28–32

**Global Ethics Helpline Numbers** .............. 33

**Final Disclaimer** ............................ 36

**Index** ...................................... 37

WM/YW 000804

# A message from our Chief Executive Officer

## Doug McMillon, CEO

**O**ur unique culture drives our purpose of saving people money so they can live better, and the foundation of our culture is a commitment to operating with integrity. Even as we change to meet the needs of our customers, Walmart will stay true to the values, beliefs and behaviors that have guided us over the last 50 years.

Regardless of where each of us works in our global company, this Statement of Ethics is the guide to exemplifying integrity as a Walmart associate. It's a daily resource for making honest, fair and objective decisions while operating in compliance with all laws and our policies. This Statement of Ethics applies to me, the board of directors and all associates at every level of our organization.

Through your ethical behavior and willingness to speak up for the highest standards, we earn and keep the trust of our customers, each other and our local communities. We believe in everyday low cost and everyday low prices, but only if accomplished through our everyday integrity.

Thank you for your commitment to our Statement of Ethics. It means more than making ethical decisions; it demonstrates you care about Walmart, our reputation and our customers.



Doug McMillon
President and CEO
Wal-Mart Stores, Inc.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

2

WM/YW 000805

# Using the Statement of Ethics

Our Statement of Ethics will introduce you to the behaviors and conduct that create an honest, fair and objective workplace while operating in compliance with all laws and our policies. It will help you recognize situations that might come up on your job which could be a violation of our company ethics. You'll also learn what to do if you have questions about what is considered ethical conduct.

## How the Statement of Ethics is Organized

- Inside the front cover, Doug McMillon, our President and CEO, points out how important it is for all of us to follow our Statement of Ethics and to report anything we feel might be a violation of those ethics.

- The next page features Our Beliefs. These are Walmart's fundamental beliefs for all conduct, including acting with integrity.

- The Introduction section explains it's everyone's responsibility to comply with our Statement of Ethics and to report what you feel might be a violation of policy or law.

- The section Raising Concerns & Speaking Up tells you how to request an opinion before you take action and how to report what you think might be a violation of ethics, including how to make a report in private without giving your name.

- This guide gives you an overview of many, but not all, Walmart policies. Some commonly asked questions are included to help explain the policies better. There also are examples of how this Statement of Ethics and other Walmart policies apply in all countries.

## Walmart Policies & Local Laws

Walmart publishes several global policies, which are designed to give associates guidance that is the same for all locations. This Statement of Ethics is an example of a global policy. In addition, each business unit Walmart operates is expected to have a complete set of policies providing guidance to associates for the country in which they are working. Because these policies may vary by business unit or market, they are not linked to this Statement of Ethics. It's our responsibility to know all of the policies that might apply to our areas of the business. If you're not sure about the policies in your area, please talk to your manager, the Legal Department or Global Ethics.

Walmart conducts business in many countries around the world. Our associates are citizens of many countries. As a result, our operations are subject to many different laws, customs and cultures. Our operations must comply with all applicable local laws and regulations in addition to this Statement of Ethics. In some instances, the laws of two or more countries may conflict, or a local law may conflict with the Statement of Ethics. When you encounter a conflict, contact Global Ethics for guidance on how to apply the Statement of Ethics in your country.



**Contact Us**
anonymous and confidential

walmartethics.com
1-800-WM-ETHIC • 1-800-963-8442

Specific phone numbers for all countries are listed at the back of this document.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

3

WM/YW 000806

# Our Beliefs



Since Sam Walton founded our company it always has been a values-based, ethically led organization. Our beliefs are the values that guide our decisions and our leadership.

| **Respect for the Individual** | We value every associate, own the work we do, and communicate by listening and sharing ideas. |
| --- | --- |
| **Service to our Customers** | We're here to serve customers, support each other, and give to our local communities. |
| **Striving for Excellence** | We work as a team and model positive examples while we innovate and improve every day. |
| **Act with Integrity** | We act with the highest level of integrity by being honest, fair and objective, while operating in compliance with all laws and our policies. |

## Vision Statement

The vision of Global Ethics is to promote ownership of Walmart's ethical culture to all stakeholders globally.

### Are you making the right decisions?

When faced with making any decision, you should ask yourself the following questions:

- Is it consistent with Our Beliefs?
- Would I want others to know about it?

If the answer to either question is no consider whether your potential action complies with our Statement of Ethics. If it does not, identify a better plan of action. If you are unsure about a decision, talk to your manager or contact Global Ethics.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

WM/YW 000807

# Introduction



> **Personal and moral integrity is one of our basic fundamentals and it has to start with each of us.**
>
> Sam Walton,
> Founder

## Who is Covered by the Statement of Ethics?

### Associates and Directors

Our Statement of Ethics applies to all associates at all levels of the organization worldwide and all members of the board of directors of Wal-Mart Stores, Inc. It also applies to all associates and directors of Walmart-controlled subsidiaries.

### Third Parties

Walmart expects all suppliers, consultants, law firms, public relations firms, contractors and other service providers to act ethically and in a manner consistent with this Statement of Ethics. If you hire a third party, you should take reasonable steps to ensure the third party is aware of this Statement of Ethics, has a reputation for integrity and acts in a responsible manner consistent with our standards.

## Associate Responsibilities

Every Walmart associate has responsibility to:

- Follow the law at all times. If you see any associate violating the law, or if you're asked to do something you believe may violate the law, discuss it immediately with your manager or Global Ethics.

- Read and understand Our Beliefs and use them in your job every day.

- Learn the policies that apply to your job. No one expects you to memorize every policy, but it's good to have a basic understanding of the issues covered by each policy.

- Ask for help from your manager, Global Ethics or other Walmart resources when you have questions about the application of this Statement of Ethics or other policies.

- Immediately raise any concern you or others may have about possible requests or acts that may be a violation of this Statement of Ethics or a Walmart policy.

- Raise any ethics concerns with a manager or by contacting Global Ethics. If you raise an ethics concern through a manager and the issue is not resolved, raise it through a different manager or contact Global Ethics. The various ways to raise concerns are described in more detail later in this guide.

- Cooperate with Walmart's investigations and report all information truthfully.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

5

WM/YW 000808



## Additional Responsibilities for Management

All management associates are responsible for creating an environment that encourages compliance with our Statement of Ethics. Supervision of responsible business practices is as important as supervision of performance. To help us maintain the highest ethics, you should:

- Contact Global Ethics if you are made aware of an ethics issue covered by the Immediately Reportable Criteria on page 9 or for assistance handling an ethics question or concern.

- Meet with your direct reports periodically to review Our Beliefs and our Statement of Ethics.

- If there is a conflict between our ethics and business objectives, ensure our ethics always come first.

- Lead by example and encourage your associates to act with integrity in all dealings to avoid even the appearance of a violation of our ethical standards.

- If an ethics issue arises with one of your associates, make sure other associates in your area are not making the same mistake.

- Ensure open communication by encouraging associates in your department or division to ask questions concerning our Statement of Ethics.

- Never cover up or ignore any ethical conduct problem. Address the matter timely and seek guidance if necessary.

- Appreciate associates who raise issues.

- Never retaliate against anyone for raising an ethics issue, assisting in an investigation or participating in any proceeding relating to an alleged violation of any government regulation, law or rule or alleged fraud against shareholders.

- Once an ethical concern is raised, do not interfere with any investigation into the matter.

- Encourage self-reporting of business conduct violations. If an associate voluntarily reports he or she was involved in an ethics violation, self-reporting may be considered when determining the appropriate disciplinary action to be taken.

## Discipline for Violations

Appropriate disciplinary action, up to and including termination, may be taken against any associate who violates our Statement of Ethics, or applicable laws, regulations or policies.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

6

WM/YW 000809

# Raising Concerns & Speaking Up

> **Don't compromise your reputation. It's a precious commodity. Don't compromise your integrity… have a good name.**
>
> Sam Walton,
> Founder

All of us should constantly strive to maintain a work environment that encourages associates to raise concerns about possible violations of our Statement of Ethics. Often we hear stories of other companies where employees were aware of problems, but did not feel comfortable coming forward. No one should ever feel that way at Walmart. Please report possible ethics issues immediately so they can be resolved before more serious consequences develop. Walmart prohibits retaliation against any associate who raises a concern.

## Ethics Opinions

In the normal course of business, you might have a situation in which you're not sure if your conduct violates the Statement of Ethics or not. When you have an ethics question, you are encouraged to contact Global Ethics for a verbal or written opinion before you take action.



Opinion requests may be submitted to Global Ethics under the "Ask a Question" option at **www.walmartethics.com.**

## What Happens When an Ethics Concern is Raised?

Walmart takes all reported concerns seriously. We confidentially investigate ethics allegations to determine if any law, policy or the Statement of Ethics has been violated. Walmart has a compelling interest in protecting the integrity of every investigation, including protecting reporters and witnesses from harassment, intimidation and retaliation; keeping evidence from being destroyed; ensuring testimony is honest and identifying and addressing root causes. If you report a violation, Global Ethics will make every effort to keep your identity private and to secure any data relating to the investigation. Also, Global Ethics may reasonably impose a requirement that witnesses must maintain a particular investigation and their role in it in strict confidence. In such cases, you must maintain confidentiality and not discuss your report or the investigative process with others. Global Ethics does not generally disclose investigation details, but you will be informed of the status of the investigation.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

7

WM/YW 000810

## Non-Retaliation

Associates who come forward with concerns play an important role in maintaining a healthy, respectful and productive workplace, as well as protecting our stakeholders. These associates help our company address problems early — before more serious consequences develop. It's important for each of us to create a work environment where everyone can raise concerns of ethics issues without fear of retaliation.

Retaliation against associates who raise concerns or questions about misconduct will not be tolerated. Concerns should be raised in good faith, which means you have made a genuine attempt to provide honest and accurate information, even if you are later proven to have been mistaken. Walmart reserves the right to discipline anyone who knowingly makes a false accusation or has acted improperly. However, if an associate voluntarily reports they were involved in a violation, self-reporting may be considered when determining the appropriate disciplinary action to be taken.

Walmart will not terminate, demote or otherwise discriminate against associates for raising concerns. Also, it is important for co-workers not to isolate associates who have raised concerns — such associates should be treated with respect. Any change in treatment toward an associate who has raised a concern could be seen as a form of retaliation.

Walmart has an established process to deal with retaliation issues. Associates who believe they have experienced retaliation after raising an ethics concern should report the issue to their manager or Global Ethics.

## How to Raise a Concern

Walmart provides a variety of resources for you to raise a question or concern. Depending on the nature of the concern, it may be easiest to talk directly to the person responsible about your concern, providing the person with an opportunity to clarify the issue. If you don't feel comfortable talking to the person responsible, you should consult one of the resources listed below. Self-reporting is encouraged and may be taken into consideration in determining appropriate disciplinary action.

### Use the Open Door Communications process

The Open Door Communications process is the most direct way to voice any concern to a manager. If you believe your immediate manager is involved in the problem, discuss the issue with the next level of management who is not involved, use the Open Door Helpline (1-800-530-9929) or use one of the other resources described below.

### Contact Global Ethics

Walmart has a Global Ethics Helpline, which is available to associates around the world 24 hours a day, seven days a week, and is equipped to handle most local languages. The helpline is staffed by an organization not affiliated with Walmart, and to the extent possible (and in conformity with local regulations), callers may remain anonymous. In all cases, associate privacy will be respected to the fullest extent possible under the law. The operator will relay the information to Global Ethics and will provide the associate with a case number and callback date if desired. Contact information for Global Ethics is provided below. The Immediately Reportable Criteria outlined on page 9 must be reported through these channels. Country-specific contact information is listed at the back of this document.

**SPEAK UP FOR GOOD**

## Global Ethics Contact Information

### 📞 Phone
U.S.A., Puerto Rico and Canada:
1-800-WM-ETHIC
[1-800-963-8442]

Specific phone numbers for all countries are listed at the back of this document.

### ✉ Mail
Wal-Mart Stores, Inc.
Attn: Global Ethics
702 SW 8th Street
Bentonville, AR
72716-0860

### 🖥 Internet
walmartethics.com

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

WM/YW 000811

# Immediately Reportable Criteria

Associates may raise concerns regarding conduct that may violate the Global Statement of Ethics through the various channels listed in the Raising Concerns & Speaking Up section. However, there are certain types of allegations that must immediately be reported to Global Ethics. They are:

## Bribery

- Providing, offering, promising, requesting, or receiving any improper or unearned benefit
- Any violation of the company's Global Anti-Corruption Policy or related procedures
- All suspected violations of anti-bribery laws should also be reported, including any violations of the anti-bribery restrictions in the U.S. Foreign Corrupt Practices Act (FCPA) and the U.K. Bribery Act.

## Officer Misconduct

- Violations of the Global Statement of Ethics by company officers or direct reports to any company CEO

## Fraud or Theft Greater Than $100,000 and Involving an Associate

## Incorrect Records and Accounts

- Interfering with audits or internal controls, falsifying, misrepresenting, or destroying financial records, reports, or data, or improperly concealing, altering, or manipulating financial records, reports, or data

## Information System Hacking

- Any conduct involving an associate maliciously gaining unauthorized access to company information systems

## Global Corporate Brand Reputation Risks

- Threats to human life, slave or forced labor, human trafficking, or child labor
- Serious criminal misconduct, such as:
  - Bid rigging, price fixing, market or customer division or allocation, or other anti-competitive collusion
  - Insider trading
  - Trade sanctions and export regulation violations
  - Money laundering

# Waivers

Any associate can request a waiver of the applicability of this Statement of Ethics. All requests must be submitted in writing to Global Ethics by the associate and must contain the relevant details and facts supporting the requested waiver. Global Ethics will respond in writing to the associate. Where required by law for certain executive officers or board of directors members, requests for waivers will be considered by the audit committee or the full board of directors and approval of such waivers will be promptly disclosed to shareholders.

All waiver requests must be approved in advance of the conduct for which approval is sought.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

9

WM/YW 000812



## Non-Retaliation

**Q** **I reported an allegation six months ago. Ever since, my manager has stopped including me in several meetings. Is this retaliation?**

**A** Significant changes in how you're treated may be retaliation. If your manager treats you differently after reporting an allegation, you should raise your concern to management through the Open Door process or by contacting Global Ethics.

**Q** **One of my associates called the Helpline and made a false claim against me. I think she did it to hurt my career. Can I give her a lower rating on her evaluation since she is obviously trying to spread lies about me?**

**A** We should believe associates who report concerns do so in good faith. Taking action against an associate because the associate reported a concern is retaliation and may result in disciplinary action for you as a manager. Retaliation will not be tolerated at Walmart. It prevents an open reporting environment and encourages a culture of fear.

**Q** **Is protection from retaliation only available if I report my concerns through the Helpline?**

**A** Retaliation is unacceptable no matter how you report your concern whether through management, Human Resources or Global Ethics. If you believe you have been retaliated against, report your concern to management through the Open Door process or contact Global Ethics.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

10

WM/YW 000813

## Leading with Integrity in Our Workplace



> **You can overcome almost anything, but you cannot overcome a lack of integrity.**

Lee Scott,
Former President and CEO,
Wal-Mart Stores, Inc.

## ◯ Alcohol & Drug Free Workplace

Walmart is committed to a safe and healthy workplace for everyone. The possession, solicitation or use of illegal drugs, or being under the influence of such drugs while at work, is

*Walmart strictly forbids improper use of drugs and alcohol.*

prohibited and will not be tolerated. Walmart strictly forbids improper use of drugs and alcohol. All associates should ensure their performance and judgment are unimpaired by alcohol consumption during work hours. Associates should not report to work under the influence of alcohol nor should they consume alcohol on company property. In some instances, associates of the legal drinking age may consume alcoholic beverages at company-sponsored events if the consumption of alcohol is approved in advance by the country president or the corporate executive vice president for the business unit sponsoring the event. Walmart will take customary practices into consideration in countries where a moderate consumption of alcohol with a business meal is common.

## ◯ Discrimination & Harassment Prevention

One of the basic beliefs upon which Sam Walton founded our company is "respect for the individual." Each of us is responsible for creating a culture of trust and respect that promotes a positive work environment. This means treating one another with fairness and courtesy in all of our interactions in the workplace. We are committed to maintaining a diverse workforce and an inclusive work environment. Walmart prohibits discrimination in employment, employment-related decisions or in business dealings on the basis of an individual's race, color, ancestry, age, sex, sexual orientation, religion, disability, ethnicity, national origin, veteran status, marital status, pregnancy or any other status protected by law or local policy. We should provide an environment free of discrimination to our associates, customers, members and suppliers.

*We believe in a positive, respectful work environment for all associates.*



To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

11

WM/YW 000814

*Harassment in the workplace is prohibited regardless of whether it is welcome or unwelcome.*

We believe in treating each other with respect, whether it's a co-worker, supplier, customer or anyone doing business with us.

Harassment is conduct which inappropriately or unreasonably interferes with work performance, diminishes the dignity of any person or creates an intimidating, hostile or otherwise offensive work environment based on an individual's legally protected status. Verbal, visual, or physical conduct of a sexual nature is not acceptable in the workplace and may be determined to be sexual harassment. Examples include:

- Sexual advances, requests for sexual favors, sexually explicit language, off-color jokes, remarks about a person's body or sexual activities

- Displaying sexually suggestive pictures or objects, suggestive looks, leering or suggestive communication in any form

- Inappropriate touching, both welcome and unwelcome

We also prohibit other forms of harassment based on an individual's legally protected status, such as:

- Using slurs or negative stereotyping

- Verbal kidding, teasing or joking

- Intimidating acts, such as bullying or threatening

- Any other conduct that shows hostility toward, disrespect for or mistreatment of an individual based on the individual's legally protected status

Harassing conduct in the workplace, such as that described above, is prohibited regardless of whether it is welcome or unwelcome and regardless of whether the individuals involved are of the same or different sex, sexual orientation, race or other status. Again, Walmart prohibits retaliation and will not terminate, demote or otherwise discriminate against associates for reporting concerns.

## Inappropriate Conduct

We believe in maintaining a working environment free of inappropriate conduct such as obscene, profane, gross, violent, discriminatory, bullying or similarly offensive language, gestures or conduct. Walmart will not tolerate such conduct, which violates our belief of respect for the individual.

While posting information online can be a great way to connect with others, always conduct yourself online in a manner that is consistent with Walmart's ethics and Our Beliefs. Inappropriate conduct of the type described here is strictly prohibited, even if it occurs online.



## Wage & Hour

We are committed to complying fully with all applicable laws and regulations dealing with wage and hour issues, including off-the-clock work, rest breaks, meal periods and days of rest, overtime pay, termination pay, minimum-wage requirements, wages and hours of minors and other subjects related to wage and hour practices. As Walmart associates, we must:

- Comply fully with all corporate policies and procedures related to wage and hour issues

- Comply fully with all applicable laws and regulations pertaining to wage and hour issues

- Report any violations of wage and hour laws or policies through the Open Door Communication process or by contacting Global Ethics

It is a violation of law and Walmart policy for you to work without compensation or for a supervisor (hourly or salaried) to request you work without compensation. You should never perform any work for Walmart without compensation.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

12

WM/YW 000815



## Conflict of Interest

### General

We have a responsibility to all our stakeholders to make decisions strictly on the basis of Walmart's interests, without regard to personal gain. A conflict of interest can arise when our judgment could be influenced, or might appear as being influenced, by the possibility of personal benefit. Even if it's not intentional, the appearance of a conflict may be just as damaging to your reputation, and Walmart's reputation, as an actual conflict. We should always be on the lookout for situations that may create a conflict of interest and do everything we can to avoid them.

It's your responsibility to tell your manager about any situation you think creates, or could create, a conflict of interest. Managers are encouraged to bring such matters to the attention of Global Ethics for advice. You also may contact Global Ethics with any question you have.

Conflict of interest situations can come up in various ways. The following sections outline some of the possibilities.

### Financial Investments

You have a responsibility to make sure your personal financial activities do not conflict with your responsibilities to the company. A financial conflict of interest can arise when your judgment could be influenced, or might appear as being influenced, by the possibility of personal financial gain.

Examples of conflicting financial investments are:

- Financial interest in a supplier of Walmart, if you have direct or indirect involvement in our business with that supplier

- Receiving personal compensation from a supplier, if you have direct or indirect involvement in our business with that supplier

- Using confidential company information for personal gain

Additionally, ownership of stock in a competitor with a market value in excess of U.S. $20,000 (or equivalent local currency amount) must be disclosed in writing to Global Ethics. Global Ethics will determine whether or not a conflict or a potential conflict exists and how it should be handled.

### Outside Employment

Associates should avoid employment or outside interests that may create, or give the appearance of creating, a conflict of interest. For example, management associates working for a competitor is deemed to be a conflict. Hourly associates should check with their managers before accepting employment with a competitor to determine if a conflict exists. Factors for consideration include similarity of position and job responsibilities. Similarly, associates may not work for a supplier if they have any influence (either direct or indirect) over the supplier's product or the supplier's business with Walmart.

Associates may operate and work in a side business as long as it does not create a conflict of interest with their work at Walmart. This means the side business cannot interfere with your responsibilities as a Walmart associate, be similar in nature to your role as an associate, benefit from the use of Walmart assets, supply products to Walmart or reflect negatively on Walmart.

If you have a question about whether outside employment is a potential conflict, contact your manager or Global Ethics.

### Former Employment

A conflict of interest may exist if a former associate is calling on Walmart in an area in which the associate worked or had influence while employed at Walmart. If the former associate was a Walmart officer, a conflict may exist regardless of the area in which the officer worked.

When a former associate takes a position with or on behalf of a supplier, Walmart will not do business with that associate for a period of one year following his or her separation if the former associate is dealing with a business area in which he or she worked or had business influence. Walmart will not do business with former officers for a period of one year regardless of the area in which the former officer worked. Global Ethics may, in partnership with senior business leadership, determine a different time period is reasonably warranted under the circumstances. All conflict determinations must be submitted to Global Ethics in advance for a written opinion.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

13

WM/YW 000816

## Personal Relationships with Suppliers

Associates should not have social or other relationships with suppliers if the relationship would give the perception a business influence is being exerted. We believe in basing our relationships with suppliers on efficient, fair and lawful business practices. The selection of suppliers must be made on the basis of objective criteria, including integrity, quality, price, delivery, adherence to schedules, product suitability, maintenance of adequate sources of supply and Walmart's

> *The selection of suppliers must be made on the basis of objective criteria.*

purchasing practices and procedures. We must treat our suppliers with respect, fairness and honesty. We must not take undue advantage of a supplier by using Walmart's business influence. Also, we should expect our suppliers to follow all applicable legal requirements in their business practices, as well as our supplier standards.

If you believe you may be perceived as having an inappropriately close relationship with a supplier, or appear to be exerting a business influence on the supplier, inform your manager or contact Global Ethics.

## Gifts & Entertainment

Accepting gifts and entertainment can cause a conflict, or the appearance of a conflict, between personal interests and professional responsibility. Walmart's culture is to never accept gifts or entertainment from any supplier, potential supplier, government agent or other third party the associate has reason to believe may be seeking to influence business decisions or transactions. Associates also may not accept a gift or gratuity from a customer for work performed by the associate in a Walmart facility, except as required by local or national policy.

We may not accept items donated to Walmart by suppliers for the purpose of raising funds for charities or non-profit organizations. Also, we should never ask for, accept or approve of suppliers making donations on behalf of Walmart. Additionally, associates should not provide a list of our suppliers to charitable organizations for the purpose of fundraising.

Our policy on gifts and entertainment stems from our values of complete transparency and objectivity and our principle of maintaining Every Day Low Costs. Since such gifts and entertainment increase the cost of doing business, we help our suppliers give us low costs on products by not expecting the gifts and entertainment they may have to spend on other customers. We recognize, as a global company, we may encounter situations in which local practices will come into play. Global Ethics will review these situations on a case-by-case basis.

When you are establishing a new business relationship, make sure all parties are aware of our policy regarding gifts and entertainment. In some countries where gift giving is a custom or tradition, you should politely explain this policy to your customers and suppliers, especially prior to holiday gift-giving periods, to establish expectations.



JUST SAY...
**No, thank you.**

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

WM/YW 000817

## ASK YOURSELF...



*Would this business offer me this gift or gratuity if I wasn't employed by Walmart?*

You always should be aware of how the act of accepting a gift or gratuity might be perceived by the public, by other suppliers or by other associates. When dealing with external businesses, you should ask yourself, "Would this business offer me this gift or gratuity if I wasn't employed by Walmart?" If the answer is "no" or is unclear, you should not accept it.

Occasionally, there may be times when returning a gift would be impractical or embarrassing. In those rare instances, the gift should be managed in a fair and objective manner that does not benefit you personally, such as donating it to charity. You should immediately tell your manager or Global Ethics about any gift you've been offered or received if you feel that gift might be a violation of our policy. If you have any questions about gifts and entertainment, you should seek assistance from your manager or Global Ethics.

### Personal Relationships with Other Associates

At Walmart, we want to maintain a work environment in which associates can perform effectively and achieve their full potential. We all are responsible for creating a climate of trust and respect and for promoting a productive work environment.

A conflict of interest exists when you manage someone with whom you have a family, romantic or dating relationship. A family relationship includes the following relatives by birth, adoption, marriage, domestic partnership or civil union: your spouse, children, parents, siblings, grandparents or grandchildren, as well as anyone who currently is a member of your household, whether or not you are related. It also may include other close personal relationships such as godparents. Even if you're acting properly, your relationship will likely be seen as influencing your judgment. This can damage morale and disrupt workplace productivity. Therefore, you may not directly or indirectly supervise any family members or any

associate with whom you have a close personal relationship, date or are romantically involved. This includes situations in which you may be able to influence that associate's terms and conditions of employment or that associate may be able to influence the terms and conditions of your employment.

Walmart strives to eliminate personal relationships that interfere with work performance or which may constitute harassment.

You should ask for guidance from your manager or contact Global Ethics whenever an issue comes up regarding a personal relationship.



*At Walmart, we want to maintain a work environment in which associates can perform effectively and achieve their full potential.*

### Walmart Assets

We have a responsibility to our shareholders to use Walmart property and assets for Walmart business and not allow them to be used for any type of personal gain. You're responsible for maintaining Walmart property under your control and should take reasonable steps to protect it from theft, misuse, loss, damage or sabotage. Where permitted by law, associates have no expectation of privacy as to the use of Walmart communication tools (such as email or voice mail). Walmart has the right to and does monitor communications tools, including the content and usage of such tools.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

15

WM/YW 000818



# Alcohol & Drug Free Workplace

**Q** **I was asked to take a drug test before accepting a promotion into management. Is this standard?**

**A** Where permitted by law, job applicants may be drug screened as part of the post-offer hiring process or prior to accepting a promotion into management. Any applicant who tests positive for illegal drug use will not be hired or promoted, and may be terminated. In addition, Walmart may require you to submit to drug testing, where permitted by law following certain on-the-job injuries or if there is reasonable basis to suspect you're under the influence of drugs.

**Q** **Is there somewhere I can go for help if I have a drug or alcohol problem?**

**A** Walmart operations in some countries provide counseling services. Please contact your manager through the Open Door process, your Human Resources manager or your local substance abuse counseling center for help.

**Q** **I'm attending a Walmart - sponsored group meeting where alcohol will be served. May I drink alcohol while there?**

**A** With prior approval from the market country president or corporate executive officer of the business unit sponsoring the event, alcohol may be served at some company-sponsored events. Associates of legal drinking age may consume alcohol at these events.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

16

**WM/YW 000819**

## Discrimination and Harassment Prevention

**Q** In the break room, another associate called me a disrespectful name associated with my nationality. What should I do?

**A** Immediately report the incident to management through the Open Door process or contact Global Ethics.

**Q** A department manager regularly comments about how attractive I am, which makes me feel uncomfortable. What should I do?

**A** We encourage you to tell the person to stop. If you're not comfortable talking to the person or the activity does not stop, immediately report the issue to management through the Open Door process or contact Global Ethics.

**Q** Is my desk calendar with occasional stereotypical and sexual jokes appropriate in the workplace?

**A** No. It could be offensive to someone else in the workplace. If you're in any doubt, remove the item from the workplace.

**Q** An associate used a word in a meeting that is offensive to me. What should I do?

**A** Speak up and tell the person if you feel comfortable. Some words are universally offensive but some are not. The associate might not know the word could be offensive to someone else. You also can exercise the Open Door process or contact Global Ethics.

## Inappropriate Conduct

**Q** A customer continues to call me bad names while in my checkout line. What should I do?

**A** Contact a member of management or Asset Protection in your store.

## Wage and Hour

**Q** My manager asks me to gather carts each evening on my way out to my car. Is this acceptable?

**A** No. You should tell your manager you have already clocked out and it is a violation of company policy for you to work off-the-clock. You also should report the issue to management through the Open Door process or contact Global Ethics.

## Conflict of Interest

**Q** I've recently invested $10,000 in my bank's mutual fund program. The fund may invest some of the money in either competitor or supplier stock. Is this a violation?

**A** If you have no direct control over the investment strategy, it's not a violation.

**Q** Someone told me I cannot own stock in a supplier. Is this correct?

**A** Maybe. The restriction is that you may not have any direct financial interest in a supplier whose business you have direct or indirect influence over in your position at Walmart. There are no restrictions against financial interests in suppliers whose business you do not influence.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

17

WM/YW 000820

**Q** I recently joined Walmart and I own more than $20,000 (or local currency equivalent) of stock in a key competitor. Must I sell this stock?

**A** You should disclose the information to your manager and Global Ethics. Global Ethics will advise you regarding any potential conflict of interest.

**Q** There's a contracting company I do business with as part of my position with Walmart. They have asked me if I know of an engineer they could hire. My son is qualified and would like to work for this company. May I refer my son for the position?

**A** No. Even though the contracting company sought your recommendation, it may appear that you are using your position with Walmart to get your son a job. That would be a conflict of interest that could compromise your reputation as a representative of Walmart.

**Q** My neighbor is one of my suppliers. He invited my family and me to a neighborhood party. Would it be a conflict of interest if we went to the party?

**A** It is not a violation to attend as long as the party is open to the neighborhood and you're invited because you're a neighbor, not because of your position with Walmart. Remember to ask yourself: if another supplier or other associates knew of this situation, would it appear you are giving preferential treatment to your neighbor as a supplier, or that the supplier is trying to influence you?

**Q** Our market electronics team is attending a training session hosted by a supplier to learn about a new item the supplier is launching. The supplier said we will each get a free t-shirt for attending the training. Can we accept the t-shirts?

**A** Because the t-shirts are coming from the supplier and are not related to the product or gaining an understanding of the product, the team should not accept the t-shirts. Politely decline the t-shirts and explain our standard on gifts and entertainment to the supplier.

**Q** I have been requested to speak on a panel at an event sponsored by a supplier. The supplier has offered to pay for all expenses incurred for all speakers. Is it appropriate for the supplier to cover my expenses?

**A** No. Due to our business relationship with the supplier, Walmart should incur the costs associated with the event.

**Q** I work in Financial Services, and I received a birthday gift from a close personal friend who happens to be employed by a Walmart toy supplier. Can I accept the gift?

**A** In your role, you have no direct or indirect influence over the business relationship with the supplier, so it would not be a violation to accept the gift from your friend.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

18

WM/YW 000821

**Q** **In my market, it is a cultural custom for suppliers to offer beverages, such as coffee, tea or soft drinks, and other small snacks during business meetings at their facilities. Can I accept these refreshments?**

**A** You may accept customary refreshments such as a coffee, soft drink or small snack. However, you should not accept food and beverages that would be considered a meal.

**Q** **A supplier I work with has offered me two tickets to the World Cup if I pay face value for them. Can I buy the tickets?**

**A** No. Although you may be paying face value for the tickets, it may not reflect the market value of the item. Some areas allow you to resell tickets, and you might be able to make a profit if you sold them. Also, this can be considered a gift of prestige, as having the opportunity to attend a coveted event such as the World Cup is not readily available to everyone.

## Walmart Assets

**Q** **I have to travel often for my job. Can I use my company laptop to check my bank account online while I am traveling?**

**A** Yes, as long as it does not interfere with your work performance.

**Q** **My manager told me when I travel with my laptop I should carry it on the plane with me. Is this really necessary?**

**A** Yes. When traveling with a company-issued laptop, you must carry it on the plane with you. It may not be checked with your baggage. It is necessary to protect the laptop and the information contained on it from theft, loss, misuse or damage.



To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

19

**WM/YW 000822**

# Leading with Integrity in Our Marketplace



> **…Acting with integrity, it's the foundation of Walmart. It's how our company was created. It's the expectation — the absolute.**

Mike Duke,
Former President and CEO,
Wal-Mart Stores, Inc.

## Fair Competition & Fair Dealing

We are committed to complying with all competition, fair dealing and antitrust laws applicable to our global businesses. These laws help protect competition to enable open markets and enhance productivity, innovation and value for customers. Our policies and actions demonstrate our interest to encourage competition by complying with all applicable competition and antitrust laws, as well as engaging in truthful and accurate sales and marketing practices. In doing so, we will thrive as a company and continue to help our customers around the world save money and live better. For specific information on applicable laws or to seek advice, contact the Legal Department.

## Intentional Dishonesty

Striving for excellence means operating our business with high integrity and never conducting or participating in deceptive, dishonest or fraudulent activities. These activities are not only unethical, but may also be a violation of law. You should manage your particular area of business with as much transparency as possible. You should also encourage a work environment that supports the contributions of your associates and is based on our company's ethical values and Our Beliefs. Acts of fraud or dishonesty are more likely to occur in environments with insufficient controls or unrealistic expectations. To maintain excellence in our operations, encourage transparency, honesty and realistic expectations.



To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

WM/YW 000823

## Financial Integrity & Accounting Irregularities

Walmart requires honest and accurate recording and reporting of financial information to make responsible business decisions. All financial books, records and accounts must accurately reflect financial transactions and events. They must conform to generally accepted accounting principles and to Walmart's system of internal controls. No Walmart document or record may be falsified for any reason. No undisclosed or unrecorded accounts of Walmart's funds or assets may be established for any purpose.

## Insider Trading

It is illegal to buy or sell stock or other securities on the basis of material, non-public information or inside information. Inside information is any material, non-public information a reasonable investor is likely to consider important when making an investment decision. Some common examples include periodic sales or earnings information for Walmart U.S., Walmart international or the total company prior to the public release of such information, projections of future earnings or loss or news of a significant event such as a pending merger, a change in operations structure or a change in executive management.

It also is illegal to communicate or tip inside information to others so they can buy or sell stock or other securities on the basis of such information. If you are aware of inside information about Walmart or any other company, including our suppliers or business partners, you are prohibited from trading directly or indirectly or tipping others to trade in stock or other securities of that company. These same restrictions apply to any person living in your household or who is financially dependent upon you, as well as to any entity or securities account you may control. As Walmart associates, we all must remember to:

- Never buy or sell stock or other securities of any company while you have inside information about that company.

- Never recommend anyone buy or sell stock or other securities of any company while you have inside information about that company.

- Never disclose inside information about Walmart to anyone outside of Walmart (including your family members), unless such information has been released to the general public or unless such disclosure has been approved by the Legal Department and only after the Legal Department has informed you that adequate steps have been taken to prevent misuse of the information.

- Disclose inside information to people within Walmart only on a need-to-know basis.

- Never attempt to manipulate market prices, or spread market rumors or false information.

- Never buy or sell Walmart securities while the trading window is closed if you are subject to trading windows as described in Walmart's Insider Trading policy.

If you have questions or concerns about insider trading, refer to Walmart's Insider Trading policy, contact the Legal Department or Global Ethics.

## Restrictive Trade Practices

We will not participate in any activity intended to restrain trade or promote a refusal to conduct business with customers, members or suppliers in any country where such a refusal would be in violation of an applicable law. If you learn of a refusal to conduct business or any related communications regarding such a refusal, contact the Legal Department.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

21

**WM/YW 000824**



## Intentional Dishonesty

**Q** **An industry trade association has contacted me about participating in a benchmarking study for members of their association. This seems like a good way to obtain information about our competitors. Should we participate?**

**A** There is nothing wrong with participating in industry benchmarking activities. However, this should never be used as a means to obtain confidential information about competitors.

**Q** **Our store has several associates who are behind on their CBLs. To avoid a late report being elevated to my manager, can I have my office associate take their CBLs and then cover the material with my associates during our team meetings?**

**A** No. Having your office associate complete the CBLs of other associates would not only be an act of intentional dishonesty, but also an unethical directive by the manager. This would compromise your integrity, as well as the integrity of the office associate and the associates who should be taking the CBLs. In addition, CBLs are used to ensure our associates are appropriately trained to handle specific situations they may encounter in their jobs. If you do not allow your associates to take their assigned CBLs, you are potentially putting your associates, customers and the company at risk.

**Q** **I am applying for another job at Walmart. A requirement of the job is a college degree. I am actually due to finish my degree in a few months. Can I state that I have the degree on my resume?**

**A** No. You should be honest about your qualifications when seeking a job. Misrepresenting your education, experience, certifications or licensing is a dishonest act that could potentially put our company at risk as well as provide an unfair advantage in the candidate selection

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

22

WM/YW 000825

**Q** My manager has stated that, due to the difficulty involved in reaching the high bins in the backroom, we should acknowledge in the system that a bin audit has occurred when, in fact, it has not. What should I do?

**A** What your manager is suggesting you do is to falsify bin audits, which is not only a dishonest act but also could be detrimental to our business. By not properly conducting your bin audits, you are potentially impacting the level of customer service at the store as well as impacting the store's ability to maintain accurate in - stock levels. Additionally, your manager asked you to engage in a dishonest act. You should report this to management through the Open Door process or contact Global Ethics.

## Financial Integrity

**Q** My manager told me to markdown several items to zero but leave them on the shelves to sell because it will "help our inventory." Is this acceptable?

**A** No. The manipulation of markdowns is not only dishonest, but it also could affect the store's profitability. If you're being instructed to do this, report it to Global Ethics immediately.

**Q** An associate near me says she makes adjustments to our financial information so our "good months" will help out our "bad months." Could this be an issue?

**A** The manipulation of accounts and allowances is not only intentionally dishonest, but also is a financial integrity concern that can have serious consequences both personally and as a company. You should report this immediately to Global Ethics.

## Insider Trading

**Q** I have inside information from a publicly listed vendor about an amazing new product the company is going to launch. Can I buy that public company's stock?

**A** No. Any stock sale or purchase based on material, non-public information is considered insider trading.

**Q** Could I encourage a friend to buy that public company's stock?

**A** Encouraging others to purchase the stock would still be considered insider trading and is commonly referred to or known as "tipping." The friend would be liable for insider trading, if he or she purchased shares based on your tip, and you would be liable for insider trading for giving the tip even though you did not buy any shares of the public company's stock.

## Restrictive Trade Practices

**Q** I was told I should boycott one of my suppliers because they conduct business in a certain country. Should I not do business with that supplier?

**A** Although restrictions are sometimes placed on certain countries and individuals, it's always best to speak to the Legal or Compliance Department before taking any action if you are instructed to boycott a supplier or country.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

23

WM/YW 000826

## Leading with Integrity in Our Communities



> ❝ **Integrity is the single most important characteristic of a leader.** ❞
>
> Lee Scott,
> Former President and CEO,
> Wal-Mart Stores, Inc.

## Anti-Corruption

Walmart believes in fair, free and open markets. We also believe in promoting good government. We do not tolerate bribery, corruption or unethical practices of any kind.

*Our stance on improper benefits is firm — regardless of local practice or custom, or even harm to our business.*

Walmart strictly prohibits anyone acting on behalf of Walmart, whether directly or indirectly, from making or receiving bribes or improper payments. Walmart's Global Anti-Corruption Policy forbids us from paying, offering or authorizing payment of money (or anything that has value) to improperly influence anyone. This also applies to payments made through someone unaffiliated with Walmart, such as a third party acting on Walmart's behalf. Our prohibition also covers small or minor benefits to influence someone improperly. Our stance on improper benefits is firm — regardless of local practice or custom, or even harm to our business.

We must avoid any interaction with a public official, employee of a publicly owned company or political organization that could even appear improper. This includes any person who exercises a public function or who works for a government at any level (e.g., customs clearance officer, members of the military and law enforcement), a political party or campaign (including unpaid staff), a public international organization (e.g., the World Bank) or a government-owned or government-controlled enterprise (e.g., employees at state-owned utilities, energy companies, hospitals). A contract with a state-owned or public entity requires prior written Legal Department approval and the approval of the Anti-Corruption Compliance team.

You must immediately report any suspected violations or any requests for a bribe. For further guidance on this topic, contact the Anti-Corruption Compliance team or Global Ethics.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

24

WM/YW 000827

## Anti-Money Laundering

We're committed to complying fully with all applicable money-laundering laws throughout the world. Some countries also have laws related to the reporting of cash or other suspicious transactions we must obey.

Be alert to the following activities:

- Types of payments associated with money laundering, such as: multiple money orders, volume purchases of prepaid products such as gift cards or large cash transactions

- A customer or other third party who is reluctant to provide complete information, provides false or suspicious information or is anxious to avoid reporting or record-keeping requirements

- Unusual domestic or foreign fund transfers that indicate scam activities or fraudulent schemes

- Structuring a transaction to avoid requirements, such as conducting multiple transactions below the reportable threshold amounts

Walmart has established rules concerning acceptable forms of payment. For further guidance on this topic, please contact the Compliance Department.

## Authority to Work

We strive to be good corporate citizens. Therefore, we will not hire, recruit or refer for a fee, anyone not legally authorized to work in the country in which employment is sought. It is our responsibility to inspect, verify and document the identity and employment authorization of every new associate, including associates on global assignment in a country different from their home country. We also are responsible for re-verifying the continuing employment eligibility of each associate by requesting further documentation when the initial work authorization has expired.

All persons we hire or send on a global assignment to a country other than their home country, must provide proper documentation and verification of their authorization to work in the country where they are to be employed.

In complying with immigration laws, it is important that we follow our policy against employment discrimination on the basis of national origin or possible citizenship status.

We require all employment agencies, contractors and others doing business with us to fully comply with all immigration laws.



## Environmental Responsibility, Health & Safety in the Workplace

We all must serve as responsible stewards of the environment and care for the safety and well-being of our associates, members, customers and communities.

### Environmental Responsibility

Walmart is committed to conducting business in a socially responsible and ethical manner that protects the environment. We are committed to environmental protection and preservation of our natural resources. We are also responsible for complying with all applicable environmental laws and regulations. This responsibility is a core foundation of our commitment to environmental sustainability. We must all act ethically in regards to environmental issues to further our goal of helping people live better and to ensure a better world for generations to come.

### Health & Safety

Walmart is also committed to protecting the health and safety of our associates, members, customers and communities because we care for one another's well-being. Conducting our business in compliance with all health and safety laws is crucial to protecting each other from harm. As associates of Walmart, we must always comply with all relevant health and safety laws and policies and never ignore a potential health and safety concern. Acting ethically in regards to health and safety issues is critical to our corporate goal of providing a safe shopping and working environment.

If you have questions regarding environmental or health and safety issues, please contact the Compliance Department or Global Ethics.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

25

WM/YW 000828

## Product & Food Safety

At Walmart, food and product safety are more than a priority or regulatory requirement; they're part of our culture. As Walmart associates, we must comply with all applicable food and product safety laws and regulations in our daily business. With thousands of suppliers around the world, we realize we have an important obligation to require our suppliers to adhere to stringent food and product safety expectations, laws and regulations. If you have any questions or concerns regarding food or product safety and the regulations or requirements that apply to your area of the business, please contact the Compliance Department or Global Ethics.

## Protecting Personal & Business Information

In our daily business, we may be exposed to personal and business information about associates, customers, members, suppliers and our own company. It's our responsibility to protect this information in accordance with applicable laws, our policies (including our records retention requirements), and our company beliefs.

Information may be physical (on paper) or electronic. You only should collect or save company business information needed to perform your job. You must manage such information securely through its lifecycle and in accordance with Walmart's records management requirements. Confidential company information is divided into three classes of data: highly sensitive (high security), sensitive (medium security) and non-sensitive (low security).

Examples of ways to protect highly sensitive or sensitive information include:

- Accessing the information for business purposes only
- Sharing it with other associates for legitimate business purposes only
- Preventing unauthorized access (for example, locking up highly sensitive data)
- Returning all highly sensitive and sensitive information to Walmart along with any other Walmart property upon termination of employment
- If there is no business need for keeping the data and no hold for legal purposes, dispose of it by placing it in a shredder or confidential bin; never throw it in the trash

*In addition to protecting our trade secrets, it's our policy to respect the trade secrets of others.*

If you believe you have confidential company information that needs to be shared outside the company, seek approval from your manager or the Compliance Department before sharing information.

Trade secrets are an example of business data we must protect. In our pursuit of striving for excellence, we have invested in the development of systems, processes, products, business procedures and technology — our trade secrets — that have made us a leader in the retail industry and give us a competitive edge. All trade secrets are highly sensitive data and must be kept secure. In addition to protecting our trade secrets, it's our policy to respect the trade secrets of others. No associate may reveal the trade secrets of the companies with which we conduct business or companies with which they were previously employed.

All associates should ensure their use of social media does not compromise the confidentiality of Walmart trade secrets, highly sensitive or sensitive business information.

Personal information about customers, members, suppliers and vendors must also be securely managed. Do not access or collect such information unless necessary to perform your job and only as directed by your manager. If you suspect there may be a breach of such personal information, notify a member of management, Human Resources or Global Ethics. Treat associate medical information the same.

Specific departments within our company may have special privacy rules or procedures. We must read, understand and stay current on information that applies to our specific areas of the business and job functions. Additionally, we must follow the applicable records management requirements. If you have questions about the record-keeping requirements that apply to your job, please contact the Compliance Department or the Privacy Office Records Management team for assistance.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

26

WM/YW 000829

# ⬤ Governmental & Political Activities

## Governmental Contracts and Inquiries

We should not enter into any contract or agreement with any governmental entity for any purpose without prior written approval from the Legal and Anti-Corruption Compliance departments. This specifically includes accepting bids, contracts or purchase orders for products and services. Failure to follow this requirement may result in Walmart incurring significant compliance obligations and related expenses.

You must immediately report all inquiries from governmental entities or investigators to your manager or contact the Legal Department. All inquiries from government entities and investigators must be answered accurately and completely.

## Political Involvement

Participation in the political process outside of work and during non-work time is admirable. You can make lawful contributions of personal funds to political activities; however, Walmart will not reimburse you for those activities unless required by law. Corporate funds shall not be provided to political candidates, entities or organizations without the express knowledge and written consent of Walmart's Corporate Affairs Department. You cannot use your job title or company affiliation in connection with personal political activities unless that information is required by law.

## ⬤ International Trade

All countries regulate international trade transactions covering activities such as imports, exports and financial transactions. For example, all inbound merchandise entering the commerce of a country must clear customs prior to being released and delivered to the recipient. At customs, merchandise is examined for compliance with regulations and assessed for the payment of duties and taxes, where applicable.

It's important we all keep the following points in mind:

- Make sure a thorough check of all regulatory requirements has been performed before attempting to import and export merchandise. Regulatory requirements apply to both the merchandise and the documentation.

- Documentation must be complete and accurate, including description, prices and the parties to the transaction.

- Internal controls must be established to ensure compliance with all regulatory requirements, including any record-keeping obligations.

As a Walmart associate, you must be familiar with the various trade rules and regulations that apply to your work, including not only the trade laws of your own country, but also the laws in all other countries that may affect your work at Walmart. For example, some governments may administer a variety of trade restrictions, such as embargoes and sanctions against a number of countries, including nationals of those countries. Transactions with certain designated individuals and organizations, such as terrorist organizations, narcotics traffickers and weapons proliferators, also are prohibited even though those individuals or organizations may not be associated with any particular country's embargo. Always consult the Compliance Department prior to entering into international trade negotiations or transactions.

## ⬤ Media Statements

Communication in the age of social media has changed the way we live and work. When events are unfolding or when people are simply looking for information, you may be viewed as a source of information about the company. As you talk with family members, customers and club members or participate in social media, we encourage you to share your Walmart story. If you are asked questions and are unsure of the answers, the company has created resources you may consult for the latest information, including the corporate website: http://corporate.walmart.com. Our associates play a critical role in sharing information with the public when unfortunate disasters occur or when communities are in need.

With regards to making public statements to media outlets such as television, news stations, local newspapers or trade publications, Walmart must ensure the accuracy of all information it provides to the public. You must receive prior written approval from the in-country or global Corporate Affairs Department before making any public statement, whether written or verbal, to such media outlets. For statements about financial matters, contact the Finance Department prior to making any statement or conducting any interview.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

27

WM/YW 000830



## Anti-Corruption

**Q** **Local police officers have recently stopped trucks leaving our distribution center and threatened to delay deliveries unless the driver pays $50 U.S. in cash to the officer. My manager said we should carry $50 gift cards with us. Is it permissible?**

**A** No. Walmart policy prohibits all unofficial payments to government officials to influence government action. This prohibition applies to cash, gifts or other things of value. You should report this immediately to Global Ethics.

**Q** **A store is seeking a permit from the local Transport Authority. The store usually gives holiday baskets to various local officials. This year, the store manager suggested including a $300 gift card in the basket for the head of the Transport Authority. Is this acceptable?**

**A** No. The policy does not allow the gift because it's something of value and is apparently intended to influence the Transport Authority. The policy does permit certain customary gifts, such as holiday baskets that are of low or little value and are not intended to influence anyone. However, an approval process must be followed prior to giving even something as minor as a customary holiday basket. If you have questions about providing customary gifts to any government official, please contact your Anti-Corruption Compliance team or Global Ethics.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

28

WM/YW 000831

## Anti-Money Laundering

**Q** **A customer refuses to provide her address for a $3,000 money transfer to another country. Should I report this as a "suspicious person"?**

**A** Any customer reluctant to provide the requested information should be reported as a "suspicious person" when processing financial transactions.

**Q** **A customer asked me if I could split a $5,000 transaction into two transactions of $2,500 so they did not have to bother with the paperwork that may otherwise be involved. Should I process the transaction this way?**

**A** No. If it's truly the same transaction, it should be processed as one transaction and the proper paperwork should be completely filled out and turned in for reporting to the government. If the customer refuses to comply, contact a member of management to assist you.

## Authority to Work

**Q** **Should I report suspected non-authorized workers if they're technically employed by a contractor and not Walmart?**

**A** Yes. We require all of our contractors to use only work-authorized employees at our facilities. If you suspect there are unauthorized workers at our work sites, please report to management through the Open Door policy or contact Global Ethics.

**Q** **What should I do if an associate arrives ready to begin working and they cannot show evidence of work authorization?**

**A** Follow your country's policies regarding employment authorization. This includes verification for new associates as well as visiting associates on an expatriate or transition assignment. For example, under U.S. law an employer must terminate the employment of an employee who is unable to show evidence of work authorization within a certain time period.

## Environmental Responsibility, Health and Safety in the Workplace

**Q** **While working in the backroom, I noticed associates were placing boxes or pallets in front of the emergency exit, blocking the door. I reported this to my manager who stated he saw no problem with the practice since it was just temporary and the items would be moved when the merchandise went out on the sales floor. Is this a problem?**

**A** Yes. Blocking emergency exits endangers associates and customers should an emergency occur at the store. In addition, we may face potential fines and liabilities for safety hazards such as the blocking or locking of emergency exits. It is crucial that emergency exits be accessible for immediate use in the event of a fire or other emergency. You should immediately report the information to the Compliance Hotline or Global Ethics.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

29

WM/YW 000832

**Q** An associate is asked to dispose of several containers of damaged household cleaning chemicals. He knows there is a standard operating procedure that governs the proper disposal of those kinds of items, but instead of following it, simply moves the chemicals outside the building and leaves them there. How should this be handled?

**A** Chemicals never should be stored outside and subjected to the elements, especially if they may leak or deteriorate, allowing the chemicals to be released into the environment. Associates should ensure all chemicals are stored safely in approved areas with proper containment to prevent releases to the environment. Associates always should follow corporate standard operating procedures regarding environmental issues. If an associate discovers leaking or improperly stored chemicals, he should immediately notify management and contact the Compliance Hotline or report the information to Global Ethics.

## Protecting Personal and Business Information

**Q** An invoice associate is married to a supplier who works with the buyers at the Home Office. I've seen her call her husband and tell him the cost of products we're buying from his competitors. Is this a violation?

**A** Yes. Although she does not have influence over the business he works with at Walmart, she has access to confidential information that may be giving her husband's company an advantage over other suppliers.

**Q** A co-worker of mine has recently given her resignation. Since then, she's been emailing supplier contact information to her home computer so she can start her own business. Is this a violation?

**A** Yes. The supplier information she obtained through her position at Walmart is considered confidential company information. She should not be using it for her personal business. You should report this to Global Ethics.

**Q** A friend of mine said he could give me information regarding a competitor's upcoming confidential advertising strategy. Should I accept this information?

**A** No. We have no desire or need to know the confidential information of other companies.

**Q** My manager told all my peers about my medical condition when I called in sick yesterday. Is that a violation of the Privacy policy?

**A** It could be. Your peers do not have a business need for knowing your medical condition. Many times this type of information is shared out of genuine care and concern for you as an important and valued member of the team. Talk to your manager and tell them your concern. If you don't feel comfortable talking to them, contact your Human Resources manager or Global Ethics.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

30

**WM/YW 000833**

**Q** A pharmacy associate told me a certain customer has a rare medical condition. Is she allowed to share this information?

**A** No. Personal information about our customers, including medical data, is confidential and should not be shared. You should report the incident to management or contact Global Ethics.

**Q** I have an anonymous blog that I write on a regular basis. Can I post information I've learned in my role at Walmart?

**A** While posting information online can be a great way to communicate with others, it's important to consider some of the risks and rewards that are involved. Maintain the confidentiality of company business information related to Walmart and its partners, and the personal information of customers, members and suppliers, as well as associate medical information. Ultimately, you're responsible for what you post.

**Q** My friend and I work in the same department. We both work with sensitive information. I recently learned confidential information that could impact her role. Can I share this information with her?

**A** No. Although the two of you are friends and work in the same department, you should not discuss or share sensitive information with anyone who doesn't have a business need to know it.

# Governmental and Political Activities

**Q** We have a representative from the government here to inspect our food products. What should I do?

**A** Contact your manager or Compliance Department immediately. Ensure you follow the notification process for your market.

**Q** My team is interested in purchasing products from a government-owned business. What should I do?

**A** Contact your Anti-Corruption Compliance Team or Global Ethics before taking any action or making any commitment on behalf of Walmart.

**Q** My team is interested in submitting a Request for Proposal (RFP) to become the exclusive provider of food items for the local school district cafeteria program. What should I do?

**A** Contact the Legal Department before making any commitment and discuss the issue with the government contracting team.

**Q** I would like to sit on the Education Board for my city. Am I allowed to do this as a manager at Walmart?

**A** Yes. You must ensure your position with Walmart, and any influence related to it, is kept separate from your position on the Education Board. You also should be transparent with your manager about your involvement with the board.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

WM/YW 000834

## International Trade



**Q** **I believe one of our imported items was classified incorrectly on the paperwork. What should I do?**

**A** Contact your manager and the Compliance Department immediately. There are fines and tariffs in many countries for misclassifying import information on products.

**Q** **I was told one of my new suppliers appeared on some sort of government list and I shouldn't do business with the supplier. What should I do?**

**A** Contact the Compliance Department for guidance on how to proceed or correct the issue. Many governments keep a list of countries and people with which businesses may not enter into transactions.

## Media Statements

**Q** **I think my new store will be opening on a certain date. Can I call the local media to tell them about the grand opening and activities involved?**

**A** You should contact the Corporate Affairs Department prior to contacting the media. Corporate Affairs will provide you with the resources and official information you may share with your local community and the media.

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

WM/YW 000835

## Global Ethics Helpline Numbers*
*Numbers subject to change

| Country | Contact Numbers |
|---|---|
| Argentina | 0800-888-0124<br>0800-666-1693 |
| Bahrain | 800-00-001+ 800-613-9668 |
| Bangledesh | 157-0011+800-613-3713 |
| Belgium | 0800-73-153 |
| Botswana, BTC | 0800-600-644 |
| Botswana, Orange | 1144 |
| Brazil | 0800-703-39-66<br>0800-891-4093 |
| Cambodia | 1-800-881-001+800-613-3859 |
| Canada | 1-800-963-8442  (English)<br>1-800-805-9121  (French) |
| Chile | 00-550707<br>800-104397<br>1230-020-0130 |
| China | 10-800-110-0549<br>400-881-1296 |
| Colombia | 01-800-912-0095 |
| Costa Rica | 0-800-011-1246<br>0800-052-1581 |
| Dominican Republic | 1-888-719-1292 |
| Ecuador | 1-999-119* (Andinatel)+800-451-5596<br>1-800-225-528* (Pacifictel)+800-451-5596<br>1-800-999-119* (Pacifictel Spanish)+800-451-5596 |
| Egypt | 2510-0200* (Cairo)+ 800-613-3723<br>02-2510-0200* (outside Cairo)+800-613-3723 |
| El Salvador | 800-6192<br>800-6918 |
| Germany | 0800-182-1390 |
| Guatemala | 999-91-90 + 800-613-3715<br>800-613-3715 |
| Honduras | 800-0123 + 800-613-3720<br>800-613-3720<br>800-2791-9030 |

WM/YW 000836

## Global Ethics Helpline Numbers*
*Numbers subject to change

| Country | Contact Numbers |
| --- | --- |
| Hong Kong | 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 |
| India | 1800-103-9591<br>000-800-440-2000 |
| Indonesia | 001-803-1-009-7987 |
| Italy | 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 |
| Japan | 0066-33-801235<br>0066-33-11-2624 |
| Jordan | 18-800-000 + 800-613-3728 |
| Kenya | 704-973-0299 |
| Malawi | ZAIN TNM 847<br>MTL 8000 0847 |
| Malaysia | 1-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 |
| Mexico | 001-888-280-0603<br>01-800-963-8422 |
| Namibia | 0800 003 313 for Namibia Telecoms<br>081 91847 for MTC |
| Nicaragua | 1-800-0174 + 800-613-3721<br>001-800-226-0384<br>Spanish 1-800-0164 +800-613-3721 |
| Pakistan | 00-800-01001 + 800-613-3719 |
| Peru | 0800-52-346 |
| Philippines | 1-800-1-111-0073 |
| Puerto Rico | 866-418-4024 |
| Russia | 810-800-2383-1044 |
| Singapore | 800-110-1517 |
| South Africa | 0800-999-620<br>0800-203-246 |
| South Korea | 00798-1-1-009-4782 |
| Spain | 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 |

WM/YW 000837

## Global Ethics Helpline Numbers*
*Numbers subject to change

| Country | Contact Numbers |
|---------|-----------------|
| Sri Lanka | 2-430-430 + 800-613-3727<br>Outside Colombo: 112-430-430 +800-613-3727) |
| Taiwan | 00801-10-4058 |
| Thailand | 001-800-11-009-4987 |
| United Arab Emirates | 8000-121 + 800-613-3754<br>8000-061 + 800-613-3754<br>Military 8000-051 +800-613-3754 |
| United Kingdom | 0800-028-7246<br>0800-318-405 |
| United States | 1-800-963-8442 |
| Vietnam | 1-201-0288 + 800-613-9679 |
| Zambia | (for Airtel Subscribers only)<br>50800 +260 978 770 682 |

WM/YW 000838



## Final Disclaimer

This Statement of Ethics provides an introduction to the responsibilities of all associates, along with an overview of certain important policies. It's an important part of your employment with Walmart; however, it's not intended to create an express or implied contract of employment in and of itself. It is also not inclusive of all applicable company policies. Furthermore, the policies of Walmart may be modified at our sole discretion, without notice, at any time. Employment with Walmart is on an at-will basis — where permitted by law — meaning associates are free to resign at any time for any or no reason. Violations of this Statement of Ethics may result in disciplinary action up to and including termination.

## Global Ethics Contact Information

International access numbers may change. Refer to walmartethics.com for the most updated access numbers by country if you experience difficulties.



WM/YW 000839

# Index

Accounting or Audit Issues
(See Financial Integrity) . . . . . . . . . . . . . . 21, 23

Accurate Bookkeeping
(See Financial Integrity) . . . . . . . . . . . . . . 21, 23

Alcohol & Drug Abuse. . . . . . . . . . . . . . 11, 16

Anti-Corruption. . . . . . . . . . . . . . . . . . . . . . 24, 28

Anonymous Reporting . . . . . . . . . . . . . . . . . . 8

Antitrust. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Associate Responsibilities . . . . . . . . . . . . . . . 5

Authority to Work . . . . . . . . . . . . . . . . . . . 25, 29


Boycotts . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 23

Bribery . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 24


Commercial Bribery . . . . . . . . . . . . . . . . . . 9, 24

Competitive Information . . . . . . . . . . . . . 26, 30

Confidential Information . . . . . . . . . 26, 30, 31

Conflict of Interest . . . . . . . . . . . . . . . . .13, 17–19

Contact Information . . . . . . . . . . . . . . . . . . 8, 33

Copyrights (See Protecting Personal
& Business Information) . . . . . . . . . . . . . . . . . . 26


Discrimination . . . . . . . . . . . . . . . . . . .11, 17, 25

Discipline for Violations . . . . . . . . . . . . . . . .6, 8

Drug Use . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 16


Entertainment . . . . . . . . . . . . . . . . . . . .14, 15, 18

Environmental Responsibilities . . . .25, 29, 30

Equal Employment Opportunity. . . . . . . . . .11

Export Control . . . . . . . . . . . . . . . . . . . . . . . . . .27

External Communications
(See Media Statements) . . . . . . . . . . . . . . 27, 32


Facilitation Payments . . . . . . . . . . . . . . . . . . .12

Fair Competition . . . . . . . . . . . . . . . . . . . . . . .20

Fair Treatment . . . . . . . . . . . . . . . . . . . .11, 12, 17

Family . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

Financial Integrity. . . . . . . . . . . . . . . . .9, 21, 23

Fraud. . . . . . . . . . . . . . . . . . . . . . . . . 9, 20, 25, 29

Friends . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 15

Gifts . . . . . . . . . . . . . . . . . . . . . . . 14, 15, 18, 28

Government Contracts & Inquiries . . . . . . . .27

Government Customers (See Government
Contracts & Inquiries) . . . . . . . . . . . . . . . . . . .27

Government Officials. . . . . . . . . . . . . . . . 24, 28

Gratuities . . . . . . . . . . . . . . . . . . . . 14, 15, 18, 19


Harassment. . . . . . . . . . . . . . . . . .7, 11, 12, 15,17

Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 29

Helpline . . . . . . . . . . . . . . . . . . . . . 8, 10, 33, 34


Illegal Activities . . . . . . . . . . . . . . . . . . . . . . .5, 9

Immediately Reportable Allegations . . . . . . .9

Immigration . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

Importing Laws
(See International Trade) . . . . . . . . . . . . . . 27, 32

Inappropriate Conduct . . . . . . . . . . . . . . 12, 17

Inside Information . . . . . . . . . . . . . . . . . . . 21, 23

Insider Trading . . . . . . . . . . . . . . . . . . . . . . 21, 23

Intentional Dishonesty . . . . . . . . . . . . . . 20, 23

International Trade . . . . . . . . . . . . . . . . . . . 27, 32

Investigations. . . . . . . . . . . . . . . . . . . . . . . . . .6, 7

Investments in Competitors or Suppliers . .13


Lobbying (See Political Activities) . . . . . . 27, 31

Local Laws . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3


Management's Responsibility . . . . . . . . . . . . .6

Meals, Accepting/Offering (See Gifts
& Entertainment) . . . . . . . . . . . . . . . . . . . 14, 19

Media Statements. . . . . . . . . . . . . . . . . . . 27, 32

Money Laundering. . . . . . . . . . . . . . . . . . 25, 29


Offering Gifts
& Entertainment . . . . . . . . . . . . . 14, 15, 18, 28

Online Privacy . . . . . . . . . . . . . . . . . . . . . . 26, 31

Opinions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Outside Employment . . . . . . . . . . . . . . . . . . .13


Payment for Work . . . . . . . . . . . . . . . . . . . 12, 17

Personal Use of Company Resources . . 15, 19

Political Activities . . . . . . . . . . . . . . . . . . . 27, 31

Privacy . . . . . . . . . . . . . . . . . . . . . . . . . .15, 26, 30

Product and Safety. . . . . . . . . . . . . . . . . . . . . .26

Proprietary Information . . . . . . . . . . . . . . 26, 30


Questions about the
Statement of Ethics . . . . . . . . . . . . . . . . . . . . . .3


Raising Concerns. . . . . . . . . . . . . . . . . . . . . . .7, 8

Reporting Violations . . . . . . . . . . . . . . . . . . .8, 9

Restrictive Trade Practices . . . . . . . . . . . 21, 23

Retaliation . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 10


Safety . . . . . . . . . . . . . . . . . . . . . . . . . . .25, 26, 29

Sexual Harassment. . . . . . . . . . . . . . . . . . . 11, 12

Suppliers . . . . . . . . . . .14, 15, 17–19, 23, 30, 32

Suspicious Transactions . . . . . . . . . . . . . . 25, 29


Trade Secrets . . . . . . . . . . . . . . . . . . . . . . . . . .26


Violence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12


Wage & Hour Laws . . . . . . . . . . . . . . . . . . 12, 17

Waivers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

To ask a question or report a violation, contact Walmart Global Ethics at **www.walmartethics.com or call 1-800-WM-ETHIC** in the U.S., Puerto Rico and Canada. For other locations, consult the back of this Statement of Ethics. Walmart **strictly forbids retaliation** against any associate who reports a concern. Reports can be made anonymously and will be treated as confidential by Walmart.

37

WM/YW 000840

Content Name: en_US_09010aff8121ea39_A_pd-19_2.htm
Version #: 1.2
Start Date: 2015-07-17 22:30:57
End Date: Currently Active

WM Week 39          WMT $##.## +#.##    Associate Name | Logout



---

# Discrimination & Harassment Prevention Policy

## Updated: September 19, 2011

At Walmart, we believe in respecting the dignity of every individual. Respectful and professional conduct furthers our mission, promotes productivity, minimizes disputes and enhances our reputation in the communities where we work. All associates, customers, members, or other individuals with whom we have contact in the course of our business should be treated fairly and respectfully without regard to their personal appearance, beliefs, culture, affiliations, or any other characteristics, as long as their conduct does not interfere with the legitimate interests of Walmart or other individuals.

We are also committed to providing an environment that is free of discrimination or harassment based on an *individual's status*.

*Individual's status* means an individual's race, color, ancestry, ethnicity, religion, sex, pregnancy, national origin, age, disability, marital status, veteran status, sexual orientation, gender identity or expression, genetic information or any other legally protected status. Individual's status also includes an individual's marriage to or association with someone with any status listed above.

We will not tolerate any form of discrimination or harassment in any aspect of our business. This means that we strictly prohibit any discrimination or harassment, as described below, by or directed at any associate, job applicant, customer, member, supplier or person working on behalf of Walmart. This "zero tolerance" policy applies regardless of whether such conduct rises to the level of unlawful discrimination or harassment.

This policy applies to all associates who work for Walmart Stores, Inc., or one of its subsidiary companies, in the United States (Walmart).

Managers and supervisors should use the appropriate supplemental management guidelines.

> Discrimination and Harassment Prevention Management Guidelines - Field
> Discrimination and Harassment Prevention Management Guidelines - Home Office

Reporting Procedures
Investigation and appropriate action
Confidentiality

## Prohibited conduct

Discrimination

Defendant's
EX 11
5:17-CV-00018-RWS-CMC

WM/YW 000896

## Discrimination

We prohibit any *discriminatory action* based on an individual's status in all aspects of our business. For purposes of this policy, *Discriminatory action* includes, but is not limited to, firing, refusing to hire, denying training, failing to promote and discriminating in pay or other terms, conditions or privileges of employment based on an individual's status. It also includes encouraging or assisting anyone to take discriminatory actions.

We prohibit associates from designing, implementing or executing a *business process* in any manner that discriminates against, singles out or subjects to heightened scrutiny a person based on an individual's status. For the purposes of this policy, a *business process* includes, but is not limited to, sales and purchase of goods and services; customer service; verification or acceptance of any form of payment, including checks, money orders and credit cards; acceptance of shopping cards, gift cards, gift certificates and coupons; refunds, returns and/or exchanges of merchandise; surveillance, investigation or detention of suspected shoplifters, and use of Electronic Article Surveillance.

## Harassment

We prohibit any form of harassment based on an individual's protected status in all aspects of our business. This includes, but is not limited to:

- Using slurs or negative stereotyping;
- Verbal kidding, teasing, or joking;
- Making offensive comments about an individual's status, appearance, or sexual activity;
- Leering or making offensive gestures;
- Circulating or displaying offensive pictures, cartoons, posters, letters, notes, e-mails, invitations, or other materials;
- Using company e-mail or Internet resources to receive, view, or send offensive jokes, pictures, posters, or other similar materials;
- Intimidating acts, such as bullying or threatening based on an individual's status;
- Offensive physical contact such as patting, grabbing, pinching, or intentionally brushing against another's body;
- Physical touching or assault, as well as impeding or blocking movements;
- Repeated unwanted sexual flirtations, advances, or propositions;
- Pressure for sexual activity, including offering employment benefits in exchange for sexual favors or denying employment benefits in response to a refusal to provide sexual favors or
- Any other conduct that shows hostility toward, disrespect for or degradation of an individual based on the individual's status.

Harassing conduct, such as that listed above, is prohibited regardless of whether it is welcome or unwelcome, and regardless of whether the individuals involved are of the same or are of a different sex, sexual orientation, race, or other status.

## Retaliation

We prohibit taking negative action against any associate, former associate, job applicant, customer, member, supplier or person working on behalf of Walmart for, reporting conduct that may violate this policy; filing a complaint of discrimination or harassment with a government agency or court; assisting another individual in reporting conduct that may violate this policy; assisting another individual in filing a complaint of discrimination or harassment with a government agency or court; cooperating in an investigation; or opposing discrimination or harassment.

# Reporting procedures

We are committed to preventing discrimination and harassment in all aspects of our business. We will take all

WM/YW 000897

reasonable measures to prevent discrimination and harassment. However, if we are not aware that discrimination or harassment is taking place, we cannot address the situation.

If you experience conduct that may violate this policy or if you observe or become aware of any conduct that may violate this policy by being discriminatory, harassing or retaliatory; you should immediately report the violation to any salaried member of management or confidentially and/or anonymously to the Global Ethics Office, email ethics@walmart.com or call 1-800-WMETHIC (1-800-963-8442). If you believe a salaried member of management may be violating this policy, you do not have to report the violation to that person. You may report the possible violation to another salaried member of management or call/email the Global Ethics Office.

## Managers

If you observe, receive a report or otherwise become aware of a possible violation of this policy, you must immediately report such conduct to the *appropriate level of management* for investigation. A salaried member of management who fails to report a violation of this policy may be subject to disciplinary action, up to and including termination.

*Appropriate level of management* includes, but is not limited to, the Field Logistics Human Resources Manager, Employment Advisor, Market Human Resources Manager, Regional Human Resources Manager, People Director or Global Ethics.

We will take appropriate steps to ensure that there is no retaliation of any kind for using the reporting procedures described in this policy. Retaliation of any kind for using the reporting procedures is strictly forbidden and violates this policy.

# Investigation and appropriate action

We will take any reported violation of this policy seriously, and we will promptly and thoroughly investigate any report of a possible violation in accordance with the procedures set forth in the management guidelines.

You must cooperate with and tell the truth to the individual who investigates your report. If you do not cooperate or you fail to tell the truth, we will be unable to conduct a proper investigation or take prompt remedial action. Any associate who refuses to cooperate in an investigation or fails to tell the truth during an investigation may be subject to disciplinary action up to and including termination.

We will take appropriate action to eliminate conduct that violates this policy and to ensure that there is no recurrence of such conduct. We may put reasonable interim measures in place during an investigation of a reported policy violation including, but not limited to, suspension or transfer of the associate who reportedly violated this policy. Suspensions are unpaid. However, if you are suspended pending the outcome of a company investigation and the result is that the allegations against you are not substantiated, you will be returned to work and paid for all scheduled hours missed while suspended.

We will take further appropriate action once the reported violation has been thoroughly investigated. If an investigation reveals that an associate has violated this policy (or any other policy), that associate will be subject to disciplinary action up to and including termination and any other appropriate corrective action.

# Confidentiality

Walmart will make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information to only those having a need to know in order to facilitate the investigation or resolution.

**For more information**

**WM/YW 000898**

## For more information

If you have questions or need further guidance, please contact

- your HR representative
- Ethics Office using one of these methods:
  - www.walmartethics.com and select "Report a Concern"
  - Access True North on the WIRE and select "Report a Concern"
  - Email: ethics@walmart.com

**Last Modified: July 17, 2015**

WM/YW 000899

Content Name: en_US_09010aff8121ea39_A_pd-19_2.htm
Version #: 2.2
Start Date: 2016-03-31 16:22:37
End Date: 2016-10-04 14:12:33

WM Week  4                                                    WMT $##.## +#.##    Associate Name | Logout



My Favorites    Email    Directory    Me@Walmart    Knowledge Center

# Discrimination & Harassment Prevention Policy

### Updated: March 1, 2016

| State Specific |
| --- |
| California |

At Walmart, we believe in respecting the dignity of every individual. Respectful and professional conduct furthers our mission, promotes productivity, minimizes disputes and enhances our reputation in the communities where we work. All associates, customers, members, or other individuals with whom we have contact in the course of our business should be treated fairly and respectfully without regard to their personal appearance, beliefs, culture, affiliations, or any other characteristics, as long as their conduct does not interfere with the legitimate interests of Walmart or other individuals.

We are also committed to providing an environment that is free of discrimination or harassment based on an *individual's status*.
*Individual's status* means an individual's race, color, ancestry, ethnicity, religion, sex, pregnancy, national origin, age, disability, marital status, veteran status, sexual orientation, gender identity or expression, genetic information or any other legally protected status. Individual's status also includes an individual's marriage to or association with someone with any status listed above.

We will not tolerate any form of discrimination or harassment in any aspect of our business. This means that we strictly prohibit any discrimination or harassment, as described below, by or directed at any associate, job applicant, customer, member, supplier or person working on behalf of Walmart. This "zero tolerance" policy applies regardless of whether such conduct rises to the level of unlawful discrimination or harassment.
This policy applies to all associates who work for Walmart Stores, Inc., or one of its subsidiary companies, in the United States (Walmart).

Managers and supervisors should use the appropriate supplemental management guidelines.

Discrimination and Harassment Prevention Management Guidelines - Field
Discrimination and Harassment Prevention Management Guidelines - Home Office

Reporting Procedures
Investigation and appropriate action
Confidentiality

## Prohibited conduct

### Discrimination

We prohibit any *discriminatory action* based on an individual's status in all aspects of our business. For purposes of this policy,  *Discriminatory action* includes, but is not limited to, firing, refusing to hire, denying training, failing to promote and discriminating in pay or other terms, conditions or privileges of employment based on an individual's status. It also includes encouraging or assisting anyone to take discriminatory actions.
We prohibit associates from designing, implementing or executing a *business process* in any manner that discriminates against, singles out or subjects to heightened scrutiny a person based on an individual's status. For the purposes of this policy, a *business process* includes, but is not limited to,

**WM/YW 000904**

sales and purchase of goods and services; customer service; verification or acceptance of any form of payment, including checks, money orders and credit cards; acceptance of shopping cards, gift cards, gift certificates and coupons; refunds, returns and/or exchanges of merchandise; surveillance, investigation or detention of suspected shoplifters, and use of Electronic Article Surveillance.

## Harassment

We prohibit any form of harassment based on an individual's protected status in all aspects of our business. This includes, but is not limited to:

- Using slurs or negative stereotyping;
- Verbal kidding, teasing, or joking;
- Making offensive comments about an individual's status, appearance, or sexual activity;
- Leering or making offensive gestures;
- Circulating or displaying offensive pictures, cartoons, posters, letters, notes, e-mails, invitations, or other materials;
- Using company e-mail or Internet resources to receive, view, or send offensive jokes, pictures, posters, or other similar materials;
- Intimidating acts, such as bullying or threatening based on an individual's status;
- Offensive physical contact such as patting, grabbing, pinching, or intentionally brushing against another's body;
- Physical touching or assault, as well as impeding or blocking movements;
- Repeated unwanted sexual flirtations, advances, or propositions;
- Pressure for sexual activity, including offering employment benefits in exchange for sexual favors or denying employment benefits in response to a refusal to provide sexual favors or
- Any other conduct that shows hostility toward, disrespect for or degradation of an individual based on the individual's status.

Harassing conduct, such as that listed above, is prohibited regardless of whether it is welcome or unwelcome, and regardless of whether the individuals involved are of the same or are of a different sex, sexual orientation, race, or other status.

## Retaliation

We prohibit taking negative action against any associate, former associate, job applicant, customer, member, supplier or person working on behalf of Walmart for, reporting conduct that may violate this policy; filing a complaint of discrimination or harassment with a government agency or court; assisting another individual in reporting conduct that may violate this policy; assisting another individual in filing a complaint of discrimination or harassment with a government agency or court; cooperating in an investigation; or opposing discrimination or harassment.

## Reporting procedures

We are committed to preventing discrimination and harassment in all aspects of our business. We will take all reasonable measures to prevent discrimination and harassment. However, if we are not aware that discrimination or harassment is taking place, we cannot address the situation.
If you experience conduct that may violate this policy or if you observe or become aware of any conduct that may violate this policy by being discriminatory, harassing or retaliatory; you should immediately report the violation to any salaried member of management or confidentially and/or anonymously to the Global Ethics Office, email ethics@walmart.com or call 1-800-WMETHIC (1-800-963-8442). If you believe a salaried member of management may be violating this policy, you do not have to report the violation to that person. You may report the possible violation to another salaried member of management or call/email the Global Ethics Office.

## Managers

If you observe, receive a report or otherwise become aware of a possible violation of this policy, you must immediately report such conduct to the *appropriate level of management* for investigation. A salaried member of management who fails to report a violation of this policy may be subject to disciplinary action, up to and including termination.
*Appropriate level of management* includes, but is not limited to, the Field Logistics Human

**WM/YW 000905**

Resources Manager, Employment Advisor, Market Human Resources Manager, Regional Human Resources Manager, People Director or Global Ethics.

We will take appropriate steps to ensure that there is no retaliation of any kind for using the reporting procedures described in this policy. Retaliation of any kind for using the reporting procedures is strictly forbidden and violates this policy.

## Investigation and appropriate action

We will take any reported violation of this policy seriously, and we will promptly and thoroughly investigate any report of a possible violation in accordance with the procedures set forth in the management guidelines.

You must cooperate with and tell the truth to the individual who investigates your report. If you do not cooperate or you fail to tell the truth, we will be unable to conduct a proper investigation or take prompt remedial action. Any associate who refuses to cooperate in an investigation or fails to tell the truth during an investigation may be subject to disciplinary action up to and including termination.

We will take appropriate action to eliminate conduct that violates this policy and to ensure that there is no recurrence of such conduct. We may put reasonable interim measures in place during an investigation of a reported policy violation including, but not limited to, suspension or transfer of the associate who reportedly violated this policy. Suspensions are unpaid. However, if you are suspended pending the outcome of a company investigation and the result is that the allegations against you are not substantiated, you will be returned to work and paid for all scheduled hours missed while suspended. You may use available PTO for scheduled hours during your suspension.  If you receive pay for any portion of your suspension because the allegations are not substantiated, PTO used during that time will be reinstated.

We will take further appropriate action once the reported violation has been thoroughly investigated. If an investigation reveals that an associate has violated this policy (or any other policy), that associate will be subject to disciplinary action up to and including termination and any other appropriate corrective action.

## Confidentiality

Walmart will make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information to only those having a need to know in order to facilitate the investigation or resolution.

## For more information

If you have questions or need further guidance, please contact

- your HR representative
- Ethics Office using one of these methods:
  - www.walmartethics.com and select "Report a Concern"
  - Access True North on the WIRE and select "Report a Concern"
  - Email: ethics@walmart.com

**Last Modified: April 1, 2016**

**WM/YW 000906**

**CONFIDENTIAL INFORMATION**

## Discrimination & Harassment Prevention Field Management Guidelines

**Updated: July 19, 2010**

**Resources**

HR Investigations Forms & Guides (RED BOOK)

These guidelines are a management supplement to Walmart's Discrimination & Harassment Prevention Policy. The guidelines outline: (1) the Investigation Protocol for potential violations of the policy and (2) the procedures for retention of records for such investigations. Managers must follow the procedures outlined in these guidelines.

### Investigation protocol

All reports of conduct that potentially violate the Discrimination and Harassment Prevention Policy must promptly and thoroughly be investigated and documented using either the RED BOOK or Investigation Summary protocol.

Immediately upon receipt of a reported violation, contact the Employment Advisory Services team (EAS), who will assist in evaluating the report, determining if the allegations indicate an isolated or significant violation and determining an appropriate investigating manager.

A one-page Investigation Summary can be used to document investigations into isolated violations, while the RED BOOK protocol must be used to document investigations into significant violations.

### Investigating manager

A salaried member of management will investigate allegations of discrimination/harassment within the facility. Use the division specific guidelines below to determine the appropriate investigating manager. For further assistance, contact Employment Advisory Services.

**Walmart Stores:** Any salaried member of management may investigate potential isolated violations using the Investigation Summary.

Only a Facility Manager, Shift Manager, salaried HR manager or higher level manager should investigate potential significant violations using the RED BOOK.

**Sam's Club:** Any salaried member of management may investigate potential isolated violations using the Investigation Summary.

Only a Facility Manager, Co-manager or higher level manager should investigate potential significant violations using the RED BOOK.

All investigations must be reviewed and certified by the MHRM or a higher level HR associate.

**Field Logistics:** The HR Manager, General Manager or Assistant General Manager may investigate potential isolated or significant violations using the Investigation Summary or RED BOOK.

The Investigating Manager must follow the Field HR Investigations Guide to ensure timely completion, accuracy and certification of the Investigation Report.

### Suspensions

During the course of an investigation, the investigating manager may determine that it is appropriate to suspend an associate who reportedly violated the policy pending the outcome of the investigation.

Suspension from the company will be unpaid, pending the outcome of the investigation. Hourly associates will not be eligible to use benefit hours (illness protection, vacation or personal time) to compensate for lost wages. Salaried associates will be paid only through the end of the week in which they were suspended.

**Exception:** In California, associates may request to be paid available vacation or personal time pay upon suspension.

### Confidentiality

As outlined in the policy, we should make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information only to those having a need to know in order to facilitate the investigation or resolution. Any disclosure of information, other than on a need-to-know basis as described above, will constitute a breach of confidentiality and will result in discipline, up to and including termination.

### Retention of records

The Investigating Manager must maintain all original statements, THE RED BOOK forms, and any other tangible items obtained during an investigation (e.g., notes, cards, videotapes, etc.) in THE RED BOOK folder.

**Important:** THE RED BOOK folder or Investigation Summary **must not** be placed in an associate's personnel file; it must be filed as follows:

- The investigating manager must maintain the investigative file relating to an investigation involving conduct of hourly associate(s) in a locked filing cabinet in the Facility Manager's office.

- The investigating manager must maintain the investigative file relating to an investigation involving conduct of salaried members of management in a locked filing cabinet at the following location by division:

**Walmart Stores:** Market Office or higher



Defendant's
EX 13
5:17-CV-00018-RWS-CMC

**WM/YW 000912**

**CONFIDENTIAL INFORMATION**

**Sam's Club:** Club Manager's office if conducted at Club level, Market Manager's office if conducted at Market level, Regional office if conducted at Regional level

**Field Logistics:** DC/TO HRM's office (with the exception of Redbooks involving GMs/GTMs/AGMs and HRMs, which will be maintained by the Regional HRM in the Home Office)

**Stand-alone facilities:** People Director's Office

**Last Modified: September 13, 2010**

WM/YW 000913

CONFIDENTIAL INFORMATION

Content Name: en_US_09010aff804b51ea_A_pd-19mgmnt_guide2.htm
Version #: 3.0
Start Date: 2016-03-01 08:04:00
End Date: 2016-07-12 15:53:48

WMT $##.## +#.##    Associate Name | Logout



# Discrimination & Harassment Prevention Field Management Guidelines

**Updated: March 1, 2016**

**Resources**

HR Investigations Forms & Guides
(RED BOOK)

These guidelines are a management supplement to Walmart's Discrimination & Harassment Prevention Policy. The guidelines outline: (1) the Investigation Protocol for potential violations of the policy and (2) the procedures for retention of records for such investigations. Managers must follow the procedures outlined in these guidelines.

## HR Investigation protocol

All reports of conduct that potentially violate the Discrimination and Harassment Prevention Policy must promptly and thoroughly be investigated and documented using either the HR Investigation Process.

Immediately upon receipt of a reported violation, contact the Ethics Office, who will assist in evaluating the report, determining if the allegations indicate an isolated or significant violation and determining an appropriate investigating manager.

A Tier 3 Investigation Recap can be used to document investigations into isolated violations, while a Tier 2 Investigation Recap must be used to document investigations into repeated and/or significant violations.

### Investigating manager

A salaried member of management will investigate allegations of discrimination/harassment within the facility. Use the division specific guidelines below to determine the appropriate investigating manager. For further assistance, contact the Ethics Office.

**Walmart Stores:** Any salaried member of management may investigate potential isolated violations using the Tier 3 Investigation Documents.

Only a Facility Manager, Shift Manager, salaried HR manager or higher level manager should investigate potential significant violations using the Tier 2 Investigation Documents.

**Sam's Club:** Any salaried member of management may investigate potential isolated violations using the Tier 3 Investigation Documents.

Only a Facility Manager, Co-manager or higher level manager should investigate potential significant violations using the Tier 2 Investigation Documents.

All investigations must be reviewed and certified by the MHRM or a higher level HR associate.

**Field Logistics:** The HR Manager, General Manager or Assistant General Manager may investigate potential isolated or significant violations using the appropriate Investigation Documents.

### Suspensions

During the course of an investigation, the investigating manager may determine that it is appropriate to suspend an associate who reportedly violated the policy pending the outcome of the investigation.

Suspension from the company will be unpaid, pending the outcome of the investigation. Salaried associates will be paid through the end of the week in which they were suspended. Associates may use available PTO for scheduled hours during their suspension. If the associate receives pay for any portion of the suspension because the allegations are not substantiated, PTO used during that time will be reinstated.

## Confidentiality

As outlined in the policy, we should make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information only to those having a need to know in order to facilitate the investigation or resolution. Walmart has a compelling interest in protecting the integrity of its investigations by protecting witnesses from harassment, intimidation and retaliation; keeping evidence from being destroyed; ensuring testimony is not fabricated; and preventing a cover up. Walmart may decide in some circumstances that in order to achieve these objectives, we must maintain the investigation in strict confidence. If Walmart invokes such a requirement and associates do not maintain confidentiality, associates may be subject to disciplinary action up to and including termination.

## Retention of records

The Investigating Manager must maintain all original statements, HR Investigation forms, and any other tangible items obtained during an investigation (e.g., notes, cards, videotapes, etc.) in designated file cabinet.

**Important:** HR Investigation documents **must not** be placed in an associate's personnel file; it must be filed as follows:

**CONFIDENTIAL INFORMATION**

- The investigating manager must maintain the investigative file relating to an investigation involving conduct of hourly associate(s) in a locked filing cabinet in the Facility Manager's office.

- The investigating manager must maintain the investigative file relating to an investigation involving conduct of salaried members of management in a locked filing cabinet at the following location by division:

**Walmart Stores:** Store Manager's office if conducted at store level, Market Manager's office if conducted at Market level, Regional office if conducted at Regional level

**Sam's Club:** Club Manager's office if conducted at Club level, Market Manager's office if conducted at Market level, Regional office if conducted at Regional level

**Field Logistics:** DC/TO HRM's office (with the exception of Redbooks involving GMs/GTMs/AGMs and HRMs, which will be maintained by the Regional HRM in the Home Office)

**Stand-alone facilities:** People Director's Office

**Last Modified: March 1, 2015**

WM/YW 000917

**CONFIDENTIAL INFORMATION**

Content Name: en_US_09010aff804b51ea_A_pd-19mgmnt_guide2.htm
Version #: 3.1
Start Date: 2016-07-12 15:53:48
End Date: 2016-10-04 18:04:25

WMT $##.## +#.##    Associate Name | Logout



## Discrimination & Harassment Prevention Field Management Guidelines

**Updated: March 1, 2016**

*Resources*

Investigations Forms & Guides

These guidelines are a management supplement to Walmart's Discrimination & Harassment Prevention Policy. The guidelines outline: (1) the Investigation Protocol for potential violations of the policy and (2) the procedures for retention of records for such investigations. Managers must follow the procedures outlined in these guidelines.

## Investigation protocol

All reports of conduct that potentially violate the Discrimination and Harassment Prevention Policy must promptly and thoroughly be investigated and documented using the Ethics Investigation Process.

Immediately upon receipt of a reported violation, contact the Ethics Office, who will assist in evaluating the report, determining if the allegations indicate an isolated or significant violation and determining an appropriate investigating manager.

A Tier 3 Investigation Recap can be used to document investigations into isolated violations, while a Tier 2 Investigation Recap must be used to document investigations into repeated and/or significant violations.

**Investigating manager**

A salaried member of management will investigate allegations of discrimination/harassment within the facility. Use the division specific guidelines below to determine the appropriate investigating manager. For further assistance, contact the Ethics Office.

**Walmart Stores:** Any salaried member of management may investigate potential isolated violations using the Tier 3 Investigation Documents.

Only a Facility Manager, Shift Manager, salaried HR manager or higher level manager should investigate potential significant violations using the Tier 2 Investigation Documents.

**Sam's Club:** Any salaried member of management may investigate potential isolated violations using the Tier 3 Investigation Documents.

Only a Facility Manager, Co-manager or higher level manager should investigate potential significant violations using the Tier 2 Investigation Documents.

All investigations must be reviewed and certified by the MHRM or a higher level HR associate.

**Field Logistics:** The HR Manager, General Manager or Assistant General Manager may investigate potential isolated or significant violations using the appropriate Investigation Documents.

**Suspensions**

During the course of an investigation, the investigating manager may determine that it is appropriate to suspend an associate who reportedly violated the policy pending the outcome of the investigation.

Suspension from the company will be unpaid, pending the outcome of the investigation. Salaried associates will be paid through the end of the week in which they were suspended. Associates may use available PTO for scheduled hours during their suspension. If the associate receives pay for any portion of the suspension because the allegations are not substantiated, PTO used during that time will be reinstated.

## Confidentiality

As outlined in the policy, we should make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information only to those having a need to know in order to facilitate the investigation or resolution. Walmart has a compelling interest in protecting the integrity of its investigations by protecting witnesses from harassment, intimidation and retaliation; keeping evidence from being destroyed; ensuring testimony is not fabricated; and preventing a cover up. Walmart may decide in some circumstances that in order to achieve these objectives, we must maintain the investigation in strict confidence. If Walmart invokes such a requirement and associates do not maintain confidentiality, associates may be subject to disciplinary action up to and including termination.

## Retention of records

The Investigating Manager must maintain all original statements, Investigation forms, and any other tangible items obtained during an investigation (e.g., notes, cards, videotapes, etc.) in designated file cabinet.

**Important:** Investigation documents **must not** be placed in an associate's personnel file; it must be filed as follows:

**CONFIDENTIAL INFORMATION**

- The investigating manager must maintain the investigative file relating to an investigation involving conduct of hourly associate(s) in a locked filing cabinet in the Facility Manager's office.

- The investigating manager must maintain the investigative file relating to an investigation involving conduct of salaried members of management in a locked filing cabinet at the following location by division:

**Walmart Stores:** Store Manager's office if conducted at store level, Market Manager's office if conducted at Market level, Regional office if conducted at Regional level

**Sam's Club:** Club Manager's office if conducted at Club level, Market Manager's office if conducted at Market level, Regional office if conducted at Regional level

**Field Logistics:** DC/TO HRM's office (with the exception of Redbooks involving GMs/GTMs/AGMs and HRMs, which will be maintained by the Regional HRM in the Home Office)

**Stand-alone facilities:** People Director's Office

**Last Modified: July 12, 2016**

WM/YW 000919

Case 5:17-cv-00018-RWS-CMC   Document 576-1   Filed 11/06/19   Page 73 of 230 PageID #: 14742

# Open Door Communications Policy

**Updated: August 10, 2012**

At Walmart, our open door philosophy is an integral part of our culture, reflecting a tradition of open communication and a culture of listening to our associates. We encourage and expect all associates to actively participate in making the company a better place to work and shop. The open door process offers each associate an opportunity to bring suggestions, observations, or concerns to the attention of any supervisor or manager without fear of retaliation. We also welcome early identification of opportunities and challenges and mutual resolution of complaints.

This policy applies to all associates who work for Walmart Stores, Inc., or one of its subsidiary companies in the United States (Walmart).

Managers and supervisors should utilize the supplemental Open Door Communications Management Guidelines for additional guidance in administering this policy.

Open door communications
Initiating an open door conversation
Pay for open door activities
Open door communication review
Confidentiality

## Open door communications

We encourage associates to use the open door process for open discussions on all matters related to the company and expect associates to treat everyone participating in the process with dignity and respect. Anything related to Walmart is a fair subject to raise in an open door communication, including your ideas, suggestions and concerns. We encourage you to discuss ways to improve customer service and accomplish other operating efficiencies.

While we cannot promise that your views or opinions will always prevail, the open door process ensures that you will always be heard. We will consider your views and opinions along with the views and opinions of other associates in making decisions that will improve the workplace and the company.

## Initiating an open door conversation

You are encouraged to give your immediate supervisor the first opportunity to listen to, address, and resolve ideas, suggestions, or concerns. If you have a concern about your supervisor or if you believe your supervisor has not satisfactorily addressed or resolved an idea, suggestion, or concern, you may contact your next level of supervision.

If you want to have an open door discussion with a supervisor or manager from another work location, we encourage you to call or send an e-mail. You must obtain permission from a salaried member of management before traveling to another work location during your work hours for open door activities.

If you have a concern or problem related to the Statement of Ethics, you can also call the Global Ethics Office at 1-800-WMETHIC (1-800-963-8442) or e-mail Ethics@Walmart.com or Compliance@Walmart.com.

## Pay for open door activities

If you are a current associate, we strongly encourage you to use the open door during your normal work hours. You will receive compensation for any time you spend on open door activities that occur during your work shift. You will not be compensated for open door activities conducted outside of your working hours, including participation in face to face communication, telephone calls, writing letters or e-mails, preparing other written documents or traveling regarding an open door, unless your supervisor, manager or other member of management expressly directs or authorizes you to engage in open door activities outside your normal work hours.

## Open door communication review

Walmart takes all open door communications seriously. We will investigate any complaints or concerns you raise promptly and thoroughly, and will follow up with you on a periodic basis until resolution is obtained and communicated.

It is important for you to cooperate with the individual who reviews your concern and provide accurate information to the best of your knowledge.

Defendant's
EX 16
5:17-CV-00018-RWS-CMC

**WM/YW 001000**

Case 5:17-cv-00018-RWS-CMC   Document 576-1   Filed 11/06/19   Page 74 of 230 PageID #: 14743

During our review and after the review is complete, we may take appropriate action, including suspension and discipline of associates consistent with other company policies.

Retaliation for initiating an open door communication or cooperating in a review relating to any open door communication is strictly prohibited. Any associate who retaliates against another associate for initiating or cooperating in an open door review will be subject to disciplinary action, up to and including termination.

## Confidentiality

Walmart will treat concerns, comments and complaints raised through the open door with confidentiality and respect. Those managers involved in reviewing the matter **may not** disclose any specific information to anyone not directly involved in resolving the concern. We will advise or consult only with those who have a need to know about the situation, including witnesses who may have knowledge of the circumstances surrounding the concern and who may be interviewed as a part of the review.

## For more information

If you have questions or need further guidance, please contact your HR representative. Additionally, our Guiding Principles may assist you in determining the best course of action if there is no policy providing specific direction for your situation.

**Last Modified: February 1, 2011**

WM/YW 001001

Content Name: en_US_09010aff8001a539_A_pd-30.htm
Version #: 4.0
Start Date: 2016-02-29 15:39:19
End Date: Currently Active

WM Week 7

WMT $##.## +#.##    Associate Name | Logout



# Coaching for Improvement

## Resources

Managers can access the Online Coaching for Improvement Guide in the Resource section of the Online Coaching System. The system is available on the WIRE by following the path below.

Online Coaching System - Knowledge Center > Tools and Reports > Online Coaching for Improvement - Online PTL

### Updated: March 1, 2016

At Walmart, we believe that by communicating expectations to associates, we empower you to perform your job well and to take charge of your own personal and professional growth. We communicate our expectations regarding your job performance and conduct through company policies, associate training, evaluations and communication with associates.

Coaching for improvement is a tool we use to provide instruction and assistance to you if:

- your job performance fails to meet the reasonable expectations and standards for all associates in the same or a similar position
- your conduct violates a company policy; or
- your conduct interferes or creates a risk of interfering with the safe, orderly and efficient operation of our business.

This approach provides you with an opportunity to identify, acknowledge and change unacceptable job performance or conduct and enables us to retain associates who demonstrate the interest, ability and desire to be successful.

This policy applies to all associates except those who work in Field Logistics. Special considerations apply to associates employed less than 90 days and Home Office temporary associates.

Managers and supervisors should use the supplemental Coaching for Improvement Guide, available in the Resource section of the Online Coaching for Improvement system, for additional guidance in administering this policy.

First Written coaching
Second Written coaching
Third Written coaching
Active coaching period
Investigations and appropriate action
Termination

## Coaching for improvement

You may receive only one of each level of coaching in any 12-month period. If a subsequent coaching is warranted, you will receive a higher level of coaching. Your supervisor or manager will determine the appropriate level of coaching to use depending on the individual circumstances of the situation. You should be aware that levels of coaching may be skipped, depending upon the determination by your supervisor or manager of the appropriate level of coaching for the particular situation.  You may not be eligible for promotion or transfer if you have an active (within 12 months) Second or Third Written level of coaching. Refer to the Job Transfers and Postings Policy for the eligibility guidelines for your division.

### First Written coaching

Your supervisor or manager may use a First Written level of coaching to notify you that your job performance or conduct does not meet our expectations and to communicate what you need to do to correct the performance or conduct issue.

### Second Written coaching

Your supervisor or manager may use a Second Written level of coaching to notify you that your job performance or conduct does not meet our expectations when you have failed to correct a job performance or conduct issue despite a prior First Written level of coaching, or if the job performance or conduct warrants a higher level of coaching. You will

Defendant's
EX 18
5:17-CV-00018-RWS-CMC

be required to submit a plan of action outlining how you will improve your conduct and/or performance

### Third Written coaching

Your supervisor or manager may use a Third Written level of coaching to notify you that your job performance or conduct does not meet our expectations when you have failed to correct a job performance or conduct issue despite a prior First and/or Second Written level of coaching, or if the job performance or conduct warrants a higher level of coaching.

If you receive a Third Written level of coaching, your supervisor or manager will meet with you to discuss the unacceptable job performance or conduct at issue and explain the improvements that you must make and/or the actions that will be taken in light of the unacceptable job performance or conduct at issue. You will be required to submit a plan of action outlining how you will improve your conduct and/or performance.  Your manager will provide you sufficient time during your regularly scheduled shift to develop your plan and will then meet with you to review the plan, discuss your decision regarding making the required improvements, and take appropriate action based on your decision.

If you fail to submit an acceptable plan of action for a Second or Third Written level of coaching, you may be subject to further disciplinary action up to and including immediate termination.

If your unacceptable job performance or conduct warrants a level of coaching and you have already received a Third Written level of coaching within the previous 12 months, you will be subject to termination.

### Associates employed less than 90 days and Home Office temporary associates

Associates employed less than 90 Days and Home Office temporary associates should be given verbal feedback regarding their performance and behavior. The formal coaching process is preferred, but not required.

Issues of performance should be addressed before an associate is terminated, allowing them an opportunity to meet company expectations. However, any performance issue may be grounds for termination.

## Active coaching period

When your supervisor or manager uses a level of coaching to inform you of unacceptable job performance or conduct requiring improvement, an active coaching period related to this issue begins and will continue for 12 months.

If you take a leave of absence during an active coaching period, the 12-month active coaching period will be suspended during the leave. Upon your return to work, the active coaching period will begin again.

If you terminate during an active coaching period, the level of coaching will continue to run for the duration of the initial 12-month period. If you are rehired during the initial 12-month period, you will still have an active coaching.

## Investigations and appropriate action

### Investigation

When a supervisor or manager learns of reported or potential misconduct, she or he may need to conduct an investigation in order to determine what occurred and take appropriate action. If you refuse to cooperate in an investigation or fail to tell the truth during an investigation, you may be subject to disciplinary action up to and including termination.

We strictly prohibit retaliation for cooperating in an investigation. If you retaliate against another associate for cooperating in an investigation, you will be subject to disciplinary action up to and including termination.

### Action during investigation

It may be necessary to put reasonable interim measures in place during an investigation, if the manager or supervisor conducting the investigation determines that such measures would be appropriate. Interim measures may include, but are not limited to, suspension or transfer.

Suspensions are unpaid.  However, if you are suspended pending the outcome of a company investigation and the result is that the allegations against you are not substantiated, you will be returned to work and paid for all scheduled hours missed while suspended. You may use available PTO for your scheduled hours during your suspension.  If you receive pay for any portion of the suspension because the allegations are not substantiated, PTO used during that time will be reinstated

### Appropriate action

If the investigation reveals that you have engaged in misconduct, your supervisor or manager will take appropriate action. The appropriate action will depend on the nature of the particular situation and may include coaching or

WM/YW 001027

action. The appropriate action will depend on the nature of the particular situation and may include coaching or immediate termination.

**Confidentiality**

We will make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information only to those having a need to know in order to facilitate the investigation or its resolution. Any other disclosure constitutes a breach of confidentiality and will result in disciplinary action up to and including termination.

## Termination

If you receive a level of coaching and your job performance or conduct remains unacceptable, we may terminate your employment.

Additionally, if your unacceptable conduct is found to be serious, this may result in your immediate termination. In such cases, you will not be eligible for rehire. Examples of misconduct that may warrant immediate termination include, but are not limited to, the following:

- Violence or a safety violation, that creates a high risk of injury to people or damage to property.
- Intentional failure to follow a Walmart policy.
- Falsification of documentation.
- Theft, fraud or abuse of an associate benefit or other action involving financial integrity issues.
- Violation of federal, state or local statute or regulation through your work activities.
- Behavior identified in any of our policies that could result in an associate's immediate termination.

## For more information

If you have questions or need further guidance, please contact your HR representative.

**Last Modified: March 1, 2016**

WM/YW 001028

Content Name: en_US_09010aff8001a539_A_pd-30.htm
Version #: 5.1
Start Date: 2016-09-30 18:38:49
End Date: 2017-02-03 15:52:31

WMT $##.## +#.##    Associate Name | Logout



# Coaching for Improvement

## Updated: March 1, 2016

At Walmart, we believe that by communicating expectations to associates, we empower you to perform your job well and to take charge of your own personal and professional growth. We communicate our expectations regarding your job performance and conduct through company policies, associate training, evaluations and communication with associates.

Coaching for improvement is a tool we use to provide instruction and assistance to you if:

- your job performance fails to meet the reasonable expectations and standards for all associates in the same or a similar position
- your conduct violates a company policy; or
- your conduct interferes or creates a risk of interfering with the safe, orderly and efficient operation of our business.

This approach provides you with an opportunity to identify, acknowledge and change unacceptable job performance or conduct and enables us to retain associates who demonstrate the interest, ability and desire to be successful.


This policy applies to all associates except those who work in Field Logistics. Special considerations apply to associates employed less than 90 days and Home Office temporary associates.

Managers and supervisors should use the supplemental Coaching for Improvement Guide, available in the Resource section of the Online Coaching for Improvement system, for additional guidance in administering this policy.


First Written coaching
Second Written coaching
Third Written coaching
Active coaching period
Investigations and appropriate action
Termination

## Coaching for improvement

You may receive only one of each level of coaching in any 12-month period. If a subsequent coaching is warranted, you will receive a higher level of coaching. Your supervisor or manager will determine the appropriate level of coaching to use depending on the individual circumstances of the situation. You should be aware that levels of coaching may be skipped, depending upon the determination by your supervisor or manager of the appropriate level of coaching for the particular situation.  You may not be eligible for promotion or transfer if you have an active (within 12 months) Second or Third Written level of coaching. Refer to the Job Transfers and Postings Policy for the eligibility guidelines for your division.

### First Written coaching

Your supervisor or manager may use a First Written level of coaching to notify you that your job performance or conduct does not meet our expectations and to communicate what you need to do to correct the performance or conduct issue.

### Second Written coaching

Your supervisor or manager may use a Second Written level of coaching to notify you that your job performance or conduct does not meet our expectations when you have failed to correct a job performance or conduct issue despite a prior First Written level of coaching, or if the job performance or conduct warrants a higher level of coaching. You will be required to submit a plan of action outlining how you will improve your conduct and/or performance

### Third Written coaching

Your supervisor or manager may use a Third Written level of coaching to notify you that your job performance or conduct does not meet our expectations when you have failed to correct a job performance or conduct issue despite a prior First and/or Second Written level of coaching, or if the job performance or conduct warrants a higher level of coaching.

If you receive a Third Written level of coaching, your supervisor or manager will meet with you to discuss the unacceptable job performance or conduct at issue and explain the improvements that you must make and/or the actions that will be taken in light of the unacceptable job performance or conduct at issue. You will be required to submit a plan of action outlining how you will improve your conduct and/or performance.  Your manager will provide

**Resources**

Managers can access the Online Coaching for Improvement Guide in the Resource section of the Online Coaching System. The system is available on the WIRE by following the path below.

Online Coaching System - Knowledge Center > Tools and Reports > Online Coaching for Improvement - Online PTL

you sufficient time during your regularly scheduled shift to develop your plan and will then meet with you to review the plan, discuss your decision regarding making the required improvements, and take appropriate action based on your decision.

If you fail to submit an acceptable plan of action for a Second or Third Written level of coaching, you may be subject to further disciplinary action up to and including immediate termination.

If your unacceptable job performance or conduct warrants a level of coaching and you have already received a Third Written level of coaching within the previous 12 months, you will be subject to termination.

### Associates employed less than 90 days and Home Office temporary associates

Associates employed less than 90 Days and Home Office temporary associates should be given verbal feedback regarding their performance and behavior. The formal coaching process is preferred, but not required.

Issues of performance should be addressed before an associate is terminated, allowing them an opportunity to meet company expectations. However, any performance issue may be grounds for termination.

## Active coaching period

When your supervisor or manager uses a level of coaching to inform you of unacceptable job performance or conduct requiring improvement, an active coaching period related to this issue begins and will continue for 12 months.

If you take a leave of absence during an active coaching period, the 12-month active coaching period will be suspended during the leave. Upon your return to work, the active coaching period will begin again.

If you terminate during an active coaching period, the level of coaching will continue to run for the duration of the initial 12-month period. If you are rehired during the initial 12-month period, you will still have an active coaching.

## Investigations and appropriate action

### Investigation

When a supervisor or manager learns of reported or potential misconduct, she or he may need to conduct an investigation in order to determine what occurred and take appropriate action. If you refuse to cooperate in an investigation or fail to tell the truth during an investigation, you may be subject to disciplinary action up to and including termination.

We strictly prohibit retaliation for cooperating in an investigation. If you retaliate against another associate for cooperating in an investigation, you will be subject to disciplinary action up to and including termination.

### Action during investigation

It may be necessary to put reasonable interim measures in place during an investigation, if the manager or supervisor conducting the investigation determines that such measures would be appropriate. Interim measures may include, but are not limited to, suspension or transfer.

Suspensions are unpaid.  However, if you are suspended pending the outcome of a company investigation and the result is that the allegations against you are not substantiated, you will be returned to work and paid for all scheduled hours missed while suspended. You may use available PTO for your scheduled hours during your suspension.  If you receive pay for any portion of the suspension because the allegations are not substantiated, PTO used during that time will be reinstated

### Appropriate action

If the investigation reveals that you have engaged in misconduct, your supervisor or manager will take appropriate action. The appropriate action will depend on the nature of the particular situation and may include coaching or immediate termination.

### Confidentiality

We will make every reasonable effort to maintain the confidentiality of all parties involved in any investigation. We will disclose information only to those having a need to know in order to facilitate the investigation or its resolution.  Any other disclosure constitutes a breach of confidentiality and will result in disciplinary action up to and including termination.

## Termination

If you receive a level of coaching and your job performance or conduct remains unacceptable, we may terminate your employment.

Additionally, if your unacceptable conduct is found to be serious, this may result in your immediate termination. In such cases, you will not be eligible for rehire. Examples of misconduct that may warrant immediate termination include, but are not limited to, the following:

- Violence or a safety violation, that creates a high risk of injury to people or damage to property.
- Intentional failure to follow a Walmart policy.
- Falsification of documentation.
- Theft, fraud or abuse of an associate benefit or other action involving financial integrity issues.
- Violation of federal, state or local statute or regulation through your work activities.
- Behavior identified in any of our policies that could result in an associate's immediate termination.

## For more information

WM/YW 001033

If you have questions or need further guidance, please contact your HR representative.

This information does not create an express or implied contract of employment or any other contractual commitment. Walmart may modify this information at its sole discretion without notice, at any time, consistent with applicable law. Employment with Walmart is on an at-will basis, which means that either Walmart or the associate is free to terminate the employment relationship at any time for any or no reason, consistent with applicable law.

**Last Modified: March 1, 2016**

WM/YW 001034

**CONFIDENTIAL INFORMATION**



**POM 206**
**VCOG 217**
**Professional Accountability Matrix**
Health & Wellness Compliance

| | Infraction | Supporting Policy or Resources in addition to Standards of Behavior (linked through POM 1712 or VCOG 1109) | Accountability for First Offense |
|---|---|---|---|
| 1 | Blatantly disregarding Standard Operating Procedures (SOP) including negligence and/or disregard for patient safety. | POM 1102 POM 1001-1031 VCOG 001 VCOG 002 VCOG 003 | Termination |
| 2 | Knowingly or intentionally practicing, directing, or allowing any professional (including a pharmacist, technician, associate optometrist, optician, apprentice, intern) to practice or perform duties without a valid, required license/registration or without required supervision. | POM 203 POM 205 POM 1303 POM 1321 VCOG 1502 VCOG 1513 | Termination |
| 3 | Knowingly or intentionally mislabeling or misbranding prescription medication, prescription spectacles, or contact lenses.<br><br>Knowingly or intentionally providing inaccurate or misleading information about the quality or nature of prescription medication, prescription spectacles, or contact lenses being sold or dispensed.<br><br>Knowingly or intentionally dispensing expired prescription medication, contact lenses (retail or diagnostic / trial lenses), or contact lens cleaning solutions.<br><br>Knowingly or intentionally administering expired prescription medications, immunizations / vaccinations (applicable to pharmacists and Care Clinic associates), or diagnostic drops (applicable to Associate Optometrists) to a patient. | POM 203 POM 205 POM 1303 VCOG 001 VCOG 002 VCOG 003 VCOG 1504 VCOG 1514 | Termination |
| 4 | Dispensing prescription drugs, spectacles, or contact lenses from a prescription that the associate knew was forged or fraudulent, including, but not limited to, sting operations as described in POM 1703. | POM 1703 VCOG 1505 | Termination |
| 5 | Filling and/or refilling prescriptions for drugs, spectacles, or contact lenses without prescriber authorization. This does not include the exercise of professional judgment in order to provide appropriate continuation of therapy in emergency or after-hours situations as allowed by state practice acts, provided that the Connexus emergency fill process is used. | POM 205 POM 1309 VCOG 1509 VCOG 1514 | Termination |

Defendant's
EX 26
5:17-CV-00018-RWS-CMC

**WM/YW 006069**

**CONFIDENTIAL INFORMATION**



**POM 206**
**VCOG 217**
**Professional Accountability Matrix**
Health & Wellness Compliance

| | Infraction | Supporting Policy or Resources in addition to Standards of Behavior (linked through POM 1712 or VCOG 1109) | Accountability for First Offense |
|---|---|---|---|
| 6 | Buying, trading, or obtaining any merchandise, including but not limited to prescription medications, spectacles, contact lenses, contact lens cleaning solutions, or medical devices, from an unauthorized supplier or source. | POM 810<br>VCOG 1515 | Termination |
| 7 | Knowingly or intentionally altering or submitting inaccurate prescription information in order to obtain payment for prescription or OTC products, spectacles or contact lenses.<br><br>Knowingly billing for services not provided, or products or services not provided at the time of the service or sales transaction. | HW-01<br>POM 203<br>POM 1202<br>POM 1205<br>POM 1701<br>POM 1702<br>POM 1704<br>POM 1804<br>VCOG 1106<br>VCOG 1109 | Termination |
| 8 | Failing to secure the pharmacy (as defined in POM 902) while exiting the building.  Technicians or other non-pharmacists were allowed to remain in the pharmacy, while no pharmacist was present. | POM 902 | Termination |
| 9 | Failing to secure the pharmacy (as defined in POM 902) while exiting the building.  Technicians or other non-pharmacists were removed from the pharmacy. | POM 902 | Minimum of 2nd Written Coaching up to and Including Termination |
| 10 | Failing to secure the pharmacy (as defined in POM 902) while remaining in the building.  Technicians or other non-pharmacists were allowed to remain in the pharmacy, while no pharmacist was present, for the purpose of shopping or other non-business related activities. | POM 902 | Minimum of 2nd Written Coaching up to and Including Termination |
| 11 | Failing to secure the pharmacy (as defined in POM 902) while remaining in the building.  Technicians or other non-pharmacists were allowed to remain in the pharmacy, while no pharmacist was present, for the purpose of performing unapproved business activities outside of the pharmacy area.  Pharmacists may exercise professional judgment to assist Customers/Members in OTC product selection in areas that briefly obstruct view of pharmacy. | POM 902 | Progressive Coaching |
| 12 | Failing to secure the pharmacy (as defined in POM 902) while remaining in the building.  Technicians or other non-pharmacists were removed from the pharmacy. | POM 902 | Progressive Coaching |
| 13 | Allowing visitors, i.e., friends or family members, or those without a legitimate business reason, inside the licensed pharmacy space. | POM 902 | Progressive Coaching up to and Including |

WM/YW 006070

**CONFIDENTIAL INFORMATION**



**POM 206**
**VCOG 217**
**Professional Accountability Matrix**
Health & Wellness Compliance

| | Infraction | Supporting Policy or Resources in addition to Standards of Behavior (linked through POM 1712 or VCOG 1109) | Accountability for First Offense |
|---|---|---|---|
| | | | Termination |
| 14 | Failure to act, by any professional, supervising associate, or Pharmacy Manager / Vision Center Manager / Optical Manager, which results in any professional (including but not limited to a pharmacist, technician, associate optometrist, optician, apprentice, or intern) practicing, directing, or being allowed to perform duties without a required license/registration, on an expired license/registration, or without required supervision. | POM 203 POM 205 POM 1303 POM 1321 VCOG 1502 VCOG 1513 | Minimum of 2nd Written Coaching up to and Including Termination |
| 15 | Blatantly disregarding any section of the Vision Center Operations Guide (VCOGs) or the Pharmacy Operations Manual (POMs), excluding POM 1000 (refer to Infraction #1) or VCOG 001, 002, or 003. | All Sections of the POMs or VCOGs, except POM 1000 or VCOGs 001, 002, or 003 | Progressive Coaching up to and Including Termination |
| 16 | Intentionally failing to report a prescription event. | POM 1102 | Termination |
| 17 | Failure by the discovering pharmacist to report a prescription event within required timelines (day of discovery). | POM 1102 | Progressive Coaching |
| 18 | Failing to complete a plan of action within the required timeline as specified in the Just Culture Program documentation following the task notification to complete. | Just Culture QI Program Documentation | Progressive Coaching |
| 19 | Inappropriately referring a patient (or patients) to a Health Care Business, or providing Support Services to a Health Care Tenant without a contractual relationship and compensation for such Support Services. [Capitalized terms are defined in the relevant policies.] | HW 01 VCOG 1506 | Progressive Coaching |
| 20 | Failing to maintain records according to HW records procedures. | POM 1306 VCOG 1110 | Progressive Coaching |
| **Immunizations Section** | | | |
| 21 | Administering immunization outside of the parameters of standing order | POM 205 | Minimum Second Coaching, Up to and Including Termination |
| 22 | Failure to obtain, retain, or transmit patient-critical information prior to administering immunizations | POM 1014 | Minimum Second Coaching, Up to and Including Termination |
| 23 | Falsifying or forging immunization documents | POM 1014 | Termination |
| 24 | Administering immunizations in a non-approved off-site administration site | | Termination |
| 25 | Inappropriate use or disclosure of patient information for solicitation of immunizations | POM 1624 | Progressive Coaching |
| 26 | Failure to follow SOPs for immunization storage, handling, or | Storing and Handling | Progressive |

WM/YW 006071

**CONFIDENTIAL INFORMATION**



POM 206
VCOG 217
**Professional Accountability Matrix**
Health & Wellness Compliance

| | Infraction | Supporting Policy or Resources in addition to Standards of Behavior (linked through POM 1712 or VCOG 1109) | Accountability for First Offense |
|---|---|---|---|
| | administration | Immunizations SOP | Coaching, Up to and Including Termination |
| 27 | Administering immunization without proper state-required credentials | POM 1321 | Minimum Second Coaching, Up to and Including Termination |
| 28 | Self-administration of immunization | POM 205 | Termination |
| 29 | Submitting a third-party claim to insurance but not administering immunization | POM 1711 | Termination |

This matrix is intended to complement the Operational Compliance Accountability Matrix established by Corporate Compliance. Each infraction will be reviewed independently and the level of discipline imposed may vary from the "First Offense" column of the chart depending on the severity of the infraction and other relevant circumstances. This list is not all-inclusive and associates may be disciplined for any reason consistent with applicable law and company policy. This matrix does not create an express or implied contract of employment or any other contractual commitment. Wal-Mart may modify this matrix at its sole discretion without notice, at any time, consistent with applicable law. Employment with Wal-Mart is on an at-will basis, which means that either Wal-Mart or the associate is free to terminate the employment relationship at any time for any or no reason, consistent with applicable law.

WM/YW 006072

**CONFIDENTIAL INFORMATION**



**POM 1101**
**Quality Improvement Program**
Quality Improvement

**Introduction**   The Quality Improvement Program was developed to monitor, assess, and continuously improve the level of care, patient safety, and quality of service that we provide our patients and customers/members every day.
In support of these goals, the Quality Improvement (QI) team performs an ongoing evaluation and assessment of the program's policies and procedures, patient safety performance indicators, prescription event monitoring, as well as training and retraining of our pharmacy teams and field leadership.

**Quality Tools**   To support our pharmacy teams in the provision of high quality patient care, the QI team has developed tools and resources that will assist in the proper execution of Connexus SOPs and reduce the occurrence of prescription events. It is mandatory that each of these tools be utilized and/or followed to promote a safe filling process. These tools include:
- Connexus Standard Operational Procedures (SOP) 1000 series POMS
- Safety Culture Reporting Tool (SCRT)
- SOP Training and retraining GLMS
- Root Cause Analysis
- Continuous Quality Improvement team sessions

**Quality Initiatives**   In addition to the Quality tools listed above, the QI program has developed and/ or supports the following clinical initiatives. They include:
- Pharmacist Clinical Services
- Patient Safety Initiatives
- Medication Therapy Management
- Pharmacist Administered Immunization Delivery

**Conclusion**   The Quality Improvement program is committed to delivering high quality patient care and outcomes through ongoing activities that evaluate, educate, communicate, and support the field teams in the area of quality improvement and patient safety.

Defendant's
EX 28
5:17-CV-00018-RWS-CMC

**WM/YW 001760**

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

**Applies To:** All (Pharmacy) associates of Wal-Mart Stores, Inc. and its U.S. subsidiaries ("Walmart"), including Sam's Club and Puerto Rico associates.

**Procedure Introduction**

At Walmart/Sam's Club, a patient can receive an immunization on a walk-in basis as part of your pharmacy's normal workflow and dispensing functions. This process explains how pharmacists and pharmacy technicians support the immunization process in the pharmacy.

The objective of this procedure is to illustrate the process for processing and administering an immunization as an efficient part of the pharmacy's responsibilities.

**Notes:**
- Due to state specific laws, some immunizations can be prescribed for pharmacist dispensing and administration using a standing order, a physician's prescription, or pharmacist's prescriptive authority.
- The standing order specifically identifies what immunizations can be administered to patients based on certain demographics and social history. Carefully review the standing order before using the standing order as a prescription for a patient's immunizations.
- Vaccines permitted for pharmacist administration will vary by state.
  - The pharmacist must act in accordance with the state law.
  - Vaccines must always be dispensed and administered, they cannot be dispensed from the pharmacy for administration elsewhere by another medical provider
- Ages permitted for immunization administration vary by vaccine type according to the ACIP/CDC guidelines, state law, and Wal-Mart Stores, Inc. corporate policy.
  - Pharmacists must follow the strictest requirement of all three.
  - Refer to the **State Specific Guidelines** on the Toolkit for guidance.

**Objective**

The objective of this procedure is to provide special guidance to the pharmacy technician on how to provide the necessary information to a patient/legal guardian requesting an immunization, to input the immunization, and to fill the prescription. Additionally, this POM was created to aid the pharmacist in their role to dispense and administer the



Defendant's
EX 30
5:17-CV-00018-RWS-CMC

WM/YW 001669

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

immunization

**Processing the Immunization**

After all appropriate documents are completed and returned to the Drop Off technician, the Drop Off technician may process the immunization. There are various ways the pharmacy may receive an order for an immunization. Always follow the State Specific Guidelines when processing an order regardless of the source of the order. An order for an immunization may be a patient specific prescription from a prescriber which may be an electronic prescription, a faxed copy of a prescription, or a called in verbal prescription. The prescriber may also give the patient a hard copy prescription during their office visit. Alternatively, if the State Specific Guidelines allow it, the pharmacist may also have prescriptive authority and may write a patient specific prescription. Standing Orders, where allowed by the state, may also be used to process a prescription. The Standing Orders define the criteria that must be met for the patient to be immunized and are aligned with the State Specific Guidelines.

Prescriptions may be processed at Drop Off and sent to the pharmacist at Input Verification, or they may be processed at drop off and sent to the technician for input. These are outlined below.

**Drop Off**

The immunization services provided by the pharmacy will vary between states. If the State Specific Guidelines outline the use of a Standing Order or Pharmacist Prescriptive Authority, the pharmacy technician may use the Connexus automated platform to create a prescription order from the Drop Off Screen. The use of this feature requires the Immunization Settings to be completed by the pharmacist prior to using. The Drop Off Technician may use the following notes to enter the information:

- Retrieve the patient profile in Connexus
- Order Priority is "In-Store" when the patient is waiting
- Review patient demographics and update as necessary
- Confirm the Primary Care Physician
- Choose the correct IMZ from the "Drug" drop down menu
- Select the authorizing and administrating pharmacist (when Pharmacist Prescriptive Authority is used)
- Enter the Administration Date (defaults to current date)
- Select "Add Order"
- Select "Accept"

Once the drop off technician has completed the initial data entry, the immunization goes on to adjudication by third party (if applicable). Input is completed automatically and the yellow hard copy prescription is stamped with drug and patient information. The order then goes to input verification

**WM/YW 001670**

**CONFIDENTIAL INFORMATION**



POM 1014
### Administering the Immunizations
Health and Wellness Standard Operating
Procedures

at the pharmacist station.  Immunizations with multiple VIS sheets may not be entered using the Connexus automated system, these will be scanned into the system using page one of the standing order or pharmacist initiated prescription.

**Input**

At Input,  the technician will use one of the three processes below based on the patient and parameters outlined:

**Using a Prescription to Process an Immunization**

When a prescriber submits an electronic, faxed, or verbal prescription to the pharmacy, the pharmacy technician will enter the information and place the immunization on hold until the patient/legal guardian is physically present in the store and completes the PQCF.  If a patient/legal guardian presents a prescription to the pharmacy, complete the data entry as is usual for hard copy prescriptions in the pharmacy.  Prescriptions must fall within state guidelines and Walmart policy.  The pharmacy technician will place a bar code on the prescription, will scan the prescription order into Connexus, and will be dropped "in-store" when the patient is waiting for the immunization.

**Using Prescriptive Authority to Process an Immunization**

When a patient/legal guardian approaches the pharmacy for an immunization in a state which pharmacists have prescriptive authority, the pharmacist will recommend immunizations and execute a prescription for that patient.  The State Specific Guidelines define the criteria regarding Prescriptive Authority.  The pharmacist may write for CDC/ACIP recommended immunization prescriptions within the state guidelines and Walmart policy.  The pharmacist initiated prescription will then be used for the patient/legal guardian. The technician will complete the data entry at **drop off** for a pharmacist initiated prescription, as mentioned previously.  If an immunization is chosen which contains multiple vaccine information statements, then the prescription will be written by the pharmacist.  The pharmacy technician will place a bar code on the pharmacist initiated prescription, will scan the order into Connexus, and will select the order type "in-store" when the patient is waiting for the prescription.

**Using the Standing Orders to Process an Immunization**

A patient/legal guardian may request an immunization in the pharmacy without a prescription.  The pharmacy may provide the immunization if the pharmacy has a Standing Order which outlines administration of the immunization the patient/legal guardian is requesting.  The Standing Order

**WM/YW 001671**

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating
Procedures

will  be used if the patient meets the criteria of the standing order.  The Standing Order is a document authorized by a physician that provides specific instructions for providing medication or medical services to a group of patients.  Standing Orders may have different titles depending on the state law.  Standing Orders may be found on the Toolkit on the WIRE. A copy of the Standing Order should be printed and available in the immunization binder. Page one of your standing orders will be used as the prescription for the immunization.

**Notes:**
- Please note that Standing Orders change and must be renewed, this usually occurs once a year.
- When changes occur, you will be notified through the QPC WIRE communications, your pharmacy manager, and through your MHWD/RxMM.
- Follow all instructions provided when transitioning to a new Standing Order.
- Retain one copy of expired standing orders in the pharmacy file cabinet under "standing orders". These must be retained per your state board of pharmacy requirements, and corporate record retention guidelines (POM 1306)

While the patient is at the drop-off window, enter all necessary information and follow the "Drop Off for Success" SOP.  The pharmacy technician should ask the patient/legal guardian if they would like to be signed up for ready reminder to notify them that their immunization is ready for administration.   If the patient/legal guardian refuses, the pharmacy technician should ask the patient/legal guardian to remain in the pharmacy area.

Prescription orders that are hard copies, faxes, electronic, or verbal orders, the pharmacy technician will input the immunization information in the same manner as if it were a medication.  Use the following notes to enter the information:
- For the SIG code: Enter "IMZ"
- Refills: 0
- DAW code: 0
- Prescriber field: Enter the name of the name of prescriber from the prescription, standing order physician, or the pharmacist with prescriptive authority
- Use the DEA for a medical prescriber and use the NPI for a pharmacist with prescriptive authority when selecting prescribers
- Day Supply: 1

WM/YW 001672

**CONFIDENTIAL INFORMATION**



# POM 1014
### Administering the Immunizations
Health and Wellness Standard Operating Procedures

- Rx written date: the date on the patient specific prescription or current date when using the standing order or prescriptive authority
- Expiration Date: one year after the date is written, unless the physician and/or state regulations specify differently

**Four Point**

- Priority Status: In Store
- In the Order Comment Field enter "IMZ"

After all information has been entered and re-verified into Connexus, the pharmacy technician will take the completed PQCF to the pending wire rack marked "pending IMZ" that is located to the left of the pharmacist work station.   At input verification (4 Point), the pharmacist will complete the following:

- The pharmacist will review the PQCF  when they receive the order at 4-point
- The patient profile will be reviewed and the boxes on the left of the form will be initialed by the pharmacist to verify that the information is correct
- If any questions have been answered "yes", or if they require additional validation, the pharmacist will confirm eligibility with the patient/legal guardian and/or physician. The pharmacist will document all discussions on the PQCF and initial any changes.
- Some states require that the pharmacist review the state registry profile of the patient prior to administering the vaccine. Refer to your state specific guidelines document on the toolkit.
- If appropriate the pharmacist will accept the four point verification screen, and place the Consent Form back on the top file rack marked "Pending IMZ".
- If the patient is unable to receive an immunization that day, refer the patient to their PCP and shred all documents immediately.

If any contraindications or other issues are identified while reviewing the Patient Questionnaire and Consent Form, or any other patient information, discuss the issue with the patient at the counseling window.   Call the patient's primary care physician if questions are not yet resolved. Document all information on the original prescription/PQCF. Any contraindications MUST be addressed PRIOR to administering the immunization. All certified pharmacists must confirm that the patient meets all the requirements of the Standing Order before it is used as the prescription for the patient.  If the patient does not meet the Standing Order criteria, or criteria for prescriptive authority (if allowed in your state), the certified pharmacist must secure a patient-specific prescription from a licensed physician.

The certified pharmacist must refer to the "Master Copy" of the Standing

WM/YW 001673

**CONFIDENTIAL INFORMATION**



# POM 1014
## Administering the Immunizations
Health and Wellness Standard Operating Procedures

Order that covers your pharmacy to confirm that the patient meets the criteria if there is any question if the patient is covered (for example, only patients over 60 can be given a shingles immunization using the Standing Order).  Confirm that the patient meets the Standing Order criteria before using it to administer or bill the immunization to insurance.

**Filling**

The pharmacy technician will scan a bag and proceed to filling the immunization.  The filling tech will retrieve the PQCF and the correct immunization product from the refrigerator or freezer, will scan the product, and will print two labels.  One label with the corresponding  immunization product will be placed within a Ziplock bag (do not label the Ziplock bag).

The filling tech will write the immunization NDC from the product onto the second label, will initial the label, and will place this with the Patient Questionnaire and Consent Form/VAR into the fill bag.  The Ziplock bag with both the label and the immunization in the Ziplock bag is returned to the refrigerator/freezer by the filling technician.  The filling pharmacy technician will place the bag with the PQCF on the Visual Verify rack.

**Visual Verification**

At Visual Verify, the pharmacist will retrieve the bag when it is prompted by bag color and number in Connexus, and the pharmacist will perform visual verification of the prescription.  The pharmacist will complete Visual Verify by checking that the prescription label matches what is requested on the PQCF, will verify patient information, and will confirm the NDC written by the technician on the label matches the Connexus product.

The pharmacist will affix the label on the PQCF and place the form back into the bag along with a "Fridge" location card.  The bag then goes on the Bagging rack.

**Bagging**

The bagging associate will bag as normal by scanning the label on the back of the consent form and the bag bar code.  The bagging associate will confirm that the "Fridge" location card is in the bag.  This will remind the associate at TASCO that this is an immunization.

**Checkout**

When the patient is ready, the cashier should retrieve the bag from the will call bin, and complete the checkout process following the normal Tasco and checkout procedure.  The cashier will staple the receipt to the patient leaflet, fold the leaflet in half to protect patient HIPAA information, and place the leaflet and receipt back in the bag. This bag is then placed on the "Pending IMZ" file rack, and the cashier directs the patient to the administration area and notifies the pharmacist that the patient is ready for their immunization.

The pharmacist retrieves the bag and the appropriate vaccine from the

WM/YW 001674

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

**Administration**   refrigerator/freezer, matching the label name to the leaflet, retrieves the Immunization supply basket/cart, and fills in the section of the Patient Questionnaire and Consent Form entitled "Administrative Record".   Prepare the vaccine for injection – either by drawing the vaccine into an empty syringe from the container hub, or by attaching a needle to a pre-filled syringe.  The pharmacist must wash their hands with antibacterial soap and must change into a clean pair of gloves in between immunizing different patients before vaccine administration.

The immunization tote contains the following, otherwise the immunization may not be administered.   Check expiration date of Epipens before administration, when three Epipens are not present, administration of immunizations must stop until three Epipens are in stock.   Always ensure the Blood Pressure machine has working batteries and that it is readily retrievable from a designated pharmacy area.

**Immunization Cart/Tote Supplies**

- THREE epinephrine pens (adult and pediatric, if pediatric immunization allowed by state)
- Oral Benadryl
- Injectable Benadryl if required by state
- Nitrile Gloves
- CPR mask
- Blood Pressure machine and cuff
- Latex-free Bandaids
- Cotton balls
- Alcohol swabs

**Preparation for Immunization Administration**

Have the patient sit at the immunization table with the pharmacist.   This will make the patient more comfortable for the immunization and prevent any harm if the patient becomes faint.   If a patient is challenged with mobile access or must use the aid of a wheelchair or other device, ensure that the patient is behind the privacy panels.  Patients do not have to use the chairs that are behind the panels if they are sitting and can be accommodated behind the privacy screen. This is the only area that you may provide immunizations. You may not provide immunizations over the counseling window across from the patient.   Immunization locations can vary depending on your pharmacy layout, but all placements must meet the guidelines contained in Toolkit on the Wire.   Locations will have two chairs and a flat surface (pharmacy counter or small table), or will be designated at

WM/YW 001675

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating
Procedures

the patient waiting area. The pharmacy privacy screen must be set-up at the immunization table and provide appropriate privacy at all times.

Perform All Steps When Administering the Immunization

1. When the patient has been seated behind the privacy counter, the pharmacist retrieves the immunization from the refrigerator or freezer and verifies patient information.

2. Assemble prefilled syringes prior to walking out of the pharmacy. Reconstitute immunizations if necessary. When reconstituting with safety devices, safety devices must be activated prior to disposing of in the sharps container. When reconstituting with a non-safety device needle, recapping occurs with the cap on the counter top and the "scooping method" to retrieve the cap prior to tightening. Only OSHA approved devices may be used for patient administration and must be attached to the syringe prior to moving to the patient area.

3. Verify with the patient/legal guardian the patient name and the type of immunization the patient is expecting to receive using open-ended questions.

4. Review the PQCF and identify any contraindications for the requested vaccine. If the patient has noted any issue of concern that has not previously been addressed, address the patient's question or health condition where possible. If the patient is a candidate for an additional vaccine(s) or a different vaccine, educate the patient about the available immunizations based on their PQCF and social history.

**Inject the immunization**

Always keep your eyes on the needle. The Administering Pharmacist is the final check for the immunization at the time of administration and holds responsibility for that prescription.

- Use one hand to hold the patient's injection site and the other hand to hold the syringe – do not switch the syringe between hands. Ensure that the hand holding the syringe is on the **same side** of your body as the used sharp's container. Use a smooth motion to administer the immunization.

- Withdraw the needle in the same smooth motion and angle in which it was inserted. Always activate the safety mechanism **before**

WM/YW 001676

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

placing the syringe into the used sharps container. Always hold the syringe over the sharps container while activating the safety device (if not activating as part of the injection process; Vanish point devices only) to avoid an accidental spray of vaccine.

The immunization is now complete!

- Ask the patient to remain in the store/club and preferable at the pharmacy for 20 minutes in case they begin to feel unwell.  Thank the patient for coming to the pharmacy for their immunization.
- Ask the patient to please come back again for any pharmacy needs. **Do not leave your patient if they feel dizzy or un-well immediately following the immunization**.  Review the SOP "Adverse Events" for more detailed information about specific Adverse Event conditions.  If your patient experiences a severe adverse reaction following the immunization, **immediately call 911**. Ask a pharmacy technician to begin immediately taking notes to document the pharmacy's response to the situation – these notes will aid medical personnel when they arrive.  If your patient experiences a mild adverse reaction following the immunization, render aid to your patient according to the adverse events procedure and contact your patient's primary health care provider for further instructions. Do not leave your patient until such time as help arrives or the patient expressly acknowledges that all symptoms of the adverse reaction have passed. Confirm with your patient that they feel well-enough to be left unattended before returning to the pharmacy area.

- Complete the administrative portion of the Patient Questionnaire and Consent Form as the administering pharmacist.  The Administering Pharmacist is the final check for the immunization at the time of administration and holds responsibility for that prescription.  Instruct a pharmacy technician to check that all parts of the VAR have been filled out.

**Reporting**

Once counseling has been documented in Connexus, the "Service Admin" queue will populate fifteen minutes later with the screen that must have immunization details entered. This may be done by a technician or a pharmacist and must be done on a computer that has a scanner attached.  Prescriptions which are hard copies, electronic prescriptions, faxed in, or called in will not be automatically reported. The prescriptions will go to the "Fax In Box" the following day to remind associates that they must be reported manually if required by state law.

**WM/YW 001677**

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

- The Patient "Clinical Services Information Screen" must have all details completed. Once all information has been entered, scan the Patient Questionnaire and Consent Form/VAR and select "accept" to save the administration details. Once this is completed, the system will send a fax with a cover page to the primary care physician that was selected on the patient maintenance screen. Reporting to STC, which reports to state registries, is also done automatically for all states (excluding North Carolina) unless the patient has indicated that they do not want their information transmitted. The standing order physician will also receive a fax. Transmission failures will be sent to the resolution inbox, and an associate will submit the information manually. Pharmacy technician should file the completed Patient Questionnaire and Consent Form in your file folder for immunizations on the Wal-Mart side.

- Sam's Club associates have an additional requirement to place the completed consent form in the immunization binder for one month. On the first of the month, the technician will move the completed forms into a manila folder labeled with the month and year and place the folder in a storage box. The storage box will be stored in the pharmacy for at least a year and then when full it will be stored back in the retention cage for the remainder of the 10 year retention period. These documents cannot be destroyed without express written authorization from Walmart/Sam's Club Health and Wellness Compliance.

The improper use of a Standing Order constitutes a violation of company procedure and may result in disciplinary action up to and including termination of employment.*Failure to successfully follow any part of this procedure may result in disciplinary action, up to and including termination of employment.

**Resources**
- WIRE Immunization Toolkit
- Market Health & Wellness Director/Sam's Rx Market Manager
- H&W Clinical Services team

WM/YW 001678

**CONFIDENTIAL INFORMATION**



**POM 1014**
### Administering the Immunizations
Health and Wellness Standard Operating
Procedures

**Applies To:** All (Pharmacy) associates of Wal-Mart Stores, Inc. and its U.S. subsidiaries ("Walmart"), including Sam's Club and Puerto Rico associates.

**Procedure Introduction**

At Walmart/Sam's Club, a patient can receive an immunization on a walk-in basis as part of your pharmacy's normal workflow and dispensing functions. This process explains how pharmacists and pharmacy technicians support the immunization process in the pharmacy.

The objective of this procedure is to illustrate the process for processing and administering an immunization as an efficient part of the pharmacy's responsibilities.

**Notes:**
- Due to state specific laws, some immunizations can be prescribed for pharmacist dispensing and administration using a standing order, a physician's prescription, or pharmacist's prescriptive authority.
- The standing order specifically identifies what immunizations can be administered to patients based on certain demographics and social history.  Carefully review the standing order before using the standing order as a prescription for a patient's immunizations.
- Vaccines permitted for pharmacist administration will vary by state.
  - The pharmacist must act in accordance with the state law.
  - Vaccines must always be dispensed and administered, they cannot be dispensed from the pharmacy for administration elsewhere by another medical provider
- Ages permitted for immunization administration vary by vaccine type according to the ACIP/CDC guidelines, state law, and Wal-Mart Stores, Inc. corporate policy.
  - Pharmacists must follow the strictest requirement of all three.
  - Refer to the **State Specific Guidelines** on the Toolkit for guidance.

**Objective**

The objective of this procedure is to provide special guidance to the pharmacy technician on how to provide the necessary information to a patient/legal guardian requesting an immunization, to input the immunization, and to fill the prescription.  Additionally, this POM was created to aid the pharmacist in their role to dispense and administer the

**WM/YW 001679**

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating
Procedures

immunization

**Processing the Immunization**

After all appropriate documents are completed and returned to the Drop Off technician, the Drop Off technician may process the immunization. There are various ways the pharmacy may receive an order for an immunization. Always follow the State Specific Guidelines when processing an order regardless of the source of the order. An order for an immunization may be a patient specific prescription from a prescriber which may be an electronic prescription, a faxed copy of a prescription, or a called in verbal prescription. The prescriber may also give the patient a hard copy prescription during their office visit. Alternatively, if the State Specific Guidelines allow it, the pharmacist may also have prescriptive authority and may write a patient specific prescription. Standing Orders, where allowed by the state, may also be used to process a prescription. The Standing Orders define the criteria that must be met for the patient to be immunized and are aligned with the State Specific Guidelines.

Prescriptions may be processed at Drop Off and sent to the pharmacist at Input Verification, or they may be processed at drop off and sent to the technician for input. These are outlined below.

**Drop Off**

The immunization services provided by the pharmacy will vary between states. If the State Specific Guidelines outline the use of a Standing Order or Pharmacist Prescriptive Authority, the pharmacy technician may use the Connexus automated platform to create a prescription order from the Drop Off Screen. The use of this feature requires the Immunization Settings to be completed by the pharmacist prior to using. The Drop Off Technician may use the following notes to enter the information:

- Retrieve the patient profile in Connexus
- Order Priority is "In-Store" when the patient is waiting
- Review patient demographics and update as necessary
- Confirm the Primary Care Physician
- Choose the correct IMZ from the "Drug" drop down menu
- Select the authorizing and administrating pharmacist (when Pharmacist Prescriptive Authority is used)
- Enter the Administration Date (defaults to current date)
- Select "Add Order"
- Select "Accept"

Once the drop off technician has completed the initial data entry, the immunization goes on to adjudication by third party (if applicable). Input is completed automatically and the yellow hard copy prescription is stamped with drug and patient information. The order then goes to input verification

**WM/YW 001680**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

at the pharmacist station.  Immunizations with multiple VIS sheets may not be entered using the Connexus automated system, these will be scanned into the system using page one of the standing order or pharmacist initiated prescription.

**Input**

At Input, the technician will use one of the three processes below based on the patient and parameters outlined:

**Using a Prescription to Process an Immunization**

When a prescriber submits an electronic, faxed, or verbal prescription to the pharmacy, the pharmacy technician will enter the information and place the immunization on hold until the patient/legal guardian is physically present in the store and completes the PQCF.  If a patient/legal guardian presents a prescription to the pharmacy, complete the data entry as is usual for hard copy prescriptions in the pharmacy.  Prescriptions must fall within state guidelines and Walmart policy.  The pharmacy technician will place a bar code on the prescription, will scan the prescription order into Connexus, and will be dropped "in-store" when the patient is waiting for the immunization.

**Using Prescriptive Authority to Process an Immunization**

When a patient/legal guardian approaches the pharmacy for an immunization in a state which pharmacists have prescriptive authority, the pharmacist will recommend immunizations and execute a prescription for that patient.  The State Specific Guidelines define the criteria regarding Prescriptive Authority.  The pharmacist may write for CDC/ACIP recommended immunization prescriptions within the state guidelines and Walmart policy.  The pharmacist initiated prescription will then be used for the patient/legal guardian. The technician will complete the data entry at **drop off** for a pharmacist initiated prescription, as mentioned previously.  If an immunization is chosen which contains multiple vaccine information statements, then the prescription will be written by the pharmacist.  The pharmacy technician will place a bar code on the pharmacist initiated prescription, will scan the order into Connexus, and will select the order type "in-store" when the patient is waiting for the prescription.

**Using the Standing Orders to Process an Immunization**

A patient/legal guardian may request an immunization in the pharmacy without a prescription.  The pharmacy may provide the immunization if the pharmacy has a Standing Order which outlines administration of the immunization the patient/legal guardian is requesting.  The Standing Order

WM/YW 001681

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

will be used if the patient meets the criteria of the standing order.  The Standing Order is a document authorized by a physician that provides specific instructions for providing medication or medical services to a group of patients.  Standing Orders may have different titles depending on the state law.  Standing Orders may be found on the Toolkit on the WIRE. A copy of the Standing Order should be printed and available in the immunization binder. Page one of your standing orders will be used as the prescription for the immunization.

Notes:
- Please note that Standing Orders change and must be renewed, this usually occurs once a year.
- When changes occur, you will be notified through the QPC WIRE communications, your pharmacy manager, and through your MHWD/RxMM.
- Follow all instructions provided when transitioning to a new Standing Order.
- Retain one copy of expired standing orders in the pharmacy file cabinet under "standing orders". These must be retained per your state board of pharmacy requirements, and corporate record retention guidelines (POM 1306)

While the patient is at the drop-off window, enter all necessary information and follow the "Drop Off for Success" SOP.  The pharmacy technician should ask the patient/legal guardian if they would like to be signed up for ready reminder to notify them that their immunization is ready for administration.   If the patient/legal guardian refuses, the pharmacy technician should ask the patient/legal guardian to remain in the pharmacy area.

Prescription orders that are hard copies, faxes, electronic, or verbal orders, the pharmacy technician will input the immunization information in the same manner as if it were a medication.  Use the following notes to enter the information:
- For the SIG code: Enter "IMZ"
- Refills: 0
- DAW code: 0
- Prescriber field: Enter the name of the name of prescriber from the prescription, standing order physician, or the pharmacist with prescriptive authority
- Use the DEA for a medical prescriber and use the NPI for a pharmacist with prescriptive authority when selecting prescribers
- Day Supply: 1

WM/YW 001682

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

- Rx written date: the date on the patient specific prescription or current date when using the standing order or prescriptive authority
- Expiration Date: one year after the date is written, unless the physician and/or state regulations specify differently

**Four Point**
- Priority Status: In Store
- In the Order Comment Field enter "IMZ"

After all information has been entered and re-verified into Connexus, the pharmacy technician will take the completed PQCF to the pending wire rack marked "pending IMZ" that is located to the left of the pharmacist work station.   At input verification (4 Point), the pharmacist will complete the following:

- The pharmacist will review the PQCF  when they receive the order at 4-point
- The patient profile will be reviewed and the boxes on the left of the form will be initialed by the pharmacist to verify that the information is correct
- If any questions have been answered "yes", or if they require additional validation, the pharmacist will confirm eligibility with the patient/legal guardian and/or physician. The pharmacist will document all discussions on the PQCF and initial any changes.
- Some states require that the pharmacist review the state registry profile of the patient prior to administering the vaccine. Refer to your state specific guidelines document on the toolkit.
- If appropriate the pharmacist will accept the four point verification screen, and place the Consent Form back on the top file rack marked "Pending IMZ".
- If the patient is unable to receive an immunization that day, refer the patient to their PCP and shred all documents immediately.

If any contraindications or other issues are identified while reviewing the Patient Questionnaire and Consent Form, or any other patient information, discuss the issue with the patient at the counseling window.   Call the patient's primary care physician if questions are not yet resolved. Document all information on the original prescription/PQCF. Any contraindications MUST be addressed PRIOR to administering the immunization. All certified pharmacists must confirm that the patient meets all the requirements of the Standing Order before it is used as the prescription for the patient.  If the patient does not meet the Standing Order criteria, or criteria for prescriptive authority (if allowed in your state), the certified pharmacist must secure a patient-specific prescription from a licensed physician.

The certified pharmacist must refer to the "Master Copy" of the Standing

WM/YW 001683

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

Order that covers your pharmacy to confirm that the patient meets the criteria if there is any question if the patient is covered (for example, only patients over 60 can be given a shingles immunization using the Standing Order).  Confirm that the patient meets the Standing Order criteria before using it to administer or bill the immunization to insurance.

**Filling**

The pharmacy technician will scan a bag and proceed to filling the immunization.  The filling tech will retrieve the PQCF and the correct immunization product from the refrigerator or freezer, will scan the product, and will print two labels.  One label with the corresponding  immunization product will be placed within a Ziplock bag (do not label the Ziplock bag).
The filling tech will write the immunization NDC from the product onto the second label, will initial the label, and will place this with the Patient Questionnaire and Consent Form/VAR into the fill bag.  The Ziplock bag with both the label and the immunization in the Ziplock bag is returned to the refrigerator/freezer by the filling technician.  The filling pharmacy technician will place the bag with the PQCF on the Visual Verify rack.

**Visual Verification**

At Visual Verify, the pharmacist will retrieve the bag when it is prompted by bag color and number in Connexus, and the pharmacist will perform visual verification of the prescription.  The pharmacist will complete Visual Verify by checking that the prescription label matches what is requested on the PQCF, will verify patient information, and will confirm the NDC written by the technician on the label matches the Connexus product.
The pharmacist will affix the label on the PQCF and place the form back into the bag along with a "Fridge" location card.  The bag then goes on the Bagging rack.

**Bagging**

The bagging associate will bag as normal by scanning the label on the back of the consent form and the bag bar code.  The bagging associate will confirm that the "Fridge" location card is in the bag.  This will remind the associate at TASCO that this is an immunization.

**Checkout**

When the patient is ready, the cashier should retrieve the bag from the will call bin, and complete the checkout process following the normal Tasco and checkout procedure.  The cashier will staple the receipt to the patient leaflet, fold the leaflet in half to protect patient HIPAA information, and place the leaflet and receipt back in the bag. This bag is then placed on the "Pending IMZ" file rack, and the cashier directs the patient to the administration area and notifies the pharmacist that the patient is ready for their immunization.

The pharmacist retrieves the bag and the appropriate vaccine from the

WM/YW 001684

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating
Procedures

**Administration**  refrigerator/freezer, matching the label name to the leaflet, retrieves the Immunization supply basket/cart, and fills in the section of the Patient Questionnaire and Consent Form entitled "Administrative Record". Prepare the vaccine for injection – either by drawing the vaccine into an empty syringe from the container hub, or by attaching a needle to a pre-filled syringe. The pharmacist must wash their hands with antibacterial soap and must change into a clean pair of gloves in between immunizing different patients before vaccine administration.

The immunization tote contains the following, otherwise the immunization may not be administered. Check expiration date of Epipens before administration, when three Epipens are not present, administration of immunizations must stop until three Epipens are in stock. Always ensure the Blood Pressure machine has working batteries and that it is readily retrievable from a designated pharmacy area.

**Immunization Cart/Tote Supplies**

- THREE epinephrine pens (adult and pediatric, if pediatric immunization allowed by state)
- Oral Benadryl
- Injectable Benadryl if required by state
- Nitrile Gloves
- CPR mask
- Blood Pressure machine and cuff
- Latex-free Bandaids
- Cotton balls
- Alcohol swabs

**Preparation for Immunization Administration**

Have the patient sit at the immunization table with the pharmacist. This will make the patient more comfortable for the immunization and prevent any harm if the patient becomes faint. If a patient is challenged with mobile access or must use the aid of a wheelchair or other device, ensure that the patient is behind the privacy panels. Patients do not have to use the chairs that are behind the panels if they are sitting and can be accommodated behind the privacy screen. This is the only area that you may provide immunizations. You may not provide immunizations over the counseling window across from the patient. Immunization locations can vary depending on your pharmacy layout, but all placements must meet the guidelines contained in Toolkit on the Wire. Locations will have two chairs and a flat surface (pharmacy counter or small table), or will be designated at

WM/YW 001685

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

the patient waiting area.  The pharmacy privacy screen must be set-up at the immunization table and provide appropriate privacy at all times.

Perform All Steps When Administering the Immunization

1. When the patient has been seated behind the privacy counter, the pharmacist retrieves the immunization from the refrigerator or freezer and verifies patient information.

2. Assemble prefilled syringes prior to walking out of the pharmacy. Reconstitute immunizations if necessary.  When reconstituting with safety devices, safety devices must be activated prior to disposing of in the sharps container.  When reconstituting with a non-safety device needle, recapping occurs with the cap on the counter top and the "scooping method" to retrieve the cap prior to tightening. Only OSHA approved devices may be used for patient administration and must be attached to the syringe prior to moving to the patient area.

3. Verify with the patient/legal guardian the patient name and the type of immunization the patient is expecting to receive using open-ended questions.

4. Review the PQCF and identify any contraindications for the requested vaccine. If the patient has noted any issue of concern that has not previously been addressed, address the patient's question or health condition where possible.  If the patient is a candidate for an additional vaccine(s) or a different vaccine, educate the patient about the available immunizations based on their PQCF and social history.

**Inject the immunization**

Always keep your eyes on the needle.  The Administering Pharmacist is the final check for the immunization at the time of administration and holds responsibility for that prescription.

- Use one hand to hold the patient's injection site and the other hand to hold the syringe – do not switch the syringe between hands. Ensure that the hand holding the syringe is on **same side** of your body as the used sharp's container. Use a smooth motion to administer the immunization.

- Withdraw the needle in the same smooth motion and angle in which it was inserted.  Always activate the safety mechanism **before**

WM/YW 001686

**CONFIDENTIAL INFORMATION**



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

placing the syringe into the used sharps container. Always hold the syringe over the sharps container while activating the safety device (if not activating as part of the injection process; Vanish point devices only) to avoid an accidental spray of vaccine.

The immunization is now complete!

- Ask the patient to remain in the store/club and preferable at the pharmacy for 20 minutes in case they begin to feel unwell. Thank the patient for coming to the pharmacy for their immunization.
- Ask the patient to please come back again for any pharmacy needs. **Do not leave your patient if they feel dizzy or un-well immediately following the immunization**. Review the SOP "Adverse Events" for more detailed information about specific Adverse Event conditions. If your patient experiences a severe adverse reaction following the immunization, **immediately call 911**. Ask a pharmacy technician to begin immediately taking notes to document the pharmacy's response to the situation – these notes will aid medical personnel when they arrive. If your patient experiences a mild adverse reaction following the immunization, render aid to your patient according to the adverse events procedure and contact your patient's primary health care provider for further instructions. Do not leave your patient until such time as help arrives or the patient expressly acknowledges that all symptoms of the adverse reaction have passed. Confirm with your patient that they feel well-enough to be left unattended before returning to the pharmacy area.

- Complete the administrative portion of the Patient Questionnaire and Consent Form as the administering pharmacist. The Administering Pharmacist is the final check for the immunization at the time of administration and holds responsibility for that prescription. Instruct a pharmacy technician to check that all parts of the VAR have been filled out.

**Reporting**

Once counseling has been documented in Connexus, the "Service Admin" queue will populate fifteen minutes later with the screen that must have immunization details entered. This may be done by a technician or a pharmacist and must be done on a computer that has a scanner attached. Prescriptions which are hard copies, electronic prescriptions, faxed in, or called in will not be automatically reported. The prescriptions will go to the "Fax In Box" the following day to remind associates that they must be reported manually if required by state law.

WM/YW 001687

CONFIDENTIAL INFORMATION



**POM 1014**
**Administering the Immunizations**
Health and Wellness Standard Operating Procedures

The Patient "Clinical Services Information Screen" must have all details completed.  Once all information has been entered, scan the Patient Questionnaire and Consent Form/VAR and select "accept" to save the administration details.  Once this is completed, the system will send a fax with a cover page to the primary care physician that was selected on the patient maintenance screen. Reporting to STC, which reports to state registries, is also done automatically for all states (excluding North Carolina) unless the patient has indicated that they do not want their information transmitted.  The standing order physician will also receive a fax.  Transmission failures will be sent to the resolution inbox, and an associate will submit the information manually.      Pharmacy technician should file the completed Patient Questionnaire and Consent Form in your file folder for immunizations.  Refer to POM 1306 for corporate record retention requirements.

The improper use of a Standing Order constitutes a violation of company procedure and may result in disciplinary action up to and including termination of employment.*Failure to successfully follow any part of this procedure may result in disciplinary action, up to and including termination of employment.

- WIRE Immunization Toolkit
- Market Health & Wellness Director/Sam's Rx Market Manager
- H&W Clinical Services team

**Resources:**

- WIRE Immunization Toolkit
- Market Health & Wellness Director/Sam's Rx Market Manager
- H&W Clinical Services team

WM/YW 001688



Centers for Disease
Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

Defendant's
EX 32
5:17-CV-00018-RWS-CMC

# Fluzone High-Dose Seasonal Influenza Vaccine

## Questions & Answers

### On this Page

- What is Fluzone High-Dose influenza vaccine?
- What is the difference between Fluzone, Fluzone High-Dose, Fluzone Intradermal, and Fluzone Quadrivalent?
- Why is a higher dose vaccine available for adults 65 and older?
- Does the higher dose vaccine produce a better immune response in adults 65 years and older?
- Is Fluzone High-Dose safe?
- Who can get this vaccine?
- Does CDC recommend one vaccine above another for people 65 and older?
- How is the Fluzone High-Dose vaccine available?
- Where can I find more information about Fluzone High-Dose?

This document provides information on the Fluzone High-Dose seasonal influenza vaccine.

Visit What You Should Know for the 2016-2017 Influenza Season for flu and flu vaccine information specific to the 2016-17 flu season.

## What is Fluzone High-Dose influenza vaccine?

Fluzone High-Dose is an influenza vaccine, manufactured by Sanofi Pasteur Inc., designed specifically for people 65 years and older.

## What is the difference between Fluzone, Fluzone High-Dose, Fluzone Intradermal Quadrivalent, and Fluzone Quadrivalent?

These products are all flu vaccines produced by one manufacturer. There are a number of other flu vaccines produced by other manufacturers.

Fluzone, Fluzone High-Dose, Fluzone Intradermal Quadrivalent, and Fluzone Quadrivalent are all injectable influenza vaccines made to protect against the flu strains most likely to cause illness for that particular flu season. Fluzone High-Dose vaccine contains four times the amount of antigen (the part of the vaccine that prompts the body to make antibody) contained in regular flu shots. The additional antigen is intended to create a stronger immune response (more antibody) in the person getting the vaccine.

The intradermal flu vaccine is a shot that is injected into the skin instead of the muscle. The intradermal shot uses a

WANTOU 125

Received 11/3/2017 8:44:03 AM [Central Standard Time] in 03-57 on line [5] for: San Antonio Main - Pg 11 / 127 OT

**29 - A**

much smaller needle than the regular flu shot, and it requires less antigen to be as effective as the regular flu shot. It may be used in adults 18-64 years of age.

## Why is a higher dose vaccine available for adults 65 and older?

Human immune defenses become weaker with age, which places older people at greater risk of severe illness from influenza. Also, ageing decreases the body's ability to have a good immune response after getting influenza vaccine. A higher dose of antigen in the vaccine is supposed to give older people a better immune response, and therefore, better protection against flu.

## Does the higher dose vaccine produce a better immune response in adults 65 years and older?

Data from clinical trials comparing Fluzone to Fluzone High-Dose among persons aged 65 years or older indicate that a stronger immune response (i.e., higher antibody levels) occurs after vaccination with Fluzone High-Dose. Whether or not the Improved immune response leads to greater protection has been the topic on ongoing research. A study published in the New England Journal of Medicine (http://www.nejm.org/doi/full/10.1056/NEJMoa1315727?query=featured_home) indicated that the high-dose vaccine was 24.2% more effective in preventing flu in adults 65 years of age and older relative to a standard-dose vaccine. The confidence interval for this result was 9.7% to 36.5%.

## Is Fluzone High-Dose safe?

The safety profile of Fluzone High-Dose vaccine is similar to that of regular flu vaccines, although some adverse events (which are also reported after regular flu vaccines) were reported more frequently after vaccination with Fluzone High-Dose. The most common adverse events experienced during clinical studies were mild and temporary, and included pain, redness at the injection site, headache, muscle aches, and malaise. Most people had minimal or no adverse events after receiving the Fluzone High-Dose vaccine.

## Who can get this vaccine?

Fluzone High-Dose is approved for use in people 65 years of age and older. As with all flu vaccines, Fluzone High-Dose is *not* recommended for people who have had a severe reaction to the flu vaccine in the past.

## Does CDC recommend one vaccine above another for people 65 and older?

The CDC and its Advisory Committee on Immunization Practices have not expressed a preference for any flu vaccine indicated for people 65 and older. CDC recommends flu vaccination as the first and most important step in protecting against the flu.

## How is the Fluzone High-Dose vaccine available?

This vaccine is approved for marketing in 0.5 mL preservative-free, single dose, prefilled syringes.

## Where can I find more information about Fluzone High-Dose?

More information about Fluzone High-Dose (http://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm112854.htm) is available on the

WANTOU 126

Received 1/03/2017 8:44:03 AM [Central Standard Time] in 03-57 on line [5] for San Antonio Main - Pg 12 / 12 CST

- 30 - A

Food and Drug Administration (FDA) web site.

Page last reviewed: August 1, 2016

Page last updated: August 1, 2016

Content source: Centers for Disease Control and Prevention (http://www.cdc.gov/), National Center for Immunization and Respiratory Diseases (NCIRD) (http://www.cdc.gov/ncird/index.html)

Page maintained by: Office of the Associate Director for Communication, Digital Media Branch, Division of Public Affairs

WANTOU 127

## 22 TAC § 193.1

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

# § 193.1. Purpose

(a)  The purpose of this chapter is to encourage the more effective utilization of the skills of physicians by establishing guidelines for the delegation of health care tasks to qualified non-physicians providing services under reasonable physician control and supervision where such delegation is consistent with the patient's health and welfare; and to provide guidelines for physicians in order that existing legal constraints should not be an unnecessary hindrance to the more effective provision of health care services. *Texas Occupations Code Annotated, §§ 164.001*, *164.052*, and *164.053* empower the Texas Medical Board to cancel, revoke or suspend the license of any practitioner of medicine upon proof that such practitioner is guilty of failing to supervise adequately the activities of persons acting under the physician's supervision, allowing another person to use his license for the purpose of practicing medicine, or of aiding or abetting, directly or indirectly, the practice of medicine by a person or entity not licensed to do so by the board. The board recognizes that the delivery of quality health care requires expertise and assistance of many dedicated individuals in the allied health profession. The provisions of this chapter are not intended to, and shall not be construed to, restrict the physician from delegating administrative and technical or clinical tasks not involving the exercise of medical judgment, to those specially trained individuals instructed and directed by a licensed physician who accepts responsibility for the acts of such allied health personnel. The board recognizes that statutory law shall prevail over any rules adopted and that the practice of medicine is, under *Texas Occupations Code Annotated § 151.002(13)*, defined as follows: A person shall be considered to be practicing medicine within the Medical Practice Act ("the Act"):

(1)  who shall publicly profess to be a physician or surgeon and shall diagnose, treat, or offer to treat, any disease or disorder, mental or physical, or any physical deformity or injury, by any system or method, or to effect cures thereof; or

(2)  who shall diagnose, treat, or offer to treat any disease or disorder, mental or physical or any physical deformity or injury by any system or method and to effect cures thereof and charge therefor, directly or indirectly, money or other compensation.

(b)  Likewise, nothing in this chapter shall be construed as to prohibit a physician from instructing a technician, assistant, or nurse to perform delegated tasks so long as the physician retains supervision and control of the technician, assistant, or employee. Nothing in this chapter should be construed to relieve the supervising physician of the professional or legal responsibility for the care and treatment of those persons with whom the delegating physician has established a physician-patient relationship. Nothing in this chapter shall enlarge or extend the applicable statutory law relating to the practice of medicine, or other rules and regulations previously promulgated by the board.

# History

**SOURCE:**

The provisions of this § 193.1 adopted to be effective November 7, 2013, 38 TexReg 7711

Defendant's
EX 33
5:17-CV-00018-RWS-CMC

## *22 TAC § 193.2*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.2. Definitions

The following words and terms, when used in this chapter, shall have the following meanings, unless the contents clearly indicate otherwise.

**(1)**  Advanced practice registered nurse--A registered nurse approved by the Texas Board of Nursing to practice as an advanced practice nurse on the basis of completion of an advanced educational program. The term includes an advanced nurse practitioner, a nurse midwife, nurse anesthetist, clinical nurse specialist, and advanced practice nurse, as defined by *Texas Occupations Code Annotated, § 301.152*.

**(2)**  Authorizing physician--A physician or physicians licensed by the board who execute a standing delegation order or prescriptive authority agreement.

**(3)**  Controlled substance--A substance, including a drug, an adulterant, and a dilutant, listed in Schedules I through V or Penalty Groups 1, 1-A, or 2 through 4 as described under the Texas Health and Safety Code, Chapter 481 (Texas Controlled Substances Act). The term includes the aggregate weight of any mixture, solution, or other substance containing a controlled substance.

**(4)**  Dangerous drug--A device or a drug that is unsafe for self medication and that is not included in the Texas Health and Safety Code, Schedules I-V or Penalty Groups I-IV of Chapter 481 (Texas Controlled Substances Act). The term includes a device or a drug that bears or is required to bear the legend: "Caution: federal law prohibits dispensing without prescription".

**(5)**  Device--Means an instrument, apparatus, implement, machine, contrivance, implant, in vitro reagent, or other similar or related article, including a component part or accessory, that is required under federal or state law to be ordered or prescribed by a practitioner, as defined by *§ 551.003 of the Occupations Code*.

**(6)**  Facility based practice site--A hospital, as defined by § 157.051(6) of the Act and this chapter, or a licensed long-term care facility. A facility-based practice does not include a freestanding clinic, center or other medical practice associated with or owned or operated by, a hospital or licensed long-term care facility.

**(7)**  Health professional shortage area (HPSA)--

**(A)**  an urban or rural area of this state that: (i) is not required to conform to the geographic boundaries of a political subdivision but is a rational area for the delivery of health services; (ii) the secretary of health and human services determines has a health professional shortage; and (iii) is not reasonably accessible to an adequately served area;

**(B)**  a population group that the secretary of health and human services determines has a health professional shortage; or

**(C)**  a public or nonprofit private medical facility or other facility that the secretary of health and human services determines has a health professional shortage, as described by *42 U.S.C. § 254e(a)(1)*.

**(8)** Hospital--A facility that:

**(A)** is: (i) a general hospital or a special hospital, as those terms are defined by *§ 241.003, Health and Safety Code*, including a hospital maintained or operated by the state; or (ii) a mental hospital licensed under Chapter 577, Health and Safety Code; and

**(B)** has an organized medical staff.

**(9)** Medication order--An order from a practitioner or a practitioner's designated agent for administration of a drug or device, as defined by *§ 551.003 of the Occupations Code*, or an order from a practitioner to dispense a drug to a patient in a hospital for immediate administration while the patient is in the hospital or for emergency use on the patient's release from the hospital, as defined by *Texas Health and Safety Code, § 481.002*.

**(10)** Nonprescription drug--A nonnarcotic drug or device that may be sold without a prescription and that is labeled and packaged in compliance with state and Federal Law, as defined by *§ 551.003(25) of the Occupations Code*.

**(11)** Physician Assistant--A person who is licensed as a physician assistant by the Texas Physician Assistant Board.

**(12)** Physician group practice--An entity through which two or more physicians deliver health care to the public through the practice of medicine on a regular basis and that is:

**(A)** owned and operated by two or more physicians; or

**(B)** a freestanding clinic, center, or office of a nonprofit health organization certified by the board under § 162.001(b) of the Act (relating to Regulation by Board of Certain Nonprofit Health Corporations), that complies with the requirements of Chapter 162 of the Act.

**(13)** Physician's orders--The instructions of a physician for the care of an individual patient.

**(14)** Practice serving a medically underserved population--Refers to the following:

**(A)** a practice in a health professional shortage area;

**(B)** a clinic designated as a rural health clinic under *42 U.S.C. § 1395x(aa)*;

**(C)** a public health clinic or a family planning clinic under contract with the Health and Human Services Commission or the Department of State Health Services;

**(D)** a clinic designated as a federally qualified health center under *42 U.S.C. § 1396d(l)(2)(B)*;

**(E)** a county, state, or federal correctional facility;

**(F)** a practice: (i) that either:

**(I)** is located in an area in which the Department of State Health Services determines there is an insufficient number of physicians providing services to eligible clients of federally, state, or locally funded health care programs; or

**(II)** is a practice that the Department of State Health Services determines serves a disproportionate number of clients eligible to participate in federally, state, or locally funded health care programs; and (ii) for which the Department of State Health Services publishes notice of the department's determination in the Texas Register and provides an opportunity for public comment in the manner provided for a proposed rule under Chapter 2001, Government Code; or

**(G)** a practice at which a physician was delegating prescriptive authority to an advanced practice registered nurse or physician assistant on or before March 1, 2013, based on the practice qualifying as a site serving a medically underserved population.

**(15)** Prescribe or order a drug or device--Prescribing or ordering a drug or device, including the issuing of a prescription drug order or medication order.

**(16)** Prescription drug--Means:

22 TAC § 193.2

(A)  a substance for which federal or state law requires a prescription before the substance may be legally dispensed to the public;

(B)  a drug or device that under federal law is required, before being dispensed or delivered, to be labeled with the statement: (i) "Caution: federal law prohibits dispensing without prescription" or "Rx only" or another legend that complies with federal law; or (ii) "Caution: federal law restricts this drug to use by or on the order of a licensed veterinarian"; or

(C)  a drug or device that is required by federal or state statute or regulation to be dispensed on prescription or that is restricted to use by a practitioner only.

(17)  Prescriptive authority agreement--An agreement entered into by a physician and an advanced practice registered nurse or physician assistant through which the physician delegates to the advanced practice registered nurse or physician assistant the act of prescribing or ordering a drug or device. Prescriptive authority agreements are required for the delegation of the act of prescribing or ordering a drug or device in all practice settings, with the exception of a facility-based practice, pursuant to § 157.054 of the Act.

(18)  Protocols--Written authorization delegating authority to initiate medical aspects of patient care, including delegation of the act of prescribing or ordering a drug or device at a facility-based practice. The term protocols is separate and distinct from prescriptive authority agreements as defined under the Act and this chapter. However, prescriptive authority agreements may reference or include the terms of a protocol(s). The protocols must be agreed upon and signed by the physician, the physician assistant and/or advanced practice registered nurse, reviewed and signed at least annually, maintained on site, and must contain a list of the types or categories of dangerous drugs and controlled substances available for prescription, limitations on the number of dosage units and refills permitted, and instructions to be given the patient for follow-up monitoring or contain a list of the types or categories of dangerous drugs and controlled substances that may not be prescribed. Protocols shall be defined to promote the exercise of professional judgment by the advanced practice registered nurse and physician assistant commensurate with their education and experience. The protocols used by a reasonable and prudent physician exercising sound medical judgment need not describe the exact steps that an advanced practice registered nurse or a physician assistant must take with respect to each specific condition, disease, or symptom.

(19)  Standing delegation order--Written instructions, orders, rules, regulations, or procedures prepared by a physician and designed for a patient population with specific diseases, disorders, health problems, or sets of symptoms. Such written instructions, orders, rules, regulations or procedures shall delineate under what set of conditions and circumstances action should be instituted. These instructions, orders, rules, regulations or procedures are to provide authority for and a plan for use with patients presenting themselves prior to being examined or evaluated by a physician to assure that such acts are carried out correctly and are distinct from specific orders written for a particular patient, and shall be limited in scope of authority to be delegated as provided in § 193.4 of this title (relating to Scope of Standing Delegation Orders). As used in this chapter, standing delegation orders do not refer to treatment programs ordered by a physician following examination or evaluation by a physician, nor to established procedures for providing of care by personnel under direct, personal supervision of a physician who is directly supervising or overseeing the delivery of medical or health care. As used in this chapter, standing delegation orders are separate and distinct from prescriptive authority agreements as defined in this chapter. Such standing delegation orders should be developed and approved by the physician who is responsible for the delivery of medical care covered by the orders. Such standing delegation orders, at a minimum, should:

(A)  include a written description of the method used in developing and approving them and any revision thereof;

(B)  be in writing, dated, and signed by the physician;

(C)  specify which acts require a particular level of training or licensure and under what circumstances they are to be performed;

(D)  state specific requirements which are to be followed by persons acting under same in performing particular functions;

**(E)**  specify any experience, training, and/or education requirements for those persons who shall perform such orders;

**(F)**  establish a method for initial and continuing evaluation of the competence of those authorized to perform same;

**(G)**  provide for a method of maintaining a written record of those persons authorized to perform same;

**(H)**  specify the scope of supervision required for performance of same, for example, immediate supervision of a physician;

**(I)**  set forth any specialized circumstances under which a person performing same is to immediately communicate with the patient's physician concerning the patient's condition;

**(J)**  state limitations on setting, if any, in which the plan is to be performed;

**(K)**  specify patient record-keeping requirements which shall, at a minimum, provide for accurate and detailed information regarding each patient visit; personnel involved in treatment and evaluation on each visit; drugs, or medications administered, prescribed or provided; and such other information which is routinely noted on patient charts and files by physicians in their offices; and

**(L)**  provide for a method of periodic review, which shall be at least annually, of such plan including the effective date of initiation and the date of termination of the plan after which date the physician shall issue a new plan.

**(20)**  Standing medical orders--Orders, rules, regulations or procedures prepared by a physician or approved by a physician or the medical staff of an institution for patients which have been examined or evaluated by a physician and which are used as a guide in preparation for and carrying out medical or surgical procedures or both. These orders, rules, regulations or procedures are authority and direction for the performance for certain prescribed acts for patients by authorized persons as distinguished from specific orders written for a particular patient or delegation pursuant to a prescriptive authority agreement.

**(21)**  Submit--The term used to indicate that a completed item has been actually received and date-stamped by the Board along with all required documentation and fees, if any.

# History

**SOURCE:**

The provisions of this § 193.2 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

End of Document

*22 TAC § 193.3*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.3. Exclusion from the Provisions of this Chapter

The provisions of this chapter shall not restrict physicians from authorizing the provision of patient care by use of pre-established programs under the following circumstances listed in paragraphs (1) - (6) of this section:

**(1)** where a patient is institutionalized and the care is to be delivered in a hospital, nursing home, or other institution which has an organized medical staff which has authorized or approved standing delegation orders or standing medical orders;

**(2)** where care is rendered in an emergency. Emergency care is that care provided to a person who is unconscious, ill, or injured, when the reasonable apparent circumstances require prompt decisions and actions in care and when the necessity of immediate care is so reasonably apparent that any delay in the rendering of care or treatment would seriously worsen the physical condition or endanger the life of the person;

**(3)** where care is rendered as a part of disaster relief and charges for the services are not made;

**(4)** where limitation from civil liability is provided under the *Texas Civil Practice and Remedies Code, § 74.151*;

**(5)** where first aid care is provided at the site of an injury or as an interim measure prior to transfer of the patient to a medical facility where medical services are available;

**(6)** where care rendered is provided by licensed health professional acting within the scope of the licensed profession as defined by Texas Occupations Code Annotated.

## History

**SOURCE:**

The provisions of this § 193.3 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

End of Document

## 22 TAC § 193.4

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.4. Scope of Standing Delegation Orders

Providing the authorizing physician is satisfied as to the ability and competence of those for whom the physician is assuming responsibility, and with due regard for the safety of the patient and in keeping with sound medical practice, standing delegation orders may be authorized for the performance of acts and duties which do not require the exercise of independent medical judgment. Limitations on the physician's use of standing delegation orders which are stated in this section shall not apply to patient care delivered by physician assistants or advanced practice registered nurses, as authorized by §§ 157.051 - 157.060 of the Act, or §§ 193.6 - 193.14 of this title (relating to Delegation of Prescribing and Ordering Drugs and Devices; Prescriptive Authority Agreements Generally; Prescriptive Authority Agreements: Minimum Requirements; Delegation of Prescriptive Authority at a Facility-Based Practice Site; Registration of Delegation and Prescriptive Authority Agreements; Prescription Forms; Prescriptive Authority Agreement Inspections; Delegation to Certified Registered Nurse Anesthetists; and Delegation Related to Obstetrical Services). When care is delivered under other circumstances, standing delegation orders may include authority to undertake the following as listed in paragraphs (1) - (8) of this section:

(1) the taking of personal and medical history;

(2) the performance of appropriate physical examination and the recording of physical findings;

(3) the ordering of tests appropriate to the services provided under such orders, such as tuberculin tests, skin tests, VD tests, VDRL tests, gram stains, pap smears, and serological tests;

(4) the administration or providing of drugs ordered by direct personal or voice communication by the authorizing physician who shall assume responsibility for the patient's welfare, providing such administration or provision of drugs shall be in compliance with other state or federal laws and providing further that pre-signed prescriptions shall be utilized by the authorizing physician only under the following conditions shown in subparagraphs (A) - (D) of this paragraph.

(A) The prescription shall be prepared in full compliance with the *Texas Health and Safety Code, § 483.001(13)* except for the inclusion of the name of the patient and the date of issuance.

(B) The prescription shall be for one of the following classes or types of drugs: (i) oral contraceptives; (ii) diaphragms and contraceptive creams and jellies; (iii) topical anti-infectives for vaginal use; (iv) oral anti-parasitic drugs for treatment of pinworms; (v) topical anti-parasitic drugs; or (vi) antibiotic drugs for treatment of venereal disease.

(C) The prescriptions may not be issued for any controlled substance.

(D) The providing of the drugs shall be in compliance with the Texas Pharmacy Act and rules adopted by the Texas State Board of Pharmacy.

(5) the administration of immunization vaccines providing the recipient is free of any condition for which the immunization is contraindicated;

(6) the providing of information regarding hygiene and the administration or providing of medications for health problems resulting from a lack of hygiene, including the institution of treatment for conditions such as scabies,

ringworm, pinworm, head lice, diaper rash and other minor skin disorders, provided the administration or providing of drugs adheres to paragraph (4) of this section;

**(7)**  the provision of services and the administration of therapy by public health departments as officially prescribed by the Department of State Health Services for the prevention or treatment of specific communicable diseases or health conditions for which the Department of State Health Services is responsible for control under state law;

**(8)**  the issuance of a nonprescription drug for the symptomatic relief of minor illnesses provided that such medications are packaged and labeled in compliance with state and federal laws and regulations.

# History

**SOURCE:**

 The provisions of this § 193.4 adopted to be effective November 7, 2013, 38 TexReg 7711

Annotations

# Research References & Practice Aids

**CROSS-REFERENCES:**

 This Section cited in *22 TAC § 193.2*, (relating to Definitions).

TEXAS ADMINISTRATIVE CODE

# 22 TAC § 193.5

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.5. Physician Liability for Delegated Acts and Enforcement

**(a)**  A physician shall not be liable for the act or acts of a physician assistant or advanced practice registered nurse solely on the basis of having signed an order, a standing medical order, a standing delegation order, a prescriptive authority agreement, or other order or protocol, authorizing a physician assistant or advanced practice registered nurse to administer, provide, prescribe or order a drug or device, unless the physician has reason to believe the physician assistant or advanced practice registered nurse lacked the competency to perform the act or acts.

**(b)**  Notwithstanding subsection (a) of this section, delegating physicians remain responsible to the Board and to their patients for acts performed under the physician's delegated authority.

**(c)**  Any physician authorizing standing delegation orders or standing medical orders which authorize the exercise of independent medical judgment or treatment shall be subject to having his or her license to practice medicine in the State of Texas revoked or suspended under §§ 164.001, 164.052, and 164.053 of the Act.

## History

**SOURCE:**

The provisions of this § 193.5 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

**End of Document**

*22 TAC § 193.6*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  > TITLE 22. EXAMINING BOARDS  > PART 9. TEXAS MEDICAL BOARD  > CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.6. Delegation of Prescribing and Ordering Drugs and Devices

**(a)** Pursuant to § 157.0511 of the Act, a physician's authority to delegate the prescribing or ordering of a drug or device is limited to:

**(1)** nonprescription drugs;

**(2)** dangerous drugs; and

**(3)** controlled substances to the extent provided in subsections (b) and (c) of this section.

**(b)** A physician may delegate the prescribing or ordering of a controlled substance only if:

**(1)** the prescription is for a controlled substance listed in Schedule III, IV, or V as established by the commissioner of the Department of State Health Services under Chapter 481 of the Texas Health and Safety Code;

**(2)** the prescription, including a refill of the prescription, is for a period not to exceed 90 days;

**(3)** with regard to the refill of a prescription, the refill is authorized after consultation with the delegating physician and the consultation is noted in the patient's chart; and

**(4)** with regard to a prescription for a child less than two years of age, the prescription is made after consultation with the delegating physician and the consultation is noted in the patient's chart.

**(c)** A physician may delegate the prescribing or ordering of a controlled substance listed in Schedule II as established by the commissioner of the Department of State Health Services under Chapter 481, Health and Safety Code, only:

**(1)** in a hospital facility-based practice under § 157.054 of the Act, in accordance with policies approved by the hospital's medical staff or a committee of the hospital's medical staff as provided by the hospital bylaws to ensure patient safety, and as part of the care provided to a patient who:

**(A)** has been admitted to the hospital for an intended length of stay of 24 hours or greater; or

**(B)** is receiving services in the emergency department of the hospital; or

**(2)** as part of the plan of care for the treatment of person who has executed a written certification of a terminal illness, has elected to receive hospice care, and is receiving hospice treatment from a qualified hospice provider.

## History

**SOURCE:**

The provisions of this § 193.6 adopted to be effective November 7, 2013, 38 TexReg 7711

Annotations

22 TAC § 193.6

## Research References & Practice Aids

**CROSS-REFERENCES:**

 This Section cited in *22 TAC § 193.2*, (relating to Definitions); *22 TAC § 193.3*, (relating to Exclusion from the Provisions of This Chapter); *22 TAC § 193.4*, (relating to Scope of Standing Delegation Orders); *22 TAC § 193.3*, (relating to Exclusion from the Provisions of this Chapter); *22 TAC § 185.16*, (relating to Employment Guidelines).

TEXAS ADMINISTRATIVE CODE

**End of Document**

## *22 TAC § 193.7*

This document reflects all regulations in effect as of September 30, 2019

***TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS***

# § 193.7. Prescriptive Authority Agreements Generally

**(a)**  A physician may delegate to an advanced practice registered nurse or physician assistant, acting under adequate physician supervision, the act of prescribing or ordering a drug or device as authorized through a prescriptive authority agreement between the physician and the advanced practice registered nurse or physician assistant, as applicable.

**(b)**  A physician and an advanced practice registered nurse or physician assistant are eligible to enter into or be parties to a prescriptive authority agreement only if:

   **(1)**  if applicable, the Texas Board of Nursing has approved the advanced practice registered nurse's authority to prescribe or order a drug or device as authorized under this chapter;

   **(2)**  the advanced practice registered nurse or physician assistant:

      **(A)**  holds an active license to practice in this state as an advanced practice registered nurse or physician assistant, as applicable, and is in good standing in this state; and

      **(B)**  is not currently prohibited by the Texas Board of Nursing or the Texas Physician Assistant Board, as applicable, from executing a prescriptive authority agreement.

**(c)**  Before executing the prescriptive authority agreement, the physician and the advanced practice registered nurse or physician assistant disclose to the other prospective party to the agreement any prior disciplinary action by the board, the Texas Board of Nursing, or the Texas Physician Assistant Board, as applicable.

**(d)**  Except as provided by subsection (e) of this section, the combined number of advanced practice registered nurses and physician assistants with whom a physician may enter into a prescriptive authority agreement may not exceed seven advanced practice registered nurses and physician assistants or the full-time equivalent of seven advanced practice registered nurses and physician assistants.

**(e)**  Subsection (d) of this section does not apply to a prescriptive authority agreement if the prescriptive authority is being exercised in:

   **(1)**  a practice serving a medically underserved population; or

   **(2)**  a facility-based practice in a hospital under § 157.054, subject to the limitations in § 157.054(b-1) of the Act and § 193.9(c)(5) of this title (relating to Delegation of Prescriptive Authority at a Facility-Based Practice Site).

# History

**SOURCE:**

 The provisions of this § 193.7 adopted to be effective November 7, 2013, 38 TexReg 7711

Annotations

22 TAC § 193.7

## Research References & Practice Aids

**CROSS-REFERENCES:**

This Section cited in *22 TAC § 193.9*, (relating to Delegation of Prescriptive Authority at a Facility-Based Practice Site).

TEXAS ADMINISTRATIVE CODE

**End of Document**

## 22 TAC § 193.9

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.9. Delegation of Prescriptive Authority at a Facility-Based Practice Site

**(a)** Acts that may be delegated. One or more physicians licensed by the board shall be authorized to delegate, to one or more physician assistants or advanced practice registered nurses acting under adequate physician supervision whose practice is facility-based at a hospital or licensed long-term care facility, prescribing or ordering of a drug or device if each of the physicians is: the medical director or chief of medical staff of the facility in which the physician assistant or advanced practice registered nurse practices, the chair of the facility's credentialing committee, a department chair of a facility department in which the physician assistant or advanced practice registered nurse practices, or a physician who consents to the request of the medical director or chief of medical staff to delegate the prescribing or ordering of a drug or device at the facility in which the physician assistant or advanced practice registered nurse practices.

**(b)** The limitations on the number of advanced practice registered nurses or physician assistants to whom a physician may delegate under § 193.7(d) of this title (relating to Prescriptive Authority Agreements Generally) do not apply to a physician whose practice is facility-based under this chapter, subject to the limitations in subsection (c)(4) of this section.

**(c)** Limitations on authority to delegate. A physician's authority to delegate under this subsection is limited as follows:

**(1)** the delegation is pursuant to a physician's order, standing medical order, standing delegation order, or other order or protocol developed in accordance with policies approved by the facility's medical staff or a committee thereof as provided in facility bylaws;

**(2)** the delegation occurs in the facility in which the physician is the medical director, the chief of medical staff, the chair of the credentialing committee, a department chair, or a physician who consents to delegate under § 157.054(a)(4) of the Act;

**(3)** the delegation does not permit the prescribing or ordering of a drug or device for the care or treatment of the patients of any other physician without the prior consent of that physician;

**(4)** delegation in a long-term care facility must be by the medical director and the medical director is limited to delegating the prescribing or ordering of a drug or device to no more than seven advanced practice registered nurses or physician assistants or their full-time equivalents; and

**(5)** under this section, a facility-based physician may not delegate at more than one hospital or more than two long-term care facilities pursuant to § 157.054 of the Act; however, facility-based physicians are not prohibited from delegating the prescribing or ordering or drugs or devices under § 157.0512 of the Act or § 193.7 and § 193.8 of this title (relating to Prescriptive Authority Agreements Generally and Prescriptive Authority Agreements: Minimum Requirements), at other practice locations, including hospital or long-term care facilities, provided that the delegation at those locations complies with all requirements under § 157.0512 of the Act.

**(6)** Physician supervision. Physician supervision of the prescribing or ordering of a drug or device shall conform to what a reasonable, prudent physician would find consistent with sound medical judgment but may vary with the education and experience of the advanced practice registered nurse or physician assistant. A physician shall provide continuous supervision, but the constant physical presence of the physician is not required.

## History

**SOURCE:**

 The provisions of this § 193.9 adopted to be effective November 7, 2013, 38 TexReg 7711

Annotations

## Research References & Practice Aids

**CROSS-REFERENCES:**

 This Section cited in *22 TAC § 193.7*, (relating to Prescriptive Authority Agreements Generally).

TEXAS ADMINISTRATIVE CODE

**End of Document**

*22 TAC § 193.10*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.10. Registration of Delegation and Prescriptive Authority Agreements

**(a)** The Board shall maintain and exchange information with the Texas Board of Nursing, and the Texas Physician Assistant Board, regarding the names locations and license numbers, of each physician, advanced practice registered nurse, and physician assistant who has entered into a prescriptive authority agreement.

**(1)** The Board shall immediately notify the Texas Physician Assistant Board and the Texas Board of Nursing when a license holder of the Board who has registered a prescriptive authority agreement(s) becomes the subject of an investigation involving the delegation and supervision of prescriptive authority, as well as the final disposition of any such investigation. Such notifications shall be made subject to, and without waiving any confidentiality provisions related to board investigations provided for under the Act and this Title.

**(2)** The Board shall maintain and share with the other boards a list of board license holders who have been subject to disciplinary action involving the delegation and supervision of prescriptive authority.

**(b)** Physicians who enter into prescriptive authority agreements with physician assistants or advanced practice registered nurses must register with the Board, within 30 days of signing the prescriptive authority agreement the following information:

**(1)** The name and license number of the physician assistant or advanced practice registered nurse to whom the delegation has been made;

**(2)** The date on which the prescriptive authority agreement was executed;

**(3)** The address(es) at which the advanced nurse practice registered nurse or physician assistant will be prescribing under the prescriptive authority agreement; and

**(4)** whether the prescriptive authority being exercised under the prescriptive authority agreement is being exercised in a practice servicing a medically underserved population.

**(c)** The board shall maintain and make available to the public, a searchable online lists a of a of physicians, advanced practice registered nurses, and physician assistants who have entered into prescriptive authority agreements, and identify the physician, advanced practice registered nurse, or physician assistant, with whom each physicians, advanced practice registered nurse, or physician assistant has entered into a prescriptive authority agreement.

**(d)** A physician terminating a prescriptive authority agreement shall notify the board in writing within 30 days of such termination.

## History

**SOURCE:**

 The provisions of this § 193.10 adopted to be effective November 7, 2013, 38 TexReg 7711

22 TAC § 193.10

---

**End of Document**

# *22 TAC § 193.11*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code > TITLE 22. EXAMINING BOARDS > PART 9. TEXAS MEDICAL BOARD > CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.11. Prescription Forms

Prescription forms shall comply with applicable rules adopted by the Texas State Board of Pharmacy. A delegating physician is responsible for devising and enforcing a system to account for and monitor the issuance of prescriptions under the physician's supervision.

## History

**SOURCE:**

 The provisions of this § 193.11 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

**End of Document**

## *22 TAC § 193.12*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code* > *TITLE 22. EXAMINING BOARDS* > *PART 9. TEXAS MEDICAL BOARD* > *CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.12. Prescriptive Authority Agreement Inspections

If the board receives a notice under § 157.0513(a)(2) of the Act, the board or an authorized board representative may enter, with reasonable notice and at a reasonable time, unless the notice would jeopardize an investigation, a site where a party to a prescriptive authority agreement practices to inspect and audit any records or activities relating to the implementation and operation of the agreement. To the extent reasonably possible, the board and the board's authorized representative shall conduct any inspection or audit under this section in a manner that minimizes disruption to the delivery of patient care. The board may use information obtained during the inspection for any purpose allowed under the law, including licensure and enforcement.

## History

**SOURCE:**

The provisions of this § 193.12 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

**End of Document**

*22 TAC § 193.13*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.13. Delegation to Certified Registered Nurse Anesthetists

**(a)**  In a licensed hospital or ambulatory surgical center a physician may delegate to a certified registered nurse anesthetist the ordering of drugs and devices necessary for a certified registered nurse anesthetist to administer an anesthetic or an anesthesia-related service ordered by the physician. The physician's order for anesthesia or anesthesia-related services does not have to be drug-specific, dose-specific, or administration-technique-specific. Pursuant to the order and in accordance with facility policies or medical staff bylaws, the nurse anesthetist may select, obtain, and administer those drugs and apply the appropriate medical devices necessary to accomplish the order and maintain the patient within a sound physiological status.

**(b)**  A physician who delegates to a certified registered nurse anesthetist the ordering of drugs and devices necessary for the certified registered anesthetist to administer an anesthetic or an anesthesia-related service is not required to register the name and license number of the certified registered nurse anesthetist with the board.

**(c)**  This section shall be liberally construed to permit the full use of safe and effective medication orders to utilize the skills and services of certified registered nurse anesthetists.

## History

**SOURCE:**

 The provisions of this § 193.13 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

**End of Document**

## *22 TAC § 193.14*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

# § 193.14. Delegation Related to Obstetrical Services

**(a)**  A physician may delegate to a physician assistant offering obstetrical services and certified by the board as specializing in obstetrics or an advanced practice registered nurse recognized by the Texas Board of Nursing as a nurse midwife the act or acts of administering or providing controlled substances to the nurse midwife's or physician assistant's clients during intra-partum and immediate post-partum care. The physician shall not delegate the use of a prescription sticker or the use or issuance of an official prescription form relating to the prescription of Schedule II controlled substance as described under *§ 481.075 of the Health and Safety Code*.

**(b)**  The delegation of authority to administer or provide controlled substances under this section must be under a physician's order, medical order, standing delegation order, prescriptive authority agreement, or protocol which shall require adequate and documented availability for access to medical care.

**(c)**  The physician's orders, medical orders, standing delegation orders, prescriptive authority agreements, or protocols shall provide for reporting or monitoring of client's progress including complications of pregnancy and delivery and the administration and provision of controlled substances by the nurse midwife or physician assistant to the clients of the nurse midwife or physician assistant.

**(d)**  The authority of a physician to delegate under this section is limited to:

  **(1)**  seven nurse midwives or physician assistants or their full-time equivalents; and

  **(2)**  the designated facility at which the nurse midwife or physician assistant provides care.

**(e)**  The administering or providing of controlled substances under this section shall comply with other applicable laws.

**(f)**  In this section, "provide" means to supply one or more unit doses of a controlled substance for the immediate needs of a patient not to exceed 48 hours.

**(g)**  The controlled substance shall be supplied in a suitable container that has been labeled in compliance with the applicable drug laws and shall include the patient's name and address; the drug to be provided; the name, address, and telephone number of the physician; the name, address, and telephone number of the nurse midwife or physician assistant; and the date.

## History

**SOURCE:**

 The provisions of this § 193.14 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

*22 TAC § 193.15*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.15. Delegated Drug Therapy Management

**(a)** Purpose. This section is promulgated to promote the efficient administration and regulation of the delegation by physicians to pharmacists of drug therapy management pursuant to § 157.001 of the Act (related to Delegation of Certain Functions).

**(b)** Delegation. A physician licensed to practice medicine in Texas may delegate to a properly qualified and trained pharmacist acting under adequate supervision the performance of specific acts of drug therapy management authorized by the physician through the physician's order, standing medical order, standing delegation order, or other order or protocol as provided for in this section.

**(c)** Drug therapy management. Drug therapy management is the performance of specific acts by pharmacists as authorized by a physician through written protocol. Drug therapy management does not include the selection of drug products not prescribed by the physician unless the drug product is named in the physician initiated protocol or the physician initiated record of deviation from a standing protocol. Drug therapy management may include the following listed in paragraphs (1) - (6) of this subsection:

   **(1)** collecting and reviewing patient drug use histories;

   **(2)** ordering or performing routine drug therapy related patient assessment procedures including temperature, pulse, and respiration;

   **(3)** ordering drug therapy related laboratory tests;

   **(4)** implementing or modifying drug therapy, including the authority to sign a prescription drug order for dangerous drugs as provided in § 157.101(b-1) of the Act, following diagnosis, initial patient assessment, and ordering of drug therapy by a physician, as detailed in the protocol, provided that the pharmacist:

      **(A)** practices in a hospital, hospital-based clinic or an academic health care institution that has bylaws and a medical staff policy that permit a physician to delegate to a pharmacist the management of a patient's drug therapy;

      **(B)** provides the name, address, and telephone number of the pharmacist and of the delegating physician on each prescription signed by the pharmacist; and

      **(C)** the pharmacist provides a copy of the protocol to the Texas State Board of Pharmacy;

   **(5)** generically equivalent drug selection if the physician's signature does not clearly indicate that the prescription must be dispensed as written; or

   **(6)** any other drug therapy related act delegated by a physician.

**(d)** Supervision. Physician supervision shall be considered adequate for purposes of this section if the delegating physician is in compliance with this section and the physician:

   **(1)** is responsible for the formulation or approval of the written protocol and any patient-specific deviation from the protocol and review of the written protocol and any patient-specific deviations from the protocol at least annually and the services provided to a patient under the protocol on a schedule defined in the written protocol;

**(2)** has established and maintains a physician-patient relationship with each patient provided drug therapy management by a delegated pharmacist and informed the patient that drug therapy will be managed by a pharmacist under written protocol;

**(3)** is geographically located so as to be able to be physically present daily to provide medical care and supervision;

**(4)** receives, on a schedule defined in the written protocol, a periodic status report on the patient, including any problem or complication encountered;

**(5)** is available through direct telecommunication for consultation, assistance, and direction.

**(e)** Written protocol. Written protocols for purposes of this section shall mean a physician's order, standing medical order, standing delegation order, or other written order.

**(1)** A written protocol must contain at a minimum the following listed in subparagraphs (A) - (E) of this paragraph:

**(A)** a statement identifying the individual physician authorized to prescribe drugs and responsible for the delegation of drug therapy management;

**(B)** a statement identifying the individual pharmacist authorized to dispense drugs and to engage in drug therapy management as delegated by the physician;

**(C)** a statement identifying the types of drug therapy management decisions that the pharmacist is authorized to make which shall include: (i) a statement of the ailments or diseases, drugs, and type of drug therapy management authorized; and (ii) a specific statement of the procedures, decision criteria, or plan the pharmacist shall follow when exercising drug therapy management authority;

**(D)** a statement of the activities the pharmacist shall follow in the course of exercising drug therapy management authority, including the method for documenting decisions made and a plan for communication or feedback to the authorizing physician concerning specific decisions made. Documentation shall be recorded within a reasonable time of each intervention and may be performed on the patient medication record, patient medical chart, or in a separate log book; and

**(E)** a statement that describes appropriate mechanisms and time schedule for the pharmacist to report to the physician monitoring the pharmacist's exercise of delegated drug therapy management and the results of the drug therapy management.

**(2)** A standard protocol may be used, or the attending physician may develop a drug therapy management protocol for the individual patient. If a standard protocol is used, the physician shall record what deviations, if any, from the standard protocol are ordered for that patient.

**(f)** Review and revision of protocols.

**(1)** At least annually, written protocols shall be reviewed by the physician and, if necessary, revised.

**(2)** Documentation of all services provided to the patient by the pharmacist shall be reviewed by the physician on the schedule established in the protocol.

**(g)** Construction and interpretation. This section shall not be construed or interpreted to restrict the use of a pre-established health care program or restrict a physician from authorizing the provision of patient care by use of a pre-established health care program if the patient is institutionalized and the care is to be delivered in a licensed hospital with an organized medical staff that has authorized standing delegation orders, standing medical orders, or protocols. This section may not be construed to limit, expand, or change any provision of law concerning or relating to therapeutic drug substitution or administration of medication, including the Texas Pharmacy Act, Texas Occupations Code Chapter 551.

# History



22 TAC § 193.15

**SOURCE:**

The provisions of this § 193.15 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

---

**End of Document**

*22 TAC § 193.16*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.16. Delegated Administration of Immunizations or Vaccinations by a Pharmacist under Written Protocol

**(a)**  Purpose. This section is promulgated to promote the efficient administration and regulation of the delegation by physicians to pharmacists of the administration of immunizations or vaccinations under written protocol pursuant to the § 157.001 of the Act (related to Delegation of Certain Functions).

**(b)**  Delegation. A physician licensed to practice medicine in Texas may delegate to a properly qualified and trained pharmacist acting under adequate supervision the administration of immunizations and vaccinations authorized by the physician through the physician's order, standing medical order, standing delegation order, or other order or protocol as provided for in this section.

**(c)**  Delegated Administration of Immunizations and Vaccinations under Written Protocol. Administration of Immunizations and Vaccinations does not include the selection of drug products not prescribed by the physician unless the drug product is named in the physician initiated protocol.

**(d)**  Supervision. Physician supervision shall be considered adequate for purposes of this section if the delegating physician is in compliance with this section and the physician:

    **(1)**  is responsible for the formulation or approval of the physician's order, standing medical order, standing delegation order, or other order or written protocol and periodically reviews the order or protocol and the services provided to the patient under the order or protocol on a schedule defined in the written protocol;

    **(2)**  has established a physician-patient relationship with each patient under 14 years of age and referred the patient to the pharmacist;

    **(3)**  is geographically located so as to be easily accessible to the pharmacist administering the immunization or vaccination;

    **(4)**  receives, on a schedule defined in the written protocol, a periodic status report on the patient, including any problem or complication encountered; and

    **(5)**  is available through direct telecommunication for consultation, assistance, and direction.

**(e)**  Written protocol. Written protocols for purposes of this section shall mean a physician's order, standing medical order, standing delegation order, or other written order.

    **(1)**  A written protocol must contain at a minimum the following listed in subparagraphs (A) - (F) of this paragraph:

        **(A)**  a statement identifying the individual physician authorized to prescribe drugs and responsible for the delegation of administration of immunizations or vaccinations;

        **(B)**  a statement identifying the individual pharmacist authorized to administer immunizations or vaccinations as delegated by the physician;

        **(C)**  a statement identifying the location(s) at which the pharmacist may administer immunizations or vaccinations which may not include where the patient resides, except for a licensed nursing home or hospital;

**(D)** a statement identifying the immunizations or vaccinations that may be administered by the pharmacist;

**(E)** a statement identifying the activities the pharmacist shall follow in the course of administering immunizations or vaccinations including procedures to follow in the case of reactions following administration; and

**(F)** a statement that describes the content of, and the appropriate mechanisms for the pharmacist to report the administration of immunizations or vaccinations to the physician issuing the written protocol within 24 hours of administering the immunization or vaccination.

**(2)** A standard protocol may be used, or the physician may develop an immunization or vaccination protocol for the individual patient. If a standard protocol is used, the physician shall record what deviations, if any, from the standard protocol are ordered for that patient.

**(f)** Review and revision of protocols.

**(1)** At least annually, written protocols shall be reviewed by the physician and, if necessary, revised.

**(2)** Documentation of the administration of immunizations or vaccinations to the patient by a pharmacist shall be reviewed by the physician on the schedule established in the protocol.

**(g)** Construction and interpretation. This section shall not be construed or interpreted to restrict the use of a pre-established health care program or restrict a physician from authorizing the provision of patient care by use of a pre-established health care program if the patient is institutionalized and the care is to be delivered in a licensed hospital with an organized medical staff that has authorized standing delegation orders, standing medical orders, or protocols. This section may not be construed to limit, expand, or change any provision of law concerning or relating to therapeutic drug substitution or administration of medication, including the Texas Pharmacy Act, *Texas Occupations Code §§ 554.001* - *554.004*.

# History

**SOURCE:**

The provisions of this § 193.16 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

**End of Document**

*22 TAC § 193.18*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.18. Pronouncement of Death

**(a)** Purpose. These rules are promulgated under the authority of the Medical Practice Act, § 157.001, to allow physicians to receive information from Texas licensed vocational nurses through electronic communication for the purpose of making a pronouncement of death. Electronic communication includes, but is not limited to telephone, facsimile transmission, or electronic mail.

**(b)** Do not resuscitate order. A do not resuscitate (DNR) order must be kept in the patient's file.

**(c)** Required information. In order to make a pronouncement of death through electronic communication, a physician must receive, at a minimum, the following information regarding the condition of the patient:

   **(1)** absence of palpable pulse for a minimum of 60 seconds;

   **(2)** absence of discernible blood pressure for a minimum of 60 seconds;

   **(3)** absence of evidence of respiration for a minimum of 60 seconds;

   **(4)** absence of evidence of heartbeat for a minimum of 60 seconds; and

   **(5)** other information as the physician may require.

**(d)** Follow-up by physician. If a physician makes a pronouncement of death based on information received pursuant to subsection (c) of this section, the physician retains responsibility for all acts related to this pronouncement.

## History

**SOURCE:**

 The provisions of this § 193.18 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

**End of Document**

*22 TAC § 193.19*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code  >  TITLE 22. EXAMINING BOARDS  >  PART 9. TEXAS MEDICAL BOARD  >  CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.19. Collaborative Management of Glaucoma

**(a)** Purpose. The purpose of this section is to implement the mandate of the 76th Legislature as it relates to the Optometry Act, Texas Occupations Code Chapter 351, regarding the minimum standards for the collaborative management of glaucoma.

**(b)** Minimum requirements. At a minimum, the treating ophthalmologist should follow the guidelines outlined in paragraphs (1) - (10) of this subsection.

**(1)** The ophthalmologist will confirm the diagnosis within 30 days of the diagnosis of glaucoma made by the optometrist. While the ophthalmologist may, in his or her discretion, require that the patient visit the ophthalmologist for a face-to-face visit, such a face-to-face visit is not mandated. The ophthalmologist may, at the ophthalmologist's discretion, rely upon the results of diagnostic tests performed originally by the optometrist, unless reaffirmation is needed.

**(2)** The ophthalmologist must communicate in written form the confirmation of the diagnosis within 30 days, as well as the refinement of the treatment plan as recommended by the optometrist.

**(3)** A proper medical record must be generated for each patient by the ophthalmologist and shall include all correspondence and testing results. The medical record must also include a written note made in the record by the ophthalmologist or a copy of the written informed consent demonstrating that the patient understands that he or she is participating in a co-management of primary open angle glaucoma.

**(4)** The necessity for follow-up visits will be at the discretion of the ophthalmologist based on the communication of the patient's progress by the optometrist.

**(5)** The ophthalmologist must report any irregular behavior of the optometrist to the Texas Medical Board for referral to the Texas Optometry Board.

**(6)** The ophthalmologist must enter into the patient's written medical records that the ophthalmologist has elected to enter into a co-management agreement with an optometrist.

**(7)** It is at the discretion of the ophthalmologist to complete a clinical skills assessment with each optometrist in which a co-management arrangement exists. The ophthalmologist will, however, receive written confirmation and documentation that the co-managing optometrist has completed all of the requirements of the Optometric Health Care Advisory Committee to obtain the designation of "optometric glaucoma specialist."

**(8)** A physician may charge a reasonable consultation fee for a consultation given when a patient is referred with a diagnosis of primary open angle glaucoma.

**(9)** When a physician examines a patient involved in a co-management consultation with a therapeutic optometrist for treatment of primary open angle glaucoma, the physician shall forward to the therapeutic optometrist, not later than the 30th day following the examination, a written report on the results of the examination. A physician who, for a medically appropriate reason, does not return a patient to the therapeutic optometrist, shall state in the physician's report to the therapeutic optometrist the specific medical reason for failing to return the patient.

22 TAC § 193.19

**(10)**  In order to enter into a co-management agreement with an optometrist, there must be an agreement between the two professionals that, following each visit, specified information, previously agreed upon by both the ophthalmologist and the optometrist, about the patient examined will be forwarded to the other practitioner.

## History

**SOURCE:**

The provisions of this § 193.19 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

**End of Document**

*22 TAC § 193.20*

This document reflects all regulations in effect as of September 30, 2019

*TX - Texas Administrative Code > TITLE 22. EXAMINING BOARDS > PART 9. TEXAS MEDICAL BOARD > CHAPTER 193. STANDING DELEGATION ORDERS*

## § 193.20. Immunization of Persons Over 65 by Physicians' Offices

**(a)** A physician responsible for the management of a physician's office that provides ongoing primary or principal medical care to persons over 65 years of age ("elderly persons") shall offer, to the extent possible as determined by the physician, the opportunity to receive the pneumococcal and influenza vaccines to each elderly person who receives ongoing care at the office. If the physician decides that it is not feasible to offer the vaccine, the physician must provide the person with information on other options for obtaining the vaccine.

**(b)** The physician's office must offer:

**(1)** the influenza vaccine in October and November, and if the vaccine is available, December; and

**(2)** the pneumococcal vaccine year-round.

**(c)** The physician must adopt a protocol providing that any person administering a vaccine in the physician's office must:

**(1)** ask whether the elderly person is currently vaccinated against the influenza virus or pneumococcal disease, as appropriate;

**(2)** administer the vaccine under the protocol after an assessment has been made for contraindications; and

**(3)** permanently document the vaccination in the elderly person's medical records.

## History

**SOURCE:**

The provisions of this § 193.20 adopted to be effective November 7, 2013, 38 TexReg 7711

TEXAS ADMINISTRATIVE CODE

**End of Document**

**Walmart**
Save money. Live better.

**Sam's CLUB**

Standing Medical Order for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

**For Pharmacy Use Only:**

## CONFIDENTIAL INFORMATION

| Patient Name | | | Written Date | |
|---|---|---|---|---|
| DOB | Allergies | | | |
| Address | | City | State | Zip |
| Next Dose(s) Due for Series (if any): | | | | |

**Purpose:** To reduce morbidity and mortality from influenza, pneumonia (pneumococcal), varicella (chickenpox), hepatitis A virus (HAV) infection, hepatitis B virus (HBV) infection, human papillomavirus (HPV) infection, herpes zoster (shingles) infection, measles, mumps, and rubella infection, meningococcal disease, and tetanus, diphtheria, and pertussis by vaccinating those patients who meet the necessary criteria established by the Centers for Disease Control and Prevention's Advisory Committee on Immunization Practices, state law and any other controlling pharmacy regulations.

**Policy:** Under this standing medical order, if applicable, the authorized **Walmart and Sam's Club pharmacist(s)** as listed in Section G and authorized **Walmart and Sam's Club pharmacy interns** where allowed by state law and having been duly trained, may immunize those who meet the criteria listed below in this standing medical order by Walmart/Sam's Club pharmacists/interns at the Walmart/Sam's Club Pharmacies  and at offsite locations, listed in Appendix A in the state of **Texas** for all immunizations, and potential necessary emergency medications, listed below.  Immunizations will not be administered within a patient's personal residence.

**This standing medical order shall be effective as to all vaccines, criteria, conditions and procedures related to the CDC/ACIP guidelines and as listed in all the following subparts and sections.  Please note ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Wal-Mart Stores, Inc. corporate policy restricts the administration of vaccines by Walmart / Sam's Club Pharmacists only to patients age 8 years and above.  Pharmacists must follow the strictest requirement of all three, as listed in the boxes below:**

QTY:_____ Route: _____ Sig: Pharmacist Administered Immunization, Administered at time of Dispensing

| | | |
|---|---|---|
| ☐ **Influenza Vaccine (8 years or above) ( specify Tri / Quad / Flumist / High Dose /other )** | ☐ **Pneumococcal Vaccine (14 years or above) ( specify PCV13 / PPSV 23 )** | |
| ☐ **Measles, Mumps & Rubella (MMR) (14 years or above)** | ☐ **Herpes Zoster Vaccine (60 years or above)** | |
| ☐ **Varicella Vaccine (14 years or above)** | ☐ **Td vaccine or Tdap Vaccines (14 years or above)** | |
| ☐ **Hepatitis A Vaccine (14 years or above)** | ☐ **Meningococcal Vaccine (14 years or above)** | |
| ☐ **Hepatitis B Vaccine (14 years or above)** | ☐ **Human Papillomavirus Vaccine (14 years or above)     (specify type ____ )** | |
| **Epinephrine** | **Emergency Management and Reporting** | |
| **Diphenhydramine (oral)** | **Management of Anaphylactic Reactions** | |

| Physician's Last Name, First Name, MI | | Title | |
|---|---|---|---|
| Mulukutla, Venkatachalam | | MD | |
| Practice / Business Address | City | State | Zip |
| 6621 Fannin Street | Houston | TX | 77096 |
| Business Phone | Business Fax | | |
| 888-880-1388 | 678-495-1387 | | |
| NPI | License Number | | |
| 1225275654 | N3916 | | |
| Physician's Signature | Date of Signature | Expiration Date | |
| *[signature]* | Aug 18, 2015 | Aug 17, 2016 | |
| Chalam Mulukutla (Aug 18, 2015) | | | |

06.18.15 BG.

Defendant's
EX 37
5:17-CV-00018-RWS-CMC

**WM/YW 004803**

**Standing Medical Order for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

This Standing medical order shall remain in effect for all patients of **Walmart and Sam's Club Pharmacies** located within the state of **Texas** until expressly rescinded in writing or after one (1) year from the date of signature listed above.  This standing medical order may be terminated at the request of any party at any time.  In the event of a discontinuation of this agreement, the procedures outlined in Section C of this order shall occur.   **This standing medical order expires one year after signature.**  If required by state law, a prescription shall be recorded for each immunization administration completed pursuant to this protocol and such prescription shall document the prescriber issuing this standing medical order as the prescriber of record.

### Section A: Vaccine Information

- To protect people from preventable infectious diseases, each pharmacist may administer the following immunizations to eligible patients for all appropriate ages, according to indications and contraindications recommended in current guidelines from the Advisory Committee on Immunization Practices (ACIP) of the U.S. Centers for Disease Control and Prevention (CDC) and state regulations. The CDC / ACIP guidelines are located on the CDC website www.cdc.gov/vaccines, which can also be accessed on the Walmart Wire via the Walmart/Sam's Club Immunization Toolkit.
- Under this standing medical order, pharmacists shall have the authority to identify and screen patients for indications and contraindications of vaccines, and administer vaccines, in compliance with the CDC/ACIP guidelines. Ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy.  Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.
- Record the date the vaccine was administered, the manufacturer, expiration date and lot number of the vaccine, the vaccination site and route, the VIS date, and the name and title of the person administering the vaccine on the VAR portion of the Consent Form prior to administration.  Comply with the following instructions when using this document to administer an immunization.

In accordance with Texas state regulations, this standing medical order allows the administration of the following vaccines:

- Influenza vaccine to patients age 7 years and above
- Pneumococcal vaccines to patients age 14 years and above
- Varicella vaccine to patients age 14 years and above
- Hepatitis A vaccine to patients age 14 years and above
- Hepatitis B vaccine to patients age 14 years and above
- Herpes Zoster vaccine to patients age 60 years and above
- HPV vaccine to patients age 14 years and above
- MMR vaccine to patients age 14 years and above
- Meningococcal vaccine to patients age 14 years and above
- Td and Tdap vaccine to patients age 14 years and above

**The above ages reflect the ages allowed by your state law,  however, Wal-Mart Stores, Inc. corporate policy restricts the administration of vaccines by Walmart / Sam's Club Pharmacists only to patients age 8 years and above.**

**The age limits presented within the document represent the minimum age limit provided by state law.  However, Wal-Mart Stores, Inc. corporate policy and CDC/ACIP guidelines may further limit the patient age limit for a given vaccine.  Ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy.  Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.**

2

06.18.15 BG.

WM/YW 004804

**CONFIDENTIAL INFORMATION**

## Section B: Emergency Medical Protocol for Management of Anaphylactic Reactions in Patients.

1. The pharmacy shall implement the emergency procedures that follow in the management of any anaphylactic reactions that occur during, or immediately after, the administration of an immunization to a patient. Only Walmart and Sam's Club Pharmacists may engage in emergency response activities.

2. The pharmacy and/or pharmacist shall maintain fully functioning telephones in order for the pharmacy to summon aid and communicate in an emergency situation.

3. If itching and swelling are confined to the injection site where the vaccination was given, observe patient closely for the development of generalized anaphylactic symptoms.

4. If symptoms are generalized, call code white, contact the emergency medical system (EMS; e.g., call 911) and notify the on-call physician. This should be done by a second person, while the primary responder assesses the airway, breathing, circulation, and level of consciousness of the patient.

5. Drug Dosing Information - Epinephrine:

   a. First-line treatment: Administer aqueous epinephrine 1:1000 dilution intramuscularly, 0.01 mL/kg/dose (adult dose ranges from 0.3 mL to 0.5 mL, with maximum single dose of 0.5 mL).

   b. Secondary treatment option: For hives or itching, you may also administer diphenhydramine orally; the standard dose is 1–2 mg/kg, up to 50 mg maximum single dose.

6. Monitor the patient closely until EMS arrives.

7. Perform cardiopulmonary resuscitation (CPR), if necessary, and maintain airway.

8. Keep patient in supine position (flat on back) unless he or she is having breathing difficulty.

9. If breathing is difficult, patient's head may be elevated, provided blood pressure is adequate to prevent loss of consciousness.

10. If blood pressure is low (Systolic blood pressure reading of 90 mmHg or a Diastolic blood pressure reading of 60 mmHg or less), elevate legs.

11. Monitor blood pressure and pulse every 5 minutes.

12. If EMS has not arrived and symptoms are still present, repeat dose of epinephrine every 5–15 minutes for up to 3 doses, depending on patient's response.

13. Record all vital signs, medications administered to the patient, including the time, dosage, response, and the name of the medical personnel who administered the medication, and other relevant clinical information. Retain the record with the patient's immunization prescription.

14. Notify the patient's primary care physician and/or authorizing physician within 24 hours of adverse event.

15. Report the adverse event to the Vaccine Adverse Event Reporting System (VAERS) and the Walmart SCRT system.

## Section C: Documentation, Record Keeping and Reporting in the Administration of All Vaccines.

1. Provide all patients with a copy of the most current federal Vaccine Information Statement (VIS). Document the publication date of the VIS and the date it was given. Provide non-English speaking patients with a copy of the VIS in their native language, if available and preferred (these can be found at www.immunize.org/vis).

2. Document each patient's vaccine administration information in the pharmacy Connexus system.

3. The pharmacist will create a prescription or record for each administration under the authorizing physician's name, using the front page of this standing medical order as the official prescription of record, completing all necessary information as outlined on the form, as required by state and federal law. This

3

WM/YW 004805

Case 5:17-cv-00018-RWS-CMC   Document 53-1   Filed 11/06/18   Page 142 of 230   PageID #:
14814

Standing Medical Orders for the Administration of
Vaccines by Walmart and Sam's Club Pharmacists in
Texas

CONFIDENTIAL INFORMATION

document will also be required to follow all state, federal, corporate, and corporate record retention requirements.

4. All patients are required to remain in the store, preferably in the immediate pharmacy area, for 20 minutes after receiving their immunization(s), allowing the pharmacist to observe the patient for adverse events following the injection and so to allow for emergency treatment to be administered, if necessary.

5. Record the date the vaccine was administered, the manufacturer, expiration date and lot number, the vaccination site and route, and the name and title of the person administering the vaccine on the Vaccine Administration Record (VAR) portion of the Patient Questionnaire and Consent Form.

6. Recordkeeping includes all of the following information and documents:
   a. Patient Consent Forms are faxed to the primary care physician (PCP) within 24 hours of administration.
   b. If immunization is administered by standing medical order, the authorizing physician is notified periodically, when requested by the authorizing physician, or as required by state regulation. Pharmacists must follow the strictest requirement.
   c. If the immunization is administered by a patient specific prescription, the prescribing physician is notified of the administration within 24 hours.
   d. Reporting to the state immunization registry will occur, if required by state regulation or corporate policy. Refer to state specific guidelines for requirements.
   e. Standing medical orders that have been signed by the physician and the pharmacists in that location are printed and retained in the IMZ Binder and reviewed for any required changes by either corporate immunization team or approving physician every 12 months. All terminated standing medical orders are retained by the pharmacy for ten (10) years.
   f. Reports are provided to each standing medical order physician in accordance to the state requirements for reporting to the approving standing medical order physician.
   g. Completed temperature logs are retained for a period of ten years.
   h. All prescription records for dispensing of immunizations are retained for a period of 10 years, in accordance with state and federal prescription requirements.
   i. All immunization documents must be stored separately from all other pharmacy paperwork. This includes all standing medical order administration reporting, patient questionnaire and consent forms, workplace (mobile) event folders, and temperature logs.

## Section D: Emergency Management of Accidental Needle Sticks

1. In the event that an accidental needle stick occurs during administration involving a patient, the following steps shall be followed:
   a. Take care of the patient; refer them to their local primary care provider for follow-up.
   b. Contact the patient's primary care provider and inform them of the needle stick and the referral for follow-up and further treatment.
   c. Report the needle stick via the Walmart internal event reporting tool, SCRT.
   d. Inform store management and the market H&W Director.
   e. Have store management complete all normal accident reporting paperwork.
   f. A review will occur after the event and additional training provided to prevent reoccurrence.
2. In the event that the accidental needle stick occurs during administration and involves an associate, the following steps are followed:
   a. Contact the store/club management and MHWD.
   b. Provide the patient with a copy of the corporate "Bloodborne Pathogen Exposure Form" and direct them the personnel manager for further instructions.
   c. The personnel manager will have a member of management accompany the associate to the nearest corporate physician's office for follow-up.
   d. Store management will complete any worker's compensation filing and processing, and submit to workers compensation team for follow-up, including obtaining any relevant involved patient medical history via a signed waiver.
   e. The accident will be recorded via internal accident reporting procedures.

WM/YW 004806

CONFIDENTIAL INFORMATION

    f.   All event details will be documented and maintained and located in the IMZ Binder by the pharmacy manager.

    g.   A review will occur after the event and additional training provided to prevent reoccurrence.

## Section E:  Disposal Process

1. All normal waste that does not require specific biomedical waste removal processes as outlines by OSHA will be disposed of via normal waste procedures (i.e.- regular garbage) – this includes cotton balls, adhesive bandages, or tissues that are not saturated with blood or blood containing fluids.

2. All syringes and needles will be disposed of using a national mail back process.  The sharps containers will be stored inside the pharmacy area at all times except for during administration.  During administration the immunizing pharmacist is responsible for maintaining security of the container.  When container is full, the unit is sealed, packed according to manufacturer's instructions and all paperwork completed and retained by the facility or mailed back with the container.  The packaged container is scheduled for pickup from the pharmacy with the next available carrier pickup.

3. All expired vaccines or biological will be returned using Wal-Mart and Sam's Club's current hazardous waste process, or returned for credit via Genco Returns, depending on the classification of product.

4. In the event that a large spill occurs and extensive cleanup is needed, the pharmacy will secure the area, immediately notify store management, and follow the corporate hazardous waste cleanup process using a "Hazardous Waste Spill Kit".

5. All stores and clubs are required to have a General Biomedical Management Plan printed and available for review in the IMZ Binder.

## Section F:   Pharmacist Credentialing Requirements

A pharmacist that fails to meet and maintain the following minimum standards **will no longer qualify** to use this standing medical order:

1. Maintain an active license to practice pharmacy issued by the Board of Pharmacy;

2. Successfully complete a board-approved didactic and practical course of study, from a board-approved provider, that is specialized in the administration of immunizations and includes, but is not limited to:

    a.   the current guidelines and recommendations of the federal Department of Health and Human Services, Centers for Disease Control and Prevention;

    b.   the American Council on Pharmaceutical Education;

    c.   disease epidemiology;

    d.   indications for use of vaccines;

    e.   vaccine characteristics and storage requirements;

    f.   injection techniques;

    g.   adverse reactions to vaccines;

    h.   emergency response to adverse events;

    i.   immunization screening;

    j.   informed consent;

    k.   record keeping;

    l.   immunization registries;

    m.   life support training;

    n.   biohazard waste disposal;

    o.   sterilization techniques; and,

    p.   related topics relevant to the provision of immunizations.

3. Successfully secure and maintain an active certification in basic cardiac life support for healthcare providers;

5

06.18.15 BG.

WM/YW 004807

4. Successfully maintain CE**CONFIDENTIAL INFORMATION** as required by the Board of Pharmacy.

5. No pharmacist may delegate the administration of immunizations to another person except, where allowed by state law, a pharmacy may delegate the administration of an immunization to an authorized pharmacy intern who has completed immunization training as required in their state of practice, and who is practicing under the direct supervision of an authorized licensed pharmacist who has completed immunization training.

**WM/YW 004808**

CONFIDENTIAL INFORMATION

## Section G:  Pharmacists and Pharmacy Interns approved to administer immunizations per this standing medical order and affirmation of Review of Current Documents

1.  This document represents the current policy and procedures, in conjunction with the state requirements documents that must be followed by all immunizing pharmacists.

2.  This procedure, along with the current program documents included on the program toolkit, must be reviewed annually by all immunizing pharmacists.

3.  All immunizing pharmacists and immunization certified pharmacy interns at this location must review and sign below, indicating review and acceptance of all policies and procedures.  Failure to successfully complete this form may result in disciplinary action up to and including termination of employment.

To add eligibility, a pharmacist must read and understand the entire standing medical order document, sign below, and fax the entire standing medical order to the standing medical order physician as notification of the change.

**Pharmacy Location (club / store #, city):**_____

_____

All pharmacists, to be eligible to immunize at this site, must sign this document below.

NOTE:  A pharmacist choosing to administer in multiple stores listed in this standing medical order must notify the physician by signing this section in every location in which they wish to administer.

| Pharmacist (print name) | Pharmacist Signature | License Number | Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Physician Signature: _Chalam Mulukutla (Aug 18  2015)_____

Date: _Aug 18, 2015_____

7

06.18.15 BG.

WM/YW 004809

Received 1/19/2017 8:44:05 AM [Central Standard Time] in line [3] for: San Antonio Main - Fax 2 v 8.1

27 - A

 

**Standing medical order for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## Section G: Pharmacists and Pharmacy Interns approved to administer immunizations per this standing medical order and affirmation of Review of Current Documents

1. This document represents the current policy and procedures, in conjunction with the state requirements documents that must be followed by all immunizing pharmacists.
2. This procedure, along with the current program documents included on the program toolkit, must be reviewed annually by all immunizing pharmacists.
3. All immunizing pharmacists and immunization certified pharmacy interns at this location must review and sign below, indicating review and acceptance of all policies and procedures. Failure to successfully complete this form may result in disciplinary action up to and including termination of employment.

To add eligibility, a pharmacist must read and understand the entire standing medical order document, sign below, and fax the entire standing medical order to the standing medical order physician as notification of the change.

Pharmacy Location (club / store #, city): _WALMART – 10/131 – MOUNT PLEASANT_  #-131

All pharmacists, to be eligible to immunize at this site, must sign this document below.

NOTE: A pharmacist choosing to administer in multiple stores listed in this standing medical order must notify the physician by signing this section in every location in which they wish to administer.

| Pharmacist (print name) | Pharmacist Signature | License Number | Date |
|---|---|---|---|
| YVES WANTOU | | 7037 | 9/8/15 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Physician Signature: _____

Date: Aug 18, 2016

7

06.18.15 BG.

Defendant's
EX 38
5:17-CV-00018-RWS-CMC

WM/YW 008983

DocuSign Envelope ID: AC624873-DBB3-4A89-88DB-5155455E58D

**Walmart** Save money. Live better.  **Sam's CLUB**  Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

For Pharmacy Use Only:

| Patient Name | | | | Written Date | |
|---|---|---|---|---|---|
| DOB | Allergies | | | | |
| Address | | City | | State | Zip |
| Next Dose(s) Due for Series (if any): | | | | | |

**Purpose:** To reduce morbidity and mortality from influenza, pneumonia (pneumococcal), varicella (chickenpox), hepatitis A virus (HAV) infection, hepatitis B virus (HBV) infection, human papillomavirus (HPV) infection, herpes zoster (shingles) infection, measles, mumps, and rubella infection, meningococcal disease, and tetanus, diphtheria, and pertussis by vaccinating those patients who meet the necessary criteria established by the Centers for Disease Control and Prevention's Advisory Committee on Immunization Practices, state law and any other controlling pharmacy regulations.

**Policy:** Under this standing order protocol, if applicable, the authorized **Walmart and Sam's Club pharmacist(s)** as listed in Section G and authorized **Walmart and Sam's Club pharmacy interns** where allowed by state law and having been duly trained, may immunize those who meet the criteria listed below in this standing order protocol by Walmart/Sam's Club pharmacists/interns at the Walmart/Sam's Club Pharmacies and at offsite locations, listed in Appendix A in the state of **Texas** for all immunizations, and potential necessary emergency medications, listed below. Immunizations will not be administered within a patient's personal residence.

**This standing order protocol shall be effective as to all vaccines, criteria, conditions and procedures related to the CDC/ACIP guidelines and as listed in all the following subparts and sections. Please note ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Wal-Mart Stores, Inc. corporate policy restricts the administration of vaccines by Walmart / Sam's Club Pharmacists only to patients age 8 years and above. Pharmacists must follow the strictest requirement of all three, as listed in the boxes below:**

| | |
|---|---|
| ☐ **Influenza Vaccine (8 years or above)** | ☐ **Pneumococcal Vaccine (14 years or above)** |
| ☐ **Measles, Mumps & Rubella (MMR) (14 years or above)** | ☐ **Herpes Zoster Vaccine (60 years or above)** |
| ☐ **Varicella Vaccine (14 years or above)** | ☐ **Td vaccine or Tdap Vaccines (14 years or above)** |
| ☐ **Hepatitis A Vaccine (14 years or above)** | ☐ **Meningococcal Vaccine (14 years or above)** |
| ☐ **Hepatitis B Vaccine (14 years or above)** | ☐ **Human Papillomavirus Vaccine (14 years or above)** |
| ☐ **Hepatitis A and B Combination Vaccine (14 years or above)** | |
| **Epinephrine** | **Emergency Management and Reporting** |
| **Diphenhydramine (oral)** | **Management of Anaphylactic Reactions** |

| Physician's Last Name, First Name, MI<br>Mulukutla        Chalam | | Title<br>MD | |
|---|---|---|---|
| Practice / Business Address<br>6621 Fannin Street | City<br>Houston | State<br>TX | Zip<br>77096 |
| Business Phone<br>832-549-4335 | Business Fax<br>678-495-1387 | | |
| NPI<br>1225275654 | License Number<br>N3916 | | |
| Physician's Signature | Date of Signature<br>8/9/2016 | | Expiration Date<br>8/8/2017 |

07.2016

**Defendant's EX 39**
5:17-CV-00018-RWS-CMC

1

DocuSign Envelope ID: AC624073-DDB3-4A88-88B9-C5155455E5BD

**Walmart** · Save money. Live better. | **Sam's CLUB** | **Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

This Standing order protocol shall remain in effect for all patients of **Walmart and Sam's Club Pharmacies** located within the state of **Texas** until expressly rescinded in writing or after one (1) year from the date of signature listed above. This standing order protocol may be terminated at the request of any party at any time. In the event of a discontinuation of this agreement, the procedures outlined in Section C of this order shall occur. **This standing order protocol expires one year after signature.** If required by state law, a prescription shall be recorded for each immunization administration completed pursuant to this protocol and such prescription shall document the prescriber issuing this standing order protocol as the prescriber of record.

## Section A: Vaccine Information

- To protect people from preventable infectious diseases, each pharmacist may administer the following immunizations to eligible patients for all appropriate ages, according to indications and contraindications recommended in current guidelines from the Advisory Committee on Immunization Practices (ACIP) of the U.S. Centers for Disease Control and Prevention (CDC) and state regulations. The CDC / ACIP guidelines are located on the CDC website www.cdc.gov/vaccines, which can also be accessed on the Walmart Wire via the Walmart/Sam's Club Immunization Toolkit.
- Under this standing order protocol, pharmacists shall have the authority to identify and screen patients for indications and contraindications of vaccines, and administer vaccines, in compliance with the CDC/ACIP guidelines. Ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.
- Record the date the vaccine was administered, the manufacturer, expiration date and lot number of the vaccine, the vaccination site and route, the VIS date, and the name and title of the person administering the vaccine on the VAR portion of the Consent Form prior to administration. Comply with the following instructions when using this document to administer an immunization.

In accordance with Texas state regulations, this standing order protocol allows the administration of the following vaccines:

- Influenza vaccine to patients age 7 years and above
- Pneumococcal vaccines to patients age 14 years and above
- Varicella vaccine to patients age 14 years and above
- Hepatitis A vaccine to patients age 14 years and above
- Hepatitis B vaccine to patients age 14 years and above
- Herpes Zoster vaccine to patients age 60 years and above
- HPV vaccine to patients age 14 years and above
- MMR vaccine to patients age 14 years and above
- Meningococcal vaccine to patients age 14 years and above
- Td and Tdap vaccine to patients age 14 years and above

**The above ages reflect the ages allowed by your state law, however, Wal-Mart Stores, Inc. corporate policy restricts the administration of vaccines by Walmart / Sam's Club Pharmacists only to patients age 8 years and above.**

**The age limits presented within the document represent the minimum age limit provided by state law. However, Wal-Mart Stores, Inc. corporate policy and CDC/ACIP guidelines may further limit the patient age limit for a given vaccine. Ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.**

07.2016

WM/YW 004842

**CONFIDENTIAL INFORMATION**

## Section B: Emergency Medical Protocol for Management of Anaphylactic Reactions in Patients.

1. The pharmacy shall implement the emergency procedures that follow in the management of any anaphylactic reactions that occur during, or immediately after, the administration of an immunization to a patient. Only Walmart and Sam's Club Pharmacists may engage in emergency response activities.

2. The pharmacy and/or pharmacist shall maintain fully functioning telephones in order for the pharmacy to summon aid and communicate in an emergency situation.

3. If itching and swelling are confined to the injection site where the vaccination was given, observe patient closely for the development of generalized anaphylactic symptoms.

4. If symptoms are generalized, call code white, contact the emergency medical system (EMS; e.g., call 911) and notify the on-call physician. This should be done by a second person, while the primary responder assesses the airway, breathing, circulation, and level of consciousness of the patient.

5. Drug Dosing Information - Epinephrine:

   a. First-line treatment:
   **Epinephrine Administration**
   Administration: Inject intramuscularly (IM) or subcutaneously (SQ) in the anterolateral aspect of the middle third of the thigh in the setting of anaphylaxis. IM administration in the anterolateral aspect of the middle third of the thigh is preferred in the setting of anaphylaxis.
   **EpiPen 2 Pak**: 0.3 mg/0.3 mL
   - Patients that are greater than or equal to 30 kg (66 lbs)
   - Inject one pen IM every 5-15 minutes up to 3 doses in the absence of clinical improvement.

   **EpiPen Jr 2 Pak**: 0.15 mg/0.3 mL
   - Patients that are 15 to 30 kg (33 to 66 lbs)
   - Inject one pen IM every 5-15 minutes up to 3 doses in the absence of clinical improvement.

   **Aqueous epinephrine solution for injection** 1:1000 dilution

   - <u>Adult Dose:</u> 0.01 mg/kg/dose; IM or SQ: 0.2 to 0.5 mg every 5-15 minutes in the absence of clinical improvement.

   - <u>Pediatric Dose:</u> 0.01 mg/kg/dose; IM or SQ: 0.3 mg every 5-15 minutes up to 3 doses in the absence of clinical improvement

   b. Secondary treatment option: For hives or itching, you may also administer diphenhydramine orally; the standard dose is 1–2 mg/kg, up to 50 mg maximum single dose.

6. Monitor the patient closely until EMS arrives.

7. Perform cardiopulmonary resuscitation (CPR), if necessary, and maintain airway.

8. Keep patient in supine position (flat on back) unless he or she is having breathing difficulty.

9. If breathing is difficult, patient's head may be elevated, provided blood pressure is adequate to prevent loss of consciousness.

10. If blood pressure is low (Systolic blood pressure reading of 90 mmHg or a Diastolic blood pressure reading of 60 mmHg or less), elevate legs.

11. Monitor blood pressure and pulse every 5 minutes.

12. If EMS has not arrived and symptoms are still present, repeat dose of epinephrine every 5–15 minutes for up to 3 doses, depending on patient's response.

13. Record all vital signs, medications administered to the patient, including the time, dosage, response, and the name of the medical personnel who administered the medication, and other relevant clinical information. Retain the record with the patient's immunization prescription.

07.2016

WM/YW 004843

DocuSign Envelope ID: AC624073-DB83-4A88-88B9-6155F55E5E8D

**Walmart**
Save money. Live better.

**Sam's CLUB**

**CONFIDENTIAL INFORMATION**

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

14. Notify the patient's primary care physician and/or authorizing physician within 24 hours of adverse event.

15. Report the adverse event to the Vaccine Adverse Event Reporting System (VAERS) and the Walmart SCRT system.

## Section C: Documentation, Record Keeping and Reporting in the Administration of All Vaccines.

1. Provide all patients with a copy of the most current federal Vaccine Information Statement (VIS). Document the publication date of the VIS and the date it was given. Provide non-English speaking patients with a copy of the VIS in their native language, if available and preferred (these can be found at www.immunize.org/vis).

2. Document each patient's vaccine administration information in the pharmacy Connexus system.

3. The pharmacist will create a prescription or record for each administration under the authorizing physician's name, using the front page of this standing order protocol as the official prescription of record, completing all necessary information as outlined on the form, as required by state and federal law. This document will also be retained as a hard copy, to comply with federal, state, and corporate record retention requirements.

4. All patients are required to remain in the store, preferably in the immediate pharmacy area, for 20 minutes after receiving their immunization(s), allowing the pharmacist to observe the patient for adverse events following the injection and so to allow for emergency treatment to be administered, if necessary.

5. Record the date the vaccine was administered, the manufacturer, name and dose, expiration date and lot number, the vaccination site and route, and the name and title of the person administering the vaccine on the Vaccine Administration Record (VAR) portion of the Patient Questionnaire and Consent Form.

6. Recordkeeping includes all of the following information and documents:
   a. Patient Consent Forms are faxed to the primary care physician (PCP) within 24 hours of administration.
   b. If immunization is administered by standing order protocol, the authorizing physician is notified periodically, when requested by the authorizing physician, or as required by state regulation. Pharmacists must follow the strictest requirement.
   c. If the immunization is administered by a patient specific prescription, the prescribing physician is notified of the administration within 24 hours.
   d. Reporting to the state immunization registry will occur, if required by state regulation or corporate policy. Refer to state specific guidelines for requirements.
   e. Standing order protocols that have been signed by the physician and the pharmacists in that location are printed and retained in the IMZ Binder and reviewed for any required changes by either corporate immunization team or approving physician every 12 months. All terminated standing order protocols are retained by the pharmacy for ten (10) years.
   f. Reports are provided to each standing order protocol physician in accordance to the state requirements for reporting to the approving standing order protocol physician.
   g. Completed temperature logs are retained for a period of ten years.
   h. All prescription records for dispensing of immunizations are retained for a period of 10 years, in accordance with state and federal prescription requirements.
   i. All immunization documents must be stored separately from all other pharmacy paperwork. This includes all standing order protocol administration reporting, patient questionnaire and consent forms, workplace (mobile) event folders, and temperature logs.

4

WM/YW 004844

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

**CONFIDENTIAL INFORMATION**

## Section D: Emergency Management of Accidental Needle Sticks

1. In the event that an accidental needle stick occurs during administration involving a patient, the following steps shall be followed:
   a. Take care of the patient; refer them to their local primary care provider for follow-up.
   b. Contact the patient's primary care provider and inform them of the needle stick and the referral for follow-up and further treatment.
   c. Report the needle stick via the Walmart internal event reporting tool, SCRT.
   d. Inform store management and the market H&W Director.
   e. Have store management complete all normal accident reporting paperwork.
   f. A review will occur after the event and additional training provided to prevent reoccurrence.
2. In the event that the accidental needle stick occurs during administration and involves an associate, the following steps are followed:
   a. Contact the store/club management and MHWD.
   b. Provide the patient with a copy of the corporate "Bloodborne Pathogen Exposure Form" and direct them to the personnel manager for further instructions.
   c. The personnel manager will have a member of management accompany the associate to the nearest corporate physician's office for follow-up.
   d. Store management will complete any worker's compensation filing and processing, and submit to workers compensation team for follow-up, including obtaining any relevant involved patient medical history via a signed waiver.
   e. The accident will be recorded via internal accident reporting procedures.
   f. All event details are entered onto the pharmacy's needle stick log located in the IMZ Binder by the pharmacy manager.
   g. A review will occur after the event and additional training provided to prevent reoccurrence.

## Section E:  Disposal Process

1. All normal waste that does not require specific biomedical waste removal processes as outlined by OSHA will be disposed of via normal waste procedures (i.e.- regular garbage) – this includes cotton balls, adhesive bandages, or tissues that are not saturated with blood or blood containing fluids.
2. All syringes and needles will be disposed of using a national mail back process.  The sharps containers will be stored inside the pharmacy area at all times except for during administration. During administration the immunizing pharmacist is responsible for maintaining security of the container. When container is full, the unit is sealed, packed according to manufacturer's instructions and all paperwork completed and retained by the facility or mailed back with the container. The packaged container is scheduled for pickup from the pharmacy with the next available carrier pickup.
3. All expired vaccines or biological will be returned using Wal-Mart and Sam's Club's current hazardous waste process, or returned for credit via Genco Returns, depending on the classification of product.
4. In the event that a large spill occurs and extensive cleanup is needed, the pharmacy will secure the area, immediately notify store management, and follow the corporate hazardous waste cleanup process using a "Hazardous Waste Spill Kit".
5. All stores and clubs are required to have a General Biomedical Waste Management Plan printed and available for review in the IMZ Binder.

07.2016

WM/YW 004845

DocuSign Envelope ID: AC624273-DDB3-4A89-88B9-5155455E5E8D

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

# CONFIDENTIAL INFORMATION

## Section F:    Pharmacist Credentialing Requirements

A pharmacist that fails to meet and maintain the following minimum standards **will no longer qualify** to use this standing medical order:

1. Maintain an active license to practice pharmacy issued by the Board of Pharmacy;
2. Successfully complete a board-approved didactic and practical course of study, from a board-approved provider, that is specialized in the administration of immunizations and includes, but is not limited to:
   a.    the current guidelines and recommendations of the federal Department of Health and Human Services, Centers for Disease Control and Prevention;
   b.    the American Council on Pharmaceutical Education;
   c.    disease epidemiology;
   d.    indications for use of vaccines;
   e.    vaccine characteristics and storage requirements;
   f.    injection techniques;
   g.    adverse reactions to vaccines;
   h.    emergency response to adverse events;
   i.    immunization screening;
   j.    informed consent;
   k.    record keeping;
   l.    immunization registries;
   m.    life support training;
   n.    biohazard waste disposal;
   o.    sterilization techniques; and,
   p.    related topics relevant to the provision of immunizations.
3. Successfully secure and maintain an active certification in basic cardiac life support for healthcare providers;
4. Successfully maintain CE specialized in the administration of immunizations as required by the Board of Pharmacy.
5. No pharmacist may delegate the administration of immunizations to another person except, where allowed by state law, a pharmacy may delegate the administration of an immunization to an authorized pharmacy intern who has completed immunization training as required in their state of practice, and who is practicing under the direct supervision of an authorized licensed pharmacist who has completed immunization training.

07.2016

WM/YW 004846

CONFIDENTIAL INFORMATION

**Walmart** Save money. Live better. | **Sam's CLUB** | Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## Section G: Pharmacists and Pharmacy interns approved to administer immunizations per this standing order protocol and affirmation of Review of Current Documents

1. This document represents the current policy and procedures, in conjunction with the state required documents that must be followed by all immunizing pharmacists.
2. This procedure, along with the current program documents included on the program toolkit, must be reviewed annually by all immunizing pharmacists.
3. All immunizing pharmacists and immunization certified pharmacy interns at this location must review and sign below, indicating review and acceptance of all policies and procedures. Failure to successfully complete this form may result in disciplinary action up to and including termination of employment.

To add eligibility, a pharmacist must read and understand the entire standing order protocol document, sign below, and fax the entire standing order protocol to the standing order protocol physician as notification of the change.

**Pharmacy Location (club / store #, city):**_____

_____

All pharmacists, to be eligible to immunize at this site, must sign this document below.

NOTE: A pharmacist choosing to administer in multiple stores listed in this standing order protocol must notify the physician by signing this section in every location in which they wish to administer.

| Pharmacist (print name) | Pharmacist Signature | License Number | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Physician Signature: _____

Date: __8/9/2016_____

7

WM/YW 004847

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

**Appendix A:** WORKPLACE (MOBILE) IMMUNIZATION CLINIC LOCATIONS COVERED BY THIS STANDING ORDER PROTOCOL

**(based on state requirement only- if required, list of locations approved to receive mobile immunization clinics.)**

| | | | | | |
|---|---|---|---|---|---|
| 77 | Zion Baptist Church | 612 East Walnut st. | Taylor | TX | 76574 |
| 77 | HUTTO ISD | 200 COLLEGE | HUTTO | TX | 78634 |
| 165 | FAIRWAY AUTO CENTER | 4827 TROUP HWY | TYLER | TX | 75703 |
| 165 | FAIRWAY FORD HENDERSON | 301 HWY 79S | HENDERSON | TX | 75654 |
| 194 | BOARDROOM SALON FOR MEN | 187 B HEIGHTS BLVD | HOUSTON | TX | 77007 |
| 194 | BROADSPECTRUM | 10845 STRANG RD | LA PORTE | TX | 77571 |
| 194 | CHANGING SEASONS A/C & ELECTRIC SERVICE | 4909 W PASADENA BLVD | DEERPARK | TX | 77536 |
| 194 | CHANGING SEASONS A/S & ELECTRIC SERVICE | 4909 W PASADENA BLVD | DEERPARK | TX | 77536 |
| 194 | Spitzer Industries | 13863 Industrial rd | Houston | TX | 77015 |
| 194 | Lee College (Nursing) | 200 Lee Dr. | Baytown | tx | 77520 |
| 206 | First United Bank | 1700 Redbud Blvd, #130 | McKinney | TX | 75069 |
| 206 | Country Lane Senior Living | 2401 Country View Lane | McKinney | TX | 75069 |
| 206 | Hampton Inn | 2008 N. Central Expressway | Mckinney | TX | 75069 |
| 248 | First Methodist Preschool | 208 N. Kaufman | Mexia | TX | 76667 |
| 249 | Cleveland Senior Citizens Center | 220 Peach Ave. | Cleveland | TX | 77327 |
| 260 | Taylor Communications, Inc | 4808 Eastover circle, suite 101 | Mesquite | tx | 75149 |
| 260 | Citizens Bank | 200 N. Elm Street | Waxahachie | TX | 75165 |
| 260 | Citizens Bank | 1001 N. Hwy 77 | Waxahachie | TX | 75165 |
| 260 | Russell Stover Candies Inc | 1997 Pecan Delight Ave | Corsicana | TX | 75110 |
| 260 | Waxahachie Senior Activity Center | 122 Park Hills Drive | Waxahachie | TX | 75165 |
| 260 | Waxahachie Independent School District | 231 Park Place Blvd | Waxahachie | TX | 75165 |
| 260 | ALTEC | 1001 Solon Road | Waxahachie | TX | 75165 |
| 265 | Chosen Generation C.O.G.I.C. | 2051 Griffith Road | Terrell | TX | 75160 |
| 265 | Terrell Senior Terraces | 260 FM 2578 | Terrell | TX | 75160 |
| 265 | Walmart DC 6056 | 591 Apache Trail | Terrell | TX | 75160 |
| 265 | Autozone Distribution Center | 2350 Airport Rd | Terrell | TX | 75160 |
| 280 | Cameron Senior Center | 101 E Main St | Cameron | TX | 76520 |
| 280 | Rockdale Senior Center | 765 Green St | Rockdale | TX | 76567 |
| 284 | City of Farmers Branch | 13000 William dodson Parkway | Farmers Branch | tx | 75234 |
| 284 | EPE Innovations, LLC | 14800 Quorum Dr Ste #100 | Dallas | TX | 75254 |

8

WM/YW 004848

DocuSign Envelope ID: AC624073-DPB3-4A88-88B9-5155A55D5E8D

# Walmart  Sam's CLUB
### Save money. Live better.

## Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| 285 | Wiesner Huntsville | 230 IH-45 N | Huntsville | Tx | 77340 |
|---|---|---|---|---|---|
| 290 | Adams Extract & Spice LLC | 3217 Johnson Rd | Gonzales | tx | 78629 |
| 292 | Clearfork Elementary School | 1102 Clear Fork St | Lockhart | tx | 78644 |
| 292 | Navarro Elementary School | 715 S. Medina St. | Lockhart | tx | 78644 |
| 292 | Pegasus Schools inc | 896 Robin Ranch Rd | Lockhart | tx | 78644 |
| 292 | Lockhart High School | 906 Center St. | Lockhart | tx | 78644 |
| 292 | First Lockhart National Bank | 111 S Main St. | Lockhart | tx | 78644 |
| 292 | Golden Age Home | 1505 South Main Street | Lockhart | TX | 78644 |
| 293 | CITIZENS BANK | 9109 TX 90 | NAVASOTA | TX | 77868 |
| 293 | Citizens Bank | 155 8th st | Somerville | Tx | 77879 |
| 293 | Wells Fargo | 305 E Washington Ave | Navasota | Tx | 77868 |
| 297 | Walmart Distribution Center | 20131 Gene Campbell Rd | New Caney | TX | 77357 |
| 297 | Buster Brown | 20126 Loop 494 | New Caney | TX | 77357 |
| 297 | Caring Hands | 24181 Kelly Street | Porter | TX | 77365 |
| 297 | Charter Supply Co. | 18911 East Industrial Pkwy. | New Caney | TX | 77357 |
| 320 | Hobby Unit | 742 FM 712 | Marlin | TX | 76661 |
| 320 | Marlin Unit | 2383 State Hwy 6 | Marlin | TX | 76661 |
| 320 | St. Elizabeth's Place at Providence Park | 300 West HWY 6 | Waco | TX | 76712 |
| 320 | The Village at Providence Park | 300 West Hwy 6 | Waco | TX | 76712 |
| 321 | Bluebell Creameries | 1101 s Blue Bell Rd | Brenham | TX | 77833 |
| 344 | City of El Campo | 315 E Jackson St | El Campo | TX | 77437 |
| 345 | Anderson County | 703 N Mallard Ste 110 | Palestine | Tx | 75801 |
| 345 | City of Palestine | 504 N Queen | Palestine | TX | 75801 |
| 353 | Eastside Church of Christ | 705 Indiana | Graham | TX | 76450 |
| 364 | Tyson Foods Inc | 1019 Shelbyville St. | Center | TX | 75935 |
| 364 | HILLCREST BAPTIST CHURCH | 901 SOUTHVIEW CIR | CENTER | TX | 75935 |
| 385 | Sodalis Elder Living | 131 Industrial Blvd | Cuero | tx | 77954 |
| 404 | ZQ FITNESS | 145 S LBJ DR | SAN MARCOS | TX | 78666 |
| 404 | GOLD'S GYM | 1180 THORPE LANE #307 | SAN MARCOS | TX | 78666 |
| 404 | PROMISE LAND | 1650 LIME KILN RD | SAN MARCOS | TX | 78666 |
| 407 | Wal-Mart (Night shift) | 1400 Lowe's Blvd | Killeen | TX | 78665 |
| 407 | Hidden Hollow Elementary School | 4104 Appalachian Trail | Kingwood | TX | 77345 |
| 408 | GOOSE CREEK MASON LODGE | 304 SCHILLING AVENUE | BAYTOWN | TX | 77520 |
| 413 | City of Port Isabel | 305 E Maxan St | Port Isabel | TX | 78578 |
| 413 | Port Isabel ISD | 101 Port Road | Port Isabel | TX | 78578 |
| 421 | POCO Graphite INC | 300 OLD GREENWOOD RD | DECATUR | TX | 76234 |
| 421 | Casa Torres Mexican Restaurant | 2708 S FM 51 | Decatur | TX | 76234 |
| 421 | James Woods Motors | 2111 US 287 | Decatur | TX | 76234 |
| 421 | karl Klement Ford | 2670 US HWY 287 | Decatur | TX | 76234 |

07.2016

WM/YW 004849

**Walmart** Save money. Live better. | **Sam's CLUB**

Standing Order Protocol for the Administration of
Vaccines by Walmart and Sam's Club Pharmacists in
Texas

# CONFIDENTIAL INFORMATION

| 421 | Imperial Fabricating of Texas | 2188 E Hwy 380 | Decatur | TX | 76234 |
|---|---|---|---|---|---|
| 426 | McLane Food Service | 3901 Scientific Road | Arlington | TX | 76014 |
| 426 | Michaels | 8000 Bent Branch Dr | Irving | TX | 75063 |
| 426 | Sabre | 3150 Sabre Dr | Southlake | TX | 76092 |
| 426 | CA Technologies | 5465 Legacy Dr Ste 700 | Plano | TX | 75024 |
| 426 | Bimbo Bakeries | 1820 N Josey Ln | Carrollton | TX | 75006 |
| 426 | ACE Cash Express | 1231 Greenway Dr | Irving | TX | 75038 |
| 426 | Pier 1 Imports | 100 Pier 1 Place | Fort Worth | TX | 76102 |
| 426 | American Airlines | 4333 Amon Carter Blvd | Fort Worth | TX | 76155 |
| 426 | 7-11 Corporate Headquarters | 3200 Hackberry Rd | Irving | TX | 75063 |
| 437 | Walmart DC | 3162 FM 3538 | Sealy | TX | 77474 |
| 446 | Standley Feed | 201 E Trinity | Madisonville | TX | 77864 |
| 446 | Madisonville Care Center | 411 East Collard | Madisonville | TX | 77864 |
| 446 | Amycel Inc | 6062 Hwy 75 | Madisonville | TX | 77864 |
| 446 | Monterey Mushroom | 5816 Hwy 75 | Madisonville | TX | 77864 |
| 446 | Henson Dodge | 105 S May | Madisonville | TX | 77864 |
| 446 | Henson Chevrolet | 201 N May | Madisonville | TX | 77864 |
| 446 | Henson Ford | 581 I-45 | Madisonville | TX | 77864 |
| 446 | First United Methodist Church | 102 S McIver | Madisonville | TX | 77864 |
| 446 | Normangee ISD | 116 Spur 3 | Normangee | TX | 77871 |
| 456 | Tipton Auto Group | 3840 N. Expressway | Brownsville | TX | 78526 |
| 463 | Hacienda Oaks Nursing & Rehabilitation | 4713 US-181 | beeville | tx | 78102 |
| 463 | Woodridge Nursing & Rehabilitation Center | 600 s Hillside dr | beeville | tx | 78102 |
| 463 | First Baptist School | 600 N St Marys | beeville | tx | 78102 |
| 463 | smejkal Electric | 2158 us 181 | beeville | tx | 78102 |
| 463 | Superior Auto Sales | 510 S Washington | beeville | tx | 78102 |
| 463 | John Deere Ag. Pro | 2038 Business 181 South | beeville | tx | 78102 |
| 463 | Alaniz and Perez Garage | 711 S St. Marys | beeville | tx | 78102 |
| 463 | St. Marys Charter School | 400 N Tyler | beeville | tx | 78102 |
| 463 | Fuller Tractor Co. | 1905 W Corpus Christi | beeville | tx | 78102 |
| 463 | aztec chevrolet | 762 hwy 181 frontage north | beeville | tx | 78102 |
| 463 | St Philips Episcopal School | 105 N Adams | Beeville | tx | 78102 |
| 463 | Beevill Bee-picayune publishing | 111 N Washington | Beeville | tx | 78102 |
| 465 | Floresville South Elementary | 2000 Tiger Lane | Floresville | tx | 78114 |
| 465 | Floresville North Elementary | 14905 fm 775 | Floresville | tx | 78114 |
| 465 | Regency Nursing Home | 1615 str ste 150 | Floresville | tx | 78114 |
| 465 | Lyssy and Eckel Inc | 111 E Westmeyer st | Poth | tx | 78147 |
| 467 | Select Commercial Services | 1801 royal ln ste 110 | dallas | tx | 75229 |
| 467 | WRITTEN DEPOSITION SERVICE, llc | 1750 valley view ln ste | dallas | tx | 75234 |

07.2016

WM/YW 004850

**Walmart** Save money. Live better.  **Sam's CLUB**

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| | | 210 | | | |
| 476 | KAYLN-SIEBERT LP | 1505 W. MAIN ST | GATESVILLE | TX | 76528 |
| 476 | TEXAS A&M AGRILIFE EXTENSION SERVICE | 2005 E. MAIN STE 124 | GATESVILLE | TX | 76528 |
| 476 | LAERDAL MEDICAL | 226 FM 116 | GATESVILLE | TX | 76528 |
| 476 | KAYLN-SIEBERT LP | 1505 W. MAIN ST | GATESVILLE | TX | 76528 |
| 476 | CORYELL COUNTY VETERINARY CLINIC | 1300 HWY 36 BYPASS N. | GATESVILLE | TX | 76528 |
| 476 | GATESVILLE LIONS CLUB | 111 N. 30TH ST | GATESVILLE | TX | 76528 |
| 478 | Frio Adult Day Care | 1796 Business I 35 E | Pearsall | tx | 78061 |
| 524 | Otto Kaiser Memorial | 3349 hwy 181 | Kenedy | tx | 78119 |
| 524 | McDonalds | 109 N sunset strip | Kenedy | tx | 78119 |
| 524 | Agave Dental | 119 business park | Kenedy | tx | 78119 |
| 527 | Halliburton | 3000 N Sam Houston Pkwy E | Houston | TX | 77032 |
| 529 | Village at Morningstar | 3401 Magnolia Street | Teas City | TX | 77590 |
| 529 | Mansions at Moses Lake | 2211 34th Avenue North | Texas City | TX | 77590 |
| 529 | Highland Manor | 301 Newman RD | La Marque | TX | 77568 |
| 535 | University Place | 1250 E N 10TH | Abilene | TX | 79601 |
| 535 | Ranger plant constructional Co. | 5851 E Interstate 20 | Abilene | tx | 79601 |
| 546 | BELL PARTNERS INC. | 1111 GOLFVIEW DRIVE | RICHMOND | TX | 77469 |
| 546 | PETCO | 23710 COMMERCIAL DRIVE | ROSENBERG | TX | 77471 |
| 546 | ROSS | 24110 COMMERCIAL DRIVE | ROSENBERG | TX | 77471 |
| 546 | CALIBER COLLISION | 2131 FM 2218 | ROSENBERG | TX | 77471 |
| 546 | BRAZOS VALLEY SCHOOLS | 4911 MUSTANG AVE | ROSENBERG | TX | 77471 |
| 546 | TERRY HIGH SCHOOL | 5500 AVENUE N | ROSENBERG | TX | 77471 |
| 546 | wharton jr college | 5333 FM 1640 | richmond | tx | 77469 |
| 546 | STAFFORD MUNICIPAL COURT | 2602 MAIN ST. | STAFFORD | TX | 77477 |
| 546 | WHARTON COUNTY JR COLLEGE | 5333 FM 1640 | RICHMOND | TX | 77469 |
| 546 | AUTO CARE USA | 5757 READING ROAD | ROSENBERG | TX | 77471 |
| 546 | southwest electronic energy | 823 buffalo run | missouri city | tx | 77489 |
| 561 | Journey Fellowship | 16847 ih 35 N | selma | tx | 78154 |
| 572 | Kilgore ISD | 301 N kilgore St | Kilgore | tx | 75662 |
| 572 | First Baptist Church | 501 E North St | Kilgore | TX | 75662 |
| 595 | Harlingen CISD | 407 N 77 Sunshine Strip | Harlingen | TX | 78550 |
| 595 | City of Raymondville | 142 S. 7th St | Raymondville | TX | 78580 |
| 595 | Raymondville ISD | 419 FM 3168 | Raymondville | TX | 78580 |
| 595 | Echostar Dish Network Call Center | 2809 E Grimes St | Harlingen | TX | 78550 |
| 595 | Lyford CISD | 8223 Simon Gomez Rd | Lyford | TX | 78569 |
| 602 | Rigaku America | 9009 New Trails Dr | The Woodlands | TX | 77381 |
| 602 | General truck body manufacturers | 6901 Ave V | houston | tx | 77011 |

DocuSign Envelope ID: AC624073-DB33-4A08-88D9-5155C559E5BD

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| | | | | | |
|------|------|------|------|------|------|
| 602 | Anadarko | 1201 Lake Robbins Drive | The Woodlands | tx | 77380 |
| 602 | macHaik dealership | 10333 katy Fwy | Houston | tx | 77024 |
| 602 | Costello Inc | 9990 richmond Ave, suite 450, north building | houston | tx | 77042 |
| CF | Central Fill | 606 Spring Hill Drive | Spring | TX | 77386 |
| 608 | GE Oil and Gas | 2707 S. County Road-1208 | Midland | TX | 79706 |
| 608 | walmart | 4517 North Midland Dr | Midland | TX | 79707 |
| 608 | walmart | 4517 north midland dr | midland | tx | 79707 |
| 610 | Signs Express Plus | 1592 E. FM 8 | Stephenville | TX | 76401 |
| 610 | Speedwash Laundry | 160 E. Hwy 8 | Stephenville | TX | 76401 |
| 703 | Willow Wood Junior High School | 11770 Gregson Rd | Tomball | TX | 77377 |
| 703 | Willow Creek Elementary | 18302 North Eldridge Pkwy | Tomball | TX | 77377 |
| 703 | Tomball Junior High School | 30403 Quinn Rd | Tomball | TX | 77375 |
| 703 | Tomball High School | 30330 Quinn Rd | Tomball | TX | 77375 |
| 703 | Timber Creek Elementary | 8455 Creekside Green Dr | The Woodlands | TX | 77389 |
| 703 | Oakcrest Intermediate | 18202 Shaw Rd | Tomball | TX | 77377 |
| 703 | Northpointe Intermediate | 11855 Northpointe Blvd | Tomball | TX | 77377 |
| 703 | Decker Prarie Elementary | 27427 Decker Prarie Rosehill Rd | Magnolia | TX | 77355 |
| 703 | Creekview Elementary | 8877 West New Harmony Trail | Tomball | TX | 77375 |
| 703 | Canyon Pointe Elementary | 13002 Northpointe Blvd | Tomball | TX | 77377 |
| 703 | Creekside Park Junior High School | 8711 Creekside Green Dr | The Woodlands | TX | 77375 |
| 703 | Willow Wood Junior High School | 11770 Gregson Rd | Tomball | TX | 77377 |
| 703 | Wildwood Elementary | 13802 Northpointe Blvd | Tomball | TX | 77377 |
| 703 | Tomball Memorial High School | 19100 Northpointe Ridge Ln | Tomball | TX | 77377 |
| 703 | Tomball ISD Transportation Center | 1055 Baker St | Tomball | TX | 77375 |
| 703 | Tomball ISD Central Office | 310 South Cherry St | Tomball | TX | 77375 |
| 703 | Tomball Intermediate | 723 West Main St | Tomball | TX | 77375 |
| 703 | Tomball Elementary | 1110 Inwood St | Tomball | TX | 77375 |
| 703 | Rosehill Elementary | 17950 Waller Tomball Rd | Tomball | TX | 77377 |
| 703 | Lakewood Elementary | 15614 Gettysburg Dr | Tomball | TX | 77377 |
| 703 | Creekside Forest Elementary | 5949 Creekside Forest Dr | The Woodlands | TX | 77389 |
| 746 | First state bank central | 5550 sw hk dodgen loop | temple | tx | 76504 |
| 757 | City of Pleasanton | 108 2nd Street | Pleasanton | TX | 78064 |
| 765 | Rolling Oaks Shopping Center | 6909 N loop 1604 E | San Antonio | tx | 78266 |
| 765 | San Marcos Premium Outlets | 3939 S. Interstate 35 | San Marcos | Tx | 78666 |

WM/YW 004852

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| 768 | MARRIOT HOTEL | 18700 JOHN F KENNEDY BLVD | HOUSTON | TX | 77032 |
|---|---|---|---|---|---|
| 768 | Graebel Van Lines | 10901 Tanner Rd | Houston | TX | 77041 |
| 768 | Senior Care of Westwood | 8702 S. Course Dr | Houston | TX | 77099 |
| 768 | Seed/s preschool | 6646 Addicks Satsuma Rd | Houston | Tx | 77084 |
| 781 | walmart | 2700 n hwy 281 | marble falls | tx | 78654 |
| 789 | INTEGRACOLOR | 3210 INNOVATIVE WAY | MESQUITE | TX | 75149 |
| 793 | Canyon Intermediate School (CISD) | 506 8th St | Canyon | tX | 79015 |
| 793 | Canyon Intermediate School (CISD) | 506 8th St | Canyon | tx | 79015 |
| 793 | Greenway Intermediate School (CISD) | 8100 Pineridge | Amarillo | TX | 79119 |
| 793 | Greenways Intermediate School (CISD) | 8100 Pineridge | Amarillo | TX | 79119 |
| 793 | Unique Individuals | 7701 S Coulter | amarillo | TX | 79119 |
| 804 | RIVERSTONE ANIMAL HOSP | 1421 FM 1189  SUITE 4 | WEATHERFO R D | TX | 76087 |
| 807 | Santander Consumer USA | 5201  Rufe Snow Dr #400 | North Richland Hills | TX | 76180 |
| 807 | Bunzl | 700 Northpark Central Dr | Houston | TX | 77073 |
| 807 | Bunzl | 2005 Valley View Ln | Dallas | TX | 75234 |
| 807 | Santander Consumer USA | 5201 Rufe Snow Dr # 400 | North Richland Hills | TX | 76180 |
| 807 | Tyson Foods Inc | 6350 Browning Ct | North Richland Hills | TX | 76180 |
| 807 | Bunzl | 4030 Binz Engleman Rd | San Antonio | tx | 78219 |
| 807 | Barry-Wehmiller Companies Inc | 6243 West Interstate 10 | San Antonio | TX | 78230 |
| 812 | Dum,as Cattlefeeders | 11301 us hwy287 | Dumas | Tx | 79029 |
| 813 | early isd | 101 turtle creek | early | tx | 76802 |
| 813 | texasbank | 1111 clement | brownwood | tx | 76801 |
| 827 | Morton Salt | 801 TX-110 | Grand Saline | TX | 75140 |
| 846 | Fayette Electric Co-op | 357 Washington | La Grange | TX | 78945 |
| 865 | Oak hills baptist church | 2154 Tx-337 | New Braunfels | tx | 78130 |
| 872 | kemlon products | 1424 n main street | pearland | tx | 77581 |
| 872 | pace opportunity | 3901 e. plum | pearland | tx | 77581 |
| 897 | Fort Stockton ISD | 101 WEST DIVISION | FORT STOCKTO | TX | 79735 |
| 901 | tyson foods inc | 1200 W Kingsbury | seguin | tx | 78155 |
| 901 | Niagra Bottling | 1730 8th st | seguin | tx | 78155 |
| 901 | Catepillar | 1600 W Kingsbury st | seguin | tx | 78155 |
| 901 | Alamo Group | 1627 E Walnut St | seguin | tx | 78155 |
| 915 | the club at new territory | 1200 walker school road | sugar land | tx | 77479 |

07.2016

WM/YW 004853

**CONFIDENTIAL INFORMATION**

| 915 | shifa clinic | 10415 synott road | sugarland | tx | 77498 |
|---|---|---|---|---|---|
| 939 | Price Waterhouse Coopers | 300 West 6th Street | Austin | TX | 78701 |
| 940 | 4900 River Oaks Blvd | River Oaks | Tx | TX | Submit |
| 949 | Apollo Jr High | 1600 Apollo Rd | Richardson | TX | 75081 |
| 951 | Hempsted Rec Center | 635 U-290 BUS | Hempsted | TX | 77445 |
| 951 | Prosperity Bank | 31250 FM 2920 | Waller | TX | 77484 |
| 951 | Prosperity Bank | 1250 Austin Street | Hempstead | TX | 77445 |
| 951 | Hempstead ISD | 1340 13th Street | Hempstead | TX | 77445 |
| 1000 | Cardenas Motors | 1500 N Expressway | Brownsville | TX | 78521 |
| 1000 | Freedom Fitness | 2944 Boca Chica | Brownsville | TX | 78521 |
| 1000 | City of Brownsville | 1001 E. Elizabeth St. | Brwonsville | TX | 78520 |
| 1000 | Brownsville ISD | 1900 E Price Road | Brownsville | TX | 78521 |
| 1000 | Tipotex Chevrolet | 1600 N. Expressway | Brwonsville | TX | 78521 |
| 1040 | First Community Credit Union | 15260 Fm 529 Rd | Houston | TX | 77095 |
| 1040 | Wells Fargo | 7071 Hwy 6 N | Houston | TX | 77095 |
| 1040 | Lone Star College | 9191 Barker Cypress | Cypress | TX | 77433 |
| 1040 | LA Fitness | 17800 Fm 529 Rd | Houston | TX | 77095 |
| 1040 | Planet Fitness | 6960 Barker Cypress | Houston | TX | 77084 |
| 1040 | Home Depot | 6800 Hwy 6 N | Houston | TX | 77084 |
| 1040 | USA Nails & Salon | 13040 Fm 529 Rd | Houston | TX | 77041 |
| 1040 | Chase Bank | 7060 Hwy 6 N | Houston | TX | 77095 |
| 1040 | ACE Hardware | 18020 Fm 529 Rd | Cypress | TX | 77433 |
| 1040 | Lowe's | 1555 Fm 529 Rd | Houston | TX | 77095 |
| 1040 | CyFair Volunteer Fire Station 8 | 18210 Fm 529 Rd | Cypress | TX | 77433 |
| 1040 | Hobby Lobby | 16011 Fm 529 Rd | Houston | TX | 77095 |
| 1040 | Chevron | 16050 West Rd | Houston | TX | 77095 |
| 1041 | TruFit Athletic Club | 500 W Expressway 83 | Weslaco | TX | 78599 |
| 1041 | Bert Ogden Harlingen | 8621 W Exp 83 | Harlingen | TX | 78552 |
| 1041 | South Texas ISD | 100 Med High Dr | Mercedes | TX | 78570 |
| 1041 | IBC Bank | 606 S. Texas Blvd | Weslaco | TX | 78596 |
| 1041 | La Feria ISD | 203 E Oleander Ave | La Feria | TX | 78559 |
| 1041 | South Texas ISD | 100 Med High Dr | Mercedes | TX | 78570 |
| 1041 | Mercedes ISD | 206 W Sixth St | Mercedes | TX | 78570 |
| 1062 | Silver Eagle | 7777 Washington Ave | Houston | tx | 77007 |
| 1062 | Halliburton | 10200 Bellaire Blvd | Houston | TX | 77072 |
| 1078 | City of Ballinger | 700 Railroad Ave | Ballinger | Tx | 76821 |
| 1078 | Ballinger ISD | 900 Conda Ave | Ballinger | Tx | 76821 |
| 1078 | Runnels County Dept. of Aging | 627 Strong Ave | Ballinger | Tx | 76821 |
| 1078 | Buddy's Plant Plus | 2022 N Broadway | Ballinger | Tx | 76821 |
| 1078 | Mueller Supply Co | 1913 Hutchings Ave | Ballinger | Tx | 76821 |
| 1117 | Burch Management Co., Inc | 10723 Composite Dr | Dallas | TX | 75220 |
| 1117 | Air Liquide America Corp | 9101 Lyndon B Johnson | Dallas | TX | 75243 |

14

07.2016

Walmart · Save money. Live better. · Sam's CLUB

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| | | Fwy | | | |
| 1117 | Air Liquide America Corp | 13140 TI Blvd | Dallas | TX | 75243 |
| 1117 | Joseph Noble, Inc | 2025 Irving Blvd, St 110 | Dallas | TX | 75207 |
| 1117 | HumCap LP | 5401 Village Creek Dr | Plano | TX | 75093 |
| 1117 | Reliant Worldwide Plastics | 4430 US-82 | Gainsville | TX | 76240 |
| 1117 | Dr Jon A Chapman, OD | 8687 N. Central Expressway | Dallas | TX | 75225 |
| 1117 | Discount Tire | 209 Coit Rd | Plano | TX | 75075 |
| 1117 | Air Liquide America Corp | 1310 Electronics Dr | Carrollton | TX | 75006 |
| 1117 | Reliant Worldwide Plastics | 2800 Dallas Pkwy | Plano | TX | 75093 |
| 1117 | Alan Ritchey, Inc | 1002 I-35 Frontage Rd | Valley View | TX | 76272 |
| 1117 | Weston Solutions | 3900 Dallas Parkway | Plano | TX | 75093 |
| 1129 | Vyze | 3900 N. Capital of Texas Hwy. | Austin | Tx | 78746 |
| 1129 | IPsoft INC | 303 Colorado St. 19th floor | Austin | Tx | 78701 |
| 1129 | Atlassian attn. Carson Kalin | 303 Colorado St. Suite 1600 | Austin | Tx | 78701 |
| 1129 | Lee Tilford Agency | 5725 W. Hwy 290 Ste 201 | Austin | Tx | 78735 |
| 1129 | APEX Plastics | 421 W Parmer Lane Ste C175 | Austin | TX | 78727 |
| 1148 | The Gables At Rolling Meadows | 3006 McNiel Avenue | Wichita Falls | TX | 76309 |
| 1150 | FedEx Express | 3205 Longmire Dr | College Station | TX | 77845 |
| 1186 | Liberty County Courthouse | 1923 Sam Houston | Liberty | TX | 77575 |
| 1186 | Liberty County Sheriff's Office | 2400 Beaumont Ave. | Liberty | TX | 77575 |
| 1186 | SAN JACINTO ELEMENTARY SCHOOL | 1629 GRAND AVENUE | LIBERTY | TX | 77575 |
| 1186 | LIBERTY MIDDLE SCHOOL | 2515 JEFFERSON DRIVE | LIBERTY | TX | 77575 |
| 1186 | LIBERTY HIGH SCHOOL | 2615 JEFFERSON DRIVE | LIBERTY | TX | 77575 |
| 1186 | LIBERTY ELEMENTARY SCHOOL | 1002 BOWIE STREET | LIBERTY | TX | 77575 |
| 1186 | Walmart | 2121 Hwy 146 Bypass | Liberty | TX | 77575 |
| 1216 | Carrollton Senior Center | 1720 Keller Springs Rd | Carrollton | TX | 75006 |
| 1216 | Fed Ex Office | 7900 Legacy Dr | Plano | TX | 75024 |
| 1216 | Fong Kai USA | 2525 Carter Drive | Carrollton | TX | 75006 |
| 1216 | MacArthur Hills | 1295 Kinwest Parkway | Irving | TX | 75063 |
| 1216 | Briarview | 2645 E Trinity Mills Rd | Carrollton | TX | 75006 |
| 1216 | Barry-Wehmiller Companies Inc | 14135 Midway Rd | Addison | TX | 75001 |
| 1216 | Carrollton City Hall | 1945 E Jackson Rd | Carrollton | TX | 75006 |
| 1216 | Carrollton Central Service Center | 2711 Nimitz Ln | Carrollton | TX | 75006 |
| 1216 | McCoy Elementary | 2425 McCoy Rd | Carrollton | TX | 75006 |
| 1216 | Marriott Courtyard Dallas Carrollton | 1201 Raiford Rd | Carrollton | TX | 75006 |
| 1216 | Carrollton Senior Center | 1720 Keller Springs Rd | Carrollton | TX | 75006 |
| 1216 | PPG, Inc. | 1900 N Josey Ln | Carrollton | TX | 75006 |
| 1216 | Exacta Packing Designs | 1223 Crowley Dr | Carrollton | TX | 75006 |

07.2016

WM/YW 004855

Walmart
Save money. Live better.

Sam's CLUB

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 1216 | Grin Pediatric Dentistry | 6225 Chapel Hill Blvd | Plano | TX | 75093 |
|------|--------------------------|------------------------|-------|-----|-------|
| 1216 | Farmers Branch City Hall | 13000 William Dodson Pkwy | Farmers Branch | TX | 75234 |
| 1216 | Brookhaven Country Club | 3333 Golfing Green Dr | Farmers Branch | TX | 75234 |
| 1216 | Carrollton Courts Community Room | 2001 E Jackson Rd | Carrollton | TX | 75006 |
| 1216 | Sandy Lake Service Center | 2155 Sandy Lake Rd, Bldg D | Carrollton | TX | 75006 |
| 1216 | Rockwell Collins | 2110 Hutton Dr | Carrollton | TX | 75006 |
| 1216 | Lakeview at Josey Ranch | 2105 N Josey Ln | Carrollton | TX | 75006 |
| 1216 | Christus St Joseph Village | 1201 E Sandy Lake | Coppell | TX | 75019 |
| 1216 | Atria Carrollton | 1825 Arbor Creek Dr | Carrollton | TX | 75010 |
| 1216 | Corinthians Retirement Community | 3500 Old Denton | Carrollton | TX | 75007 |
| 1216 | Flowers Baking Co. | 4210 Edwards Rd | Denton | TX | 76208 |
| 1216 | Southwest Displays & Events | 1200 Crowley Dr | Carrollton | TX | 75006 |
| 1216 | Grin Pediatric Dentistry | 17300 Preston Rd, Suite 150 | Dallas | TX | 75252 |
| 1216 | Parks Coffee | 1421 MacArthur Dr | Carrollton | TX | 75007 |
| 1253 | Centex Materials Incorporated | 15105 US HWY 290 E | Manor | Tx | 78653 |
| 1253 | Englewood Estates | 2603 Jones Rd | Austin | tx | 78745 |
| 1253 | Georgetown Living | 2700 Shell Rd | Georgetown | tx | 78628 |
| 1253 | Parsons House | 1130 Camino la Costa | Austin | TX | 78752 |
| 1253 | The Overlook at Plum Creek | 4850 Cromwell Dr | Kyle | Tx | 78640 |
| 1253 | Trinity Place Apartments | 1203 Cushing Dr | Round Rock | tx | 78664 |
| 1253 | Renaissance-Austin | 11279 Taylor Draper Ln | Austin | tx | 78759 |
| 1253 | Assisted Living at Tallwood | 101 Tallwood Dr | Georgetown | TX | 78628 |
| 1254 | Church of the Open Door daycare | 900 N. Loop 340 | waco | tx | 76705 |
| 1254 | Axtell ISD | 308 Ottawa | Axtell | TX | 76624 |
| 1254 | LaVega ISD | 400 E. Loop 340 | waco | tx | 76705 |
| 1272 | Patterson | 4540 Lamesa Hwy | Snyder | TX | 79549 |
| 1272 | Kinder Morgan | 718 N fm 1611/4632 US 180 | Snyder | TX | 79549 |
| 1272 | Safety Plus | 1410 College Ave | Snyder | TX | 79549 |
| 1272 | Kinder Morgan | 718 N fm 1611/4632 US 180 | Snyder | TX | 79549 |
| 1272 | Western Texas College | 6200 College Ave | Snyder | TX | 79549 |
| 1272 | Good Life Senior Living | 1904 Martha Ann Blvd. | Snyder | TX | 79549 |
| 1279 | Aldine Senior High School | 11101 Airline Dr. | Houston | TX | 77037 |
| 1296 | City of San Benito | 401 N. Sam Houston Blvd | San Benito | TX | 78586 |
| 1296 | San Benito ISD | 240 N. Crockett St | San Benito | TX | 78586 |
| 1296 | Gillman San Benito | 1801 Industrial Way | San Benito | TX | 78586 |
| 1455 | Beauty Models School | 919 W Pioneer Pkwy | Arlington | TX | 76013 |
| 1455 | Barry-Wehmiller Companies Inc | 100 E 15th | Fort Worth | TX | 76102 |
| 1455 | Satori Senoir Care | 2305 St claire Drive | Arlington | TX | 76012 |

07.2016

WM/YW 004856

DocuSign Envelope ID: AC634073-DB83-4A08-88B9-6155AF55E5BD

## CONFIDENTIAL INFORMATION

| 1455 | CarMax | 8400 Anderson Blvd | Fort Worth | TX | 76120 |
|------|--------|--------------------|-----------|-----|-------|
| 1455 | Interlochen Health and Rehabilitation | 2645 W Randol Mill Rd | Arlington | TX | 76012 |
| 1455 | Brookdale Pecan Park | 915 N fielder Rd | ARlington | tx | 76012 |
| 1455 | Star Dental | 5615 SW Green Oaks BLvd | Arlington | TX | 76017 |
| 1455 | Beauty Models School | 919 W Pioneer Pkwy | Arlington | TX | 76013 |
| 1516 | West Texas ISD | 600 s Stewart Ave | Stinnett | Tx | 79083 |
| 1516 | Payton Machine | 3100 S Cedar | Borger | Tx | 79007 |
| 1516 | Borger ISD | 200 E 9th St | Borger | TX | 79007 |
| 1516 | Linn Energy | 1201 Fairlanes Blvd | Borger | Tx | 79007 |
| 1516 | Conner Industries | 118 Bunton St | Borger | Tx | 79007 |
| 1516 | Agrium | 9021 FR 1551 | Borger | Tx | 79007 |
| 1801 | Vietnamese American for Mutual Assistance and Services | 2300 W Walnut St | Garland | TX | 75042 |
| 1801 | Lake Highlands Public Improvement District | 9780 Walnut St | Dallas | TX | 75243 |
| 2086 | Dave and Busters World Headquarters | 2481 Manana Drive | Dallas | TX | 75220 |
| 2086 | Palo Alto Networks | 3901 N Dallas Parkway | Plano | TX | 75093 |
| 2086 | Conservatory at Plano | 6401 Ohio Dr | Plano | TX | 75024 |
| 2086 | Wells Elementary School | 3427 Mission Ridge | Plano | TX | 75023 |
| 2086 | Brookdale Collin Oaks | 4045 W 15th St | Plano | TX | 75093 |
| 2086 | Morgan Stanley | 200 Crescent Ct #900 | Dallas | TX | 75201 |
| 2086 | Morgan Stanley | 7500 Dallas Pkwy #500 | Plano | TX | 75024 |
| 2086 | Morgan Stanley | 13455 Noel Rd | Dallas | TX | 75240 |
| 2086 | NTTA | 5900 W Plano Pkwy | Plano | TX | 75093 |
| 2086 | Morgan Stanley | 1400 Civic Pl #200 | Southlake | TX | 76092 |
| 2086 | Morgan Stanley | 1400 Civic Pl #200 | Sout | TX | 75240 |
| 2086 | Morgan Stanley | 8383 Preston Center Plaza #400 | dallas | TX | 75225 |
| 2086 | Morgan Stanley | 4975 Preston Park #700 | Plano | TX | 75093 |
| 2086 | Morgan Stanley | 5001 Spring Valley #900 | Dallas | TX | 75244 |
| 2086 | Prestonwood Court | 7001 W Plano Parkway | Plano | TX | 75093 |
| 2086 | Code Authority | 3001 Dallas Pkwy, Suite 500 | Frisco | TX | 75034 |
| 2086 | Huffines Auto Dealerships | 4500 W Plano Parkway | Plano | TX | 75093 |
| 2086 | Arteriors | 1745 Hayden Dr, Suite 100 | Carrollton | TX | 75006 |
| 2105 | Jesuit College Prep | 12345 Inwood Rd | Dallas | TX | 75244 |
| 2105 | One Network Enterprises | 4055 Valley View Ln Suite 1000 | Dallas | TX | 75244 |
| 2105 | Worldpac | 2800 E Plano Pkwy #100 | Plano | TX | 75074 |
| 2105 | Worldpac | 4525 McEwen Rd | Farmers Branch | TX | 75074 |

WM/YW 004857

**Walmart** — Save money. Live better.  **Sam's CLUB**

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

# CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 2105 | LSG Sky Chefs | 6191 State Hwy 161 | Irving | TX | 75038 |
| 2105 | Tyson Food Inc | 113 Range Dr | Garland | TX | 75040 |
| 2105 | McKesson Corporation | 1220 Senlac Dr | Carrollton | TX | 75006 |
| 2105 | The Bentley | 3362 Forest Ln | Dallas | TX | 75234 |
| 2105 | Tremont | 5550 Harvest Hill Rd | Dallas | TX | 75230 |
| 2105 | Snelling | 4005 Valley View Ln #700 | Dallas | TX | 75244 |
| 2105 | Freed's Furniture | 4355 LBJ Freeway | Dallas | TX | 75244 |
| 2105 | LSG Sky Chefs | 2120 W 33rd | Dallas | TX | 75261 |
| 2105 | Halliburton Energy Services | 2601 E Beltline | Carrollton | TX | 75006 |
| 2105 | North Dallas Veterinary Hospital | 3452 Forest Ln #100 | Dallas | TX | 75234 |
| 2239 | WELLS FARGO | 7559 NW LOOP 410 | SAN ANTONIO | TX | 78245 |
| 2239 | wok inn | 10919 culebra rd | san antonio | tx | 78253 |
| 2239 | habilitative homes | 9018 old sky harbor dr | san antonio | tx | 78242 |
| 2257 | Crestmark Mortgage Company | 13100 Northwest Freeway, Suite 200A | Houston | TX | 77040 |
| 2257 | Barry-Wehmiller Companies Inc | 16801 Greenspoint Park Dr | Houston | TX | 77060 |
| 2397 | Hayes Dental Clinic | 717 N. Holland Rd. | Mansfield | TX | 76063 |
| 2397 | GREENOAKS PHYSICAL THERAPY | 2851 MATLOCK RD | MANSFIELD | TX | 76063 |
| 2397 | SKYLINE CORP | 606 S. 2ND AVE | MANSFIELD | TX | 76063 |
| 2397 | PIER 1 IMPORTS | 2200 HERITAGE PARKWAY | MANSFIELD | TX | 76063 |
| 2433 | atlas copco | 2100 N 1st st | garland | tx | 75040 |
| 2439 | MERCY GATE CHURCH | 9627 EAGLE DRIVE | MONT BELVIEU | TX | 77523 |
| 2439 | OLD RIVER MASON LODGE | 2132 N FM 565 | MONT BELVIEU | TX | 77580 |
| 2439 | CEDAR BAYOU UNITED METHODIST CHURCH | 2714 FERRY ROAD | BAYTOWN | TX | 77523 |
| 2439 | CA FONTINER MASON LODGE | 801 SHELDON ROAD | CHANNELVIEW | TX | 77530 |
| 2439 | CEDAR BAYOU MASON LODGE | 2850 FERRY ROAD | BAYTOWN | TX | 77523 |
| 2439 | CEDAR BAYOU MASON LODGE | 2850 FERRY ROAD | BAYTOWN | TX | 77523 |
| 2505 | ismailji jamatkhana center | 1700 first colony | sugarland | tx | 77479 |
| 2505 | iglesia rio de agua vivia | 12525 fondren suite #B | houston | tx | 77035 |
| 2505 | houston chinese church | 10305 main street | houston | tx | 77025 |
| 2667 | Buckner Terrace HOA | 5151 Samuel Blvd | Dallas | TX | 75228 |
| 2688 | Congregation Beth El | 1010 Charleston Drive | Tyler | TX | 75703 |
| 2718 | saint agnes academy | 9000 bellaire blvd | houston | tx | 77036 |
| 2718 | strake jesuit college preparatory | 8900 bellaire boulevard | houston | tx | 77036 |
| 2718 | trafton academy | 4711 mcdermed driv | houston | tx | 77035 |
| 2763 | Sharyland ISD | 1106 N Shary Rd | Mission | TX | 78572 |
| 2763 | Rio Hondo ISD | 215 W Colorado Ave | Rio Hondo | TX | 78583 |
| 2763 | Santa Rosa ISD | 102 Jesus R Cruz | Santa Rosa | TX | 78593 |
| 2763 | Wellsfargo | 2808 W Trenton | Edinburg | TX | 78539 |

07.2016

**WM/YW 004858**

# Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| 2763 | Stripes | 806 E Palma Vista Dr | Palmview | TX | 78572 |
|------|---------|----------------------|----------|----|----|
| 2763 | GE | 6200 S 42nd ST | McAllen | TX | 78503 |
| 2763 | Pepsi Beverages Co | 1601 International Blvd | Hidalgo | TX | 78557 |
| 2763 | Weslaco ISD | 319 W 4th St | Weslaco | TX | 78596 |
| 2763 | PSJA ISD | 601 E. Kelly | Pharr | TX | 78577 |
| 2763 | Hidalgo ISD | 324 E Flora St | Hidalgo | TX | 78557 |
| 2763 | Vicscocity Crosstraining | 401 US Hwy 83 | McAllen | TX | 78501 |
| 2763 | Progreso ISD | 100 Business FM 1015 | Progreso | TX | 78579 |
| 2763 | Valley Coca-Cola Bottling Co | 2400 W. Exp 83 | McAllen | TX | 78501 |
| 2763 | Hyundai of Pharr | 1605 W Expressway 83 | Pharr | TX | 78577 |
| 2763 | Mercedes-Benz of San Juan | 400 E Expressway 83 | San Juan | TX | 78589 |
| 2763 | City of Donna | 307 S. 12th St | Donna | TX | 78537 |
| 2763 | Donna ISD | 116 N 10th St | Donna | TX | 78537 |
| 2763 | City of Pharr | 118 S Cage Blvd | Pharr | TX | 78577 |
| 2763 | Valley View ISD | 9601 FM2061 | Hidalgo | TX | 78557 |
| 2763 | City of Hidalgo | 211 E Esperanza Ave | Hidalgo | TX | 78557 |
| 2763 | T-Mobile | 3711 San Gabriel | Mission | TX | 78572 |
| 2763 | Fujitsu Ten | 5801 S Ware Rd St 200 | McAllen | TX | 78503 |
| 2765 | City of Los Fresnos | 200 N. Brazil St | Los Fresnos | TX | 78566 |
| 2765 | Los Fresnos ISD | 600 N. Mesquite | Los Fresnos | TX | 78566 |
| 2769 | Price Waterhouse Coopers | 200 Concord Plaza Suite 920 | San Antonio | TX | 78216 |
| 2835 | shavano park senior living | 3220 north loop 1604 w | san antonio | tx | 78231 |
| 2835 | Lone Star Bakery | 6905 us hwy 87 e | san antonio | tx | 78263 |
| 2835 | Toyota of Boerne | 31205 i10 | boerne | tx | 78006 |
| 2835 | Whataburger Corporate Office | 300 Concord Plaza Dr | San Antonio | TX | 78216 |
| 2835 | boerne isd | 123 west johns road | boerne | tx | 78006 |
| 2835 | Hallmark University | 10401 Interstate 10 Frontage Rd | San Antonio | TX | 78230 |
| 2835 | mystic park rehabilitation and healthcare center | 8503 mystic park | san antonio | tx | 78254 |
| 2835 | pape-dawson Engineers, Inc. | 2000 NW Loop 410 | Castle Hills | TX | 78213 |
| 2835 | Avanzar Interior Technologies | 1 lone star pass unit 41 | san antonio | tx | 78264 |
| 2883 | Warren Montessori | 10247 Warren Pkwy | Frisco | TX | 75035 |
| 2883 | Warren Montessori | 10247 Warren Pkwy | Frisco | TX | 75035 |
| 2883 | First United Bank | 960 East McCart St | Krum | TX | 76249 |
| 2883 | First United Bank | 2730 W University Dr | Denton | TX | 76201 |
| 2883 | First United Bank | 1517 S Centre Pl Dr, #100 | Denton | TX | 76205 |
| 2883 | Denbury Onshore | 5320 Legacy Dr | Plano | TX | 75024 |
| 2918 | TriTech Software | 1205 S Greenville Ave | Allen | TX | 75002 |
| 2918 | State Farm | 1251 State St | Richardson | TX | 75080 |
| 2926 | Pepsico | 7701 Legacy Dr | Plano | TX | 75024 |
| 2926 | Fossil, Inc | South Sanden Dr | Dallas | TX | 75238 |

19

WM/YW 004859

DocuSign Envelope ID: AC634073-DDB3-4A82-88B9-C155AE550E8D

**Walmart** Save money. Live better.   **Sam's CLUB**   Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

# CONFIDENTIAL INFORMATION

| 2926 | Fossil, Inc | 901 S Central Expressway | Richardson | TX | 75081 |
|------|-------------|--------------------------|------------|-----|-------|
| 2926 | Dr. Pepper Snapple | 5301 Legacy Dr | Plano | TX | 75024 |
| 2980 | EULESS USPS | 210 N. ECTOR DR. | EULESS | TX | 76039 |
| 2980 | oaks usps | 1008 robers cut off road | river oaks | tx | 76114 |
| 2980 | U.S POST OFFICE | 251 W. LANCASTER AVE | FORT WORTH | TX | 76102 |
| 2980 | U.S POST OFFICE HANDLEY | 1475 HANDLEY DR | FORT WORTH | TX | 76112 |
| 2980 | U.S Post Office CENTRAL BEDFORD | 2124 L DON DODSON DR | BEDFORD | TX | 76021 |
| 2980 | U.S Post Office Colleyville | 1501 Hall Johnson Rd | Colleyville | TX | 76034 |
| 2980 | U.S Post Office Alliance Airport | 2400 Westport pkwy ste 200 | Fort Worth | Tx | 76177 |
| 2980 | U.S Post Office Riverside | 400 Retta ST | Fort Worth | TX | 76111 |
| 2980 | U.S Post Office Hurst | 825 Precicnt Line RD | Hurst | TX | 76053 |
| 2980 | U.S Post Office North Hurst | 777 Cannon Dr | Hurst | Tx | 76054 |
| 2980 | U.S Post Office Saginaw | 101 Belmont ST | Saginaw | TX | 76179 |
| 2980 | U.S Post Office North Richland Hills | 6051 Davis Blvd | North Richland Hills | TX | 76180 |
| 2980 | U.S Post Office | 4600 Mark IV Parkway | Fort Worth | TX | 76161 |
| 2980 | U.S Post Office | 4909 Northeast pkwy | Fort Worth | TX | 76106 |
| 2980 | us post office | 520 E. Vine St | Keller | Tx | 76248 |
| 2980 | TRINITY RIVER USPS | 4450 OAK PARK LANE | FORT WORTH | TX | 78109 |
| 2980 | WHITE SETTLEMENT USPS | 301 N. LAS VEGAS TRAIL | FORT WORTH | TX | 76108 |
| 2980 | GRAPEVINE USPS | 1251 WILLIAM D. TATE AVE USPS | GRAPEVINE | TX | 76051 |
| 2980 | EIGHT AVENUE USPS | 2600 8TH AVE. | FORT WORTH | TX | 76110 |
| 2980 | SOUTHLAKE | 300 STATE ST. | SOUTHLAKE | TX | 76092 |
| 2980 | POLYTCHNIC USPS | 4650 E. ROSEDALE ST. | FORT WORTH | TX | 76105 |
| 2980 | ARLINGTON HEIGHTS USPS | 3101 W. 6TH ST | FORT WORTH | TX | 76107 |
| 2980 | U.S POST OFFICE LAKE WORTH | 3930 TELEPHONE RD | FORT WORTH | TX | 76135 |
| 2980 | U.S Post Office Central Fort Worth | 819 Taylor St | Fort Worth | TX | 76102 |
| 2980 | U.S Post Office Bedford | 1300 Harwood Rd | Bedford | TX | 76021 |
| 2980 | U.S Post Office Haslet | 1097 Schoolhouse RD | Haslet | Tx | 76052 |
| 2980 | U.S Post Office Stockyards | 2120 Ellis Ave | Fort Worth | TX | 76164 |
| 2980 | U.S Post Office Riverbend | 2414 Gravel Dr | Fort Worth | TX | 76118 |
| 2980 | U.S Post Office Keller | 520 E Vine ste | keller | Tx | 76248 |
| 2980 | U.S Post Office Richland Hills | 3201 Diana Dr Ste A | Richland Hills | TX | 76118 |
| 2980 | U.S Post Office Haltom City | 5709 Broadway Ave | Haltom City | TX | 76117 |
| 2980 | Jack D Watson Window Unit | 4600 Mark IV Pkwy | Fort Worth | TX | 76161 |
| 2980 | U.S Post Office | 6651 Watauga Rd Ste 103 | Watauga | TX | 76148 |
| 2980 | Open Road Lending | 5555 N Beach St | Fort Worth | Tx | 76137 |
| 2993 | sartartia middle school | 8125 homeward way | sugar land | tx | 77479 |
| 2995 | Spirit of Math | 2001 Independence Parkway | Plano | TX | 75075 |

WM/YW 004860

DocuSign Envelope ID: AC624073-DDB3-4A88-88D9-5155455E5E8D

**Walmart** Save money. Live better.   **Sam's CLUB**   Standing Order Protocol for the Administration of
Vaccines by Walmart and Sam's Club Pharmacists in
Texas

# CONFIDENTIAL INFORMATION

| 2996 | Price Waterhouse Coopers | 301 Commerce Street, Suite 2350 | Fort Worth | TX | 76102 |
|---|---|---|---|---|---|
| 2996 | Price Waterhouse Coopers | 2001 Ross Avenue, Suite 1800 | Dallas | TX | 75201 |
| 2996 | Xplor | 4660 FM 2281 | Lewisville | TX | 75056 |
| 2996 | Xplor | 2525 E Trinity Mills | Carrollton | TX | 75007 |
| 2996 | Sting Soccer | 15000 E Beltwood Pkwy | Addison | TX | 75001 |
| 2996 | The Tribute HOA | 1000 Lebanon Rd | The Colony | TX | 75056 |
| 2996 | Rosemeade Market & Greenhouse | 3646 Rosemeade Pkwy | Dallas | TX | 75287 |
| 2996 | Chick Fil A | 4523 Frankford Rd | Dallas | TX | 75287 |
| 2996 | Ericsson | 6300 Legacy Dr | Plano | TX | 75024 |
| 2996 | Ericsson | 6105 Tennyson Pkwy | Plano | TX | 75024 |
| 2996 | Lockheed Martin | 1251 S Sherman St #111 | Richardson | TX | 75081 |
| 2996 | Lennox Parts Plus | 2051 McKenzie Dr #100 | Carrollton | TX | 75006 |
| 2996 | Lennox Industries Inc | 1820 E Peters Colony Rd | Carrollton | TX | 75007 |
| 2996 | CMI/Walmart Home Delivery | 1025 W Trinity Mills | Carrollton | TX | 75006 |
| 2996 | Madison on Marsh | 2245 Marsh Ln | Carrollton | TX | 75006 |
| 2996 | Deerfield HOA | 4549 Old Pond Dr | Plano | TX | 75024 |
| 2996 | Chipotle Mexican Grill | 6202 W Park Blvd | Plano | TX | 75093 |
| 2996 | Ebby Halliday Realtors | 3315 Trinity Mills | Dallas | TX | 75287 |
| 2996 | Lockheed Martin | 102 W Freeway St | Grand Prarie | TX | 75051 |
| 2996 | Lockheed Martin | 9301 Skyline Rd | Dallas | TX | 75208 |
| 2996 | Lennox Industries Inc | 1600 Metrocrest Dr | Carrollton | TX | 75006 |
| 2996 | Acme Utility Services | 1544 Valwood Pkwy #100 | Carrollton | TX | 75006 |
| 2996 | Acme Decorative Concrete | 2220 Country Club Dr | Carrollton | TX | 75002 |
| 2996 | RNDC | 1010 Isuzu Pkwy | Grand Prarie | TX | 75050 |
| 2996 | Softlayer | 4849 Alpha Rd | Dallas | TX | 75244 |
| 3014 | Southern Hills Church of Christ | 6969 C.F. Hawn Freeway | Dallas | TX | 75217 |
| 3014 | Genesis Women's Shelter & Support | 4411 Lemmon Ave. Suite 201 | Dallas | TX | 75219 |
| 3014 | AAA Adult Day Care | 3306 W. Walnut St. #200 | Garland | TX | 75042 |
| 3014 | Real Page | 2201 Lakeside Dr | Richardson | TX | 75082 |
| 3043 | Virbac | 3200 Meacham Blvd | Fort Worth | Tx | 76137 |
| 3044 | LOCKHEED MARTIN | 1 LOCKHEED BLVD | FORT WORTH | TX | 76108 |
| 3044 | AMERICAN AIRLINES | 4333 AMON CARTER BOULEVARD | FORT WORTH | TX | 76155 |
| 3044 | EXXONMOBIL | 810 HOUSTON ST | FORT WORTH | TX | 76102 |
| 3056 | St Joseph Catholic Church | 25781 hwy 46w | Spring branch | Tx | 78070 |
| 3058 | St. Mary's university | one Camino road | San Antonio | TX | 78228 |
| 3107 | Kronkosky Place | 17 Old San Antonio Road | Boerne | Tx | 78006 |

WM/YW 004861

DocuSign Envelope ID: AC624073-DDB3-4A88-88B9-5155F550E5BD

# Standing Order Protocol for the Administration of
# Vaccines by Walmart and Sam's Club Pharmacists in
# Texas

## CONFIDENTIAL INFORMATION

| 3112 | Cimarron Praise | 10155 Old Cimarron Trail | Converse | tx | 78109 |
|------|------------------|--------------------------|----------|-----|-------|
| 3112 | Northeast Senior Multi Service Center | 4355 Centergate st | San Antonio | tx | 78217 |
| 3112 | District 2 senior center | 1751 s WW White Rd | San Antonio | tx | 78220 |
| 3112 | Schertz Senior Living | 5001 Schertz Parkway | Schertz | Tx | 78154 |
| 3112 | Judson ISD | 8012 shin oak drive | Live Oak | Tx | 78233 |
| 3112 | True Vision Baptist Church | 2826 Ackerman Rd | San Antonio | TX | 78219 |
| 3112 | Manheim San Antonio | 2042 Ackerman Rd | San Antonio | TX | 78219 |
| 3112 | Kirby Senior Center | 3211 Alan Shepard Dr | san Antonio | tx | 78219 |
| 3112 | St Joan of Arc Catholic Church | 2829 Ackerman Rd | San Antonio | TX | 78219 |
| 3135 | The Vantage at Cityview | 6301 Overton Ridge Blvd | Fort Worth | TX | 76132 |
| 3135 | Stonegate Nursing Center | 4201 Stonegate Blvd | Fort Worth | TX | 76109 |
| 3135 | Good Life Assisted Living and Memory Care | 812 W. Morphy St | Fort Worth | TX | 76104 |
| 3135 | Travis Ave Baptist Church | 800 West Berry St | Fort Worth | TX | 76110 |
| 3135 | Cedar Bluff Assisted Living | 354 Matlock Road | Mansfield | TX | 76063 |
| 3135 | Courtyards at River Park Senior Living | 3201 River Park Drive | Fort Worth | TX | 76116 |
| 3198 | atria | 1825 arbor creek drive | carrollton | tx | 75010 |
| 3199 | Primrose School | 4301 E. Renner Rd | Richardson | TX | 75082 |
| 3204 | Parrish-Hare Southwest | 3201 Robinson Rd | Midlothian | TX | 75165 |
| 3204 | Parrish-Hare West | 100 S Sylvania | Fort Worth | TX | 76111 |
| 3204 | Parrish-Hare Dallas | 1211 Regal Row | Dallas | TX | 75247 |
| 3213 | New Caney High School | 21650 Loop 494 | New Caney | TX | 77357 |
| 3213 | Woodridge Forest Middle School | 4540 Woodridge Parkway | Porter | TX | 77365 |
| 3213 | White Oak Middle School | 24161 Briar Berry Lane | Porter | TX | 77365 |
| 3213 | Valley Ranch Elementary School | 21700 Valley Ranch Crossing Dr. | Porter | TX | 77365 |
| 3213 | Tavola Elementary School | 18885 Winding Summit Dr. | New Caney | TX | 77357 |
| 3213 | Sorters Mill Elementary School | 23300 Sorters Road | Porter | TX | 77365 |
| 3213 | New Caney Elementary School | 20501 FM 1485 | New Caney | TX | 77357 |
| 3213 | Kings Manor Elementary School | 21111 Royal Crossing Drive | Kingwood | TX | 77339 |
| 3213 | Crippen Elementary School | 18690 Cumberland Blvd | Porter | TX | 77365 |
| 3213 | Bens Branch Elementary School | 24160 Briar Berry Lane | Porter | TX | 77365 |
| 3213 | BMW OF TJE WOODLANDS | 17830 INTERSTATE 45 SOUTH | THE WOODLAND | TX | 77384 |
| 3213 | WINDSOR LAKE CLUBHOUSE | 1 LAKE WINDSOR CIRCLE | CONROE | TX | 77384 |
| 3213 | City of Conroe Tower -2nd floor  EOC | 300 West Davis Street | Conroe | TX | 77301 |
| 3213 | City of Conroe (Public Works Department) | 401 South Sgt Ed Holcombe Blvd | Conroe | Tx | 77304 |
| 3213 | BMW | 17830 N Freeway Service Road | The Woodlands | TX | 77384 |
| 3213 | Porter High School | 22625 Sandy Lane | Porter | TX | 77365 |

07.2016

WM/YW 004862

DocuSign Envelope ID: AC624073-DDB3-4A88-88B9-5155455E58BD

**Walmart** Save money. Live better. · **Sam's CLUB**

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

# CONFIDENTIAL INFORMATION

| 3213 | Infinity Early College High School | 22500 Eagle Drive | New Caney | TX | 77357 |
|---|---|---|---|---|---|
| 3213 | Woodridge Forest Middle School | 4540 Woodridge Parkway | Porter | TX | 77365 |
| 3213 | Keefer Crossing Middle School | 20350 FM 1485 | New Caney | TX | 77357 |
| 3213 | New Caney Middle School | 22784 Hwy 59 S | Porter | TX | 77365 |
| 3213 | Oakley Elementary School | 22320 Loop 494 | New Caney | TX | 77357 |
| 3213 | CONSERATORY AT ALDEN BRIDGE | 6203 ALDEN BRIDGE DRIVE | THE WOODLAND | TX | 77382 |
| 3213 | MAGNOLIA ISD | 31141 NICHOLS SAWMILL RD | MAGNOLIA | TX | 77353 |
| 3213 | City of Conroe (Police Station) | 700 Old Montgomery Road (FM2854) | Conroe | TX | 77301 |
| 3226 | Woodcreek Junior High | 1801 Woodcreek Bend Ln | Katy | TX | 77494 |
| 3226 | Primrose school | 26900 cinco ranch blvd | katy | tx | 77494 |
| 3229 | G. Keith Davis, Attorney At Law | 802 East Ave | Wellington | TX | 79095 |
| 3229 | Goodwill | 4117 Hillcrest | Vernon | TX | 76384 |
| 3274 | St. Mary's Orthodox Church | 14133 Dennis Lane | Farmers Branch | tx | 75234 |
| 3279 | Republic Services | 4542 se loop 410 | San Antonio | Tx | 78222 |
| 3279 | Tiger Sanitation | 6315 us 87 | San Antonio | tx | 78222 |
| 3284 | Phap Quang Temple | 1004 Small Street | Grand Prairie | TX | 75050 |
| 3284 | Vietnamese American for Mutual Assistance and Services | 2300 W Walnut St | Garland | TX | 75042 |
| 3285 | Atlas Copco Drilling Solutions LLC | 815 Enterprise Blvd St 100 | Allen | TX | 75013 |
| 3287 | GE Healthcare | 7920 Elmbrook | Dallas | TX | 75247 |
| 3296 | BROOKDALE SENIOR LIVING HOME | 2929 POST OAK BLVD | HOUSTON | TX | 77056 |
| 3296 | IGLOO | 28155 hwy blvd | katy | tx | 77494 |
| 3297 | Bray Controls | 13333 Westland East Blvd | Houston | TX | 77041 |
| 3297 | Sysco Corp. | 1390 Enclave Pkwy | Houston | TX | 77077 |
| 3297 | Brookdale Cy-Fair Senior Living Solutions | 11500 Fallbrook Dr | Houston | TX | 77065 |
| 3297 | Elmcroft of Cy-Fair | 11246 Fallbrook | Houston | TX | 77065 |
| 3297 | Heartis Senior Living | 17935 Longenbaugh Drive | Cypress | TX | 77433 |
| 3297 | South Coast Supply | 20702 Hempstead Rd, #100 | Houston | TX | 77065 |
| 3297 | Bibs and Cribs | 10860 Jones Rd | Houston | TX | 77065 |
| 3297 | Sieman's | 10750 Telge Rd | Houston | TX | 77095 |
| 3297 | Beck and Masten GMC | 11300 FM 1960 W | Houston | TX | 77065 |
| 3302 | lac hong adult day care center | 6628 s wilcrest drive | houston | tx | 77072 |
| 3302 | kids r kids learning academy - sienna plantation | 4401 sienna circle | missouri city | tx | 77459 |
| 3302 | kids r kids learning academy -- riverstone | 18408 winding waters lane | sugar land | tx | 77479 |

23

WM/YW 004863

**Walmart** — Save money. Live better. | **Sam's CLUB**

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

# CONFIDENTIAL INFORMATION

| 3319 | walmart overnight clinic | 2020 heights dr | harker heights | tx | 76548 |
|------|--------------------------|-----------------|----------------|----|-------|
| 3383 | Hastings | 5715 Canyon Dr | Amarillo | TX | 79110 |
| 3391 | GE oil and gas inc | 1150 Schwann rd, | Schertz | Tx | 78132 |
| 3406 | King Architectural Metals | 9611 E RL Thornton Freeway | Dallas | TX | 75228 |
| 3406 | Knight Electronics | 10557 Metric Dr | Dallas | TX | 75243 |
| 3406 | Futurewei | 5340 Legacy Dr Ste 175 | Plano | TX | 75024 |
| 3406 | Huawei | 5700 Tennyson Pkwy Ste 500 & 600 | Plano | TX | 75024 |
| 3406 | GENBAND | 3605 E Plano Pkwy | Plano | TX | 75074 |
| 3406 | Town of Addison | 5300 Belt Line Rd | Addison | TX | 75001 |
| 3406 | CBRE | 2100 McKinney Ave, Suite 700 | Dallas | TX | 75201 |
| 3406 | Ryder | 3500 Beltline Rd | Farmers Branch | TX | 75234 |
| 3406 | Alcatel Lucent | 601 Data Dr | Plano | TX | 75075 |
| 3406 | Chase Couriers & Logistics | 1220 Champion Circle #114 | Carrollton | TX | 75006 |
| 3406 | McLane Intelligent Solutions | 15305 Dallas Pkwy #30 | Addison | TX | 75001 |
| 3406 | McLane Food Service | 2085 Midway Rd | Carrollton | TX | 75006 |
| 3425 | Halliburton (Technology Center) | 15081 1/2 Milner Rd Gate 3 | Houston | TX | 77032 |
| 3425 | Archdiocese Galveston-Houston St. Dominic Center | 2403 Holcombe Blvd. | Houston | TX | 77021 |
| 3425 | Archdiocese Galveston-Houston | 1700 San Jacinto St | Houston | TX | 77002 |
| 3425 | Mary Queen Catholic Church | 606 Cedarwood dr | Friendswood | TX | 77546 |
| 3425 | Air Liquide | 9811 Katy Freeway Suite 100 | Houston | TX | 77024 |
| 3432 | Americold | 5140 Catron Drive | Dallas | tx | 75227 |
| 3432 | Perla Dental | 692 W Pioneer Pkwy Suite 100 | Grand Prairie | TX | 75051 |
| 3432 | Perla Dental | 404 NIH 35E Suite 118 | Lancaster | TX | 75146 |
| 3433 | City Of DeSoto | 211 E. Pleasant Run Road | DeSoto | tx | 75115 |
| 3433 | Slater Matsil LLP | 17950 Preston Road, Suite 1000 | Dallas | TX | 75252 |
| 3449 | YMCA | 100 E. Beeline Lane | Harker Heights | TX | 76548 |
| 3450 | Bambino's Childcare & Learning | 2802 Illinois Ave. | Killeen | TX | 76543 |
| 3450 | Lions Club Killeen Senior Center | 1700 E Stan Schlueter Loop | Killeen | TX | 76542 |
| 3450 | Creative Child Learning Arts Academy | 2300 South Clear Creek Road | Killeen | tx | 76549 |
| 3450 | Killeen Independent School District (KISD) | 200 N WS Young Dr | Killeen | TX | 76543 |
| 3452 | Hosana Church | 17700 Clay Rd, | Houston | TX | 77084 |
| 3452 | Living world of the Nazarene | 17700 Clay Rd | Houston | Tx | 77084 |
| 3452 | Lone Star College | 19710 Clay Rd | Houston | TX | 77449 |
| 3452 | Sampson | 16002 Coles Crossings | Cypress | Tx | 77429 |

24

WM/YW 004864

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

# CONFIDENTIAL INFORMATION

| 3452 | A. Robison | 17100 Robison Woods Rd. | Cypress | Tx | 77429 |
|---|---|---|---|---|---|
| 3452 | M. Robinson | 4321 Westfield Village Dr | Cypress | Tx | 77449 |
| 3452 | Rennell | 19500 Tuckerton Blvd | Cypress | Tx | 77433 |
| 3452 | Reed | 8700 Tami Renee Ln | Houston | Tx | 77040 |
| 3452 | Postma | 18425 West Rd | Cypress | Tx | 77433 |
| 3452 | Post | 7600 Equador St | Houston | Tx | 77040 |
| 3452 | Pope | 19019 N. Bridgeland Pkwy | Cypress | Tx | 77433 |
| 3452 | McFee | 19315 Plantation cove Ln | Katy | Tx | 77449 |
| 3452 | Lone Star College | 19710 clay rd | katy | tx | 77449 |
| 3452 | Hosanna Church | 17700 Clay rd | Houston | Tx | 77084 |
| 3452 | Sheridan | 19790 Keith Harrow Blvd | Katy | Tx | 77449 |
| 3452 | Owens | 7939 Jackrabnit Rd | Houston | Tx | 77095 |
| 3452 | Moore | 13734 Lakewood Forest Dr | Houston | Tx | 77070 |
| 3452 | Millsap | 12424 Huffmeister Rd | Cypress | Tx | 77429 |
| 3452 | Metcalf | 6100 Queenston Blvd | Houston | Tx | 77084 |
| 3452 | Matzke | 13102 Jones Rd | Houston | TX | 77070 |
| 3452 | Living world of Nazare | 16607 Clay Rd | Houston | Tx | 77084 |
| 3452 | Lone star college | 19710 clay rd | katy | tx | 77449 |
| 3482 | Crest Foods | 101 West Renner Road | Richardson | TX | 75082 |
| 3482 | Transwestern | 3661 N. Plano Road | Richardson | TX | 75082 |
| 3506 | cy-fair h.s. | 22602 hempsted hwy | cypress | tx | 77429 |
| 3509 | CDI | 11200 Richmond Ave | Houston | TX | 77082 |
| 3510 | windsor village united methodist church | 5927 heatherbrook drive | houston | tx | 77085 |
| 3510 | pressnflex fitness | 133 w parkwood | friendswood | tx | 77546 |
| 3521 | Austin College | 900 N GRAND AVE | SHERMAN | TX | 75090 |
| 3530 | United Commerce Centers Inc | 10679 harry hines blvd | dallas | tx | 75220 |
| 3530 | Transamerica | 2700 w plano pkway | plano | tx | 75075 |
| 3542 | Legacy Ford | 27225 Southwest Freeway | Rosenberg | TX | 77471 |
| 3542 | Sienna Plantation Animal Hospital | 9212 Sienna Ranch Rd. | Missouri City | TX | 77459 |
| 3572 | Kids R Kids | 2430 county road 90 | pearland | tx | 77584 |
| 3572 | ethosenergy | 3100 south sam houston parkway | houston | tx | 77047 |
| 3574 | chick-fil-a | w. mcdermott drive | allen | tx | 75013 |
| 3574 | Dick's Sporting Goods | 170 E Stacy Rd | Allen | tx | 75002 |
| 3574 | Allen Community Outreach | 801 E Main | allen | tx | 75002 |
| 3574 | chick-fil-a | 350 stacy rd | allen | tx | 75002 |
| 3574 | Angel Way Dental | 1512 E.Exchange | Allen | TX | 75002 |

25

WM/YW 004865

DocuSign Envelope ID: AC624073-DBB3-4A89-88BD-5155455F9F8D

**Walmart** Save money. Live better.  **Sam's CLUB**

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| | | Parkway | | | |
| 3579 | LIEDER ELEMENTARY SCHOOL | 17003 KEITH HARROW BLVD | HOUSTON | TX | 77084 |
| 3579 | LEE ELEMENTARY SCHOOL | 12900 WEST LITTLE YORK RD | HOUSTON | TX | 77041 |
| 3579 | LAMKIN ELEMENTARY SCHOOL | 11521 TELGE RD | CYPRESS | TX | 77429 |
| 3579 | KIRK ELEMENTARY SCHOOL | 12421 TANNER RD | HOUSTON | TX | 77041 |
| 3579 | KEITH ELEMENTARY SCHOOL | 20550 FAIRFIELD GREEN | CYPRESS | TX | 77433 |
| 3579 | JOWELL ELEMENTARY SCHOOL | 6365 GREENHOUSE RD | KATY | TX | 77449 |
| 3579 | HOLBROOK  ELEMENTARY SCHOOL | 6402 LANGFIELD RD | HOUSTON | TX | 77092 |
| 3579 | HAMILTON ELEMENTARY SCHOOL | 12050 OLD KLUGE RD | CYPRESS | TX | 77429 |
| 3579 | HALGROVE ELEMENTARY SCHOOL | 7120 NORTH ELDRIDGE PKWY | HOUSTON | TX | 77041 |
| 3579 | Atria Kingwood | 2401 Green Oak Drive | kingwood | tx | 77339 |
| 3579 | Lone Star College | 20000 KINGWOOD DR | KINGWOOD | TX | 77339 |
| 3579 | LOWERY ELEMENTARY SCHOOL | 15950 RIDGE PARK DRIVE | HOUSTON | TX | 77095 |
| 3579 | HORNE ELEMENTARY SCHOOL | 14950 WEST LITTLE YORK RD | HOUSTON | TX | 77084 |
| 3579 | HOLMSLEY ELEMENTART SCHOOL | 7315 HUDSON OAKS DRIVE | HOUSTON | TX | 77095 |
| 3579 | HOMMERWAY ELEMENTARY SCHOOL | 20400 WEST LITTLE YORK RD | KATY | TX | 77449 |
| 3579 | HAMMENWAY ELEMENTARY SCHOOL | 20400 WEST LITTLE YORK RD | KATY | TX | 77449 |
| 3579 | HAMCOCK ELEMENTARY SCHOOL | 13801 SCHROEDER RD | HOUSTON | TX | 77070 |
| 3579 | COPELAND ELEMENTARY SCHOOL | 9203 WILLOWBRIDGE PARK BLVD | HOUSTON | TX | 77064 |
| 3579 | Brookdale Assistant Living | 929 Rockmead Dr | Humble | tx | 77339 |
| 3584 | EQD | 4809 WESTWAY PARK BLVD | HOUSTON | TX | 77041 |
| 3585 | wire mesh corp (WMC) | 18490 main street | conroe | tx | 77385 |
| 3591 | Center Point Baptiste Church | 14884 FM 1774 | Plantersville | tx | 77363 |
| 3591 | Mt Sinai Baptist Church | 611 Community Rd | Montgomery | TX | 77356 |
| 3591 | Anytime Fitness | 20873 Eva ST | Montgomery | TX | 77356 |
| 3591 | City of Montgomery | 101 Old Pantersville | Montgomery | TX | 77356 |
| 3591 | City of Montgomery (Fire Dept) | 20590 Eva St | Montgomery | TX | 77356 |
| 3591 | State Farm Insurance | 20821 Eva ST | Montgomery | TX | 77356 |
| 3591 | Montgomery ISD | 13159 Waldren Road | Montgomery | TX | 77356 |
| 3594 | Woods Chapel Baptist Church | 2424 California Ln | Arlington | TX | 76015 |
| 3594 | Fielder Road Church | 2011 S. Fielder Rd | Arlington | TX | 76013 |
| 3594 | st mary's catholic church | 8227 county road 205 | plantersville | tx | 77363 |
| 3640 | Ark Shadows Apartment Homes | 7200 Shadyvilla Lane | Houston | TX | 77055 |
| 3640 | Pappas, Inc | 6360 Richmond Ave | Houston | TX | 77057 |
| 3653 | Diesel Dynamics | 940 S Broadway St. | Joshua | TX | 76058 |
| 3661 | iconic strength and conditioning | 6410 airport road | el paso | tx | 79925 |

07.2016

WM/YW 004866

DocuSign Envelope ID: AC624273-DB83-4A88-88B9-6155455B5E8D

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

# CONFIDENTIAL INFORMATION

| 3661 | wheelchair & walker rentals inc | 1241 lee trevino | el paso | tx | 79907 |
|------|--------------------------------|------------------|---------|----|-------|
| 3777 | Frisco Lakes | 7277 Frisco Lakes Dr | Frisco | TX | 75034 |
| 3777 | Trinity Industries | 7115 Belton St | Richland Hills | TX | 76118 |
| 3777 | Mondelez International | 90 Tradewind Dr | Fort Worth | TX | 76177 |
| 3777 | Genband | 3605 E Plano Pkwy | Plano | TX | 75074 |
| 3777 | Trinity Industries | 1000 NE 28th St | Fort Worth | TX | 76106 |
| 3777 | Trinity Industries | 615 E Sycamore St | Denton | TX | 76205 |
| 3777 | Trinity Industries | 2525 Stemmons Fwy | Dallas | TX | 75207 |
| 3777 | Alcon | 6201 South Freeway | Fort Worth | TX | 76134 |
| 3777 | City of Little Elm | 100 W Eldorado Pkwy | Little Elm | TX | 75068 |
| 3827 | Brookdlae First Colony | 16900 lexington blvd | sugar land | tx | 77479 |
| 3827 | Watercrest at Sugar Land | 744 Brooks St | Sugar Land | TX | 77478 |
| 3827 | Mylan | 12720 Dairy Ashford Rd | Sugar Land | TX | 77478 |
| 3827 | Brookdale First Colony | 16900 Lexington Blvd | Sugar Land | TX | 77479 |
| 3828 | Teleco Plus Credit Union | 423 Gilmer Rd | Longview | Tx | 75604 |
| 3828 | Telco Plus Credit Union | 7395 S Broadway ave | Tyler | Tx | 75703 |
| 3870 | PARK SPRINGS BIBLE CHURCH | 5515 PARK SPRINGS BLVD | ARLINGTON | TX | 76017 |
| 3870 | NORTH FORT WORTH BAPTIST CHURCH | 5801 N I-35W | FORT WORTH | TX | 76131 |
| 4046 | Bank of America | 1913 S.Garland Ave. | Garland | TX | 75040 |
| 4055 | Marantha Bible Church | 7855 Tx-1604 | Converse | tx | 78109 |
| 4103 | Ric's Dancehall | 603 E Hondo Ave | Devine | tx | 78056 |
| 4103 | Devine Community Center | 200 E Hondo Ave | devine | tx | 78056 |
| 4103 | Devine High School | 1225 W Hondo Ave | Devine | tx | 78056 |
| 4103 | Ramirez Residential Care | 1034 CR 664 | devine | tx | 78016 |
| 4103 | Ramirez Personal Care | 1024 CR 664 | devine | tx | 78016 |
| 4103 | M.A. Assisted Living Home | 185 CR 679 | Natalia | tx | 78059 |
| 4103 | Heritage Residential Care Center | 307 Briscoe | devine | tx | 78016 |
| 4103 | Country View Care Home | 1060 NW FM 462 | Moore | tx | 78057 |
| 4104 | Denton Senior Center | 509 N. Bell Ave. | Denton | TX | 76209 |
| 4104 | Allen Senior Recreation Center | 451 St. Mary Dr. | Allen | TX | 75002 |
| 4104 | McKinney Senior Recreation Center | 1400 S. College St. | McKinney | TX | 75069 |
| 4104 | Citey of Frisco Senior Center at Frisco Square | 6670 Moore St. | Frisco | TX | 75034 |
| 4104 | Plano Senior Recreation Center | 401 W. 16th St. | Plano | TX | 75075 |
| 4104 | Dillard's | 2201 S I-35 E | Denton | TX | 76205 |
| 4104 | Autumn Oaks of Corinth | 3400 Corinth Pkwy | Corinth | TX | 76208 |
| 4104 | Surepoint Emergency Center | 2426 Lillian Miller Pkwy | Denton | TX | 76205 |
| 4112 | Brownsville Toyota | 6750 N Expressway 77/83 | Brownsville | TX | 78526 |
| 4112 | Payne Brownsville | 4017 N. Expressway | Brownsville | TX | 78520 |
| 4112 | University of Texas School of Public Health | 80 Fort Brown | Brownsville | TX | 78520 |

WM/YW 004867

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

# CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 4115 | Discovery Church | 242 Country Ln | Cibolo | Tx | 78108 |
| 4163 | Mercedes Benz of Georgetown | 7401 S. Interstate 35 | Georgetown | TX | 78626 |
| 4182 | Merrill Lynch Plano | 6836 Dallas Pkwy 3rd Floor | Plano | TX | 75024 |
| 4182 | Vendor Resource Management Company | 4100 International Pkwy #1000 | Carrollton | TX | 75007 |
| 4182 | Hudson Peters Commercial | 16479 Dallas Parkway Ste 750 | Addison | TX | 75001 |
| 4182 | TBK Bank | 12700 Park Central Drive Ste 1700 | Dallas | TX | 75251 |
| 4182 | Plano Super Bowl | 2521 K Ave | Plano | TX | 75074 |
| 4182 | Authority Roofing LLC | 2591 Dallas Pkwy #300 | Frisco | TX | 75034 |
| 4182 | Plano Rotary Club | 4517 Emerson Dr | Plano | TX | 75093 |
| 4182 | In Touch Credit Union | 4701 West Plano Pkwy Suite 100 | Plano | TX | 75093 |
| 4182 | Silverado Plano Memory Care Community | 5521 Village Creek Dr | Plano | TX | 75093 |
| 4182 | Aqua Fit Aquatics | 1400 Summit Ave D2 | Plano | TX | 75074 |
| 4182 | Care Builders at Home | 6860 N Dallas Pkwy Ste 200 | Plano | TX | 75024 |
| 4182 | Texas Paint | 4410 Ross Avenue | Dallas | TX | 75204 |
| 4183 | Aqua-tech laboratories inc | 635 Phil Graham blvd | bryan | TX | 77807 |
| 4183 | TOYO INK AMERICA, LLC | 2400 NORTH HARVEY MITCHELL PKWY | BRYAN | TX | 77807 |
| 4183 | coufal-prater equipment ,LLC | 3110 HIGHWAY 21 WEST | Bryan | TX | 77803 |
| 4183 | traditions club at texas a&m | 3131 club drive | bryan | TX | 77807 |
| 4183 | Blinn college | 2423 Blinn blvd | bryan | tx | 77805 |
| 4183 | Wells Fargo | 3000 Briarcrest Dr | bryan | tx | 77802 |
| 4183 | The Home Depot | 1615 University Dr E | College station | TX | 77840 |
| 4183 | Lowe's Home Improvement | 4451 Texas 6 frontage rd | college station | tx | 77845 |
| 4183 | Lowe's Home Improvement | 3225 Freedom blvd | bryan | tx | 77802 |
| 4183 | AMERICAN MOMENTUM BANK | 1 MOMENTUM BLVD | COLLEGE | TX | 77845 |
| 4183 | Traditions Club at Texas A&M | 3238-3298 cASITA CT | BRYAN | TX | 77807 |
| 4183 | TEEX Brayton Fire Training Field | 1595 nuclear science rd | college station | tx | 77843 |
| 4183 | bryan fire department station 1 | 300 w william j bryan pkwy | bryan | tx | 77803 |
| 4183 | st joseph catholic school | 600 s coulter | bryan | tx | 77803 |
| 4183 | Oakwell academy | 1001 woodcreek dr | college station | tx | 77845 |
| 4183 | cornerstone christian school | 3200 cavitt ave | bryan | tx | 77801 |
| 4183 | Texas A&M health science center | 214 adriance lab rd | college station | tx | 77843 |
| 4183 | stephen f austin school | 801 s ennis st | bryan | tx | 77803 |
| 4183 | kemp elementary school | 750 bruin trace | brayn | tx | 77803 |
| 4183 | sul ross elementary school | 3300 pkwy ter | bryan | tx | 77802 |
| 4183 | the mary catherine harris-of choice | 1307 memorial dr | bryan | tx | 77802 |

WM/YW 004868

DocuSign Envelope ID: AC624073-DBB3-4A88-88B9-C6155d559E8D

**Walmart** Save money. Live better.   **Sam's CLUB**   Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

# CONFIDENTIAL INFORMATION

| | school | | | | |
|---|---|---|---|---|---|
| 4183 | neal elementary school | 801 w m l k st | brayn | tx | 77803 |
| 4183 | navarro elementary school | 4619 northwood dr | bryan | tx | 77803 |
| 4183 | bryan high school | 3450 campus dr | bryan | tx | 77802 |
| 4183 | Arents Family Dentistry | 1103 E Villa Maria rd | bryan | tx | 77802 |
| 4183 | brazos valley pediatric dentistry | 1103 rock prairie rd, unit 1001 | college station | tx | 77845 |
| 4183 | bluenonnet house | 3601 victoria ave | college station | tx | 77845 |
| 4183 | Arbor Oaks At Crestview | 2505 E Villa Maria rd | Bryan | tx | 77802 |
| 4183 | Esperanza Assisted Living | 1103 Rockprairie rd | college station | tx | 77845 |
| 4183 | The Waterford at College Station | 1103 Rock Prairie Rd | College Station | tx | 77845 |
| 4183 | Home Instead Senior Care | 1908 Greenfield plaza | bryan | tx | 77802 |
| 4183 | Lampstand Health& Rehab | 2001 E 29th st | Bryan | TX | 77802 |
| 4183 | Crestview Retirement Community | 2505 E Villa Maria rd | Bryan | TX | 77802 |
| 4183 | Blinn College | 902 college ave | brehnam | tx | 77833 |
| 4183 | BETTER HOMES AND GARDENS REAL ESTATE | 1251 BARRON RD | COLLEGE | TX | 77845 |
| 4183 | KELLER WILLIAMS REALTY | 2801 EARL RUDDER FWY | COLLEGE | TX | 77845 |
| 4183 | The Bryan-College station Eagle | 1729 Briarcrest dr | bryan | tx | 77802 |
| 4183 | Kbtx Media | 4141 E 29th st | bryan | tx | 77802 |
| 4183 | brazos county courthouse | 300 E 26th st | bryan | tx | 77803 |
| 4183 | st joseph catholic school | 6044 rye loop & osr | bryan | tx | 77807 |
| 4183 | St Joseph Catholic School | 901 E. wm. joel pkwy | bryan | tx | 77803 |
| 4183 | primrose school of college station | 1021 arrington rd | college station | tx | 77845 |
| 4183 | stepping stone school | 900 university oaks blvd | college station | tx | 77840 |
| 4183 | St. Joseph catholic secondary school | 600 s coulter dr | bryan | tx | 77803 |
| 4183 | St. Thomas early learning center | 906 george bush dr | college station | tx | 77840 |
| 4183 | saint michael's episcopal school | 2500 s college ave | bryan | tx | 77801 |
| 4183 | sam rayburn school | 1048 n earl rudder fwy | bryan | tx | 77802 |
| 4183 | sam houston elementary school | 4501 canterbury | bryan | tx | 77802 |
| 4183 | mitchell elementary school | 2500 austin's colony pkwy | bryan | tx | 77808 |
| 4183 | henderson elementary school | 801 matous dr | bryan | tx | 77802 |
| 4183 | harmony science academy | 2031 s texas ave | bryan | tx | 77802 |
| 4183 | johnson elementary school | 3800 oak hill dr | bryan | tx | 77802 |
| 4183 | kemp elementary school | 750 bruin trace | bryan | tx | 77803 |
| 4183 | crockett elementary school | 401 elm | bryan | tx | 77801 |
| 4183 | creek view elementary school | 1001 eagle ave | college station | tx | 77845 |
| 4183 | rock prairie elementary school | 3400 welsh ave | college station | tx | 77845 |
| 4183 | A&M Consolidated high school | 1801 harvey mitchell pkwy s | college station | tx | 77840 |
| 4183 | college hills elementary school | 1101 williams st | college station | tx | 77840 |
| 4183 | Elms Orthodontics | 1501 Emerald pkwy | college station | tx | 77845 |

07.2016

WM/YW 004869

DocuSign Envelope ID: AC634973-DBB3-4A88-88B9-15155455B5BD

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

# CONFIDENTIAL INFORMATION

| 4183 | traditions heath care | 1862 rock prairie rd | college station | tx | 77845 |
|------|------------------------|----------------------|-----------------|-----|--------|
| 4183 | EASTERWOOD AIRPORT | 1 McKenzie terminal blvd unit 112 | college station | tx | 77845 |
| 4183 | VISITING ANGELS LIVING ASSISTANCE SERVICES | 3801 E CREST DR #1306 | BRYAN | TX | 77802 |
| 4183 | SENIOR CIRCLE | 1604 RPCK PRAIRIE RD | COLLEGE | TX | 77845 |
| 4183 | COMFORT KEEPERS | 244 SOUTHWEST PKWY E | COLLEGE | TX | 77840 |
| 4183 | brazos county senior citizens | 1402 bristol st | bryan | tx | 77802 |
| 4183 | dansby house inc | 703 dean st | bryan | tx | 77806 |
| 4183 | Snook Independent School District | 10110 FM 2155 | somerville | Tx | 77879 |
| 4183 | Broadmoor Place | 2601 E Villa Maria rd | Bryan | tx | 77802 |
| 4183 | Park Place | 8733 TX-6 | BRYAN | TX | 77807 |
| 4183 | Carriage Inn-Bryan | 4235 Boonville Rd | Bryan | TX | 77802 |
| 4183 | Hudson Creek Alzheimer's Special Care Center | 3850 Coppercrest Dr | Bryan | TX | 77802 |
| 4183 | College Station Independent School District | 1812 Welsh ave | College Station | TX | 77840 |
| 4183 | Bryan Independent School District | 101 North Texas ave | Bryan | TX | 77803 |
| 4194 | Solalis Ass. Living | 4409 John Stockbauer Dr. | Victoria | TX | 77904 |
| 4194 | Victoria Electric | 102 s Ben Jordan St. | Victoria | tx | 77901 |
| 4215 | City of Forney | 110 Justice Center Drive | Forney | Tx | 75126 |
| 4215 | City of Forney | 101 W Main Street | Forney | Tx | 75126 |
| 4219 | Cabella's | 15570 S IH 35 Frontage Rd | Buda | tx | 78610 |
| 4290 | Southwestern Energy | 10000 Energy Dr. | Spring | TX | 77389 |
| 4298 | DAWN Center- City of Houston | 3611 Ennis | Houston | TX | 77004 |
| 4298 | Cornerstone Village Apartments | 3133 Cornerstone Park Dr | Houston | TX | 77014 |
| 4298 | D. Bradley McWilliams YMCA | 19915 TX-249 | Houston | TX | 77070 |
| 4298 | Kashmere Multi-Service Center | 4802 Lockwood Dr | Houston | TX | 77026 |
| 4298 | Fuseco-Houston | 15550 WEST HARDY | Houston | TX | 77060 |
| 4298 | Cambridge School | 18901 Timber Forest Drive | Humble | TX | 77346 |
| 4298 | Summer Creek High School | 14000 Weckford Blvd | Houston | TX | 77044 |
| 4298 | Quest Early College High School | 15903 West Lake Houston Parkway | Houston | TX | 77044 |
| 4298 | Kingwood Park High School | 4015 Woodland Hills Drive | Kingwood | TX | 77339 |
| 4298 | Humble High School | 1700 Wilson Road | Humble | TX | 77338 |
| 4298 | Woodcreek Middle School | 14600 Woodson Park Drive | Houston | TX | 77044 |
| 4298 | Ross Sterling Middle School | 1131 Wilson Road | Humble | TX | 77338 |
| 4298 | Humble Middle School | 11207 Will Clayton Parkway | Humble | TX | 77346 |
| 4298 | Timbers Elementary School | 6910 Lonesome Woods | Humble | TX | 77346 |

07.2016

WM/YW 004870

DocuSign Envelope ID: AC624073-DDB3-4A89-88B9-5155C550E8D

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 4298 | | Trail | | | |
|------|--------------------------------|---------------------------------|-----------|----|-------|
| 4298 | Summerwood Elementary School | 14000 Summerwood Lakes Drive | Houston | TX | 77044 |
| 4298 | Shadow Forest Elementary School | 2300 Mills Branch Drive | Kingwood | TX | 77345 |
| 4298 | River Pines Elementary School | 2400 Cold River Drive | Humble | TX | 77396 |
| 4298 | Ridge Creek Elementary School | 15201 Woodland Hills Drive | Humble | TX | 77396 |
| 4298 | Pine Forest Elementary School | 19702 West Lake Houston Parkway | Humble | TX | 77346 |
| 4298 | Park Lakes Elementary School | 4400 Wilson Road | Humble | TX | 77396 |
| 4298 | Oaks Elementary School | 5858 Upper Lake Drive | Humble | TX | 77346 |
| 4298 | North Belt Elementary School | 8105 North Belt Drive | Humble | TX | 77396 |
| 4298 | Lakeland Elementary School | 1500 Montgomery Lane | Humble | TX | 77338 |
| 4298 | Deerwood Elementary School | 2920 Forest Garden Dr. | Kingwood | TX | 77345 |
| 4298 | GE Oil and Gas | 18000 Highway 59 (Eastex Freeway) | Humble | TX | 77396 |
| 4298 | GE Oil and Gas | 4424 West Sam Houston Parkway North | Houston | TX | 77041 |
| 4298 | GE Oil and Gas | 16240 Port Northwest Drive | Houston | TX | 77041 |
| 4298 | GE Oil and Gas | 3300 N. Sam Houston Pkwy East | Houston | TX | 77032 |
| 4298 | GE Oil and Gas | 7105 Business Park Drive | Houston | TX | 77041 |
| 4298 | Primrose Del Sol Apartments | 131 Aldine Bender Rd | Houston | TX | 77060 |
| 4298 | East Montgomery County YMC | 16401 1st St | Splendora | TX | 77372 |
| 4298 | Kingwood High School | 2701 Kingwood Drive | Kingwood | TX | 77339 |
| 4298 | Atascocita High School | 13300 Will Clayton Parkway | Humble | TX | 77346 |
| 4298 | Timberwood Middle School | 18450 Timber Forest Drive | Humble | TX | 77346 |
| 4298 | Riverwood Middle School | 2910 High Valley Drive | Kingwood | TX | 77345 |
| 4298 | Kingwood Middle School | 2407 Pine Terrace | Kingwood | TX | 77339 |
| 4298 | Creekwood Middle School | 3603 West Lake Houston Parkway | Kingwood | TX | 77339 |
| 4298 | Atascocita Middle School | 18810 West Lake Houston Parkway | Humble | TX | 77346 |
| 4298 | Woodland Hills Elementary School | 2222 Tree Lane | Kingwood | TX | 77339 |
| 4298 | Willow Creek Elementary School | 2002 Willow Terrace Drive | Kingwood | TX | 77345 |
| 4298 | Whispering Pines Elementary School | 17321 Woodland Hills Drive | Humble | TX | 77346 |
| 4298 | River Pines Elementary School | 2400 Cold River Drive | Humble | TX | 77396 |
| 4298 | Oak Forest Elementary School | 6400 Woodland Glen | Humble | TX | 77346 |
| 4298 | Maplebrook Elementary School | 7935 Farmingham Road | Humble | TX | 77346 |
| 4298 | Lakeshore Elementary School | 13333 Breakwater Path | Houston | TX | 77044 |
| 4298 | Jack M. Fields Sr. Elementary School | 2505 South Houston Avenue | Humble | TX | 77396 |

31

WM/YW 004871

DocuSign Envelope ID: AC624073-DDB3-4A88-88B9-5155E55E58BD

**Walmart**
Save money. Live better.

**Sam's CLUB**

Standing Order Protocol for the Administration of
Vaccines by Walmart and Sam's Club Pharmacists in
Texas

## CONFIDENTIAL INFORMATION

| 4298 | Humble Elementary School | 20252 Fieldtree Dr. | Humble | TX | 77338 |
|------|--------------------------|---------------------|--------|----|----|
| 4298 | Greentree Elementary School | 3502 Brookshadow Dr. | Kingwood | TX | 77345 |
| 4298 | Foster Elementary School | 1800 Trailwood Village Dr. | Kingwood | TX | 77339 |
| 4298 | Fall Creek Elementary School | 14435 Mesa Dr. | Humble | TX | 77396 |
| 4298 | Elm Grove Elementary School | 2815 Clear Ridge Dr. | Kingwood | TX | 77339 |
| 4298 | Eagle Springs Elementary School | 12500 Will Clayton Pkwy | Humble | TX | 77346 |
| 4298 | Bear Branch Elementary School | 3500 Garden Lake Dr. | Kingwood | TX | 77339 |
| 4298 | Atascocita Springs Elementary School | 13515 Valley Lodge Pkwy | Humble | TX | 77346 |
| 4298 | Lake Houston Family YMCA | 2420 W. Lake Houston Pkwy | Kingwood | TX | 77339 |
| 4298 | Price Waterhouse Coopers | 1000 Louisiana Street, Suite 5800 | Houston | TX | 77002 |
| 4298 | GE Oil and Gas | Westway Plaza-11330 Clay Road-BLD-1037727 | Houston | TX | 77041 |
| 4298 | GE Oil and Gas | 4425 Westway Boulevard | Houston | TX | 77041 |
| 4298 | GE Oil and Gas | 11150 Equity Drive | Houston | TX | 77041 |
| 4298 | GE Oil and Gas | 12221 N. Houston Rosslyn Rd | Houston | TX | 77086 |
| 4298 | GE Oil and Gas | 16250 Port Northwest Drive | Houston | TX | 77041 |
| 4298 | GE Oil and Gas | 17619 Aldine Westfield Road | Houston | TX | 77073 |
| 4366 | ABC 123 Christian Learning Center | 1035 Belvidere St #123 | El Paso | TX | 79912 |
| 4367 | Catfish King | 3301 Summerhill Rd | Texarkana | TX | 75503 |
| 4367 | 9/5/2016 | 2500 N Robinson Rd | Texarkana | TX | 75501 |
| 4367 | Westgate | 3501 summerhill Rd | Texarkana | TX | 75503 |
| 4367 | Michelin | 3223 Summerhill Rd | Texarkana | TX | 75503 |
| 4367 | ARMSTRONG McCALL | 3408 SUMMERHILL RD | Texarkana | TX | 75503 |
| 4367 | Blue Gorilla Garage | 6905 Alumax rd | Texarkana | TX | 75501 |
| 4373 | LEDWELL | 3300 WACO ST | TEXARKANA | TX | 75501 |
| 4373 | BAPTIST BOOKSTORE | 4605 N. STATELINE | TEXARKANA | TX | 75503 |
| 4373 | BAPTIST BOOKSTORE | 4605 NORTH STATELINE | TEXARKANA | TX | 75503 |
| 4373 | BAPTIST BOOKSTORE | 4605 N. STATELINE | TEXARKANA | TX | 75503 |
| 4373 | BAPTIST BOOKSTORE | 4605 NORTH STATELINE | TEXARKANA | TX | 75503 |
| 4373 | LEDWELL | 3300 WACO ST | TEXARKANA | TX | 75501 |
| 4373 | LEDWELL | 3300 WACO ST | TEXARKANA | TX | 75501 |
| 4416 | Anheuser-Busch | 775 Gellhorn Dr | Houston | TX | 77029 |
| 4416 | Silver Eagle Distributors | 8660 N. Eldridge Parkway | Houston | TX | 77041 |
| 4464 | Dr David Woodburn DDs | 2602 s kentucky | amarillo | tx | 79109 |
| 4464 | Dr David Woodburn DDS office | 3602 S Kentucky | Amarillo | Tx | 79109 |
| 4464 | corbin orthodontics | 3419 coulter | amarillo | tx | 79109 |
| 4464 | panhandle dental | 7200 w 45th | amarillo | tx | 79109 |

32

WM/YW 004872

DocuSign Envelope ID: AC634073-DB33-4A89-889D-5155455E5E8D

**Walmart** Save money. Live better.  **Sam's CLUB**

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 4464 | panhandle dental | 7200 w 45th | amarillo | tx | 79109 |
|------|------------------|-------------|----------|-----|-------|
| 4464 | West Gate Chevrolet | 2200 i-40 east | amarillo | tx | 79103 |
| 4464 | Brady Dental Clinic | 2915 S Georgia | Amarillo | tx | 79109 |
| 4465 | Carlton Center | 13550 Woods-Spillane Blvd | Cypress | TX | 77249 |
| 4465 | Adaptive Behavior Center | 12508 Windfern Rd. | Houston | TX | 77064 |
| 4465 | Watkins Middle School | 4800 Calmvillage St | Houston | TX | 77064 |
| 4465 | Spillane Middle School | 13403 Woods Spillane Blvd | Cypress | TX | 77433 |
| 4465 | Sahyards Middle School | 21757 Fairfield Place Dr. | Cypress | TX | 77433 |
| 4465 | Kahla Middle School | 16212 West Little York Rd. | Houston | TX | 77084 |
| 4465 | Goodson Middle School | 17333 Huffmeister Rd. | Cypress | TX | 77429 |
| 4465 | Bleyl Middle School | 10800 Mills Rd. | Houston | TX | 77070 |
| 4465 | Alternative Learning Center (W) | 19350 Rebel Yell Dr. | Katy | TX | 77449 |
| 4465 | Alternative Learning Center (E) | 12508 Windfern Dr. | Houston | TX | 77064 |
| 4465 | Truitt Middlw School | 6600 Addicks Satsuma Rd. | Houston | TX | 77084 |
| 4465 | Thornton Middle School | 19802 Kieth Harrow Blvd | Katy | TX | 77449 |
| 4465 | Smith Middle School | 10300 Warner Smith Blvd | Cypress | TX | 77433 |
| 4465 | Labay Middle School | 15435 Willow River Dr. | Houston | TX | 77095 |
| 4465 | Hopper Middle School | 7811 Fry Rd. | Cypress | TX | 77433 |
| 4465 | Hamilton Middle School | 12330 Kluge Rd. | Cypress | TX | 77429 |
| 4465 | Dean Middle School | 14104 Reo St | Houston | TX | 77040 |
| 4465 | Cook Middle School | 9111 Wheatland Dr. | Houston | TX | 77064 |
| 4465 | Campbell Middle School | 11415 Bobcar Rd. | Houston | TX | 77064 |
| 4468 | YMCA of KATY | 22807 Westheimer Pkwy | Katy | TX | 77494 |
| 4468 | Church on the Rock Katy | 433 S. Barker Cypress | Houston | TX | 77094 |
| 4468 | PCL Industries, Inc. | 15915 Katy Freeway, Suite 300 | Houston | TX | 77094 |
| 4468 | YMCA OF KATY | 22807 WESTHEIMER PKWY | KATY | TX | 77494 |
| 4468 | Gold's Gym | 16211 Clay Rd Suite 330 | Houston | TX | 77084 |
| 4468 | Wood Group Mustang, Inc. | 17325 Park Row Dr. | Houston | TX | 77084 |
| 4468 | Technip, Inc. | 11740 Katy Freeway, Suite 100 | Houston | TX | 77079 |
| 4468 | Spark Energy, Inc. | 12140 Wickchester Lane | Houston | TX | 77079 |
| 4468 | YMCA OF KATY | 22807 WESTHEIMER PKWY | KATY | TX | 77494 |
| 4538 | Silver Eagle Distributors | 7777 Washington Ave | Houston | TX | 77007 |
| 4538 | Silver Eagle Distributors | 6902 Industrial Pkwy | Rosenburg | TX | 77471 |
| 4554 | Whole Foods Market | 550 Bowie Street | Austin | TX | 78703 |

07.2016

**WM/YW 004873**

DocuSign Envelope ID: AC624073-DDB3-4A82-88B9-15155455F5BD

**Walmart** Save money. Live better.    **Sam's CLUB**

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| 4554 | Rupert and Associates P.C. | 10616 Manchaca Road | Austin | TX | 78748 |
|------|----------------------------|---------------------|--------|-----|-------|
| 4554 | Roger Beasley Hyundai | 24795 I-35 | Kyle | TX | 78640 |
| 4605 | villa of tyler assisted living | 3323 garden valley rd | tyler | tx | 75702 |
| 4605 | Jalapeno Tree Restaurants | 420 wsw loop 323 | tyler | tx | 75701 |
| 4605 | Centric Dental Lab | 620 N. Houston | Bullard | TX | 75757 |
| 4618 | CCISD Central Support Facility | 2145 W. NASA Blvd. | Webster | TX | 77598 |
| 4618 | Clear Springs High School | 501 Palomino Lane | League City | TX | 77573 |
| 4618 | Clear Falls High School | 4380 Village Way | League City | TX | 77573 |
| 4618 | Clear Creek High School | 2305 East Main St. | League City | TX | 77573 |
| 4618 | Westbrook Intermediate | 302 W. El Dorado Blvd. | Friendswood | TX | 77546 |
| 4618 | Victory Lakes intermediate | 2880 West Walker | League City | TX | 77573 |
| 4618 | Space Center Intermediate | 17400 Saturn Lane | Houston | TX | 77058 |
| 4618 | League City Intermediate | 2588 Webster St. | League City | TX | 77573 |
| 4618 | Clear Lake Intermediate | 15545 El Camino Real | Houston | TX | 77062 |
| 4618 | Clear Creek Intermediate | 2451 East Main St. | League City | TX | 77573 |
| 4618 | Whitcomb Elementary | 900 Reseda | Houston | TX | 77062 |
| 4618 | Ward Elementary | 1440 Bouldercrest | Houston | TX | 77062 |
| 4618 | McWhirter Elementary | 300 Pennsylvania | Webster | TX | 77598 |
| 4618 | League City Elementary | 709 East Wilkins | League City | TX | 77573 |
| 4618 | Greene Elementary | 2903 Friendswood Link Rd. | Webster | TX | 77598 |
| 4618 | Goforth Elementary | 2610 Webster Rd. | League City | TX | 77573 |
| 4618 | Gilmore Elementary | 3552 League City Parkway | League City | TX | 77573 |
| 4618 | Bay Elementary | 1502 Bayport Blvd. | Seabrook | TX | 77586 |
| 4618 | Armand Bayou Elementary | 16000 Hickory Knoll | Houston | TX | 77059 |
| 4618 | Clear Creek Independent School District | 2425 East Main St. | League City | TX | 77573 |
| 4618 | CCISD West Agricultural Center | 2155 W. NASA Blvd. | Webster | TX | 77598 |
| 4618 | CCISD East Agricultural Center | 3255 Delesandri Lane | Kemah | TX | 77565 |
| 4618 | CCISD Technology Learning Center | 330 S. Iowa | League City | TX | 77573 |
| 4618 | CCISD Education Support Center | 2425 E. Main St. | League City | TX | 77573 |
| 4618 | Clear View High School | 400 South Walnut | Webster | TX | 77598 |
| 4618 | Clear Path Alternative School | 400 South Kansas | League City | TX | 77573 |
| 4618 | Clear Lake High School | 2929 Bay Area Blvd. | Houston | TX | 77058 |
| 4618 | Clear Horizons Early College High School | 13735 Beamer Rd. | Houston | TX | 77089 |
| 4618 | Clear Brook High School | 4607 FM 2351 | Friendswood | TX | 77546 |
| 4618 | Seabrook Intermediate | 2401 East Meyer Rd. | Seabrook | TX | 77586 |
| 4618 | Creekside Intermediate | 4310 West Main St. | League City | TX | 77573 |
| 4618 | Brookside Intermediate | 3535 East FM 528 | Friendswood | TX | 77546 |
| 4618 | Bayside Intermediate | 4380 Village Way | League City | TX | 77573 |
| 4618 | Ed White Elementary | 1708 Les Talley Dr. | El Lago | TX | 77586 |
| 4618 | Wedgewood Elementary | 4000 Friendswood Link | Friendswood | TX | 77546 |

**WM/YW 004874**

Vaccines by Walmart and Sam's Club Pharmacists in Texas

Standing Order Protocol for the Administration of

## CONFIDENTIAL INFORMATION

| | | Rd. | | | |
|---|---|---|---|---|---|
| 4618 | Weber Elementary | 11955 Blackhawk Blvd. | Houston | TX | 77089 |
| 4618 | Stewart Elementary | 330 FM 2094 | Kemah | TX | 77565 |
| 4618 | Ross Elemenatry | 2401 West Main St. | League City | TX | 77573 |
| 4618 | Robinson Elementary | 451 Kirby Dr. | Seabrook | TX | 77586 |
| 4618 | Parr Elementary | 1315 Hwy. 3 South | League City | TX | 77573 |
| 4618 | North Pointe Elementary | 3200 Almond Creek Dr. | Houston | TX | 77059 |
| 4618 | Mossman Elementary | 4380 Village Way | League City | TX | 77573 |
| 4618 | Landolt Elementary | 2104 Pilgrims Point | Friendswood | TX | 77546 |
| 4618 | Hyde Elementary | 3700 FM 518 East | League City | TX | 77573 |
| 4618 | Hall Elementary | 5931 Meadowside | League City | TX | 77573 |
| 4618 | Ferguson Elementary | 1910 Compass Rose Blvd. | League City | TX | 77573 |
| 4618 | Falcon Pass Elementary | 2465 Falcon Pass Dr. | Houston | TX | 77062 |
| 4618 | Clear Lake City Elementary | 1707 Fairwind Rd. | Houston | TX | 77062 |
| 4618 | Brookwood Elementary | 16850 Middlebrook Dr. | Houston | TX | 77059 |
| 4618 | Bauerschlag Elementary | 2051 League City Parkway | League City | TX | 77573 |
| 4618 | Turning Point Church | 801 TX-3 | League City | TX | 77573 |
| 4627 | Dogwood Estates | 2820 Wind River Ln. | Denton | TX | 76210 |
| 4627 | Amazon Fulfillment Center | 700 Westport Pkwy | Fort Worth | TX | 76177 |
| 4627 | Walmart Return Center | 2301 Corporation Pkwy | Waco | TX | 76712 |
| 4627 | United Copper Industries | 2727 Geesling Rd. | Denton | TX | 76208 |
| 4627 | Willow Bend Assisted Living | 2125 Brinker Rd. | Denton | TX | 76208 |
| 4627 | Nexus Community Church | 9772 Ridge Poin Blvd | Dallas | TX | 75243 |
| 4627 | Uline | 980 W Bethel Rd. | Coppell | TX | 75019 |
| 4627 | Collin County Jail and Court House | 4300 Community Ave | Mckinney | TX | 75071 |
| 4627 | Collin County Sheriff's Dept | 4300 Community Ave | Mckinney | TX | 75071 |
| 4627 | Walmart DC 6056 | 591 Appache Trail | Terrell | TX | 75160 |
| 4627 | UNT | 1155 Union Circle | Denton | TX | 76203 |
| 4627 | Primrose | 1400 E University Dr | Denton | TX | 76209 |
| 4627 | Walmart DC #7042 | 4554 Oscar Nelson, Jr. Drive | Baytown | TX | 77523 |
| 4627 | Energy Transfer Equity | 3738 Oak Lawn Ave | Dallas | TX | 75219 |
| 4627 | Neiman Marcus | 1618 Main St. | Dallas | TX | 75201 |
| 4627 | City of Anna | 111 N Powell Pkwy | Anna | TX | 75409 |
| 4627 | City of Anna Police Department | 101 S Powell Pkwy | Anna | TX | 75409 |
| 4627 | Walmart DC 6083 | 9605 NW H K Dodgen Loop | Temple | TX | 76504 |
| 4627 | Vintage Retirement Comm | 205 N Bonnie Brae St | Denton | TX | 76201 |
| 4661 | Windcrest United Methodist Church | 8101 Midcrown Dr | San Antonio | TX | 78239 |
| 4661 | Northeast Lakeview College | 1201 KittyHawk Rd | Universal City | TX | 78148 |
| 4670 | Highland Hills Elementary | 734 Glamis Ave. | San Antonio | TX | 78223 |
| 4670 | Pecan Valley Elementary | 3966 E. Southcross | San Antonio | TX | 78222 |

35

WM/YW 004875

DocuSign Envelope ID: AC6240F3-DFB3-4A82-88B9-E6155455E5BD

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| | | Blvd. | | | |
|---|---|---|---|---|---|
| 4674 | Work Force Solutions, Deep East Texas | 235 N. University Dr. | Nacogdoches | TX | 75964 |
| 4674 | Texas Farm Products Company | 915 S. Fredonia St. | Nacogdoches | TX | 75964 |
| 4674 | R & K Distributors, Inc. | 6821 North St. | Nacogdoches | TX | 75965 |
| 4674 | First Bank & Trust East Texas | 1009 N. University Dr. | Nacogdoches | TX | 75963 |
| 4702 | friendswood high scholl | 702 greenbriar | friendswood | tx | 77546 |
| 4702 | webster city police | 217 pennsylvania ave | webster | tx | 77598 |
| 4702 | kemah police | 1401 tx 146 | kemah | tx | 77565 |
| 4702 | seabrook city hall | 1700 1st st | seabrook | tx | 77586 |
| 4702 | poly one | 5306 tx-146 | seabrook | tx | 77586 |
| 4702 | league city police | 555 w walker st | league city | tx | 77573 |
| 4702 | friendswood junior high | 1000 manison parkway | friendswood | tx | 77546 |
| 4702 | wesbter city hall | 101 pennsylvania ave | webster | tx | 77598 |
| 4702 | friendswood city hall | 910 s friendswood dr | friendswood | tx | 77546 |
| 4702 | league city city hall | 300 w walker st | league city | tx | 77573 |
| 4702 | cebelas | 2421 gulf fwy s | league city | tx | 77573 |
| 4720 | Illumitex, Inc | 6301 E Stassney Ln Bld 6-400 | Austin | TX | 78744 |
| 4720 | Williams Elementary School | 500 Mairo St | Austin | TX | 78748 |
| 4763 | Crown | 12910 jesse pirtle boulevard | Sugar land | tx | 77478 |
| 4763 | Fluor | 1 Fluor Enterprises, Inc. | Sugar land | tx | 77478 |
| 4764 | Brookwood Community | 1752 fm 1489 rd | brookshire | tx | 77423 |
| 4783 | imagination station | 1966 arapaho rd | garland | tx | 75044 |
| 4783 | Senderra RX Partners | 9330 LBJ Freeway STE 1300 | Dallas | Tx | 75243 |
| 4783 | The Premier Learning Center of Wylie | 640 W Brown Street | Wylie | Tx | 75098 |
| 4783 | kraft Foods | 2340 forest ln | garland | tx | 75042 |
| 4843 | vietnamese martyr church | 10610 kingspoint road | houston | tx | 77075 |
| 4843 | st helen catholic church | 2209 old alvin road | pearland | tx | 77581 |
| 4843 | ineos | fm 2004 | alvin | tx | 77511 |
| 4911 | Watercrest | 205 E. Debbie Lane | Mansfield | tx | 76963 |
| 4911 | Mansfield Activity Center | 106 S. Wisteria | Mansfield | TX | 76063 |
| 4948 | Region 15 | 612 S. Irene | San Angelo | TX | 76903 |
| 4948 | Performant | 2763 Southwest Blvd | San Angelo | TX | 76904 |
| 4948 | Christian Village | 4225 Billie Bolin Dr. | San Angelo | TX | 76904 |
| 4948 | West Central Wireless | 3389 Knickerbocker Rd | San Angelo | TX | 76904 |
| 4948 | Southland Baptist Church | 4300 Meadowcreek Trail | San Angelo | TX | 76904 |
| 4948 | Ener-Tel | 4512 Adobe Dr | San Angelo | TX | 76903 |
| 4948 | Housley Communications | 3550 S Bryant | San Angelo | TX | 76903 |
| 4948 | First Community Federal Credit Union | 3505 Wildewood Dr. | San Angelo | TX | 76904 |
| 5045 | Allen Harrison Company | 1800 Augusta Drive, Suite 150 | Houston | TX | 77057 |

36

WM/YW 004876

## CONFIDENTIAL INFORMATION

| 5045 | The Woods Private School | 13835 Cedar Point Drive | Houston | TX | 77070 |
|---|---|---|---|---|---|
| 5091 | Anheuser-Busch | 1800 West Loop S #1100 | Houston | TX | 77027 |
| 5094 | Sterling McCall Hyundai | 10505 Southwest Freeway | Houston | TX | 77074 |
| 5094 | Sterling McCall Acura | 10455 Southwest Freeway | Houston | TX | 77074 |
| 5094 | Sterling McCall Ford | 6445 Southwest Freeway | Houston | TX | 77074 |
| 5094 | Sterling McCall Nissan | 12230 Southwest Freeway | Stafford | TX | 77477 |
| 5094 | Sterling McCall Toyota | 9400 Southwest Freeway | Houston | TX | 77074 |
| 5094 | St. Catherine of Sienna Episcopal Church | 4747 Sienna Parkway | Missouri City | TX | 77459 |
| 5094 | STERLING MCCALL TOYOTA | 9400 SW FREEWAY | HOUSTON | TX | 77074 |
| 5094 | Sterling McCall Buick GMC | 10422 Southwest Freeway Bldg. D | Houston | TX | 77074 |
| 5094 | Sterling McCall Honda | 22575 Highway 59 N. | Kingwood | TX | 77339 |
| 5094 | Sterling McCall Lexus | 10025 Southwest Freeway | Houston | TX | 77074 |
| 5108 | Ruldoph Honda | east side | el paso | tx | 79936 |
| 5108 | El Paso Honda dealer | 1490 N. Lee Trevino Dr. | El Paso | TX | 79936 |
| 5144 | Converse chiropractic | 8014 kitty hawk | Converse | Tx | 78109 |
| 5144 | IASA | 9144 SUMMER WIND ST | SAN ANTONIO | TX | 78217 |
| 5144 | San Antonio water system | 2800 us 281 | San antonio | Tx | 78212 |
| 5144 | New life baptist church | 101 north st | Converse | Tx | 78109 |
| 5144 | Hill country steel fabrication | 13638 interstate 10 ste 1 | Converse | Tx | 78109 |
| 5144 | Hill country steel fabrication | 13638 interstate 10 ste 1 | Converse | Tx | 78109 |
| 5144 | Crossroad vision care | 9250 fm 78 | Converse | Tx | 78109 |
| 5144 | Converse chiropractic | 8014 kitty hawk | Converse | Tx | 78109 |
| 5144 | Convergint Tecnologies | 1218 Arion pkwy | san antonio | tx | 78216 |
| 5145 | Discount Tire | 6708 Guada Coma Dr. Ste 102 | Schertz | Tx | 78154 |
| 5145 | Prestige Printing | 8 Burwood Ln | San Antonio | Tx | 78216 |
| 5145 | Johnson Air | 9703 McCullough | San Antonio | Tx | 78216 |
| 5145 | Calandrios Landin | 11025 Lota Dr | San Antonio | Tx | 78217 |
| 5145 | Chase Bank | 13939 Nacogdoches Rd | San Antonio | Tx | 78247 |
| 5145 | Arby's | 14103 Nacogdoches rd | San Antonio | Tx | 78247 |
| 5145 | Subway | 12315 Judson rd | Live Oak | Tx | 78233 |
| 5145 | Jack in the Box | 11615 N IH 35 | San Antonio | Tx | 78233 |
| 5145 | AutoZone | 1309 Pat Booker Rd | Universal City | Tx | 78148 |
| 5145 | AutoZone | 13221 Nacogdoches Rd | San Antonio | Tx | 78217 |
| 5145 | Salsalito's | 11703 Bandera Rd | San Antonio | Tx | 78250 |

07.2016

WM/YW 004877

DocuSign Envelope ID: AC624073-DDB3-4A88-88B9-6155F550E8D

**Standing Order Protocol for Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 5145 | Discount Tire Store | 8130 Agora Pkwy | Selma | Tx | 78154 |
|------|---------------------|-----------------|-------|-----|-------|
| 5145 | Discouunt Tire Store | 13850 O'Connor Rd | San Antonio | Tx | 78233 |
| 5145 | Popeyes Louisiana Kitchen | 14107 Nacogdoches Rd | San Antonio | Tx | 78247 |
| 5145 | subway | 14084 nacgodoches rd | san antonio | tx | 78247 |
| 5145 | subway | 11726 interstate 35 frontage rd | san antonio | tx | 78233 |
| 5145 | kfc | 14076 nacogdaches rd | san antonio | tx | 78247 |
| 5145 | firestone complete auto care | 2610 schofield rd | fort sam houston | tx | 78234 |
| 5145 | firestone complete auto careq | 6901 bandera rd | leon valley | tx | 78234 |
| 5145 | firestone complete auto care | 4800 broadway st | alamo heights | tx | 78209 |
| 5145 | firestone complete auto care | 10635 culebra rd | san antonio | tx | 78251 |
| 5145 | FIRESTONE COMPLETE AUTO CARE | 11540 PERRIN BEITEL RD | SAN ANTONIO | TX | 78217 |
| 5145 | WHATABURGER | 4646 W COMMERCE | SAN ANTONIO | TX | 78237 |
| 5145 | WHATABURGER | 4590NW LOOP 410 | san antonio | tx | 78229 |
| 5145 | WHATABURGER | 8214 MARBACH RD | SAN ANTONIO | TX | 78227 |
| 5145 | WHATABURGER | 12510 SW LOOP 410 | SAN ANTONIO | TX | 78224 |
| 5145 | WHATABURGER | 14646 BLANCO RD | SAN ANTONIO | TX | 78216 |
| 5145 | whatabuger | 3500 s new branfels ave | san antonio | tx | 78223 |
| 5145 | whataburger | 10011 us 281 access rd | san antonio | tx | 78216 |
| 5145 | whataburger | 18303 w interstate 10 | san antonio | tx | 78257 |
| 5145 | mcdonalds | 102 s ww white rd | san antono | tx | 78219 |
| 5145 | mcdonalds | 1515 n loop 1604 e | san antonio | tx | 78232 |
| 5145 | mcdonalds | 8500 jones maltsberger rd | san antonio | tx | 78216 |
| 5145 | mcdonalds | 7267 wurzbach rd | san antonio | tx | 78240 |
| 5145 | MCDONALDS | 101 ALAMNO PLAZA | SAN ANTONIO | TX | 78205 |
| 5145 | MCDONALDS | 1330 S LAREDO ST | SAN ANTONIO | TX | 78204 |
| 5145 | MCDONALDS | 89631 BROADWAY | SAN ANTONIO | TX | 78217 |
| 5145 | Whataburger | AT&T Center Parkway | San Antonio | Tx | 78219 |
| 5145 | Whataburger | 8481 Us 281 | San Antonio | Tx | 78216 |
| 5145 | MCDONALDS | 5700 WALZEM RD | SAN ANTONIO | TX | 78218 |
| 5145 | MCDONALDS | 13919 NACOGDOCHES RD | SAN ANTONIO | TX | 78217 |
| 5145 | MCDONALDS | 11710 N INTERSTATE 35 | SAN ANTONIO | TX | 78233 |
| 5145 | KENS GOODYEAR | 400 S FLORES ST | SAN ANTONIO | TX | 78204 |
| 5145 | GOODYEAR COMMERCIAL TIRE AND SERVICE CENTERS | 8477 NE INTERSTATE 410 LOOP | SAN ANTONIO | TX | 78219 |
| 5145 | goodyear tire and rubber company | 5722 babcock rd | san antonio | tx | 78210 |
| 5145 | Whataburger | 1243 Austin Hwy | San Antonio | Tx | 78209 |
| 5145 | GOODYEAR AUTO SERVICE CENTER | 8011 BANDERA RD | san antonio | tx | 78250 |
| 5145 | Biff Buzbys Burgers | 12702 Toepperwein rd | Live Oak | Tx | 78233 |
| 5145 | KENS GOOD YEAR | 1315 AUSTIN HWY | SAN ANTONIO | TX | 78209 |
| 5145 | Whataburger | 4635 Rittiman rd | San Antonio | Tx | 78218 |

07.2016

WM/YW 004878

Standing Order Protocol for the Administration of
Vaccines by Walmart and Sam's Club Pharmacists in
Texas

# CONFIDENTIAL INFORMATION

| 5145 | Brookdale Nacogdoches | 14595 Nacogdoches rd | San Antonio | Tx | 78247 |
|------|------------------------|----------------------|-------------|-----|-------|
| 5145 | BUSHS CHICKEN | 4857 ROY RICHARD DR | SAN ANTONIO | TX | 78154 |
| 5145 | BUSHS CHICKEN | 13603 NOCOGDOCHES RD | SAN ANTONIO | TX | 78217 |
| 5145 | bushs chicken | 10696 toepperwein rd | san antonio | tx | 78109 |
| 5145 | Esplanade Gardens Senior Campus | 10790 Toepperwein rd | Converse | Tx | 78109 |
| 5145 | express lube # 31 | 8803 fredericksberg rd | san antonio | tx | 78240 |
| 5145 | EXPRESS LUBE #19 | 1061 S WALNUT AVE | NEW BRAUNFEL | TX | 78130 |
| 5145 | EXPRESS LUBE #18 | 7626 CULEBRA | SAN ANTONIO | TX | 78251 |
| 5145 | EXPRESS LUBE #17 | 9280 FM 78 | CONVERSE | TX | 78109 |
| 5145 | Sonic Drive-In | 9080 W Farm to Market rd | Converse | Tx | 78109 |
| 5145 | Wash Tub | 4318 Broadways st | San Antonio | Tx | 78209 |
| 5145 | express lube #10 | 1525 austin hwy | san antonio | tx | 78218 |
| 5145 | The Was Tub | 951 Bitters Rd | San Antonio | Tx | 78216 |
| 5145 | Was Tub | 1250 Austin Hwy | San Antonio | Tx | 78209 |
| 5145 | Wash Tub | 6011 FM3009 | Schertz | Tx | 78154 |
| 5145 | The Wash Tub | 15055 Judson Rd | San Antonio | Tx | 78247 |
| 5145 | express lube #7 | 11507 west ave | san antonio | tx | 78213 |
| 5145 | express lube #32 | 1200 thorpe ln | san marcus | tx | 78666 |
| 5145 | express lube #28 | 4343 vance jackson | san antonio | tx | 78230 |
| 5145 | EXPRESS LUBE #27 | 12266 BANDERA RD | HELOTES | TX | 78023 |
| 5145 | EXPRESS LUBE #22 | 1227 COMMERCIAL AVE | SAN ANTONIO | TX | 78221 |
| 5145 | gunn infiniti | 12150 w interstate 10 | san antonio | tx | 78230 |
| 5145 | gunn honda | 14610 w interstate 10 | san antonio | tx | 78249 |
| 5145 | gunn fleet | 16550ih 35 north | selma | tx | 78154 |
| 5145 | gunn collision | 4851 woodstone dr | san antonio | tx | 78230 |
| 5145 | gunn chevrolet | 16550 interstate 35 n | selma | tx | 78154 |
| 5145 | gunn buick gmc | 16440 interstate 35 n | selma | tx | 78154 |
| 5145 | Bill Miller Bar-B-Q | 4500 Broadway st | San Antonio | Tx | 78209 |
| 5145 | Gun acura | 11911 10 west | San Antonio | Tx | 78230 |
| 5145 | bill miller bar b q | 1004 281 access rd | san antonio | tx | 78212 |
| 5145 | Bill Miller Bar-B-Q | 2911 Thousand Oaks | San Antonio | Tx | 78247 |
| 5145 | Bill Miller Bar-B-Q | 4502 Rittiman rd | San Antonio | Tx | 78218 |
| 5145 | Bill Miller Bar-B-Q | 17600 I-35 Frontage rd | San Antonio | Tx | 78154 |
| 5145 | bill  miller bar b q inc | 1720 n new branfels ave | san antonio | tx | 78208 |
| 5145 | Bill miller bar b q inc | 5113 Walzem rd | san antonio | tx | 78218 |
| 5145 | Texas air products | 9330 United Dr Ste 150 | austin | tx | 78758 |
| 5145 | Bill Miller Bar-B-Q | 11842 Perrin Beitel Rd | San Antonio | Tx | 78217 |
| 5145 | S&P Communications | 6712 Randolph Blvd | San Antonio | TX | 78233 |
| 5145 | Drive Time | 6728 Randolph Blvd | Live Oak | Tx | 78233 |

WM/YW 004879

DocuSign Envelope ID: AC634073-DDB3-4A82-88B9-C6155F550E8D

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 5145 | The Home Depot | 8138 Agora pkwy | Selma | Tx | 78154 |
| 5145 | Lowe's Home Improvement | 3302 Goliad Rd | San Antonio | Tx | 78223 |
| 5145 | Berkshire Hathaway Home Services Don Johnson Realtors | 16845 Blanco Rd #101 | San Antonio | Tx | 78232 |
| 5145 | San Antonio Apartment Association | 7525 Babcock Rd | San Antonio | Tx | 78249 |
| 5145 | J. Joseph Consulting Inc. | 21732 Hardy Oak Blvd. Su 101 | San Antonio | Tx | 78258 |
| 5145 | Chase Bank | 6596 W Farm to Market Rd 78 | San Antonio | Tx | 78244 |
| 5145 | Jack In The Box | 15037 Nacogdoches Rd | San Antonio | Tx | 78247 |
| 5145 | AutoZone | 15102 Nacogdoches Rd | San Antonio | Tx | 78247 |
| 5145 | Salsalito's | 14535 Nacogdoches Rd | San Antonio | Tx | 78247 |
| 5145 | Discount Tire Store | 7954 N I-35 | San Antonio | Tx | 78218 |
| 5145 | Security Service Federal Credit Union | 4910 Windsor Hill | San Antonio | Tx | 78239 |
| 5145 | security Service Federal Credit Union | 1400 Nacogdoches rd | San Antonio | Tx | 78247 |
| 5145 | subway | 6826 n loop 1604 e | san antonio | tx | 78247 |
| 5145 | kfc | 213 pat booker | universal city | tx | 78148 |
| 5145 | kfc | 6635 fm 78 | san antonio | tx | 78244 |
| 5145 | firestone complete auto care | 75203 281 access rd | san antonio | tx | 78216 |
| 5145 | FIRESTONE COMPLETE AUTO CARE | 4906 WALZEM RD | SAN ANTONIO | tx | 78218 |
| 5145 | FIRESTONE COMPLETE AUTO CARE | 6531 NW LOOP 410 | SAN ANTONIO | tx | 78238 |
| 5145 | firestone complete auto care | 5500 babcock rd | san antonio | tx | 78240 |
| 5145 | firestone complete care auto | 1311 goliad rd | san antonio | tx | 78223 |
| 5145 | firestone complete auto care | 2400 sw military dr | san antonio | tx | 78224 |
| 5145 | firestone complete auto care | 11754 west ave, | san antonio | tx | 78216 |
| 5145 | FIRESTONE COMPLETE AUTO CARE | 6730 W FARM TO MARKET RD 78 | SAN ANTONIO | TX | 78244 |
| 5145 | FIRESTONE COMPLETE AUTO CARE | 1375 SW LOOP 410 | SAN ANTONIO | TX | 78227 |
| 5145 | FIRESTONE COMPLETE AUTO CARE | 200 CROSSROADS BLVD | SAN ANTONIO | TX | 78201 |
| 5145 | FIRESTONE COMPLETE AUTO CARE | 14111 NACOGDOCHES RD | SAN ANTONIO | TX | 78247 |
| 5145 | WHATABURGER | 6803 NORTH LOOP 1604 W | SAN ANTONIO | TX | 78256 |
| 5145 | WHATABURGER | 1118 ROOSEVELT AVE | SAN ANTONIO | TX | 78210 |
| 5145 | WHATABURGER | 3130 BROADWAY ST | SAN ANTONIO | TX | 78209 |
| 5145 | Firestone Complete Auto Care | 2415 Pleasanton rd | San Antonio | Tx | 78221 |
| 5145 | whataburger | 3130 broadway st | san antonio | tx | 78209 |
| 5145 | mcdonalds | 721 us 281 access rd | san antonio | tx | 78212 |
| 5145 | MCDONALDS | 15715 US 281 ACCESS RD | SAN ANTONIO | TX | 78232 |
| 5145 | MCDONALDS | 12203 JONES MALTSBERGER RD | SAN ANTONIO | TX | 78247 |
| 5145 | Whataburger | 516 W Cypress st | San Antonio | Tx | 78212 |
| 5145 | MCDONALDS | 1450 AUSTIN HWY | SAN ANTONIO | TX | 78209 |
| 5145 | Whataburger | 8426 Broadway st | San Antonio | Tx | 78209 |
| 5145 | MCDONALDS | 15011 JONES | SAN ANTONIO | TX | 78247 |

07.2016

WM/YW 004880

DocuSign Envelope ID: AC634073-DDB3-4A83-88B9-C155A55E5E8D

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| | | MALTSBERGER RD | | | |
| 5145 | MCDONALDS | 3806 N LOOP 1604 E | SAN ANTONO | TX | 78247 |
| 5145 | MCDONALDS | 1619 RITTIMANS RD | SAN ANTONIO | TX | 78218 |
| 5145 | MCDONALDS | 6363 W FARM TO MARKER RD 78 | SAN ANTONIO | TX | 78244 |
| 5145 | MCDONALDS | 11482 PERRIN BEITEL RD | SAN ANTONIO | TX | 78217 |
| 5145 | MCDONALDS | 16503 NACGODOCHES RDQ | SAN ANTONIO | TX | 78247 |
| 5145 | GOODYEAR AUTO SERVICE CENTER | 14353 NW MILLITART HWY | SAN ANTONIO | TX | 78231 |
| 5145 | KENS GOODYEAR | 1346 FAIR AVE | SAN ANTONIO | TX | 78223 |
| 5145 | goodyear wholesale tire center | 4514 tejasco | san antonio | tx | 78218 |
| 5145 | Whataburger | 412 E Commerce st | San Antonio | Tx | 78205 |
| 5145 | GOOD YEAR AUTO SERVICE CENTER | 816 S ST MARY ST | SAN ANTONIO | TX | 78205 |
| 5145 | BUSHS CHICKEN | 9154 W FARM TO MARKET RD78 | SAN ANTONIO | TX | 78109 |
| 5145 | express lube #4 | 5723 babcock | san antonio | tx | 78240 |
| 5145 | express lube #29 | 14522 blanco rd | san antonio | tx | 78216 |
| 5145 | express lube #26 | 3018 thousand oaks dr | san antonio | tx | 78247 |
| 5145 | EXPRESS LUBE #25 | 1102 SOUTH MAIN ST | BOERNE | TX | 78006 |
| 5145 | EXPRESS LUBE @23 | 1620 FM 2673 | CANYON LAKE | TX | 78133 |
| 5145 | EXPRESS LUBE #21 | 7545 FM 78 | SAN ANTONIO | TX | 78244 |
| 5145 | Sonic Drive-In | 8134 Kitty Hawk rd | Converse | Tx | 78109 |
| 5145 | EXPRESS LUBE #16 | 11505 TOEPPERWIEN | LIVE OAK | TX | 78233 |
| 5145 | express lube #15 | 800 pat brooker rd | universal city | tx | 78148 |
| 5145 | express lube #1 | 12520 nacogdoches | san antonio | tx | 78217 |
| 5145 | express lube #9 | 5996 dezavala rd | san antonio | tx | 78249 |
| 5145 | Wash Tub | 1534 N Loop 1604 E | San Antonio | Tx | 78232 |
| 5145 | The Wash Tub | 7535 W Farm to Market rd 78 | San Antonio | Tx | 78244 |
| 5145 | express lube #8 | 3701 colony dr | san antonio | tx | 78230 |
| 5145 | Red McCombs Superior Hyundai | 4800 NW Loop 410 | San Antonio | Tx | 78229 |
| 5145 | Red McCombs Collision Center | 2235 NW Loop 410 | San Antonio | Tx | 78230 |
| 5145 | express lube #6 | 8511 prue rd | san antonio | tx | 78249 |
| 5145 | express lube #5 | 992 business ih 35 south | new braunfels | tx | 78130 |
| 5145 | Red McCombs Ford | 8333 I-10 Frontage rd | San Antonio | Tx | 78230 |
| 5145 | express lube #30 | 17080 tx 46 | spring branch | tx | 78070 |
| 5145 | Red McCombs Hyundai Northwest | 13663 I-10 Frontage rd | San Antonio | Tx | 78249 |
| 5145 | express lube #3 | 5012 rigsby ave | san antonip | tx | 78222 |
| 5145 | Red McCombs Toyota | 13526 IH-10 West | San Antonio | Tx | 78249 |
| 5145 | The Valencia Group | 4400 Post Oak Pkwy | Houston | Tx | 77027 |
| 5145 | EXPRESS LUBE # 24 | 3901 FM 3009 SCHERTZ | SAN ANTONIO | TX | 78154 |
| 5145 | Lone Star Court | 10901 Domain Dr | Austin | Tx | 78758 |

07.2016

WM/YW 004881

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 5145 | EXPRESS LUBE #20 | 8318 BROADWAY | SAN ANTONOP | TX | 78209 |
|------|------------------|---------------|-------------|-----|-------|
| 5145 | Hotel Valencia Riverwalk | 150 E Houston st | San Antonio | Tx | 78205 |
| 5145 | EXPRESS LUBE #2 | 2800 HILLCREST DR | SAN ANTONIO | TX | 78201 |
| 5145 | EXPRESS LUBE #14 | 9677 MARBACH RD | SAN ANTONIO | TX | 78245 |
| 5145 | Kiolbassa Provision Co | 1325 S Brazos st | San Antonio | Tx | 78207 |
| 5145 | EXPRESS LUBE #13 | 13603 SAN PEDRO AVE | SAN ANTONIO | TX | 78232 |
| 5145 | express lube #12 | 254 n loop 1604 east | san antonip | tx | 78232 |
| 5145 | express lube #11 | 1007 se military dr | san antonio | tx | 78214 |
| 5145 | China Garden | 9107 Marbach | San Antonio | Tx | 78245 |
| 5145 | gunn nissan | 750 ne loop 410 | san antonio | tx | 78209 |
| 5145 | China Garder | 8022 Kitty Hawk rd | Converse | Tx | 78109 |
| 5145 | Bill Miller Bar-B-Q | 8403 McCullough av | San Antonio | Tx | 78216 |
| 5145 | Bill Miller Bar-B-Q | 135 S WW White rd | San Antonio | Tx | 78219 |
| 5145 | Bill Miller Bar-B-Q | 1616 N Loop 1604 E | San Antonio | Tx | 78232 |
| 5145 | bill millers bar b q | 13151 NW millitary Hwy | san antonio | tx | 78231 |
| 5145 | Bill Miller Bar-B-Q | 871 E Bitters rd | San Antonio | Tx | 78216 |
| 5145 | bill miller bar b q | 2112 blanco rd | san antonio | tx | 78212 |
| 5145 | bill miller bar b q | 2110 jackson keller rd | san antonio | tx | 78213 |
| 5145 | bill miller bar b q | 5122 rigsby ave | san antonio | tx | 78222 |
| 5145 | Bill Miller Bar-B-Q | 2410 Nacogdoches rd | San Antonio | Tx | 78217 |
| 5145 | Bill miller Bar b q inc | 10676 toepperwein rd | san antonio | tx | 78109 |
| 5145 | Texas Air Products | 11122 Gordon Rd | san antonio | tx | 78216 |
| 5145 | Bill Miller Bar-B-Q | 122 Pat Booker rd | San Antonio | Tx | 78148 |
| 5145 | Hertz | 12528 N Interstate 35 | Live Oak | tx | 78233 |
| 5145 | Legend Kia | 12115 N Interstate 35 | san antonio | tx | 78233 |
| 5145 | The Home Depot | 12871 I-10 W | San Antonio | Tx | 78249 |
| 5145 | The Home Depot | 20740 US 281 | San Antonio | Tx | 78258 |
| 5145 | The Home Depot | 4909 Windsor hill | San Antonio | Tx | 78239 |
| 5145 | Lowe's Home Improvement | 18303 Rim dr | San Antonio | Tx | 78251 |
| 5145 | Lowe's Home Improvement | 11718, IH 35 N | San Antonio | Tx | 78233 |
| 5191 | steve silver company | 1000 FM 548 | forney | tx | 75126 |
| 5191 | Phoenix Children's Academy | 929 S. FM 741 | Forney | Tx | 75126 |
| 5191 | hutchins state jail | 1500 east langdon rd | dallas | tx | 75241 |
| 5211 | Islamic Association of Allen | 909 Allen Central Dr | Allen | TX | 75013 |
| 5211 | First United Bank | 6401 South Custer Rd, #100 | McKinney | TX | 75070 |
| 5211 | Borden Dairy Plant | 5327 South Lamar St | Dallas | TX | 75215 |
| 5211 | Borden Dairy Co | 8750 North Central Expressway | Dallas | TX | 75231 |
| 5211 | Universal American | 3400 Waterview Pkwy, Suite 109 | Richardson | TX | 75080 |
| 5224 | San Antonio Zoo | 3909 N St. Mary's St | San Antonio | TX | 78212 |
| 5224 | documation san antonio | 4560 lockhill selma | san antonio | tx | 78249 |

07.2016

WM/YW 004882

DocuSign Envelope ID: AC624073CDB3E4A8B388B94E1554E5EBD

**Walmart** Save money. Live better. | **Sam's CLUB** | **Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| | | suite 100 | | | |
|---|---|---|---|---|---|
| 5224 | Providence Insurance & Risk | 16414 US 281 #800 | San Antonio | TX | 78232 |
| 5224 | adante senior living | 2702 cembalo blvd | san antonio | tx | 78230 |
| 5224 | GE Healthcare | 4716 Research Dr. | San Antonio | TX | 78240 |
| 5224 | BASIS San Antonio North Central | 318 E Ramsay Rd | San Antonio | TX | 78216 |
| 5224 | coldwell banker real estate | 18756 Stone Oak Pkwy #301 | san antonio | tx | 78258 |
| 5224 | seraphim assisted living services | 3235 rock creek run st | san antonio | tx | 78230 |
| 5224 | Ace Mart Restaurant Supply | 2619 Austin Hwy | San Antonio | TX | 78218 |
| 5224 | Feik School of Pharmacy | 4301 broadway cpo 99 | san antonio | tx | 78209 |
| 5226 | Symantec Corporation | 911 Central Parkway North #300 | San Antonio | TX | 78232 |
| 5226 | Parsons Corporation | 2250 Foulois St. #8400 | San Antonio | TX | 78236 |
| 5245 | The Rio | 6211 S. New Braunfels | San Antonio | tx | 78223 |
| 5246 | Lamberti USA | County Rd 212 | Hungerford | TX | 77448 |
| 5247 | Motivating Graphics Inc. | 3100 Eagle Pkwy | Fort Worth | TX | 76177 |
| 5247 | Amazon.com | 700 westport parkway | Fort Worth | Tx | 76177 |
| 5247 | Open Road Lending | 5555 N. Beach St. | Fort Worth | Tx | 76137 |
| 5287 | Mueller Elementary | 7074 FM2920 Road | Spring | Tx | 77379 |
| 5287 | Chick-fil-A | 5905 FM2920 | Spring | Tx | 77388 |
| 5287 | JPMorgan Chase Bank | 2111 FM 2920 | Spring | Tx | 77388 |
| 5287 | Bluebonnet Senior Care | 3434 Acorn Springs Lane | Spring | TX | 77389 |
| 5287 | capital one bank | 21210 kuykendahl rd | spring | tx | 77379 |
| 5287 | Wells Fargo Bank | 6002 FM2920 RD | Spring | tx | 77379 |
| 5287 | Benignus Elementary School | 7225 Alvin A Klein Drive | Spring | Tx | 77379 |
| 5287 | Krimmel Intermediate | 7090 Fm 2920 Rd | Spring | Tx | 77379 |
| 5287 | Te Broadmoor at Creekside Park | 5665 Creekside FOrest Drive | Spring | Tx | 77389 |
| 5287 | Tender Living Care | 23922 Lenze Rd | Spring | Tx | 77389 |
| 5287 | spring-klein chamber of commerce | 6902 fm 2920, suite 1 | spring | tx | 77379 |
| 5287 | klein  multipurpose center | 7500 fm 2920 | spring | tx | 77379 |
| 5288 | St. Constantine and Helen Church | 1225 E rosemeade Pkwy | Carrollton | tx | 75007 |
| 5290 | Texas Biomedical Research Institute | 7620 NW Loop 410 | San Antonio | TX | 78227 |
| 5312 | Phap Quang Temple | 1004 Small Street | Grand Prairie | TX | 75050 |
| 5317 | Southern Career Institute | 1701 Directors Blvd 800 | austin | tx | 78744 |
| 5317 | Battleground Texas | 1643 E 2nd St. | Austin | TX | 78702 |
| 5353 | HIRSCH ELEMENTARY | 2633 TRAILING VINE | SPRING | TX | 77373 |
| 5353 | HIRSCH ELEMENTARY | 2633 TRAILING VINE | SPRING | TX | 77373 |
| 5353 | MARSHALL ELEMENTARY | 24505 BIRNAMWOOD | SPRING | TX | 77373 |
| 5353 | SALYERS ELEMENTARY | 25705 HARDY STREET | SPRING | TX | 77373 |
| 5353 | SMITH ELEMENTARY | 26000 | SPRING | TX | 77373 |

43

WM/YW 004883

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

CONFIDENTIAL INFORMATION

| 5353 | | CYPRESSWOOD | | | |
|------|------------------------------------------------------------------------------|--------------------------------|---------|----|-------|
| 5353 | TWIN CREEKS MIDDLE SCHOOL | 27100 CYPRESSWOOD | SPRING | TX | 77373 |
| 5353 | WINSHIP ELEMENTARY | 2175 SPRING CREEK | SPRING | TX | 77373 |
| 5353 | EMERY ELEMENTARY | 19636 PLANTATION MYRLTES DRIVE | KATY | TX | 77449 |
| 5353 | ADAM ELEMENTARY | 11303 HONEYGROVE | HOUSTON | TX | 77065 |
| 5353 | FRANCONE ELEMENTARY | 11250 PERRY ROAD | HOUSTON | TX | 8E+05 |
| 5353 | FIEST ELEMENTARY | 8425 PINE FALLS | HOUSTON | TX | 77095 |
| 5353 | EMERY | 19636 PLANTATION MYRTLES DRIVE | KATY | TX | 77449 |
| 5353 | COPELAND ELEMENTARY | 18018 FOREST HEIGHTS DRIVE | HOUSTON | TX | 77095 |
| 5353 | BLACK ELEMENTARY | 14155 GRANT RD | CYPRESS | TX | 77429 |
| 5353 | AULT ELEMENTARY | 21010 MAPLE VILLAGE DRIVE | CYPRESS | TX | 77433 |
| 5353 | ANDRE ELEMENTARY | 8111 FRY RD | CYPRESS | TX | 77433 |
| 5353 | ADAM ELEMENTARY | 11323 HONEY GROVE LANE | HOUSTON | TX | 77065 |
| 5353 | CYPRESS-FAIRBANKS ISD | 10494 Jones Road | Houston | TX | 77065 |
| 5353 | 2016 SKCC COMMUNITY EXPO: SPRING-KLEIN CHAMBER OF COMMERCE | 7500 FM 2920 | SPRING | TX | 77379 |
| 5353 | Spring ISD | 16717 Ella Blvd | Houston | TX | 77090 |
| 5353 | TWIN CREEKS MIDDLE SCHOOL | 27100 CYPRESSWOOOD | SPRING | TX | 77373 |
| 5353 | MARSHALL ELEMENTARY | 24505 BIRNAMWOOD | SPRING | TX | 77373 |
| 5353 | SPRING TRACE SENIOR LIVING | 24505 ALDINE WESTFIELD | SPRING | TX | 77373 |
| 5353 | BANG ELEMENTARY | 8900 RIO GRANDE | HOUSTON | TX | 77064 |
| 5353 | EMERY ELEMENTARY | 19636 PLANTATION MYRTLES DRIVE | KATY | TX | 77449 |
| 5353 | DURYEA ELEMENTARY | 20150 ARBOR CREEK DRIVE | KATY | TX | 77449 |
| 5353 | DANISH ELEMENTARY | 11850 FALLBROOK DRIVE | HOUSTON | TX | 77065 |
| 5353 | FRAZIER ELEMENTARY | 8300 LITTLE RIVER ROAD | HOUSTON | TX | 77064 |
| 5353 | FARNEY ELEMENTARY | 14425 BARKER CYPRESS | CYPRESS | TX | 77429 |
| 5353 | EMMOTT ELEMENTARY | 11750 STEEPLEWAY BLVD | HOUSTON | TX | 77065 |
| 5353 | DURYEA ELEMENTARY | 20150 AROBR CREEK DRIVE | KATY | TX | 77449 |
| 5353 | DANISH ELEMENTARY | 1185 FALLBROOK DRIVE | HOUSTON | TX | 77065 |
| 5353 | BIRKES ELEMENTARY | 8500 QUEENSTON BLVD | HOUSTON | TX | 77095 |
| 5353 | BANG | 8900 RIO GRANDE | HOUSTON | TX | 77064 |
| 5353 | BANE ELEMENTARY | 5805 KAISER | HOUSTON | TX | 77040 |
| 5353 | WINSHIP ELEMENTARY | 2175 SPRING CREEK | SPRING | TX | 77373 |

44

WM/YW 004884

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

# CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 5353 | SMITH ELEMENTARY | 26000 CYPRESSWOOD | SPRING | TX | 77373 |
| 5353 | SALYERS ELEMENTARY | 25705 HARDY STREET | SPRING | TX | 77373 |
| 5353 | HIRSCH ELEMENTARY | 2633 TRAILING VINE | SPRING | TX | 77373 |
| 5353 | SPRING FIRE DEPARTMENT | 656 E.LOUETTA ROAD | SPRING | TX | 77373 |
| 5389 | Mclennan County Hwy 6 Jail | 3201 E State Hwy 6 | Waco | TX | 76705 |
| 5389 | Mclennan County Records Building | 215 North 5th Street | Waco | TX | 76701 |
| 5389 | Mclennan County Courthouse | 501 Washington Ave | Waco | TX | 76701 |
| 5389 | Bill Logue Juvenile Justice Center | 2601 Gholson Road | Waco | TX | 76704 |
| 5389 | Wal-Mart Distribution Center | 2301 Corporation Parkway | Waco | TX | 76712 |
| 5389 | Community Bank and Trust | 1711 Lake Success Drive | Waco | TX | 76710 |
| 5389 | Community Bank and Trust | 1409 Wooded Acres Drive | Waco | TX | 76701 |
| 5389 | Extraco Banks | 200 Hewitt Drive | Waco | TX | 76712 |
| 5389 | Mclennan County Sheriff's Department | 901 Washington Ave | Waco | TX | 76701 |
| 5389 | Cottages of Oak Springs | 1900 Woodgate Drive | Waco | TX | 76712 |
| 5389 | Cottages of Oak Springs | 1900 Woodgate  Dr. | Waco | TX | 76712 |
| 5416 | Carmax | 8400 Anderson Blvd | Fort Worth | TX | 76120 |
| 5416 | Angelic Place ElderCare Home | 2300 Park Run Dr. | Arlington | TX | 76016 |
| 5416 | Keller Oaks Healthcare Center | 8703 Davis BLVD. | Keller | TX | 76248 |
| 5416 | Sacred Heart Catholic School | 153 E. 6th St. | Muenster | TX | 76252 |
| 5416 | St. Martin de Porres Catholic School | 303 King Rd. | Frisco | TX | 75034 |
| 5416 | St. Maria Goretti Catholic School | 1200 South Davis Dr. | Arlington | TX | 76013 |
| 5416 | Notre Dame Catholic School | 2821 Lansing Blvd. | Wichita Falls | TX | 76309 |
| 5416 | Immaculate Conception Catholic School | 2301 N. Bonnie Brae St. | Denton | TX | 76207 |
| 5416 | Cassata High School | 1400 Hemphill St. | Fort Worth | TX | 76104 |
| 5416 | The Conservatory at Keller Town Center | 200 Country Brook Dr. | Keller | TX | 76248 |
| 5416 | The Waterford at Pantego | 2650 W. Park Row dr. | Pantego | TX | 76013 |
| 5416 | Legacy at Bear Creek Assisted Living | 200 Keller Smithfield Rd S. | Keller | TX | 76248 |
| 5416 | St. Rita Catholic School | 712 Weiler Blvd. | Fort Worth | TX | 76112 |
| 5416 | St. Peter the Apostle Catholic School | 1201 S. Cherry Ln. | Fort Worth | TX | 76108 |
| 5416 | St. Mary's Catholic School | 931 North Weaver | Gainesville | TX | 76240 |
| 5416 | St. Joseph Catholic School | 2015 S.W. Green Oaks Blvd. | Arlington | TX | 76017 |
| 5416 | St. John the Apostle Catholic School | 7421 Glenview Dr. | North Richland Hills | TX | 76180 |
| 5416 | St. George Catholic School | 824 Hudgins St. | Fort Worth | TX | 76111 |
| 5416 | St. Elizabeth Ann Seton Catholic School | 2016 Willis Ln. | Keller | TX | 76248 |
| 5416 | St. Andrew Catholic School | 3304 Dryden Rd. | Fort Worth | TX | 76109 |
| 5416 | SIMOS | 5300 Westport PKWY | Fort Worth | TX | 76177 |

45

**WM/YW 004885**

DocuSign Envelope ID: AC634973-DDB3-4A82-88B9-5155455E5E8D

## Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| 5416 | Our Mother of Mercy Catholic School | 1007 E. Terrell Ave. | Fort Worth | TX | 76104 |
|------|-------------------------------------|----------------------|------------|-----|-------|
| 5416 | Our Lady of Victory Catholic School | 3320 Hemphill St. | Fort Worth | TX | 76110 |
| 5416 | Holy Family Catholic School | 6146 Pershing Ave. | Fort Worth | TX | 76107 |
| 5416 | All Saints Catholic School | 2006 N. Houston St. | Fort Worth | TX | 76164 |
| 5416 | Nolan Catholic High School | 4501 bridge st. | Fort Worth | TX | 76103 |
| 5449 | kids r kids | 2850 colonial lakes drive | missouri city | tx | 77459 |
| 5449 | sacred heart catholic church | 6502 county road 48 | rosharon | tx | 77578 |
| 5480 | YMCA | 1812 North Mays Street | Round Rock | TX | 78664 |
| 5480 | Allen R Baca Senior Center | 301 West Bagdad Avenue | Round Rock | TX | 78664 |
| 5480 | Holy Vietnamese Martyr Church | 1107 East Yager Lane | Austin | TX | 78753 |
| 5490 | Dr. Joe Ward Elementary | 8400 Cavern Hill | San Antonio | TX | 78254 |
| 5490 | Isle at Watercrest Alamo Ranch | 11349 Alamo Ranch Pkwy | San Antonio | TX | 78253 |
| 5490 | Stillwater Ranch Community Center | 5 Stillwater Parkway at Culebra Road | San Antonio | TX | 78254 |
| 5612 | Halliburton (energy services) | 14851 Milner Rd Gate 5A | Houston | TX | 77032 |
| 5612 | SILVER EAGLE DISTRIBUTORS L.P. | 7777 Washington Avenue | Houston | TX | 77007 |
| 5612 | Targa Resources | 1000 Louisiana St Suite 4300 | Houston | TX | 77002 |
| 5613 | AUTUMN LEAVES OF ARLINGTON | 514 CENTRAL PARK DR. | ARLINGTON | TX | 76014 |
| 5613 | Home Depot | 4611 S. Cooper St. | Arlington | tx | 76017 |
| 5613 | Macy's | 3841 S. Cooper St. | Arlington | tx | 76015 |
| 5613 | Hobby Lobby | 4628 S. Cooper St. | Arlington | tx | 76017 |
| 5613 | mattress One | 3701 S. Cooper St. | Arlington | TX | 76015 |
| 5613 | Glacier Window | 280 S. Cooper St. | Arlington | TX | 76015 |
| 5613 | Citi Trends | 1030 W. Arkansas | Arlington | tx | 76013 |
| 5613 | Springfield Crossing Apartment | 1801 W. Arkansas Lane | Arlington | TX | 76013 |
| 5613 | Chase | 1600 Pioneer Pkwy | Arlington | tx | 76010 |
| 5613 | Fitness Connection | 3775 S. Cooper St. | Arlington | TX | 76015 |
| 5613 | Oakridge | 5900 W. Piooner Pkwy | Arlington | TX | 76013 |
| 5613 | AISD | 1203 W. Pioneer Pkwy | Arlington | tx | 76013 |
| 5614 | PRESTIGE POOL AND PATIO | 15550 PRESTON RD. | FRISCO | TX | 75033 |
| 5614 | SUPERSCAPES, INC | 15550 PRESTON RD | FRISCO | TX | 75033 |
| 5657 | Star Local Media | 624 Krona Drive suite 170 | Plano | TX | 75074 |
| 5657 | All State | 5601 Democracy Drive Suite 295 | Plano | TX | 75024 |
| 5700 | Centene Corporation | 3258 earl Campbell Parkway | Tyler | Tx | 75701 |
| 5700 | Chemas Auto & Tires | 1634 S Vine Ave | Tyler | Tx | 75701 |
| 5707 | ABM Building Services | 4100 Amon Carter Blvd, Ste112 | Fort Worth | TX | 76155 |
| 5764 | Prevost | 15200 Frye rd | Euless | Tx | 76040 |

07.2016

WM/YW 004886

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| 5764 | Blue Bell creameries | 9525 Harmon Rd | Fort Worth | TX | 76177 |
|------|----------------------|----------------|------------|-----|-------|
| 5808 | Edcouch-Elsa ISD | 920 W Santa Rosa Ave | Edcouch | TX | 78538 |
| 5808 | Petroleum Solutions Inc | 3702 S. Expressway 281 | Edinburg | TX | 78542 |
| 5808 | City of Edcouch | 211 Southern Ave | Edcouch | TX | 78538 |
| 5866 | Rockfish | 3010 Gaylord Suite 100 | Frisco | TX | 75034 |
| 5866 | Carter Blood Care | 1515 N Town East Blvd, Suite 151 | Mesquite | TX | 75150 |
| 5866 | Carter Blood Care | 4995 S Hulen St | Fort Worth | TX | 76132 |
| 5866 | Carter Blood Care | 4146 S Carrier Pkwy Ste 630 | Grand Prarie | TX | 75052 |
| 5866 | Carter Blood Care | 6850 North Shiloh Rd, Suite V | Garland | TX | 75044 |
| 5866 | Carter Blood Care | 2215 South Loop 288 Ste 335 | Denton | TX | 76205 |
| 5866 | Carter Blood Care | 613 Uptown Blvd, Suite 107 | Cedar Hill | TX | 75104 |
| 5866 | Carter Blood Care | 4201 Gaston Ave Suite 110 | Dallas | TX | 75246 |
| 5866 | Carter Blood Care | 7750 N MacArthur Blvd #115 | Irving | TX | 75063 |
| 5866 | Carter Blood Care | 1328 West McDermott Dr #250 | Allen | TX | 75013 |
| 5866 | Carter Blood Care | 1565 W Main St, Suite 475 | Lewisville | TX | 75067 |
| 5866 | Carter Blood Care | 4350 W Main St #105 | Frisco | TX | 75033 |
| 5866 | Futurestep | 4100 Alpha Rd | Dallas | TX | 75001 |
| 5866 | Crossmark | 5100 Legacy Dr | Plano | TX | 75024 |
| 5866 | Andrews Distributing | 1300 Allen Station Parkway | Allen | TX | 75002 |
| 5866 | AlphaBest Education | 8700 Main Street, Suite 200B | Frisco | TX | 75034 |
| 5866 | MedAssets | 5543 Legacy Dr | Plano | TX | 75024 |
| 5866 | City of Frisco | 6101 Frisco Square Blvd | Frisco | TX | 75034 |
| 5866 | Carter Blood Care | 116 E Interstate 20 Suite 151 | Weatherford | TX | 76087 |
| 5866 | Carter Blood Care | 1263 W Rosedale Ste, Suite 100 | Fort Worth | TX | 76104 |
| 5866 | Carter Blood Care | 920 US Hwy 287 N Suite 210 | Mansfield | TX | 76063 |
| 5866 | Carter Blood Care | 101 Town Center Ln | Keller | TX | 76248 |
| 5866 | Carter Blood Care | 1731 W Airport Freeway | Bedford | TX | 76021 |
| 5866 | Carter Blood Care | 1618 W Randoll Mill Rd | Arlington | TX | 76012 |
| 5866 | Brierly + partners | 5465 Legacy Dr Ste 300 | Plano | TX | 75024 |
| 5866 | Carter Blood Care | 3955 Belt Line Rd | Addison | TX | 75001 |
| 5866 | Carter Blood Care | 4701 W Parker Rd | Plano | TX | 75093 |
| 5866 | Dallas Optical Lab | 9029 Directors Row | Dallas | TX | 75247 |
| 5866 | PepsiCo Inc | 5600 Headquarters Dr | Plano | TX | 75024 |

WM/YW 004887

DocuSign Envelope ID: AC624073CDB3-4A88-88B0-6155455E5E8D

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| 5866 | College Nannies + Tutors | 4350 W Main St | Frisco | TX | 75034 |
|---|---|---|---|---|---|
| 5866 | City of Frisco | 6101 Frisco Square Blvd | Frisco | TX | 75034 |
| 5889 | Santa Cruz Biotechnologies | 10410 Finnell St | Dallas | TX | 75220 |
| 5889 | Caruth Haven Court | 5585 Caruth Haven Lane | Dallas | TX | 75225 |
| 5889 | Dean Foods | 14760 Trinity Blvd | Fort Worth | TX | 76155 |
| 5889 | Dean Foods | 2711 N Haskell #3400 | Dallas | TX | 75204 |
| 5889 | Compucom | 7171 Forest Ln | Dallas | TX | 75230 |
| 5889 | Dean Foods | 3404 Halifax St | Dallas | TX | 75247 |
| 5889 | Texas Cartage Warehouse | 12344 Northwest Hwy | Dallas | TX | 75228 |
| 5889 | Edgemere Dallas | 8523 Thackery St | Dallas | TX | 75225 |
| 5889 | Capital One Bank | 3647 W. Northwest Highway | Dallas | TX | 75220 |
| 5931 | DFW A-1 Pallet | 3000 E Grauwyler Rd | Dallas | TX | 75061 |
| 5931 | Sooner National | 2435 N. Central Expressway | Richardson | TX | 75080 |
| 5931 | The Tuscany at Goldmark | 13731 Goldmark Dr | Dallas | TX | 75243 |
| 5931 | The Waterford at Goldmark | 13695 Goldmark Dr | Dallas | TX | 75240 |
| 5931 | Dave& Buster's | 2481 Manana Dr | Dallas | TX | 75220 |
| 5931 | Baik | 10601 King William Dr | Dallas | TX | 75220 |
| 5931 | Superior Graphics | 10440 Brockwood Rd | Dallas | TX | 75238 |
| 5962 | WesternStar Bank | 4721 Hondo Pass | El Paso | Tx | 79904 |
| 5962 | El Paso Community College | 9570 Gateway N. Blvd | El Paso | Tx | 79924 |
| 5962 | Navy Federal Credit Union | 4717 Hondo Pass | El Paso | Tx | 79904 |
| 5963 | park central flower mound | 4200 broadway dr | flower mound | tx | 75028 |
| 6012 | Walmart DC 6012 | 3100 N I-27 | Plainview | tx | 79072 |
| 6064 | Walmart DC | 3470 Windmill Road | Cleburne | TX | 76033 |
| 6064 | Walmart DC #6064 | 3470 Windmill Road | Cleburne | TX | 76033 |
| 6078 | NEW BENEFITS | 14240 PROTON RD | DALLAS | TX | 75244 |
| 6202 | corrigan camden high school | 504 s home | corrigan | tx | 75939 |
| 6202 | corrigan camden primary | 1664 u s 287 | corrigan | tx | 75939 |
| 6202 | LIVINGSTON ISD TRANSPORTATION | 3350 BUS LANE | LIVINGSTON | TX | 77351 |
| 6202 | Livingston ISD Intermediate | #1 Lion Ave | Livingston | TX | 77351 |
| 6202 | LIVINGSTON HIGH SCHOOL | 400 FM 350 S, | LIVINGSTON | TX | 77351 |
| 6202 | LIVINGSTON JUNIOR HIGH | 1801 US 59 BYPASS N | LIVINGSTON | TX | 77351 |
| 6202 | DIBOLL ISD ADMIN AND TRANSPORTATION | HIWAY 59 | DIBOLL | TX | 75941 |
| 6202 | H G TEMPLE ELEMENTARY | 1303 LUMBERJACK | DIBOLL | TX | 75941 |
| 6202 | DIBOLL JUNIOR HIGH | 403 DENNIS | DIBOLL | TX | 75941 |
| 6202 | DIBOLL HIGH SCHOOL | 1000 LUMBERJACK DRIVE | DIBOLL | TX | 75941 |
| 6202 | corrigan camden jr. high | 502 s matthews | corrigan | tx | 75939 |
| 6202 | LIVINGSTON ISD TIMBERCREEK | 701 N WILLIS | LIVINGSTON | TX | 77351 |
| 6202 | LIVINGSTON ISD PINE RIDGE | 1200 MILL RIDGE | LIVINGSTON | TX | 77351 |

07.2016

WM/YW 004888

DocuSign Envelope ID: AC624073-DDB3-4A88-88B9-65155455E5BD

# Walmart
Save money. Live better.

Sam's CLUB

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

# CONFIDENTIAL INFORMATION

| 6202 | LIVINGSTON ISD CEDAR GROVE | 819 W CHURCH | LIVINGSTON | TX | 77351 |
|------|------|------|------|------|------|
| 6202 | H G TEMPLE INTERMEDIATE | 1301 LUMBERJACK | DIBOLL | TX | 75941 |
| 6202 | LEGGETT ISD ALL CAMPUSES | 254 EAST FM 942 | LIVINGSTON | TX | 77351 |
| 6246 | western tech | 9451 diana dr | el paso | tx | 79924 |
| 6265 | Beacon Advisors | 220 east las colinas blvd #1200 | irving | tx | 75039 |
| 6265 | mentor(johnson & johnson) | 3041 skyway circle north | irving | tx | 75038 |
| 6336 | Temple College | 2600 S 1st St | Temple | TX | 76504 |
| 6338 | Texas A&M Agrilife Extension | 578 John Kimbrough, Bldg. 1536 | College Station | TX | 77845 |
| 6346 | THE VITAMIN SHOPPE | 13341 WESTHEIMER RD | HOUSTON | TX | 77077 |
| 6346 | OFFICE DEPOT | 2602 ELDRIDGE PKWY | HOUSTON | TX | 77082 |
| 6346 | T MOBILE | 2602 ELDRIDGE PKWY | HOUSTON | TX | 77082 |
| 6346 | AT&T | 13341 A WESTHEIMER RD | HOUSTON | TX | 77077 |
| 6346 | N.F. SMITH & ASSOCIATES WAREHOUSE | 8820 CLAY RD STE 200 | HOUSTON | TX | 77080 |
| 6346 | NEWK'S | 2712 ELDRIDGE PKWY | HOUSTON | TX | 77082 |
| 6346 | CAPITAL ONE BANK | 2540 ELDRIDGE PARKWAY | HOUSTON | TX | 77082 |
| 6346 | BANFIELD PET HOSPITAL (PETCO) | 2610 ELDRIDGE PKWY | HOUSTON | TX | 77082 |
| 6346 | N.F. SMITH & ASSOCIATES (SERVER MONKEY) | 2130 W, SAM HOUSTON PKWY N | HOUSTON | TX | 77043 |
| 6346 | N.F. SMITH & ASSOCIATES | 5306 HOLLISTER | HOUSTON | TX | 77040 |
| 6350 | Primrose School of Prosper | 1185 La Cima Blvd | Prosper | Tx | 75078 |
| 6350 | Renaissance-Sherman | 3701 Loy Lake Rd | Sherman | TX | 75090 |
| 6367 | GE Hydril | 18000 eastex freeway | humble | tx | 77396 |
| 6367 | GE | 3300 n sam houston pkwy | houston | tx | 77032 |
| 6422 | Oakwood House | 2907 victory dr | marshall | tx | 75672 |
| 6459 | Walmart Distribution Center | 9605 NW K Dodgen Loop | temple | tx | 76504 |
| 6459 | Automax | 3401 E. Central Express Way | killeen | tx | 76543 |
| 6459 | Rosewood Assisted Living | 5700 E.Central Express Way | killeen | tx | 76543 |
| 6459 | Harker Heights Library | 400 Indian Trail | Harker Heights | tx | 76548 |
| 6459 | Harker Heights Fire Dept. | 401 Indian Trail | Harker Heights | tx | 76548 |
| 6459 | Walmart Distribution Center | 9605 NW H K Dodgen Loop | temple | tx | 76504 |
| 6459 | Harker Heights Police Dept | 402 Indian Trail | Harker Heights | tx | 76548 |
| 6578 | Dickies Apparel | 509 W Vickery blvd | Fort Worth | TX | 76104 |
| 6578 | Dickies Apparel | 509 W Vickery Blvd | Fort Worth | TX | 76104 |
| 6578 | Dickies Apparel | 9400 Blue Mound Rd | Fort Worth | TX | 76131 |
| 6578 | Dickies Apparel | 9400 Blue Mound Rd | Fort Worth | TX | 76131 |
| 6786 | Orange Grove RV Park | 4901 TX Hwy #107 | Edinburg | TX | 78539 |

49

WM/YW 004889

DocuSign Envelope ID: AC624073-DDB3-4A8B-88DB-45155455F5BD

**Walmart** Save money. Live better. | **Sam's CLUB** | **Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 6786 | El Chaparral Adult Day Care | 1109 N. Jackson Road | McAllen | TX | 78501 |
|------|------|------|------|------|------|
| 6786 | My Options Adult Day Care | 3221 N. 38th Street | McAllen | TX | 78501 |
| 6786 | Con Carino Adult Day Care | 303 N. Broadway | McAllen | TX | 78501 |
| 6786 | Mi Casa Adult Day Care | 1613 Pecan Blvd. | McAllen | TX | 78501 |
| 6786 | South Texas College | 3201 W. Pecan Ave | McAllen | TX | 78501 |
| 6786 | City of McAllen | 1300 Houston Ave | McAllen | TX | 78501 |
| 6786 | Mcallen Independent School District | 2000 N 23rd Street | McAllen | TX | 78501 |
| 6786 | Iglesia Pentecostal Emanuel | 15915 Cantu Road | Edinburg | TX | 78541 |
| 6786 | Baptist Temple | 2001 Trenton Road | McAllen | TX | 78504 |
| 6786 | Paradise Park Inc. | 100 E. Hackberry | McAllen | TX | 78501 |
| 6786 | El Chaparral Adult Day Care | 1109 N. Jackson Road | McAllen | TX | 78501 |
| 6786 | El Chaparral Adult Day Care | 1200 Pecan Blvd. | McAllen | TX | 78501 |
| 6786 | Valley Coca-Cola Bottling Company | 2400 W. Expressway 83 | McAllen | TX | 78501 |
| 6786 | FBI McAllen Branch | 1200 N. Mccoll Road | McAllen | TX | 78501 |
| 6786 | Edinburg Consolidated Independent School District | 411 N. 8th Ave | Edinburg | TX | 78541 |
| 6786 | Bert Ogden BMW | 3201 N 10th Street | McAllen | TX | 78501 |
| 6786 | Iglesia Pentecostal Emanuel | 15915 Cantu Road | Edinburg | TX | 78541 |
| 6786 | Baptist Temple | 2001 Trenton Road | McAllen | TX | 78504 |
| 6786 | Holy Spirit Catholic Parish | 2201 Martin Ave | Mcallen | TX | 78504 |
| 6850 | Lemon Tree RV INN | 1740 U.S. 83 Business | MISSION | TX | 78572 |
| 6850 | IBC Bank | 900 N. BRYAN RD. | MISSION | TX | 78572 |
| 6850 | Mission Nursing and Rehabilitation Center | 1013 S Bryan Rd. | Mission | TX | 78572 |
| 6850 | MISSION POLICE DEPARTMENT | 1200 E. 8TH ST | MISSION | TX | 78572 |
| 6850 | BERT OGDEN | 1400 E. Expressway 83 | MISSION | TX | 78572 |
| 6850 | Mi Casa Adult Day Care, Inc. | 2017 E. Griffin Parkway | Mission | TX | 78572 |
| 6850 | El Valle Del Sol RV Resort | 2500 E Business Hwy 83 | MISSION | TX | 78572 |
| 6850 | MISSION BELL RV RESORT | 1711 U.S. 83 Business | MISSION | TX | 78572 |
| 6850 | LA JOYA ISD | 201 E. Expressway 83 | MISSION | TX | 75860 |
| 6850 | MISSION FIRE DEPARTMENT | 415 W Tom Landry St. | MISSION | TX | 78572 |
| 6850 | BERT OGDEN | 1400 E. Expy 83 | MISSION | TX | 78572 |
| 6850 | MISSION CISD | 520 N. HOLLAND AVE | MISSION | TX | 78572 |
| 6867 | Premier Machines | 16230 Westpark Drive | Houston | tx | 77087 |
| 6932 | Progress Rail Services | 830 E. Texas Avenue | Waskom | TX | 75692 |
| 7178 | Princeton Public Schools | 1000 East Princeton Dr | Princeton | TX | 75407 |
| 7178 | HiSUN | 310 East University Drive | McKinney | TX | 75069 |
| 7178 | Anchor Graphics | 3943 East University | McKinney | TX | 75069 |
| 7178 | Farmersville Independent Schools | 807 Windom St | Farmersville | TX | 75442 |
| 7220 | Serenity Day Spa | 3812 Arden Rd | San Angelo | Tx | 76901 |
| 7220 | New Hope Bible Church | 3314 Loop 306 west | San Angelo | Tx | 76904 |
| 7220 | Lighted Signs 2 Inc. | 210 N. Chadbourne | San Angelo | Tx | 76903 |
| 7220 | Happy Trails | 2023 Knickerbocker | San Angelo | Tx | 76904 |

07.2016

WM/YW 004890

DocuSign Envelope ID: AC624073-DDB3-4A92-88B9-15155FF5DE8D

**Walmart** Save money. Live better.   **Sam's CLUB**

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 7220 | Hirschfield Steel | 112 W. 29th | San Angelo | Tx | 76903 |
|------|-------------------|-------------|------------|-----|-------|
| 7220 | Eckert & Company | 2201 Sherwood Way | San Angelo | Tx | 76901 |
| 7224 | Belt Line Elementary | 1355 W. Belt Line Rd | Grand Prairie | TX | 75146 |
| 7224 | Belt Line Elementary | 1355 W. Belt Line Rd | 1355 W. Belt Line Rd | tx | 75146 |
| 7251 | Samaritan House | 929 Hemphill Street | Fort Worth | TX | 76104 |
| 7251 | YMCA | 512 LAMAR ST | FORT WORTH | TX | 76102 |
| 7251 | Tarrant County T.B . and Refugee | 1101 S. Main Street | Fort Worth | TX | 76104 |
| 7251 | Justin Brands, INC. | 1137 Tony Lama Street | El Paso | TX | 79915 |
| 7251 | Sunrise of Fort Worth | 6151 Bryant Irvin Road | Fort Worth | TX | 76132 |
| 7251 | St. Francis Village | 4070 St Francis Village Road | Crowley | TX | 76036 |
| 7251 | Silverado Memory Care Community | 7001 Bryant Irvin Road | Fort Worth | TX | 76132 |
| 7251 | Justin Boot Outlet | 717 West Vickery Blvd. | Fort Worth | TX | 76104 |
| 7251 | Samaritan House | 929 Hemphill Street | Fort Worth | TX | 76104 |
| 7251 | Center for Transforming Lives | 512 w 4th St. | Fort Worth | TX | 76102 |
| 7251 | Mirabella Assisted Living and Memory Care | 4242 Bryant Irvin Road | Fort Worth | TX | 76109 |
| 7251 | MIRABELLA | 4242 BRYANT IRVIN ROAD | FORT WORTH | TX | 76109 |
| 7251 | Justin Brand Boots | 700 Avenue F NW | Childress | TX | 79201 |
| 7251 | Justin Boots | 610 West Daggett Avenue | Fort Worth | TX | 76104 |
| 7251 | The Vantage at Cityview | 6301 Overton Ridge Blvd | Fort Worth | TX | 76132 |
| 7251 | Brookdale Tanglewood Oaks Senior Living Solutions | 2698 South Hulen Street | Fort Worth | TX | 76109 |
| 7251 | The Waterford of Fort Worth | 6799 Granbury Road | Fort Worth | TX | 76133 |
| 7263 | Toyota Manufacturing | 1 Lone Star Pass Bldg 1 | San Antonio | Tx | 78264 |
| 7263 | Toyota Benefit Fair @ Fiesta Texas | 17000 IH-10 West | San Antonio | Tx | 78257 |
| 7263 | Toyota Manufacturing | 1 Lone Star Pass Bldg 1 | San Antonio | Tx | 78264 |
| 7309 | Atascocita High School | 13300 Will Clayton Parkway | Humble | TX | 77346 |
| 7309 | Eagle Springs Elementary School | 12500 Will Clayton PKWY | Humble | TX | 77346 |
| 7309 | HUMBLE HIGH SCHOOL | 1700 WILSON ROAD | HUMBLE | TX | 77338 |
| 7309 | Humble Middle School | 11207 Will Clayton Pkwy | Humble | TX | 77346 |
| 7309 | Humble Middle School | 11207 Will Clayton Pkwy | Humble | TX | 77346 |
| 7309 | Telge | 11010 Telge Rd. | Cypress | tx | 77429 |
| 7309 | Eldridge | 7600 N. Eldridge pkwy | houston | tx | 77043 |
| 7309 | Wilson | 18015 Keith Harrow blvd. | houston | tx | 77084 |
| 7309 | warner | 10400 warner smith blvd | cypress | tx | 77433 |

07.2016

WM/YW 004891

DocuSign Envelope ID: AC624073-DDB3-4A88-88B9-C6155A55B58D

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 7309 | walker | 6424 settlers village dr. | katy | tx | 77449 |
|------|--------|---------------------------|------|-----|-------|
| 7309 | tipps | 5611 queenston blvd | houston | tx | 77084 |
| 7309 | swenke | 22400 Fairfield Place Dr. | Cypress | tx | 77483 |
| 7309 | Falcon | 11430 Falcon Rd. | houston | tx | 77064 |
| 7309 | Barker | 17522-B Liner ln | houston | tx | 77095 |
| 7309 | Yeager | 13615 Champion Forest Dr. | Houston | tx | 77069 |
| 7309 | woodard | 17501 cypress n. Houston rd. | cypress | tx | 77433 |
| 7309 | Wilson | 18015 Keith Harrow blvd. | houston | tx | 77084 |
| 7309 | Willbern | 10811 Goodspring Dr | Houston | tx | 77064 |
| 7310 | Katy ISD Virtual School | 6301 South Stadium Lane | Katy | TX | 77494 |
| 7310 | Miller Career & Technology Center | 1734 Katyland Dr. | Katy | TX | 77493 |
| 7310 | Wood Creek Junior High | 1801 Wood CreekBend Lane | Katy | TX | 77494 |
| 7310 | Tays Junior High | 26721 Hawks Prairie Blvd. | Katy | TX | 77494 |
| 7310 | Seven Lakes Junior High | 6026 Katy-Gaston Rd. | Katy | TX | 77494 |
| 7310 | Morton Ranch Junior High | 2498 North Mason Rd. | Katy | TX | 77449 |
| 7310 | Memorial Parkway Junior High | 21203 Highland Knolls | Katy | TX | 77450 |
| 7310 | McMeans Junior High | 21000 Westheimer Parkway | Katy | TX | 77450 |
| 7310 | McDonald Junior High | 3635 Lakes of Bridgewater Dr. | Katy | TX | 77449 |
| 7310 | Mayde Creek Junior High | 2700 Greenhouse Rd. | Houston | TX | 77084 |
| 7310 | Beck Junior High | 5200 South Fry Rd. | Katy | TX | 77450 |
| 7310 | Wolman Elementary | 28727 North Firethorne Rd. | Katy | TX | 77494 |
| 7310 | Winborn Elementary | 22555 Prince George Lane | Katy | TX | 77449 |
| 7310 | Wilson Elementary | 5200 Falcon Landing | Katy | TX | 77494 |
| 7310 | West Memorial Elementary | 22605 Provincial Blvd. | Katy | TX | 77450 |
| 7310 | Sundown Elementary | 20100 Saums Rd. | Katy | TX | 77449 |
| 7310 | Stanley Elementary | 26633 Cinco Terrace Dr. | Katy | TX | 77494 |
| 7310 | Schmalz Elementary | 18605 Green Land Way | Houston | TX | 77084 |
| 7310 | Rylander Elementary | 24831 Westheimer Parkway | Katy | TX | 77494 |
| 7310 | Randolph Elementary | 5303 Flewellen Oaks Lane | Fulshear | TX | 77441 |
| 7310 | McRoberts Elementary | 3535 North Fry Rd. | Katy | TX | 77449 |
| 7310 | Mayde Creek Elementary | 2698 Greenhouse Rd. | Katy | TX | 77084 |
| 7310 | Kilpatrick Elementary | 26100 Cinco Ranch Blvd. | Katy | TX | 77494 |
| 7310 | Katy Elementary | 5726 George Bush Ave. | Katy | TX | 77493 |
| 7310 | Jenks Elementary | 27602 Westridge Creek | Katy | TX | 77494 |

07.2016

WM/YW 004892

# CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| | | Lane | | | |
| 7310 | Hutsell Elementary | 5360 Franz Rd. | Katy | TX | 77493 |
| 7310 | Holland Elementary | 23720 Seven Meadows Parkway | Katy | TX | 77494 |
| 7310 | Griffin Elementary | 7800 South Fry Rd. | Katy | TX | 77494 |
| 7310 | Golbow Elementary | 3535 Lakes of Bridgewater Dr. | Katy | TX | 77449 |
| 7310 | Fielder Elementary | 2100 Greenway Village Dr. | Katy | TX | 77494 |
| 7310 | Davidson Elementary | 26906 Pine Mill Ranch Dr. | Katy | TX | 77494 |
| 7310 | Cimarron Elementary | 1100 South Peek Rd. | Katy | TX | 77450 |
| 7310 | Southwest Foods Distributing, Inc. | 23623 Colonial Parkway | Katy | TX | 77493 |
| 7310 | 99 Cent Distribution Center | 23623 Colonial Parkway | Katy | TX | 77493 |
| 7310 | Tompkins High School | 4400 Falcon Landing Blvd. | Katy | TX | 77494 |
| 7310 | Taylor High School | 20700 Kingsland Blvd. | Katy | TX | 77450 |
| 7310 | Seven Lakes High School | 9251 South Fry Rd. | Katy | TX | 77494 |
| 7310 | Raines High School | 1732 Katyland Dr. | Katy | TX | 77493 |
| 7310 | Opportunity Awareness Center | 1732 Katyland Dr. | Katy | TX | 77493 |
| 7310 | Morton Ranch High School | 21000 Franz Rd. | Katy | TX | 77449 |
| 7310 | Mayde Creek High School | 19202 Groeschke Rd. | Houston | TX | 77084 |
| 7310 | Katy High School | 6331 Highway Blvd. | Katy | TX | 77494 |
| 7310 | Cinco Ranch High School | 23440 Cinco Ranch Blvd. | Katy | TX | 77494 |
| 7310 | West Memorial Junior High | 22311 Provincial Blvd. | Katy | TX | 77450 |
| 7310 | Katy Junior High | 5350 Franz Rd. | Katy | TX | 77493 |
| 7310 | Cinco Ranch Junior High | 23420 Cinco Ranch Blvd. | Katy | TX | 77494 |
| 7310 | Cardiff Junior High | 3900 Dayflower Dr. | Katy | TX | 77449 |
| 7310 | Beckendorff Junior High | 8200 S. Fry Rd. | Katy | TX | 77494 |
| 7310 | Wood Creek Elementary | 1155 Wood Creek Bend Lane | Katy | TX | 77494 |
| 7310 | Wolfe Elementary | 502 Addicks-Howell Rd. | Katy | TX | 77079 |
| 7310 | Williams Elementary | 3900 South Peek Rd. | Katy | TX | 77450 |
| 7310 | Stephens Elementary | 2715 Fry Rd. | Katy | TX | 77449 |
| 7310 | Shafer Elementary | 5150 Ranch Point Dr. | Katy | TX | 77494 |
| 7310 | Rhoads Elementary | 19711 Clay Rd. | Katy | TX | 77449 |
| 7310 | Pattison Elementary | 19910 Stonelodge Dr. | Katy | TX | 77450 |
| 7310 | Nottingham Country Elementary | 20500 Kingsland Blvd. | Katy | TX | 77450 |
| 7310 | Morton Ranch Elementary | 2502 Mason Rd. | Katy | TX | 77449 |
| 7310 | Memorial Parkway Elementary | 21603 Park Tree Lane | Katy | TX | 77450 |
| 7310 | King Elementary | 1901 Charlton House Lane | Katy | TX | 77493 |
| 7310 | Hayes Elementary | 21203 Park Timbers Lane | Katy | TX | 77450 |

DocuSign Envelope ID: AC634273-DPB3-4A89-88B9-C6155A550E8D

**Standing Order Protocol for the Administration of**
**Vaccines by Walmart and Sam's Club Pharmacists in**
**Texas**

## CONFIDENTIAL INFORMATION

| 7310 | Franz Elementary | 2751 Westgreen Blvd. | Katy | TX | 77449 |
|------|------------------|----------------------|------|-----|-------|
| 7310 | Exley Elementary | 21800 Westheimer Parkway | Katy | TX | 77450 |
| 7310 | Creech Elementary | 5905 South Mason Rd. | Katy | TX | 77450 |
| 7310 | Bethke Elementary | 4535 E. Ventana Parkway | Katy | TX | 77493 |
| 7310 | Bear Creek Elementary | 4815 Hickory Downs Dr. | Houston | TX | 77084 |
| 7310 | Alexander Elementary | 6161 South Fry Rd. | Katy | TX | 77494 |
| 7310 | Academy Distribution Center | 1800 N. Mason Rd. | Katy | TX | 77449 |
| 7347 | Sanmar | 4701 Northview Dr | Irving | tx | 75038 |
| 7347 | Heritage Village Residencies | 701 Heritage Way | Hurst | TX | 76053 |
| 7347 | HR Block | 732 E Pipeline RD | Hurst | TX | 76053 |
| 7349 | MWI Veterinary Supply/Micro Technologies | 8701 Centerport Blvd | Amarillo | TX | 79108 |
| 7349 | REED BEVERAGE, INC | 3333 SE 3rd Ave | AMARILLO | TX | 79104 |
| 7349 | COUNTRY ESTATES MOBILE HOME COMMUNITY | 7900 SW 81ST AVE | AMARILLO | TX | 79119 |
| 7349 | Brown Buick GMC | 4300 Georgia St S | Amarillo | TX | 79110 |
| 7349 | EXCEL MACHINERY LTD. | 12100 I-40E | AMARILLO | TX | 79120 |
| 7357 | Langham Creek Family YMCA | 16725 Longenbaugh Drive | Houston | TX | 77095 |
| 7357 | Copperfield Estates Senior Living Community | 16820 West Road | Houston | TX | 77095 |
| 7357 | Church Without Walls | 5725 Queenston | Houston | TX | 77084 |
| 7357 | Avanti Senior Living | 17808 Lakecrest View Drive | Cypress | TX | 77433 |
| 7357 | TELGE RD. AG-SCIENCE CTR. | 11202 TELGE RD. | CYPRESS | TX | 77429 |
| 7357 | EXHIBIT CENTER | 11206 TELGE RD. | CYPRESS | TX | 77429 |
| 7357 | CYFAIR ANNEX | 22602 HEMPSTEAD HWY | CYPRESS | TX | 77429 |
| 7357 | Church Without Walls | 5725 Queenston | Houston | TX | 77084 |
| 7357 | Copperfield Estates Senior Living and Retirement Community | 16820 West Road | Houston | TX | 77095 |
| 7357 | Langham Creek Family YMCA | 16725 Longenbaugh Drive | Houston | TX | 77095 |
| 7357 | Berry Center (Health Expo) | 8877 Barker Cypress Rd. | Cypress | TX | 77433 |
| 7357 | JAINIE SCOTT PRINTING CTR. | 12510 WINDFERN RD. | HOUSTON | TX | 77064 |
| 7357 | WINDFERN ANNEX | 12510 WINDFERN RD. | HOUSTON | TX | 77064 |
| 7357 | TAX OFFICE | 10494 JONES RD. STE 106 | HOUSTON | TX | 77065 |
| 7357 | SCIENCE RESOURSE CTR. | 11206 TELGE RD. | CYPRESS | TX | 77429 |
| 7357 | PRIDGEON STADIUM | 11355 FALCON RD. | HOUSTON | TX | 77065 |
| 7357 | MAINTENANCE CTR. | 11430 PERRY RD. | HOUSTON | TX | 77064 |
| 7357 | INSTRUCTIONAL SUPPORT CTR. | 10300 JONES RD. | HOUSTON | TX | 77065 |
| 7357 | FOOD PRODUCTION CTR. | 6355 CARA ST. STE 800 | HOUSTON | TX | 77041 |
| 7357 | FALCON ANNEX | 11330 FALCON RD. | HOUSTON | TX | 77064 |

WM/YW 004894

**Walmart** Save money. Live better.    **Sam's CLUB**    **Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 7357 | ELDRIDGE AG-SCIENCE CTR. | 7600 N. ELDRIDGE PKWY | HOUSTON | TX | 77041 |
|------|--------------------------|-----------------------|---------|-----|-------|
| 7357 | CFISD POLICE DEPT/SECURITY | 11200 TEIGE RD. | CYPRESS | TX | 77429 |
| 7357 | BERRY CENTER AND STADIUM | 8877 BARKER CYPRESS RD. | CYPRESS | TX | 77433 |
| 7357 | Copperfield Estates Senior Living and Retirement Community | 16820 West Road | Houston | TX | 77095 |
| 7357 | Langham Creek Family YMCA | 16725 Longenbaugh Drive | Houston | TX | 77095 |
| 7357 | Langham Creek Family YMCA | 16725 Longenbaugh Drive | Houston | Tx | 77095 |
| 7361 | Rodeo Palms Jr. High | 101 Palm Desert Dr. | Manvel | TX | 77578 |
| 7361 | Nolan Ryan Jr. High | 11500 Shadow Creek Parkway | Pearland | TX | 77584 |
| 7361 | Manvel Jr. High | 7302 McCoy Rd. | Manvel | TX | 77578 |
| 7361 | Glenn York Elementary | 2720 Kinglsey Dr. | Pearland | TX | 77584 |
| 7361 | Fairview Jr. High | 2600 County Rd. 190 | Alvin | TX | 77511 |
| 7361 | E.C. Mason Elementary | 7400 Lewis Lane | Manvel | TX | 77578 |
| 7361 | Dr. Red Duke Elementary | 2900 County Rd. 59 | Manvel | TX | 77578 |
| 7361 | Don Jeter Elementary | 2455 County Rd. 58 | Manvel | TX | 77578 |
| 7361 | ASSETS Academy | 605 W. House St. | Alvin | TX | 77511 |
| 7361 | Alvin Jr. High | 2300 South St. | Alvin | TX | 77511 |
| 7361 | Alvin Elementary | 1910 Rosharon Rd. | Alvin | TX | 77511 |
| 7361 | Walt Disney Elementary | 5000 Mustang Rd. | Alvin | TX | 77511 |
| 7361 | Savannah Lakes Elementary | 5151 Savannah Parkway | Rosharon | TX | 77583 |
| 7361 | R.L. Stevenson Primary | 4715 Mustang Rd. | Alvin | TX | 77511 |
| 7361 | Melba Passmore Elementary | 600 Kost | Alvin | TX | 77511 |
| 7361 | Mary Burks Marek Elementary | 1947 Kirby | Pearland | TX | 77584 |
| 7361 | Mark Twain Elementary | 345 Kendall Crest Dr. | Alvin | TX | 77511 |
| 7361 | Manvel High School | 19601 Hwy. 6 | Manvel | TX | 77578 |
| 7361 | Longfellow Elementary | 610 E. Clemens St. | Alvin | TX | 77511 |
| 7361 | Laura Ingalls Wilder Elementary | 2225 Kingsley Dr. | Pearland | TX | 77584 |
| 7361 | Hood - Case Elementary | 1450 Heights Rd. | Alvin | TX | 77511 |
| 7361 | G.W. Harby Jr. High | 1500 Height Rd. | Alvin | TX | 77511 |
| 7361 | Alvin Primary | 2200 W. Park Dr. | Alvin | TX | 77511 |
| 7361 | Alvin High School | 802 S. Johnson | Alvin | TX | 77511 |
| 7361 | ADAPT | 702 Second St. | Alvin | TX | 77511 |
| 7361 | GE Healthcare | 3615 Willowbend | Houston | TX | 77054 |
| 7361 | GE Healthcare Houston | 3615 Willowbend | Houston | TX | 77054 |
| 7362 | Bell Helicopter | 10201 Airport Blvd #181 | Amarillo | TX | 79111 |
| 8244 | Haygor Instrument & Company, INC. | 6322 Nunn | Houston | TX | 77087 |
| 8245 | Incite Energy | 1500 Rankin Rd. | Houston | Tx | 77073 |
| 8248 | Dallas ISD | 3211 West Pioneer | Irving | TX | 75061 |
| 8262 | southwest airlines | 11711 North | san antonio | TX | 78233 |

07.2016

**WM/YW 004895**

DocuSign Envelope ID: AC624073-DDB3-4A88-88B9-15155A55E5BD

Walmart
Save money. Live better.

Sam's CLUB

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| | | Interstate 35 | | | |
|---|---|---|---|---|---|
| 8262 | ge oil and gas | 1150 schwab road | new braunfels | tx | 78154 |
| 8262 | ge oil and gas | 1150 schwab road | new braunfels | tx | 78154 |
| 8262 | gillman automotive | 16044 interstate 35North | schertz | tx | 78154 |
| 8262 | deanan gourmet popcorn | 601 toeppenwein road | converse | tx | 78109 |
| 8264 | Chromalloy Component Services, Inc. | 303 Industrial Park | San Antonio | TX | 78226 |
| 8264 | Texas Attourney General | 115 E Travis St #925 | San Antonio | TX | 78205 |
| 8268 | FC- 7006 | 5300 Westport Parkway | Fort Worth | TX | 76177 |
| 8268 | FC- 7767 | 15101 N. Beach Street | Fort Worth | TX | 76177 |
| 8270 | OfficeWise | 1301 13th Street | Lubbock | TX | 79401 |
| 8275 | ANTIOCH BAPTIST CHURCH | 3920 W CARDINAL DR | BEAUMONT | TX | 77705 |
| 8275 | CATHEDRAL OF FAITH BAPTIST CHURCH | 3755 FANNETT RD | BEAUMONT | TX | 77705 |
| 8275 | PARADISE BAPTIST CHURCH | 4390 FANNETT RD. | BEAUMONT | TX | 77705 |
| 8280 | El Paso Electric (Sys Ops) | 7751 CF Jordan | El Paso | TX | 79912 |
| 8280 | El Paso Electric (Fabens) | 200 E Main | Fabens | TX | 79838 |
| 8280 | El Paso Electric (Hawkins Service Center) | 651 Hawkins Blvd | El Paso | TX | 79915 |
| 8280 | El Paso Electric (Carnegie Location) | 9505 Carnegie | El Paso | TX | 79925 |
| 8280 | El Paso Electric (Roland Lucky Location) | 7240 Brogan | El Paso | TX | 79915 |
| 8280 | El Paso Electric (Newman Power Plant) | 4900 Stan Roberts | El Paso | TX | 79934 |
| 8280 | El Paso Electric (Stanton location) | 100 N. Stanton St. | El Paso | TX | 79901 |
| 8281 | T-Rex Engineering | 8100 Washington Ave. suite 200 | Houston | tx | 77007 |
| 8284 | Senior Citizens' Center | 1915 Garden Valley Rd | Tyler | TX | 75702 |
| 8284 | Villas of Pine Ridge | 3110 Towne Park Dr | Tyler | TX | 75701 |
| 8295 | Redwater School | 206 Red River Rd N | Redwater | TX | 75573 |
| 8295 | US Post Office | 2211 N Robison Rd | Texarkana | TX | 75501 |
| 8295 | Bowie Cass Electric | 117 North St | Douglasville | TX | 75560 |
| 8930 | Qorvo (Triquint) | 500 W Renner Rd | Richardson | TX | 75080 |
| 8930 | UT Dallas | 800 W Campbell Rd SSB 43 | Richardson | TX | 75080 |
| 8930 | Raytheon | 4101 E Plano Pkwy | Plano | TX | 75074 |
| 8930 | Raytheon | 1717 Cityline Dr | Richardson | TX | 75082 |
| 8930 | Raytheon | 1200 S Jupiter | Garland | TX | 75042 |
| 8930 | Raytheon | 1601 N Plano Rd | Richardson | TX | 75081 |
| 8930 | Fleetpride | 600 E Las Colinas Blvd #400 | Irving | TX | 75039 |
| 8930 | Overture | 500 Coit Rd | Plano | TX | 75075 |
| 8930 | Kohl's Call Center | 17657 Waterview Parkway | Dallas | TX | 75252 |

07.2016

WM/YW 004896

DocuSign Envelope ID: AC634073-DDB3-4A89-88B9-0C155A550E8D

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

# CONFIDENTIAL INFORMATION

| 8930 | Raytheon | 2501 W University | McKinney | TX | 75071 |
|------|----------|-------------------|----------|-----|-------|
| 8930 | RGIS Inventory Specialists | 13154 Coit Rd #213 | Dallas | TX | 75240 |
| 8930 | RGIS Inventory Specialists | 13154 Coit Rd #213 | Dallas | TX | 75240 |
| 8930 | Fleetpride | 5145 Norwood Dr | Dallas | TX | 75247 |
| 8930 | Fleetpride | 2007 Royal Ln #140 | Dallas | TX | 75229 |
| 9830 | Fleetpride | 601 W Mockingbird | Dallas | TX | 75247 |
| | Extraco Banks | 1821 S Valley Mills Drive | Waco | TX | 76711 |
| DC | 4036 MARKET SERVICE CENTER | 2440 SE LOOP 820 | FORT WORTH | TX | 76140 |
| DC | SAM'S DC NEW BRAUNFELS TX | 4002 N IH 35 | NEW BRAUNFELS | TX | 78130 |
| DC | PALESTINE TX FASHION | 201 OLD ELKHART RD | PALESTINE | TX | 75801 |
| DC | PLAINVIEW TX RDC | 3101 QUINCY ST | PLAINVIEW | TX | 79072 |
| DC | NEW BRAUNFELS TX RDC | 3900 N IH 35 | NEW BRAUNFELS | TX | 78130 |
| DC | PALESTINE TX RDC | 14863 FM 645 | PALESTINE | TX | 75803 |
| DC | CMA USA LAREDO TX | 8917 MOLLY DRIVE | LAREDO | TX | 78045 |
| DC | TERRELL TX GROC PDC | 591 APACHE TRL | TERRELL | TX | 75160 |
| DC | CLEBURNE, TX GROC FDC | 3470 WINDMILL RD | CLEBURNE | TX | 76033 |
| DC | SANGER, TX DPS | 2120 N STEMMONS ST | SANGER | TX | 76266 |
| DC | TEMPLE, TX GROCERY FDC | 9605 NW H K DODGEN LOOP | TEMPLE | TX | 76504 |
| DC | ELECTRONIC REPAIR - TEXAS | 3900 N IH 35 | NEW BRAUNFELS | TX | 78130 |
| DC | SAM'S LAREDO (SDC), TX | 8917 MOLLY DR. STE. 3 | LAREDO | TX | 78045 |
| DC | SAM'S DC - DAYTON TX | 451 FM 686 | DAYTON | TX | 77535 |
| DC | PLAINVIEW MAINT SHOP | 3101 QUINCY ST | PLAINVIEW | TX | 79072 |
| DC | NEW BRAUNFELS MAINT SHOP | 3900 N IH 35 | NEW BRAUNFELS | TX | 78130 |
| DC | PALESTINE MAINT SHOP | 14863 FM 645 UNIT C | PALESTINE | TX | 75803 |
| DC | MAINT, SANGER, TX | 2110 N STEMMONS ST | SANGER | TX | 76266 |
| DC | TRUCKING PLAINVIEW TX | 3101 QUINCY ST | PLAINVIEW | TX | 79072 |
| DC | TRUCKING NEW BRAUNFELS | 3900 N IH 35 | NEW BRAUNFELS | TX | 78130 |
| DC | TRUCKING, PALESTINE, TX | 14863 FM 645 UNIT D | PALESTINE | TX | 75803 |
| DC | DISPATCH TERRELL,TX PDC | 591 APACHE TRL | TERRELL | TX | 75160 |
| DC | DISP CLEBURNE TX GROC FDC | 3470 WINDMILL RD | CLEBURNE | TX | 76033 |
| DC | DISPATCH, SANGER, TX | 2120 N STEMMONS ST | SANGER | TX | 76266 |
| DC | DISP TEMPLE TX GROC FDC | 9605 NW H K DODGEN LOOP | TEMPLE | TX | 76504 |
| DC | WAL CON DESOTO TX | 830 E CENTRE PARK | DESOTO | TX | 75115 |

07.2016

WM/YW 004897

**CONFIDENTIAL INFORMATION**

| | | BLVD | | | |
|---|---|---|---|---|---|
| DC | PICKUP & DELIVERY,DESOTO | 830 E CENTRE PARK BLVD | DESOTO | TX | 75115 |
| DC | DFW1S FORT WORTH FC 7006 - WHS | 5300 WESTPORT PARKWAY | FORT WORTH | TX | 76177 |
| DC | NEW CANEY, TX GROC MDC | 20131 GENE CAMPBELL RD | NEW CANEY | TX | 77357 |
| DC | SEALY, TX DPS | 3162 FM 3538 RD | SEALY | TX | 77474 |
| DC | IMPORT CENTER BAYTOWN TX | 4554 OSCAR NELSON JR DR | BAYTOWN | TX | 77523 |
| DC | BAYTOWN.COM | 4554 OSCAR NELSON JR DR | BAYTOWN | TX | 77523 |
| DC | MAINT SEALY,TX | 3162 FM 3538 RD | SEALY | TX | 77474 |
| DC | DFW2N FORT WORTH FC 7767 WAREH | 15101 N BEACH ST | FORT WORTH | TX | 76177 |
| DC | DISP NEW CANEY TX GRO MDC | 21031 GENE CAMPBELL RD | NEW CANEY | TX | 77357 |
| DC | TRUCKING SEALY,TX | 3162 FM 3538 RD | SEALY | TX | 77474 |
| DC | SEALY | 3164 FM 3538 | SEALY | TX | 77474 |
| DC | BLAND DISTRIBUTION SERVICES | 2243 N GOOLIE RD | DONNA | TX | 78537 |
| DC | SAM'S DC - SANGER TX | 2122 NORTH STEMMONS | SANGER | TX | 76266 |
| DC | WACO, TX | 2301 CORPORATION PKWY | WACO | TX | 76712 |
| Green's produce & Plants | Noah's Ark Christian Academy | 2301 W. Arkansas Ln. | Pangeto | TX | 76013 |
| | Center for Transforming Lives | 512 W 4th Street | Ft Worth | TX | 76102 |
| | Amon G Carter YMCA | 512 Lamar Street. | Ft Worth | TX | 76102 |
| | Covenant Place of Burleson | 611 NE Alsbury Blvd | Burleson | TX | 76028 |
| | BPD Dallas Texas (ENTTX) | 2450 Esters Boulevard, Suite 300 | DFW Airport | TX | 75261 |
| | R3 Safety Houston (UHO) | 8811 Wallisville Road, Suite A | Houston | TX | 77029 |
| | Bunzl R3 Dallas (DALL) | 2005 Valley View Lane, Ste 120 | Dallas | TX | 75234 |
| | Bunzl R3 Houston (HOUS) | 700 Northpark Central Drive | Houston | TX | 77073 |
| | Bunzl R3 San Antonio (SANANT) | 4030 Binz Engleman Road | San Antonio | TX | 78219 |
| | Southwest Region Office (SWREG) | 2005 Valley View Lane, Ste 100 | Dallas | TX | 75234 |
| 5963 | cross timber family ymca | 2021 crosstimber rd | flower mound | texas | 75028 |
| 1494 | KIII Studios | 5002 S. Padre Island Drive | Corpus Christi | Texas | 78411 |
| 1494 | KRIS Communications | 301 Artesian Street | Corpus Christi | Texas | 78401 |
| 1494 | Corpus Christi Visitors Bureau | 101 N. Shoreline Blvd, | Corpus Christi | Texas | 78401 |

07.2016

WM/YW 004898

DocuSign Envelope ID: AC624973-DB83-4A89-88B9-65155455F58D

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

# CONFIDENTIAL INFORMATION

| | | Ste. 430 | | | |
|---|---|---|---|---|---|
| 1494 | Corpus Christi Army Depot | 308 3rd Street | Corpus Christi | Texas | 78419 |
| 1494 | De Dietrich USA | P.O. Box 10069 | Corpus Christi | Texas | 78460 |
| 1494 | Elementis Chromium | 3800 Buddy Lawrence Drive | Corpus Christi | Texas | 78469 |
| 1494 | MarkWest Javelina | 5438 Union Street | Corpus Christi | Texas | 78407 |
| 1494 | Lyondell (Equistar) | P.O. Box 10940 | Corpus Christi | Texas | 78460 |
| 1494 | Nueces County Community Action Agency | 101 S. Padre Island Drive | Corpus Christi | Texas | 78405 |
| 1494 | West Oso Independent School District | 5050 Rockford Drive | Corpus Christi | Texas | 78416 |
| 1494 | TT Electronics | 4222 S. Staples Street | Corpus Christi | Texas | 78411 |
| 1494 | First Data Corporation | 330 Opportunity Drive | Corpus Christi | Texas | 78405 |
| 1494 | H&S Constructors | 1616 Valero Way | Corpus Christi | Texas | 78469 |
| 1494 | Sam Kane Beef Processors | P.O. Box 9254 | Corpus Christi | Texas | 78469 |
| 1494 | City of Corpus Christi | P.O. Box 9277 | Corpus Christi | Texas | 78469 |
| 1494 | City of Robstown | 430 E. Main Avenue | Robstown | Texas | 78380 |
| 1494 | Taft Independent School District | 400 College Street | Taft | Texas | 78390 |
| 1494 | City of Refugio | P.O. Box 1020 | Refugio | Texas | 78377 |
| 1494 | American Bank Center | 1901 N. Shoreline Blvd | Corpus Christi | Texas | 78401 |
| 1494 | Sames Ford | 4721 Ayers | Corpus Christi | Texas | 78415 |
| 1494 | McCoy's Building Supply | 2118 W. Wheeler Avenue | Aransas Pass | Texas | 78336 |
| 1494 | Commercial Motor Company | 160 S. Commercial | Aransas Pass | Texas | 78336 |
| 1494 | Sinton Independent School District | 322 S. Archer Street | Sinton | Texas | 78387 |
| 1494 | Aransas County Independent School District | 1700 Omohundro Street | Rockport | Texas | 78382 |
| 1494 | Ingleside Independent School District | 2624 Mustang Drive | Ingleside | Texas | 78362 |
| 1494 | City of Rockport | 622 E. Market Street | Rockport | Texas | 78382 |
| 1494 | City of Port Aransas | 710 W. Avenue A | Port Aransas | Texas | 78373 |
| 1494 | Celanese Bishop Plant | Hwy 77 S | Bishop | Texas | 78343 |
| 1494 | Bishop CISD | 719 E. 6th Street | Bishop | Texas | 78343 |
| 1494 | Eddie Yaklin Dealership | 2501 S. Hwy 77 | Kingsville | Texas | 78363 |
| 1494 | Gregory-Portland ISD | 308 N. Gregory | Gregory | Texas | 78359 |
| 1494 | Kennedy Dental Care | 6200 Saratoga Blvd | Corpus Christi | Texas | 78414 |
| 1494 | Volkswagen | 6902 S. Padre Island Dr. | Corpus Christi | Texas | 78412 |
| 1494 | Taggart Auto | 1609 HWY 181 | Portland | Texas | 78374 |
| 1494 | Al Willeford Chevrolet | 1603 HWY 181 | Portland | Texas | 78374 |
| 1494 | City of Taft | 501 Green Ave | Taft | Texas | 78390 |
| 1494 | Kiewit | 2440 Kiewit Road | Corpus Christi | Texas | 78362 |
| 1494 | International Educational Services | 2547 N US Hwy 77 | Robstown | Texas | 78380 |
| 1494 | Cable One | 1045 S. Commercial | Aransas Pass | Texas | 78336 |
| 1494 | Ed Hicks Nissan | 3000 S Padre Island Drive | Corpus Christi | Texas | 78415 |
| 1494 | Access Ford | 3680 US 77 | Corpus Christi | Texas | 78410 |

07.2016

WM/YW 004899

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| 1494 | Mike Shaw Toyota | 3232 IH 69 Access Road | Corpus Christi | Texas | 78380 |
|------|------------------|------------------------|---------------|-------|-------|
| 1494 | GE Oil and Gas | 341 Lantana | Corpus Christi | Texas | 78408 |
| 1494 | Schlumberger Oilfield | 353 Lantana | Corpus Christi | Texas | 78408 |
| 1494 | United Rentals | 7917 Bearden Road | Corpus Christi | Texas | 78409 |
| 1494 | Sunbelt Oilfield Supply | 1142 N Padre Island Drive | Corpus Christi | Texas | 78404 |
| 1494 | Thomas Petro | 4632 Daniel Drive | Robstown | Texas | 78380 |
| 1494 | C&J Energy Services | 500 N. Shoreline | Corpus Christi | Texas | 78401 |
| 1494 | Turner Industries | 8601 IH 37 Access Road | Corpus Christi | Texas | 78409 |
| 1494 | CETCO Oilfield Services | 4900 FM 665 | Robstown | Texas | 78380 |
| 1494 | Koch Pipeline Company | 8606 Hwy 37 | Corpus Christi | Texas | 78409 |
| 1494 | Brand Energy Solutions | 240 Corn Product Road | Corpus Christi | Texas | 78409 |
| 1494 | The Waterford at Corpus Christi | 5813 Esplanade Dr | Corpus Christi | Texas | 78410 |
| 1494 | Garden Estates | 2709 Cimmaron Blvd | Corpus Christi | Texas | 78414 |
| 1494 | Villa of Corpus Christi | 2822 Roby Street | Corpus Christi | Texas | 78410 |
| 1494 | Robstown Independent School District | 801 N First Street | Robstown | Texas | 78380 |
| 1494 | Del Mar College | 101 Baldwin Blvd | Corpus Christi | Texas | 78404 |
| 1494 | CITGO Petroleum Corporation | 1802 Nueces Bay Blvd | Corpus Christi | Texas | 78407 |
| 1494 | Valero - Bill Greehey Refinery | 1147 Cantwell Lane | Corpus Christi | Texas | 78407 |
| 1494 | Allen Samuels Corpus Christi | 2118 S. Padre Island Dr. | Corpus Christi | Texas | 78416 |
| 1494 | Magnum Oil Tools | 5655 Bear Lane, Suite 100 | Corpus Christi | Texas | 78405 |
| 1494 | TxDot District Office | 1701 S. Padre Island Dr. | Corpus Christi | Texas | 78416 |
| 1494 | Tractor Supply Company | 3736 E Hwy 44 | Alice | Texas | 78332 |
| 1494 | McCoy's Building Supply | 3761 TX-44 | Alice | Texas | 78332 |
| 1494 | Ben Bolt-Palito Blanco Independent School District | 172 Badger Lane | Bishop | Texas | 78343 |
| 1494 | City of Alice | 500 E. Main Street | Alice | Texas | 78332 |
| 1494 | Dixie Iron Works | 300 W. Main Street | Alice | Texas | 78332 |
| 1494 | Alice Independent School District | 2 Coyote Trail | Alice | Texas | 78332 |
| 345 | SAnderson Farms | 320 sanderson farm parkway | Palestine | Texas | 75803 |
| 1494 | Home Depot | 5041 S. Padre Island Drive | Corpus Christi | Texas | 78411 |
| 1494 | GRANDE | 6441 Saratoga Blvd | Corpus Christi | Texas | 78414 |
| 1494 | UPS | 321 Navigation Road | Corpus Christi | Texas | 78408 |
| 1494 | FED EX | 246 S. Navigation Blvd | Corpus Christi | Texas | 78405 |
| 1494 | L&F Distributors | 8761 TX-44 | Corpus Christi | Texas | 78406 |
| 1494 | Navy Army | 285 Buddy Ganem | Portland | Texas | 78374 |
| 1494 | Tepsco | 915 Commerce St. | Portland | Texas | 78374 |
| 1494 | Voestalpine Texas LLC | 2800 Kay Bailey Hutchison Road | Portland | Texas | 78374 |
| 1494 | Legacy Pre-school | 902 Moore Ave. | Portland | Texas | 78374 |
| 1494 | Frost Bank | 500 W. Broadway St. | Portland | Texas | 78374 |

07.2016

WM/YW 004900

DocuSign Envelope ID: AC624073CDB3-4A82-88D9-6155455E8BD

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 1494 | Wells Fargo | 1031 US HWY 181 | Portland | Texas | 78374 |
| 1494 | DuPont | 4127 Hwy 361 | Gregory | Texas | 78359 |
| 1494 | Harbor Place | 5518 Lipes Blvd | Corpus Christi | Texas | 78413 |
| 1494 | City of Portland | 1900 Billy G. Webb Drive | Portland | Texas | 78374 |
| 1494 | City of Aransas Pass | 600 W. Cleveland Blvd | Aransas Pass | Texas | 78336 |
| 1494 | Gold's Gym | 6643 S. Staples | Corpus Christi | Texas | 78413 |
| 1494 | Cimmaron Place | 3801 Cimmaron Blvd | Corpus Christi | Texas | 78414 |
| 1494 | Ingram Reddy Mix | 5635 Holly Road | Corpus Christi | Texas | 78412 |
| 1494 | Stripes Support Center | 4525 Ayers Street | Corpus Christi | Texas | 78415 |
| 1494 | prestons auto clinic | 1934 waldron road | Corpus Christi | Texas | 78418 |
| 1494 | City of Kingsville | 200 E. Kleberg Avenue | Kingsville | Texas | 78363 |
| 1494 | Riviera Independent School District | 203 Seahawk Drive | Riviera | Texas | 78379 |
| 1494 | Santa Gertrudis Independent School District | Hwy 141 King Ranch | Kingsville | Texas | 78364 |
| 1494 | Ricardo Independent School District | 138 Co Rd 2160 W | Kingsville | Texas | 78363 |
| 1494 | Ricardo Independent School District | 138 Co Rd 2160 W | Kingsville | Texas | 78363 |
| 1494 | Kingsville Independent School District | 207 N. 3rd Street | Kingsville | Texas | 78363 |
| 3506 | arnold m.s. | 11111 telge rd | cypress | texas | 77429 |
| 3506 | anthony middle school | 10215 greenhouse rd | cypress | texas | 77433 |
| 3506 | jersey village h.s. | 7600 solomon st | houston | texas | 77040 |
| 3506 | cypress woods h.s. | 13550 woods spillane blvd | cypress | texas | 77429 |
| 3506 | cypress ridge h.s. | 7900 n eldridge pkwy | houston | texas | 77041 |
| 3506 | cypress falls h.s. | 9811 huffmeister rd | houston | texas | 77095 |
| 5290 | Nationwide Corporation | 9903 Nationwide Dr #204 | San Antonio | texas | 78251 |
| 5290 | San Antonio Eye Specialists | 2810 NW Loop 1604 Suite 200 | San Antonio | texas | 78248 |
| 5963 | US memory care of Colleyville | 8100 Precinct Line rd | Colleyville | Texas | 76034 |
| 5963 | Martin crest Senior living | 1818 martin dr | Weatherford | Texas | 76086 |
| 7251 | Trinity Courtyard | 6150 Oakmont Trail | Fort Worth | Texas | 76132 |
| 3828 | Telco Plus Credit Union | 423 Gilmer Road | Longview | Texas | 75604 |
| 523 | city of carthage police department | 321 w. panola | carthage | texas | 75633 |
| 3585 | Brookdale the Woodlands | 1730 Woodstead Court | Spring | texas | 77380 |
| 3585 | Cox Intermediate School | 3333 Waterbend Cove | Spring | texas | 77386 |
| 807 | Tyson Foods inc | 6350 Browning ct | North Richland Hills | Texas | 76180 |
| 7362 | Adobe Walls Stoneworks | 2700 Osage St | Amarillo | Texas | 79103 |
| 7362 | Ashley Furniture | 5220 S WESTERN | AMARILLO | TEXAS | 79109 |
| 7362 | Texas Furniture | 3600 Soncy | Amarillo | Texas | 79119 |
| 1494 | Snap Fitness | 2334 Hwy 361 | Ingleside | Texas | 78362 |
| 1494 | Trigeant Petroleum | P.O. Box 9606 | Corpus Christi | Texas | 78469 |
| 1494 | Exxene Corporation | 5939 Holly Road | Corpus Christi | Texas | 78412 |

61

WM/YW 004901

DocuSign Envelope ID: AC624273-DPB3-4A88-88BD-45155E55E5BD

# Walmart
Save money. Live better.

Sam's CLUB

## Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

## CONFIDENTIAL INFORMATION

| 1494 | Gulf Copper Ship Repair | 4721 Navagation Blvd | Corpus Christi | Texas | 78402 |
|------|------|------|------|------|------|
| 1494 | Repcon | 7501 Up River Road | Corpus Christi | Texas | 78409 |
| 1494 | Corpus Christi Hooks Baseball | 734 E. Port Avenue | Corpus Christi | Texas | 78401 |
| 1494 | Allen Samuels Aransas Pass | 877 Hwy 35 Bypass | Aransas Pass | Texas | 78336 |
| 1494 | Aransas Autoplex | 2352 W. Wheeler Avenue | Aransas Pass | Texas | 78336 |
| 1494 | Aransas Pass Independent School District | 2300 McMullen Lane, Suite 600 | Aransas Pass | Texas | 78336 |
| 1494 | Gulf Marine Fabricators | 1982 FM 2725 | Ingleside | Texas | 78362 |
| 1494 | Blake Fulenwider Dealership | 2151 N Hwy 77 Bypass | Kingsville | Texas | 78363 |
| 1494 | Naval Air Station, Kingsville | 554 McCain Street #101 | Kingsville | Texas | 78363 |
| 1494 | Riviera Independent School District | 203 Seahawk Drive | Riviera | Texas | 78379 |
| 1494 | City of Sinton | 301 E. Market St. | Sinton | Texas | 78387 |
| 1494 | City of Ingleside | 2671 San Angelo | Ingleside | Texas | 78362 |
| 1494 | Catholic Diocese of Corpus Christi | 620 Lipan Street | Corpus Christi | Texas | 78401 |
| 1494 | Navy Army Real Estate Center | 2814 Rodd Field Road | Corpus Christi | Texas | 78414 |
| 1494 | Sun Coast Resources | 218 N Padre Island Drive | Corpus Christi | Texas | 78406 |
| 1494 | Baker Hughes | 322 Manning Road | Corpus Christi | Texas | 78409 |
| 1494 | Halliburton | 555 N. Caranchua | Corpus Christi | Texas | 78478 |
| 1494 | Bronco Oilfield Services | 820 McBride Lane | Corpus Christi | Texas | 78408 |
| 1494 | Genesis Crude Oil | 1150 Southern Minerals Rd | Corpus Christi | Texas | 78409 |
| 1494 | Driscoll Independent School District | PO Box 238 | Driscoll | Texas | 78351 |
| 1494 | Banquete Independent School District | PO Box 369 | Banquete | Texas | 78339 |
| 1494 | Holmgreen Center | 317 N Tancahua St | Corpus Christi | Texas | 78410 |
| 1494 | Senior Care of Corpus Christi | 202 Fortune Drive | Corpus Christi | Texas | 78410 |
| 1494 | Corpus Christi Independent School District | 801 Leopard Street | Corpus Christi | Texas | 78403 |
| 1494 | Calallen Independent School District | 4205 Wildcat Drive | Corpus Christi | Texas | 78410 |
| 1494 | Tuloso-Midway Independent School District | 9760 La Branch | Corpus Christi | Texas | 78410 |
| 1494 | Texas A&M University - Corpus Christi | 6300 Ocean Drive | Corpus Christi | Texas | 78412 |
| 1494 | Post Office main | 902 Ayers | Corpus Christi | Texas | 78404 |
| 1494 | CITGO Petroleum Corporation | 1802 Nueces Bay Blvd | Corpus Christi | Texas | 78407 |
| 1494 | Flint Hills Resources | P.O. Box 2608 | Corpus Christi | Texas | 78403 |
| 1494 | Sutherlands Lumber | 1250 E. Houston St. | Alice | Texas | 78332 |
| 1494 | Jim Wells County | 200 N. Almond | Alice | Texas | 78332 |
| 1494 | Coastal Bend College | 704 Coyote Trail | Alice | Texas | 78332 |
| 1494 | Fit24 Gym | 1118 N. Texas Blvd | Alice | Texas | 78332 |
| 1494 | CC Forbes | 4783 S. US Hwy 281 | Alice | Texas | 78332 |
| 1494 | FESCO Ltd | 1000 Fesco Drive | Alice | Texas | 78332 |
| 1494 | Agua Dulce Independent School District | P.O. Box 250 | Agua Dulce | Texas | 78330 |
| 345 | Vulcraft | 175 County Rd 2345 | Grapeland | Texas | 75844 |

07.2016

WM/YW 004902

DocuSign Envelope ID: AC6240F3-DDB3-4A8B-88B0-6155455E5E8D

**Walmart** Save money. Live better. **Sam's CLUB**

Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas

# CONFIDENTIAL INFORMATION

| 1494 | AUTO NATION | 6050 S. Padre Island Drive | Corpus Christi | Texas | 78412 |
|------|-------------|---------------------------|----------------|-------|-------|
| 1494 | TIME WARNER | 819 N Upper Broadway | 819 N Upper Broadway | Texas | 78401 |
| 1494 | LOWES | 1530 Airline Road | Corpus Christi | Texas | 78412 |
| 1494 | ANDREWS DIST. | 254 Junior Beck Drive | Corpus Christi | Texas | 78405 |
| 1494 | Oneta Company (Pepsi and Sun Vending) | 1401 S. Padre Island Dr. | Corpus Christi | Texas | 78416 |
| 1494 | Coca-Cola Bottling Company | 5126 Greenwood Drive | Corpus Christi | Texas | 78417 |
| 1494 | Bechtel Recruiting Center | 1500 Wildcat Dr. | Portland | Texas | 78374 |
| 1494 | O'Reilly Auto Parts | 1016 US HWY 181 | Portland | Texas | 78374 |
| 1494 | Cheniere Energy | 1702 US HWY 181 Suite A4 | Portland | Texas | 78374 |
| 1494 | First Baptist Day Care | 1305 Wildcat Dr. | Portland | Texas | 78374 |
| 1494 | Bay Ltd. | 1414 Valero Way | Corpus Christi | Texas | 78409 |
| 1494 | TPCO America Corp (Gregory) | 10700 Richmond Avenue, #302 | Houston | Texas | 77042 |
| 1494 | Occidental Chemical (Gregory) | 4133 Hwy 361 | Gregory | Texas | 78359 |
| 1494 | OxyChem Ingleside | Hwy 361 | Ingleside | Texas | 78362 |
| 1494 | Sherwin Alumina Company | 4633 Hwy 361 | Gregory | Texas | 78359 |
| 1494 | Lowe's Home Improvement | 150 S. FM 1069 | Aransas Pass | Texas | 78336 |
| 1494 | Navy Army | 522 Airline Road | Corpus Christi | Texas | 78412 |
| 1494 | Mirador Retirement | 5857 Timbergate | Corpus Christi | Texas | 78414 |
| 1494 | Villa South Assisted Living | 4834 Yorktown Blvd | Corpus Christi | Texas | 78413 |
| 1494 | Corpus Christi Athletic Club | 2101 Airline Road | Corpus Christi | Texas | 78414 |
| 1494 | Navy Air Station Corpus Christi | 11001 D Street | Corpus Christi | Texas | 78418 |
| 1494 | navy army credit union | 9552 S. Padre Island Drive | Corpus Christi | Texas | 78418 |
| 1494 | Flour Bluff Independent School District | 2505 Waldron Road | Corpus Christi | Texas | 78418 |
| 1494 | Wells Fargo Bank | 1190 Waldron Road | Corpus Christi | Texas | 78418 |
| 1494 | Kleberg County | 700 E. Kleberg Avenue | Kingsville | Texas | 78363 |
| 1494 | King Ranch | 3 Riverway, Suite 1600 | Houston | Texas | 77056 |
| 1494 | Texas A&M University - Kingsville | 700 University Blvd | Kingsville | Texas | 78363 |
| 1494 | Phil Neesen Dealership | 2007 S. US Hwy 77 Bypass | Kingsville | Texas | 78363 |
| 1494 | Sames Crow Dealership | 2501 S. Hwy 77 | Kingsville | Texas | 78363 |
| 3506 | aragon m.s. | 16823 west rd | houston | texas | 77095 |
| 3506 | windfern h.s. | 12630 windfern rd | houston | texas | 77064 |
| 3506 | langham creek h.s. | 12610 fm 529 | houston | texas | 77095 |
| 3506 | cypress springs h.s. | 7909 fry rd | cypress | texas | 77433 |
| 3506 | cypress ranch h.s. | 10700 fry rd | cypress | texas | 77433 |
| 3506 | cypress lakes h.s. | 5750 greenhouse rd | katy | texas | 77449 |
| 3506 | cypress creek h.s. | 9815 grant rd | houston | texas | 77070 |
| 2397 | Skyline Corporation | 606 S. Second Avenue | Mansfield | Texas | 76063 |
| 5290 | The PM Group | 7550 IH-10 West, suite | San Antonio | Texas | 78229 |

07.2016

WM/YW 004903

DocuSign Envelope ID: AC6240F3-DDB3-4A82-88B9-4F155A550E8D

**Standing Order Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists in Texas**

## CONFIDENTIAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| | | | 510 | | |
| 5963 | The oaks at flower mound assisted living and memory care | 3281 Long Praire rd | Flower mound | Texas | 75023 |
| 5963 | Legend assisted living and memory care | 8600 old denton rd | Fortworth | Texas | 76244 |
| 5963 | Arbor house of Weatherford | 1101 Jameson st. | Weatherford | Texas | 76086 |
| 5963 | Courtyards at Lake Granbury | 801 Calinco Dr. | Granbury | Texas | 76048 |
| 523 | panola national bank | 1510 w. panola | carthag | texas | 75633 |
| 6202 | Demco Manufacturing | 1121 N Temple Drive | Diboll | TX | 75941 |
| | GE Manufacturing Solutions | 16201 Three Wide Drive | Fort Worth | TX | 76177 |

*The location addresses listed below are the only locations permitted to receive mobile immunization clinics.

* If a location's physical address changes, please notify the immunization team so the standing order protocol can be updated.

Physician Signature: _____

Date: _8/9/2016_ _____

WM/YW 004904

**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

**Purpose:** To reduce morbidity and mortality from influenza, pneumonia (pneumococcal), varicella (chickenpox), hepatitis A virus (HAV) infection, hepatitis B virus (HBV) infection, human papillomavirus (HPV) infection, herpes zoster (shingles) infection, measles, mumps, and rubella infection, meningococcal disease, and tetanus, diphtheria, and pertussis by vaccinating those patients who meet the necessary criteria established by the Centers for Disease Control and Prevention's Advisory Committee on Immunization Practices, state law and any other controlling pharmacy regulations.

**Policy:** Under this protocol, guidance is provided for the administration of vaccines after a patient specific prescription is presented or when a pharmacist utilizes prescriptive authority provided by their state.  Eligible **Walmart and Sam's Club pharmacist(s)** where allowed by state law and having been duly trained, may administer immunizations as listed below.  Immunizations will not be administered within a patient's personal residence.

Ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Walmart Stores, Inc. corporate policy.  **Pharmacists must follow the strictest requirement of all three.**  If you have questions regarding the administration of immunizations contact your Market Manager, rphimz@email.wal-mart.com, or SamsClinicServ@samsclub.com.

## Section A: Vaccine Information

- Under this protocol, pharmacists shall have the authority to and screen patients for indications and contraindications of vaccines, and administer vaccines, when presented with an authorizing medical prescription order, and in compliance with the following criteria listed by vaccine below.

- Ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy.  Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.  To allow the pharmacist to properly asses indications and contraindications all patients receiving an immunization must fill out a patient questionnaire and consent form.

- CDC / ACIP Recommendations are provided by vaccine below, to provide complete indications and contraindications for use by the pharmacist during patient screening.  If a patient specific prescription is presented and the patient does not meet the CDC /ACIP recommendations or has a contraindication to the prescribed vaccine, the pharmacist must follow the below guidance:
    1. Call the provider
    2. State that the prescription is written outside of CDC recommendations (and provide the recommendation), or the patient has a contraindication to the prescribed vaccine.
    3. Verify if the physician still wants the patient to receive the vaccine.
    4. Write verification on the face of the script
    5. Give the patient the appropriate Vaccine Information Sheet (VIS).6.  Administer the vaccine Record the date the vaccine was administered the date the VIS was given to the patient, the date the VIS was published, the vaccine manufacturer and lot number, the vaccination site and route, and the name and title of the person administering the vaccine on the VAR portion of the Consent Form prior to administration.  Comply with the following instructions when using this document to administer an immunization.

## Influenza Vaccine:

**Vaccine and ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three, and may administer only the vaccines allowed by their state's regulations.**

1. **Indications for Influenza vaccine**:
    a.    Identify patients with no history of influenza vaccination for the current influenza season;
Vaccination is recommended for all patients, including healthy patients ages 6 months and older without risk factors, refer to the CDC/ACIP regarding age recommendations and specific product formulations;


Defendant's
EX 40
5:17-CV-00018-RWS-CMC

1

**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

b. Live Attenuated Influenza Vaccine (LAIV)(FluMist) is licensed for use only for healthy non-pregnant patients age 2 through 49 years old;

Patients that are 18 years and older may receive vaccination with the recombinant influenza vaccine (RIV); RIV (Flublok) does not contain any egg protein and can be given to age-appropriate persons with egg allergy of any severity.

c. Adults age 18 through 64 years of age may be given any intramuscular IIV product or, alternatively, the intradermal IIV product ("Fluzone Intradermal" or its therapeutic equivalent);

d. Adults age 65 years and older may be given standard-dose trivalent (IIV), quadrivalent dose (QIV) or, alternatively, high dose trivalent (IIV) ("Fluzone High-Dose" or its therapeutic equivalent).

e. Administer 1 or 2 doses per season (separated by at least 4 weeks) to children who are receiving influenza vaccine for the first time and are less than 9 years old.  Some children in this age group who have been vaccinated previously will also need two doses. Refer to http://www.cdc.gov/mmwr/pdf/rr/rr6207.pdf for more information.

f. For patients 9 years and older, administer 1 dose.

g. The CDC/ACIP does not have a preference for any given inactivated influenza vaccine formulation when used within their specified age indications.

2. **Contraindications to Influenza vaccine**:

a. A serious systemic or anaphylactic reaction after ingesting eggs, after receiving a previous dose of influenza vaccine, or to an influenza vaccine component. For a list of vaccine components, go to www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf.

b. Do not give live attenuated influenza vaccine (LAIV; nasal spray) to a patient with a history of hypersensitivity to eggs, either anaphylactic or non-anaphylactic;

c. Do not give live attenuated influenza vaccine (LAIV; nasal spray) to a patient who is pregnant, is age 50 years or older, or who has chronic pulmonary (including asthma), cardiovascular (excluding hypertension), renal, hepatic, neurologic/neuromuscular, hematologic, or metabolic (including diabetes) disorders; Immunosuppression, including that caused by medications or HIV.

d. Do not give live attenuated influenza vaccine (LAIV; nasal spray) to pregnant adolescents; children younger than age 2 years; children age 2 through 4 years who have experienced wheezing or asthma within the past 12 months, based on a health provider's statement; or children or adolescents on long-term aspirin therapy (applies to a child or adolescent age 6 months through 18 years).

3. **Precautions to Influenza vaccine**:

a. Moderate or severe acute illness with or without fever;

b. History of Guillain Barré syndrome within 6 weeks of a previous influenza vaccination;

c. For TIV only, allergic reaction to eggs consisting of hives only (observe patient for at least 30 minutes following vaccination);

d. For LAIV only, close contact with an immunosuppressed person when the person requires protective isolation, receipt of influenza antivirals (e.g., amantadine, rimantadine, zanamivir, or oseltamivir) within the previous 48 hours or possibility of use within 14 days after vaccination

e. Syncope has been reported with the use of injectable vaccines and may be accompanied by changes in vision or weakness.   Procedures should be in place to avoid injuries from falling and to restore cerebral perfusions if syncope occurs.

4. **Administration of Influenza vaccine**:

a. IIV Influenza vaccine (trivalent and quadrivalent) shall be administered according to the following instructions and specifications.

b. Screen all patients for contraindications and precautions to influenza vaccine(s).

c. For patients of all ages, give 0.5 mL of injectable trivalent inactivated influenza vaccine (TIV-IM); or quadrivalent inactivated influenza vaccine (QIV-IM) intramuscularly (22–25 g, 1–1½" needle) in the deltoid muscle;

2

WM/YW 014402



CONFIDENTIAL INFORMATION

**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

d.   A 5/8" needle may be used for adults weighing less than 130 lbs (<60 kg) for injection in the deltoid muscle only if the skin is stretched tight, subcutaneous tissue is not bunched, and the injection is made at a 90 degree angle;

e.   For children under 9 years, administer the vaccine in two divided doses, separated by 4 weeks if they 1) are receiving influenza vaccine for the first time or 2) did not get at least 2 doses of seasonal influenza vaccine since July 1, 2010.

f.   For healthy patients younger than age 50 years, give 0.2 mL of intranasal LAIV; 0.1 mL is sprayed into each nostril while the patient is in an upright position;

g.   For adults ages 18 through 64 years, give 0.1 ml TIV-ID intradermally by inserting the needle of the microinjection system at a 90 degree angle in the deltoid muscle; or d) For adults ages 65 years and older, give 0.5 mL of high-dose TIV-IM intramuscularly (22–25 g, 1–1½" needle) in the deltoid muscle.

h.   For adults that are 65 years and older, 0.5ml high dose TIV may be administered intramuscularly in the deltoid muscle (22-25 g, 1-1 1/2 " needle)

## Pneumococcal Vaccine:

**Vaccines and ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. <u>Pharmacists must follow the strictest requirement of all threeand may administer only the vaccines allowed by their state's regulations.</u>**

**Pneumococcal Polysaccharide Vaccine (PPSV23- Pneumovax 23)**

1.   **<u>Indications for Pneumococcal Polysaccharide vaccine  (PPSV23 – Pneumovax 23)</u>:**

     a.   Age 65 years or older with no or unknown history of prior receipt of PPSV23 (Pneumovax 23),

     b.   Age 65 years or older with a previous dose of PPSV23 prior to age 65 and at least 5 or more years has passed since that dose).

     c.   Patients aged 19 years to 64 years with specific underlying medical conditions.  These include chronic illness or other risk factors, such as chronic heart disease (including congestive heart failure and cardiomyopathies, excluding hypertension), chronic lung disease (including chronic obstructive lung disease, emphysema, and asthma), chronic liver disease (including cirrhosis), alcoholism, or diabetes mellitus.

     d.   Patients aged 19 years to 64 years who have cerebrospinal fluid leaks or cochlear implants.

     e.   Patients aged 19 years to 64 years with immunocompromising conditions or anatomical or functional asplenia.

          i.   Immunocompromising conditions indicated for pneumococcal vaccination are: congenital or acquired immunodeficiency (including B or T lymphocyte deficiency, complement deficiencies, and phagocytic disorders excluding chronic granulomatous disease), HIV infection, chronic renal failure, nephrotic syndrome, leukemia, lymphoma, Hodgkin disease, generalized malignancy, multiple myeloma, solid organ transplant, and iatrogenic immunosuppression (including long-term systemic corticosteroids and radiation therapy).

          ii.  Anatomic or functional asplenia that are indications for pneumococcal vaccination are: Sickle cell disease and other hemoglobinopathies, congenital or acquired asplenia, splenic dysfunction, and splenectomy.

     f.   Patients aged 19 years to 64 years who smoke cigarettes or reside in nursing homes or long term care facilities.

     g.   Patients may include American Indian / Alaskan Natives age 50 through 64 years if recommended by local public health authorities.

2.   **<u>Contraindications to PPSV23 (Pneumovax 23)</u>**

     a.   History of a serious reaction (anaphylaxis) after a previous dose of pneumococcal vaccine (PPSV or PCV) or to a vaccine component.  For a list of vaccine, go to www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf.

Updated 12.18.15

WM/YW 014403

3. **Precautions to PPSV23 (Pneumovax 23)**
   a. Syncope (fainting) has been reported with the use of injectable vaccines and may be associated with visual disturbances, weaknesses, or tonic-clonic movements. Procedures should be in place to avoid injuries from falling and to restore cerebral perfusion.
   b. Current moderate or severe acute illness with or without fever.

4. **Administration of PPSV23 (Pneumovax 23)**
   a. PPSV23 vaccine shall be administered according to the following instructions and specifications.
   b. Screen all patients for contraindications and precautions to PPSV23.
   c. Adults aged 19 through 64 years with chronic heart disease (including congestive heart failure and cardiomyopathies, excluding hypertension), chronic lung disease (including chronic obstructive lung disease, emphysema, and asthma), chronic liver disease (including cirrhosis), alcoholism, or diabetes mellitus: **Administer PPSV23**.
   d. Adults aged 19 through 64 years who smoke cigarettes or reside in nursing home or long-term care facilities: **Administer PPSV23**.
   e. For patients 19-64 years old with cerebrospinal fluid leaks or cochlear implants, or immunocompromising conditions, or anatomical or functional asplenia that have neither received PPSV23 or PCV13: **Administer PCV13 as a single dose first, then administer PPSV23 8 weeks later**.
   f. Patients with the conditions listed above (asplenia, renal failure, nephrotic syndrome, immunocompromised) should receive repeat a dose one time 5 or more years after the first dose of PPSV23.
   g. For patients age 65 years or older with no or unknown history of prior receipt of PPSV:
      i. Have not received PCV13 or PPSV23: Administer PCV13 followed by PPSV23 in 6 to 12 months.
      ii. Have not received PCV13 but have received a dose of PPSV23 at age 65 years or older: **Administer PCV13 at least 1 year after the dose of PPSV23 received at age 65 years or older.**
      iii. Have not received PCV13 but have received 1 or more doses of PPSV23 before age 65: **Administer PCV13 at least 1 year after the most recent dose of PPSV23; administer a dose of PPSV23 1 year after PCV13, or as soon as possible if this time window has passed, and at least 5 years after the most recent dose of PPSV23.**
      iv. Have received PCV13 but not PPSV23 before age 65 years: **Administer PPSV23 1 year after PCV13 or as soon as possible if this time window has passed.**
      v. Have received PCV13 and 1 or more doses of PPSV23 before age 65 years: **Administer PPSV23 6 to 12 months after PCV13, or as soon as possible if this time window has passed, and at least 5 years after the most recent dose of PPSV23.** ,
      h. Administer 0.5 mL PPSV23 vaccine either intramuscularly (22–25g, 1–1½" needle) in the deltoid muscle or subcutaneously (23–25g, 5/8" needle) in the posterolateral fat of the upper arm.

**Pneumococcal Conjugate Vaccine (PCV 13- Prevnar 13)**
**1. Indications for Pneumococcal Conjugate Vaccine (PCV13-Prevnar 13):**
   a. CDC/ACIP recommends that all patients age 65 years or older with no or unknown history of prior receipt of PCV-13 vaccine (Prevnar 13) receive the immunization.
   b. Patients aged 6 years to 64 years with the following conditions or asplenia.
      i. Patients with immunocompromising conditions that are indications for pneumococcal vaccination include the following: congenital or acquired immunodeficiency (including B or T lymphocyte deficiency, complement deficiencies, and phagocytic disorders excluding chronic granulomatous disease) HIV infection, chronic renal failure, nephrotic syndrome, leukemia, lymphoma, Hodgkin disease, generalized malignancy, multiple myeloma, solid organ transplant, and iatrogenic immunosuppression (including long-term systemic corticosteroids and radiation therapy).

4

WM/YW 0144O4

**CONFIDENTIAL INFORMATION**

Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists

    ii.    Immunocompetent patients with cerebrospinal leaks or cochlear implants.

    iii.   Anatomic or functional asplenia that are indications for pneumococcal vaccination include: Sickle cell disease and other hemoglobinopathies, congenital or acquired asplenia, splenic dysfunction, and splenectomy.

## 2. Contraindications to PCV13

a. History of a serious reaction (anaphylaxis) after a previous dose of pneumococcal vaccine (PPSV or PCV) or to a vaccine component. For a list of vaccine, go to www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf.

## 3. Precautions to PCV13

a. Syncope (fainting) has been reported with the use of injectable vaccines and may be associated with visual disturbances, weaknesses, or tonic-clonic movements. Procedures should be in place to avoid injuries from falling and to restore cerebral perfusion.

b. Current moderate or severe acute illness with or without fever.

## 4. Administration of PCV13

a. Pneumococcal vaccine shall be administered according to the following instructions and specifications.

b. Screen all patients for contraindications and precautions to pneumococcal vaccine(s).

c. For patients identified above, administer 0.5 mL PCV13 intramuscularly (22–25g, 1–1½" needle) in the deltoid muscle. For patients previously vaccinated with PPSV, give PCV13 at least 12 months following PPSV.

d. If not previously vaccinated with PPSV, give PCV13 first, followed by PPSV23 in 8 weeks.

   - Note: A 5/8" needle may be used for IM injection for patients who weigh less than 130 lbs [<60kg] for injection in the deltoid muscle, only if the subcutaneous tissue is not bunched and the injection is made at a 90-degree angle.

**Dual Vaccination/Re-Vaccination:**

a. When both PCV13 and PPSV23 are indicated, administer PCV13 first. PCV13 and PPSV23 should not be administered during the same visit.

b. When indicated, PCV13 and PPSV23 should be administered to adults whose pneumococcal vaccination history is incomplete or unknown.

c. **Patients that are 65 years and older:**

    i.  that have **not** received either PCV13 or PPSV23 should be administered PCV13 followed by PPSV236 to 12 months later.

    ii.  that **have received** PPSV23 but have not received PCV13 should be administered PCV13 at least 1 year after the dose of PPSV23 received at 65 years and older.

    iii. that have received 1 or more doses of PPSV23 before the age of 65 should be administered PCV13 at least one year after the most recent dose of PPSV23, then administer a dose of PPSV23 6 to 12 months after PCV13 but at least 5 years after the most recent PPSV23 dose.

    iv. that have received PCV13 before the age of 65 but not PPSV23, administer PPSV23 6-12 months after PCV13 or as soon as possible if it has been longer than one year.

    v.  that have received PCV13 and 1 or more dose of PPSV23 before the age of 65, administer PPSV23 6 to 12 months after PCV13 and at least 5 years after the most recent dose of PPSV23.

**Patients that are 6-64 years:**

    i.  If neither PCV13 nor PPSV23 has been received previously, administer 1 dose of PCV13 now and 1 dose of PPSV23 at least 8 weeks later. Administer a second dose of PPSV23 at least 5 years later.

    ii.  If PCV13 has not been received but PPSV23 has been administered, administer PCV13 at least one year after the PPSV23. Administer PPSV23 at least 8 weeks after PCV13 and at least 5 years after the first PPSV23 dose.

Updated 12.18.15

WM/YW 014405



**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

    iii.    If PCV13 has not been received but two doses of PPSV23 has been received, then administer PCV13, administer PCV13 at least one year at least one year after the most recent PPSV23 dose.

    iv.    If PCV13 has been received previously but PPSV23 has not, administer 1 dose of PPSV23 at least 8 weeks after the most recent dose of PCV13.  Administer PPSV23 at least 5 years after the first PPSV23 dose.

    v.    If PCV13 has been received and 1 dose of PPSV23 has been received, administer a second dose of PPSV23 at least 5 years after the first dose of PPSV23.

## Varicella Vaccine:

**Vaccines and ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three and may administer only the vaccines allowed by their state's regulations.**

1. **Indications for varicella vaccine (chickenpox)**:
   a. All patients age 12 months and older without evidence of immunity.  CDC/ACIP recommends vaccination for all children, adolescents, and adults who do not have evidence of immunity, and is especially important for: Healthcare personnel, household contacts of immunocompromised persons, persons living or working in environments where exposure is likely (teachers, child care workers, residents and staff of institutional settings), non-pregnant women of childbearing age, and international travelers.
   b. Evidence of immunity shall be defined as written documentation of 2 doses of varicella vaccine; a history of varicella disease or herpes zoster based on based on healthcare-provider diagnosis; laboratory evidence of immunity or confirmation of disease; and/or birth in the U.S. before 1980, **with the exceptions that follow**:
      i. Healthcare personnel born in the U.S. before 1980 who do not meet any of the criteria above should be tested or given the 2-dose vaccine series.  If testing indicates that they are not immune, give the 1st dose of varicella vaccine immediately.  Give the 2nd dose between 4 and 8 weeks after the 1st dose.
      ii. Pregnant women born in the U.S. before 1980 who do not meet any of the criteria above should either (1) be tested for susceptibility during pregnancy and if found susceptible, given the 1st dose of varicella vaccine **postpartum** before hospital discharge, or (2) not be tested for susceptibility and be given the 1st dose of varicella vaccine **postpartum** before hospital discharge. Give the 2nd dose between 4 and 8 weeks after the 1st dose.

2. **Contraindications to Varicella vaccine**:
   a. A history of a serious reaction (e.g., anaphylaxis or hypersensitivity) after a previous dose of varicella vaccine or to a varicella vaccine component. For a list of vaccine components, go to www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf.
   b. Pregnant now or may become pregnant within 1 month (pregnant women should be immunized upon completion or termination of pregnancy);
   c. Having any malignant condition, including blood dyscrasias, leukemia, lymphomas of any type, or other malignant neoplasms affecting the bone marrow or lymphatic systems;
   d. History of primary and acquired immunodeficiency or patients that are immunosuppressed;
   e. Patients with AIDS or other clinical manifestations of HIV;
   f. Patients with active, untreated tuberculosis;
   g. Current febrile illness (fever, per manufacturer); CDC/ACIP guidelines allow for administration to patients with mild acute illness with or without low grade fever;
   h. Receiving high-dose systemic immunosuppressive therapy (e.g., two weeks or more of daily receipt of 20 mg or more [or 2 mg/kg body weight or more] of prednisone or equivalent);
   i. A child age 1 year or older CD4+ T-lymphocyte percentages less than 15% or a child or teen age 6 years or older with CD4+ T-lymphocytes count <200 cells/$\mu$L;
   j. Immune globulin and blood products should not be administered with Varicella vaccine.

Updated 12.18.15

WM/YW 014406

Salicylates should be avoided in children and adolescents for 6 weeks after Reye's syndrome.
k. Family history of congenital or hereditary immunodeficiency in first-degree relatives (e.g., parents, siblings) unless the immune competence of the potential vaccine recipient has been clinically substantiated or verified by a laboratory.

3. **Precautions to Varicella vaccine:**
   a. Recent (within the past 11 months) receipt of antibody-containing blood product (specific interval depends on product);
   b. Moderate or severe acute illness with or without fever;
   c. Syncope (fainting), may be accompanied with transient visual disturbances or weakness, procedures should be in place to avoid injuries from falling and to restore cerebral perfusion
   d. Receipt of specific antivirals (i.e. acyclovir, famiciclovir, or valacyclovir) 24 hours before vaccination; patient should avoid use of these antivirals for 14 days after vaccination.

4. **Administration of Varicella vaccine:**
   a. Varicella vaccine shall be administered according to the following instructions and specifications.
   b. Screen all patients for contraindications and precautions to varicella vaccine(s).
   c. Reconstitution will involve using all of the provided diluent to reconstitute vaccine. Gently agitate to mix thoroughly. The total volume of the reconstituted vaccine will be ~0.5mL. Administer within 30 minutes of preparation. Administer to all patients without evidence of immunity. Administer subcutaneously in the outer aspect of the upper arm immediately following reconstitution. Two doses of 0.5 mL separated by 4 or more weeks (4-8 weeks per ACIP). ACIP recommends that all children and adults without evidence of immunity receive 2 doses of the vaccine.
   d. For adults and catch-up schedule: administer 2 doses, with dose #2 to be administered between 4 and 8 weeks after dose #1.
   e. If dose #2 is delayed, do not repeat dose #1. Provide dose #2 when possible.
   f. If 2 or more of the following live virus vaccines are to be given – LAIV, MMR, Var, HZV, and/or yellow fever – they should be given on the same day. If they are not administered on the same day, space them by at least 28 days.
   g. The vaccine may be administered as a post-exposure prophylaxis if given within 72 hours of exposure but may be used up to 120 hours (5 days) post exposure (routine post-vaccination serologic testing is not recommended).

# Hepatitis A Vaccine:

**Vaccines and ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three, and and may administer only the vaccines allowed by their state's regulations.**

1. **Indications For Hepatitis A:**
   a. Any patient aged 2 or older who has not already received the HepA vaccine series, 2 doses of HepA vaccine separated by 6-18 months may be administer, or any adult who wants to be protected from hepatitis A (HAV) infection and lack a specific risk factor;
   b. Anticipated travel to a country with high or intermediate endemicity for hepatitis A (i.e., all except the United States, Canada, Japan, Australia, New Zealand, and Western Europe);
   c. A male who has sexual intercourse with other males;
   d. Users of street drugs (injecting and non-injecting);
   e. Diagnosis of chronic liver disease, including hepatitis B and C;

**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

f. Diagnosis of a clotting-factor disorder, such as hemophilia;

g. Anticipated close personal contact with an international adoptee from a country of high or intermediate endemicity during the first 60 days after the arrival of the adoptee in the United States;

h. Employment in a research laboratory requiring work with HAV or HAV-infected primates;

i. An unimmunized adult age 40 years or younger with recent possible exposure to HAV (e.g., within previous two weeks);

j. For people older than age 40 years old with a recent exposure to HAV (within 2 weeks), immune globulin is preferred over Hepatitis A vaccine (Note: For children younger than age 12 months should be given IG instead of vaccine);

2. **Contraindications to Hepatitis A vaccine**:

a. A history of a serious reaction after a previous dose of hepatitis A vaccine or to a hepatitis A vaccine component. For a list of vaccine components, go to www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf.

3. **Precautions to Hepatitis A vaccine:**

a. A moderate or severe acute illness with or without fever.

Use with caution in patients with bleeding disorders and or patients on anticoagulant therapy as bleeding or hematoma may occur from IMZ administration.

Patients with hepatic impairment may have decreased antibody response.

b. Pregnancy.

Syncope (fainting) has been reported with the use of injectable vaccines and may be associated with visual disturbances, weakness, or tonic-clonic movements.  Procedures should be in place to avoid injuries from falling and to restore cerebral perfusion.

4. **Administration of Hepatitis A vaccine:**

a. Hepatitis A vaccine shall be administered according to the following instructions and specifications.

b. Screen all patients for contraindications and precautions to hepatitis A vaccine(s).

c. CDC/ACIP recommends routine vaccination for the following patients:

    i. Children 12 months and older (Walmart policy only allows the administration of immunizations to children that are 8 years and older)

    ii. Unvaccinated adults requesting protection from HAV infection

    iii. Unvaccinated persons that meet any of the following:  Men who have sex with men, injection and non-injection illicit drug users

    iv. Persons that work with HAV-infected primates or with HAV in a research laboratory setting

    v. Persons with chronic liver disease

    vi. Persons who receive clotting- factor concentrates

    vii. Persons traveling to or working in countries with high or intermediate levels of endemic HAV infection

    vii. Unvaccinated persons who will be in close personal contact with an international adoptee from a country with endemic HAV during the first 60 days of arrival into the United States

d. For patients younger than age 19 years, administer 0.5 mL hepatitis A vaccine, and for patients age 19 years and older, administer 1.0 mL hepatitis A vaccine.   Choose needle length appropriate to the patient's age and body mass.

e. Give vaccine intramuscularly (22–25 g, 1–1½" needle) in the deltoid muscle.

f. A 5/8" needle may be used for patients who weigh less than 130 lbs [<60 kg] for injection in the deltoid muscle, only if the skin is stretched tight, subcutaneous tissue is not bunched, and the injection is made at a 90-degree angle.)

8

WM/YW 014408

**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

g. Provide a subsequent dose of hepatitis A vaccine to complete each patient's 2-dose schedule by observing a minimum interval of 6 months between the first and second doses.

## Hepatitis B Vaccine

**Vaccine and ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.**

1. **Indications For Hepatitis B:**
   a. Age younger than 19 years with no or unknown history of prior receipt of a complete series of hepatitis B vaccine.
   b. Age 19 years or older meeting any of the following criteria:
      i. Patient with end-stage renal disease, including patients receiving hemodialysis; HIV infection; or chronic liver disease;
      ii. Sexually active and not in a long-term, mutually monogamous relationship (i.e., more than 1 sex partner during the previous 6 months);
      iii. Under evaluation or treatment for a sexually transmitted disease (STD);
      iv. A male who has sexual intercourse with males or a current or recent injection-drug use;
      v. At occupational risk of infection through exposure to blood or blood-contaminated body fluids (e.g., healthcare worker, public safety worker, trainee in a health professional or allied health school);
      vi. Client or staff of an institution for persons with developmental disabilities;
      vii. Sex partner or household member of a person who is chronically infected with HBV (including an HBsAg-positive adopted child);
      viii. Planned travel to a country with high or intermediate prevalence of chronic HBV infection (a list of countries is available at www.cdc.gov/ travel/diseases.htm);
      ix. Housed in or seen for care in a setting in which a high proportion of persons have risk factors for HBV infection (e.g., STD treatment facilities, correctional facilities, institutions for developmentally disabled persons).
   c. Age 19 through 59 years with type 1 or type 2 diabetes mellitus.
   d. Age 60 years or older with diabetes mellitus, at the discretion of the treating clinician.
   e. Any adult who wants to be immunized against HBV infection and lacks a specific risk factor.

   Post Exposure prophylaxis of a health care personnel if the Health Care Personnel worker is unvaccinated, incompletely vaccinated, or has been vaccinated with titers less than 10 mIU/mL

2. **Contraindications to Hepatitis B Vaccine:**
   a. A history of a serious allergic reaction (e.g., anaphylaxis) after a previous dose of hepatitis B vaccine or to a hepatitis B vaccine component.
   b. For information on vaccine components, refer to the manufacturers' package insert (www.immunize.org/packageinserts) or go to www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf

3. **Precautions to Hepatitis B vaccine:**
   a. Moderate or severe acute illness with or without fever.
   b. Syncope (fainting) has been reported with the use of injectable vaccines and may be accompanied by visual disturbances.

9

WM/YW 014409

Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists

4. **Administration of Hepatitis B vaccine:**

   a. Hepatitis B vaccine shall be administered according to the following instructions and specifications.

   b. Screen all patients for contraindications and precautions to hepatitis B vaccine(s).

   c. CDC/ACIP recommends routine vaccination with the following patients:

       i. All infants at birth, infants and children not previously vaccinated, Unvaccinated adults requesting protection from HBV vaccination;

       ii. Unvaccinated adults at risk for HBV infection such as those with behavioral risks that include sexually active persons with 1 or more partners in a 6 month period, persons seeking evaluation or treatment for a sexually-transmitted disease, men who have sex with men, injection drug users;

       iii. People with occupational risks;

       iv. Patients with medical risks such as end stage renal disease including dialysis; HIV infection, and chronic liver disease

   d. Intramuscularly (22–25g, 1–1½" needle) in the deltoid muscle. For persons age 20 years or older, give 1.0 mL dosage; for persons age 19 years or younger, give 0.5 mL dosage.

   e. Provide subsequent doses of hepatitis B vaccine to complete each patient's 3-dose schedule by observing a minimum interval of 4 weeks between the first and second doses, 8 weeks between the second and third doses, and at least 4 months (16 weeks) between the first and third doses.

   f. For persons born in Asia, the Pacific Islands, Africa, or other countries identified as having high rates of HBV infection, ensure that they have also been tested for hepatitis B surface antigen (HBsAg) to find out if they are chronically infected.

       i. If test is performed on same visit, the patient should be administered hepatitis B vaccine after the blood draw.

       ii. Do not delay initiating hepatitis B vaccination while waiting for test results.

       ii. If patient is found to be HBsAg-positive, appropriate medical follow-up should be provided.

## Herpes Zoster Vaccine:

**Vaccines and ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.**

1. **Indications for Zoster vaccine (shingles):** Identify adults who are age 50 years or older and have no history of prior receipt of zoster vaccine. Do not test patients age 50 years or older for varicella immunity prior to administering zoster vaccine. Patients born in the U.S. prior to 1980 can be presumed to be immune to varicella for the purpose of zoster vaccination, regardless of their recollection of having had chickenpox. **CDC/ACIP recommends routine vaccination of all patients that are 60 years of age and older, including patients who report a previous episode of zoster and patients with chronic medical conditions.** Not for use in treatment of Zoster or Post-herpetic Neuralgia or for primary prophylaxis of primary varicella infection (chicken pox).

2. **Contraindications to Zoster vaccine:**

   a. A history of a serious reaction to a vaccine component, including gelatin and neomycin.

Updated 12.18.15

WM/YW 014410

CONFIDENTIAL INFORMATION

**Corporate Protocol for the Administration of**

**Vaccines by Walmart and Sam's Club Pharmacists**

   b.   For a list of vaccine components, go to
        www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf
   c.   Primary or acquired immunodeficiency, including:
        i.   Leukemia, lymphomas, or other malignant neoplasms affecting the bone marrow or lymphatic
             system;
        ii.  AIDS or other clinical manifestations of HIV, including persons with CD4+ T-lymphocyte values $\leq$200
             per mm$^3$ or $\leq$15% of total lymphocytes;
        iii. Current immunosuppressive therapy, including high-dose corticosteroids ($\geq$20 mg/day of prednisone
             or equivalent) lasting two or more weeks;
        iv.  Clinical or laboratory evidence of other unspecified cellular immunodeficiency;
        v.   Receipt of or history of hematopoietic stem cell transplantation;
        vi.  Current receipt of recombinant human immune mediators and immune modulators, especially the
             antitumor necrosis factor agents adalimumab, infliximab, and etanercept;
        vii. Pregnancy or possibility of pregnancy within 4 weeks of receiving vaccine.

3.   **Precaution to Herpes Zoster Vaccine:**
   a.   Serious adverse reactions, including anaphylaxis, have occurred. Adequate treatment provisions, including
        epinephrine injection (1:1,000), should be available for immediate use should an
        anaphylactic/anaphylactic reaction occur.
   b.   Deferral should be considered in acute illness (for example, in the presence of fever) or in patients with
        active untreated tuberculosis.
   c.   Not for use in the treatment of active Zoster outbreak.  This vaccine may be used in patients with previous
        history of Zoster unless other contraindications to the vaccine exist.
        Vaccination does not result in protection of all vaccine recipients.
   d.   CDC/ACIP does not recommend Herpes Zoster vaccine administration to patients of any age that have
        received the varicella vaccine.
   e. Antiviral medications, such as acyclovir, famciclovir, valacyclovir, and any other medications against herpes
        virus family may interfere with the zoster vaccine; avoid use of these antiviaral drugs for 14 days after
        vaccination.

4.   **Administration of Zoster vaccine:**
   a.   Zoster vaccine shall be administered according to the following instructions and specifications.
   b.   Screen all patients for contraindications and precautions to zoster vaccine(s).
   c.   Zostavax must be reconstituted only with the diluent provided by the manufacturer and upon immediate
        removal from the freezer.  Use sterile syringes that are preservative-, antiseptic-, and detergent- free.
        Withdraw the entire contents of the diluent to reconstitute the vaccine.  Gently agitate the mixture.
        Withdraw entire contents of reconstituted vaccine vial for administration (~0.65mL).  Reconstituted
        vaccine must be administered within 30 minutes.
   d.   Administer entire amount (0.65 mL) of reconstituted zoster vaccine subcutaneously (23–25g, $^5$/8" needle)
        in the posterolateral fat of the upper arm.  Administration should be done immediately, within 30 minutes
        of reconstitution.

# Human Papillomavirus (HPV) Vaccine:

**Vaccines and ages permitted for immunization administration vary by vaccine type
according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy.
Pharmacists must follow the strictest requirement of all three, as listed on the first page of
this document.**

1.   **Indications for HPV vaccine:**
   a.   Females, age 26 years or younger;

Updated 12.18.15

WM/YW 014411

**CONFIDENTIAL INFORMATION**

Corporate Protocol for the Administration of
Vaccines by Walmart and Sam's Club Pharmacists

b. Males, age 21 years or younger;
c. The first dose is typically administered at age 11 to 12 years
d. Males, age 22 through 26 years meeting any of the following conditions:
    i. Immunocompromised as a result of infection (including HIV), disease, or medications;
    ii. Has sex with other males;
    iii. Wants to be immunized and lacks any of the above criteria.

2. <u>Contraindications to HPV Vaccine</u>:
    a. A history of a **serious allergic reaction after a previous dose of HPV** vaccine or to a HPV vaccine component
    b. For information on vaccine components, refer to the manufacturers' package insert (www.immunize.org/packageinserts) or go to www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf.

3. <u>Precautions to HPV vaccine</u>:
    a. Moderate or severe acute illness with or without fever;
    b. Pregnancy (delay vaccination until after completion of the pregnancy).
    c. Syncope (fainting) has been reported with injectable vaccines and may be accompanied by visual disturbances, weakness, or tonic-clonic movements.
    d. Use in caution with patients with a bleeding disorder and/or patients on anticoagulant therapy bleeding/hematoma may occur with IM injection.

4. <u>Administration of HPV vaccine</u>:
    a. HPV vaccine shall be administered according to the following instructions and specifications.
    b. Screen all patients for contraindications and precautions to HPV vaccine(s).
    c. Provide either HPV4 or HPV9.
    d. Provide either vaccine in a 3-dose schedule at 0, 2, and 6 months. Provide routine vaccination with HPV vaccine to girls and boys at age 11 or 12 years; vaccine may be administered to girls or boys as young as age 9 years. Administer 0.5 mL HPV vaccine intramuscularly (22–25g, 1–1½" needle) in the deltoid muscle. Note that a 5/8" needle may be used for children and teens weighing less than 130 lbs for injection in the deltoid muscle *only* if the subcutaneous tissue is not bunched and the injection is made at a 90° angle.
    e. For patients who have not received HPV vaccine at the intervals specified above, provide subsequent doses of HPV vaccine to complete each patient's 3-dose schedule by observing a minimum interval of 4 weeks between the first and second doses, 12 weeks between the second and third dose, and at least 24 weeks between the first and third doses.
    f. Men age 27 years and older who meet the criteria of above and women age 27 years and older who have received at least 1 dose before their 27th birthday should complete the 3-dose series as soon as feasible. Men age 22 years and older who have received at least 1 dose before their 22nd birthday should also complete the 3-dose series as soon as feasible.

## Measles, Mumps, & Rubella (MMR):

**Vaccines permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. <u>Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.</u>**

1. <u>Indications for MMR vaccine</u>:
    a. Patients in need of initial vaccination against measles, mumps, or rubella who:

WM/YW 014412



**CONFIDENTIAL INFORMATION**

**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

    i.   Were born in 1957 or later (especially if outside the U.S.) with no history of receipt of live, measles-, mumps-, and/or rubella-containing vaccine given at age 1 year or older or other acceptable evidence of immunity (e.g., laboratory evidence);

    ii.  Women of childbearing age who do not have evidence of rubella immunity or vaccination; or,

    iii. People in high-risk groups, such as healthcare personnel (whether paid, unpaid, or volunteer), students entering college and other post-high school educational institutions, and international travelers, should receive a total or 2 doses.

    iv. Ensure that all school-aged children and adolescents have had 2 doses of MMR vaccine; the minimum interval between the two doses is 4 weeks.

    v.  Administer 2 doses of MMR vaccine to children aged 12 months and older before departure from the United States for international travel.  The first dose should be administered on or after age 12 months and second dose at least 4 weeks later.

  b.  Identify adults in need of a second dose of MMR vaccine who:

    i.   Were born in 1957 or later and are either planning to travel internationally, a student in a college, university, technical, or vocational school; or,

    ii.  Are healthcare workers born before 1957 at potential risk of infection from a current mumps outbreak.

**2.**  **Contraindications to Measles, Mumps, and Rubella (MMR) vaccine:**

  a.  A history of a serious reaction (e.g., anaphylaxis) after a previous dose of MMR vaccine or to an MMR vaccine components. For a list of vaccine components, go to [www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/ B/excipient-table-2.pdf](http://www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf)

  b.  Pregnant now or may become pregnant within 1 month;

  c.  Known severe immunodeficiency, hematologic and solid tumors; congenital immunodeficiency; receiving long-term immunosuppressive therapy, severely immunocompromised from HIV infection, including CD4+ T-lymphocyte count of less than 200 cells per μL.

**3.**  **Precautions to MMR vaccine:**

  a.  Recent (within the past 11 months) receipt of antibody-containing blood product (specific interval depends on product) ;

  b.  History of thrombocytopenia or thrombocytopenic purpura;

  c.  Moderate or severe acute illness with or without fever.

**4.**  **Administration of MMR vaccine:**

  a.  MMR vaccine shall be administered according to the following instructions and specifications.

  b.  Screen all patients for contraindications and precautions to MMR vaccine(s).

  c.  Administer 0.5 mL MMR vaccine subcutaneously (23–25 g, 5/8" needle) in the posterolateral fat of the upper arm.

  d.  For adults in need of a second dose of MMR, observe a minimum interval of 4 weeks between the first and second doses.

## Meningococcal Vaccine:

**Vaccine and ages permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.**

**1.**  **Indications for Quadrivalent Meningococcal vaccine:**

  a.  Routine Vaccination: Single dose of quadrivalent meningococcal conjugate Vaccine (MCV4) MenACWY-D (Menactra) or MenACWY-CRM (Menveo) at age 11 through 12 years, with a booster at 16 years;

13

WM/YW 014413

    i.   Catchup vaccination can occur at age 13-15 years (with a booster at 16-18 years, with a minimum of 8 weeks between doses)  if not previously vaccinated;
    ii.    If first dose is given at age 16 or older, booster is not needed.
  b.  First-year college student, age 19 through 21 years, living in residence hall, and lacking documentation of receipt of MCV4 at age 16 years or older;
  c. Anticipated travel to a country in the "meningitis belt" of sub-Saharan Africa or other location of epidemic meningococcal disease, particularly if contact with the local population will be prolonged;
  d. Diagnosis of anatomic or functional asplenia, including sickle-cell disease;
  e. Diagnosis of persistent complement component deficiency (an immune system disorder);
  f. Employment as a microbiologist with routine exposure to isolates of *N. meningitides*;
  g. Anticipated travel to Mecca, Saudi Arabia, for the annual Hajj;
  h. Military recruits;
  i. History of receiving either MCV4 or meningococcal polysaccharide vaccine (MPSV4: Menomune [Sanofi]) at least 5 years earlier and having continued risk for infection (e.g., living in or recurrent travel to epidemic disease areas);
  j. Any other adult wishing to decrease their risk for meningococcal disease.


2.  **Indications for Meningococcal Serotype B Vaccine (MenB) [**MenB-4C(Bexero) and MenB-FHbp (Trumenba)]
    *MenB vaccination must be recommended strictly on an individual clinical case basis
    **CDC has no preference on either MenB vaccine to use
    a.  Specific populations aged 10 years and older AND who are at increased risk for meningitis serotype B  disease:
        i.   Persons with persistent complement component deficiencies, including inherited or chronic deficiencies in C3, C5-9, properdin, factor D, factor H, or who are taking eculizumab (Soliris).
        ii.  Persons with anatomic or functional asplenia.
        iii. Persons with sickle cell anemia
        iv.  Microbiologists routinely exposed to isolates of Neisseria meningitidis.
        v.   Persons identified as at increased risk because of a serogroup B meningococcal disease outbreak.
        vi.  Students of college campuses that have recently experienced an outbreak of serogroup B meningococcal disease
            i.   The vaccine is not currently recommended for routine use in first-year college students living in residence halls, military recruits, or all adolescents.
        vii. ACIP recommends MenB vaccination for qualified persons aged >10 years with additional preference to ages 16-18 years

    b.  MenB vaccine is not recommended for persons who travel to or reside in countries where meningococcal disease is hyperendemic or epidemic.  These cases are not related to Serotype B meningococcal disease.
    c.  Once a series is started with a specific manufacturer, the series must be completed with that same manufacturer, or re-started using the new manufacturer, due to different schedules.
    d.  The Men B vaccine does NOT replace the quadravalent meningococcal vaccine, but is rather administered in addition to, in qualifying patients.


2.  **Contraindications to Meningococcal vaccine**:
    a.  A history of a serious allergic reaction (e.g., anaphylaxis) after a previous dose of meningococcal vaccine or to a meningococcal vaccine component.


14

WM/YW 014414

b. For information on vaccine components, refer to the manufacturers' package insert (www.immunize.org/packageinserts) or go to www.cdc.gov/vaccines/pubs/pinkbook/appendices/B/excipient-table-2.pdf.

3. **Precautions to Meningococcal**:
   a. Moderate or severe acute illness with or without fever.

4. **Administration of Meningococcal vaccine**:

   a. Meningococcal vaccine shall be administered according to the following instructions and specifications.

   b. Screen all patients for contraindications and precautions to Meningococcal vaccine(s).

   c. For adults ages 55 years and younger, administer 0.5 mL MCV4 via the intramuscular route (22−25g, 1−1½" needle) in the deltoid muscle. (Note: a 5/8" needle may be used for patients weighing less than 130 lbs [<60kg] for injection in the deltoid muscle only if the subcutaneous tissue is not bunched and the injection is made at a 90-degree angle.)

   d. If the person has a permanent contraindication or precaution to MCV4, or if MCV4 is unavailable and immediate protection is needed, MPSV4 is an acceptable alternative, although it must be given subcutaneously (for these patients and adults older than age 55 years, administer 0.5 mL MPSV4 via the subcutaneous route (23−25g, 5/8" needle) in the posterolateral fat of the upper arm).

   e. For persons aged 10 and older, administer 0.5mL MenB via the intramuscular route in the deltoid muscle. (Note: a 5/8" needle may be used for patients weighing less than 130 lbs [<60kg] for injection in the deltoid muscle only if the subcutaneous tissue is not bunched and the injection is made at a 90-degree angle.)

   f. Schedule additional vaccination as follows:
      i. For adults ages 55 years and younger who are either identified above in 1.c. or 1.d., or who have HIV infection and meet any of the criteria in 1. above, give 2 doses of MCV4, 2 months apart.
      ii. For adults who remain at high risk (e.g., categories 1.b. through 1.e. above), give 1 dose every 5 years.
      iii. **MenB vaccination schedule**: For patients aged 10 and older indicated for MenB vaccination, series dosing is as follows:
         a. MenB-4C – give 2 doses at least 1 month apart
         b. MenB-FHbp – give 3 doses at 0, 2 months, and the third dose 6 months after the first dose.
         c. The same vaccine product should be used for all doses in series

## Td,Tdap, DTaP Vaccine:

**Vaccines permitted for immunization administration vary by vaccine type according to CDC/ACIP guidelines, state law, and Wal-Mart Stores, Inc. corporate policy. Pharmacists must follow the strictest requirement of all three, as listed on the first page of this document.**

1. **Indications For Td and Tdap vaccine**:
   a. For both:
      iii. Lack of documentation of receiving a single dose of pertussis-containing vaccine (i.e., Tdap) as an adolescent or adult or lack of documentation of receiving at least 3 doses of tetanus- and diphtheria-containing toxoids;
      iv. Completion of a 3-dose primary series of tetanus- and diphtheria-containing toxoids with no documentation of receiving a booster dose within the previous 10 years;

15



**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

v. Lack of documentation of receiving all doses of a series of DTaP (fifth dose is not required if fourth dose is administered at age 4 years or older).

vi. Recent deep and dirty wound (e.g., contaminated with dirt, feces, saliva) and lack of evidence of having received tetanus toxoid- containing vaccine in the previous 5 years.

vii. Do not administer tetanus toxoid (TT) in place of Tdap or Td.

viii. Identify children and teens age 7 years and older in need of vaccination against diphtheria, tetanus, and pertussis based on the following criteria:

1. lack of documentation of at least 4 doses of diphtheria, tetanus, and pertussis vaccine, with at least one of the doses given after age 4 years and with the most recent dose given a minimum of 4 calendar months after the preceding dose,

2. lack of documentation of at least 3 doses of diphtheria and tetanus vaccine (i.e., DT, Td),

3. lack of history of pertussis-containing vaccine given at age 10 years or older,

4. currently pregnant and no documentation of Tdap given during the current pregnancy, or

5. completion of a 3-dose primary series of diphtheria and tetanus toxoid-containing vaccine with receipt of the last dose being 10 years ago or longer.

b. Additional criteria for <u>Tdap only</u> (minimum age is 10 years for Boostrix, 11 years for Adacel):

i. Patients who have not already received Tdap vaccine;

ii. Healthcare personnel of all ages;

iii. Pregnant women.

**2. <u>Contraindications to Td, TDaP (pediatrics) or Tdap (age 10-11 years and over) Vaccine</u>:**

a. A history of a severe allergic reaction (e.g., anaphylaxis) after a previous dose of Td or to a Td, TDaP, or Tdap component.

b. For information on vaccine components, refer to the manufacturers' package insert ([www.immunize.org/packageinserts](www.immunize.org/packageinserts)) or go to [www.cdc.gov/ vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf.](www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/B/excipient-table-2.pdf)

c. For Tdap only, a history of encephalopathy within 7 days following DTP/DTaP not attributable to another identifiable cause.

**3. <u>Precautions to Tdap or Td vaccine</u>:**

a. History of Guillain-Barré syndrome within 6 weeks of previous dose of tetanus toxoid-containing vaccine;

b. History of an arthus-type reaction following a previous dose of tetanus-containing and/or diphtheria-containing vaccine, including meningococcal conjugate vaccine; defer vaccination until at least 10 years have elapsed since the last tetanus-containing vaccine;

c. Moderate or severe acute illness with or without fever;

d. For Tdap only, progressive or unstable neurologic disorder, uncontrolled seizures or progressive encephalopathy.

**4. <u>Administration of Tdap and Td vaccine</u>:**

a. Tdap and Td vaccine shall be administered according to the following instructions and specifications.

b. Screen all patients for contraindications and precautions to Tdap and Td vaccine(s).

c. Administer 0.5 mL Td or Tdap vaccine intramuscularly (22–25g, 1–1½" needle) in the deltoid muscle. Note: a 5/8" needle may be used for patients weighing less than 130 lbs for injection in the deltoid muscle *only* if the subcutaneous tissue is not bunched and the injection is made at a 90 degree angle.

d. Administer one dose of Tdap vaccine to all adolescents aged 11-12 years.  Tdap can be administered regardless of the interval since the last tetanus and diphtheria toxoid-containing vaccine.

e. Patients aged 7 years and older who are not fully immunized with TDaP vaccine should receive Tdap vaccine as one dose (preferably the first) dose in the catch-up series.  If they receive Tdap as part of the first dose in the catch-up series at 10 years, the 11-12 year Tdap dose should NOT be administered (administer Td as an alternative, 10 years after the Tdap dose).

f. Patients aged 11-18 years who have not received a Tdap vaccine should receive a dose, followed by a Td dose 10 years after.

Updated 12.18.15

WM/YW 014416

g. If an inadvertent dose of DTaP is given to a child aged 7-10 years, it may count as the adolescent Tdap dose, or the child can also receive the Tdap booster dose at age 11-12 years. If the dose is administered inadvertently to an adolescent aged 11-18 years, the dose should be counted as the adolescent Tdap booster.

h. For patients that are unvaccinated or behind, complete the primary Td series (space at 0, 1-2 month, 6-12 month intervals); substitute a one-time dose of Tdap for one of the doses in the series, preferably the first.

i. Provide a Td booster every 10 years after the primary series has been completed (if Tdap was already given, boost with Td routinely every 10 years).

j. Tdap should be given regardless of interval since previous Td immunization.

k. In pregnancy, if a one-time dose of Tdap has never been administered, give Tdap in the third or late second trimester (27-36 weeks gestation). If not administered during pregnancy, give Tdap in immediate postpartum period.

## Section B: Emergency Medical Protocol for Management of Anaphylactic Reactions in Patients.

1. The pharmacy shall implement the emergency procedures that follow in the management of any anaphylactic reactions that occur during, or immediately after, the administration of an immunization to a patient.

2. The pharmacy and/or pharmacist shall maintain fully functioning telephones in order to summon aid and communicate in an emergency situation.

3. If itching and swelling are confined to the injection site where the vaccination was given, observe patient closely for the development of generalized symptoms.

4. If symptoms are generalized, contact the emergency medical system (EMS; e.g., call 911) and notify the on-call physician. This should be done by a second person, while the primary responder assesses the airway, breathing, circulation, and level of consciousness of the patient.

5. Drug Dosing Information - Epinephrine:

   a. First-line treatment: Administer aqueous epinephrine 1:1000 dilution intramuscularly, 0.01 mL/kg/dose (adult dose ranges from 0.3 mL to 0.5 mL, with maximum single dose of 0.5 mL).

   b. Secondary treatment option: For hives or itching, you may also administer diphenhydramine either orally or by intramuscular injection; the standard dose is 1–2 mg/kg, up to 50 mg maximum single dose.

6. Monitor the patient closely until EMS arrives.

7. Perform cardiopulmonary resuscitation (CPR), if necessary, and maintain airway.

8. Keep patient in supine position (flat on back) unless he or she is having breathing difficulty.

9. If breathing is difficult, patient's head may be elevated, provided blood pressure is adequate to prevent loss of consciousness.

10. If blood pressure is low, elevate legs.

11. Monitor blood pressure and pulse every 5 minutes.

12. If EMS has not arrived and symptoms are still present, repeat dose of epinephrine every 5–15 minutes for up to 3 doses, depending on patient's response.

13. Record all vital signs, medications administered to the patient, including the time, dosage, response, and the name of the medical personnel who administered the medication, and other relevant clinical information.

14. Notify the patient's primary care physician and prescribing physician within 24 hours of adverse event.

15. Report the adverse event to the Vaccine Adverse Event Reporting System (VAERS) and the Walmart SCRT system.

WM/YW 014417

16. Use Standing Order to process emergency medications administered and cash out for $0 at register after the patient has been safely taken care of.

## Section C: Documentation, Emergency Management and Reporting in the Administration of All Vaccines.

1. Provide all patients with a copy of the most current federal Vaccine Information Statement (VIS). Document the publication date of the VIS and the date it was given. Provide non-English speaking patients with a copy of the VIS in their native language, if available and preferred (these can be found at www.immunize.org/vis).

2. Document each patient's vaccine administration information.

3. The pharmacist will create a prescription or record for each administration using the provided medical prescription order under the authorizing physician's name, using the prescription document as the official prescription of record, completing all necessary information and screening, as required by state and federal law. This document will also be retained as a hard copy, to comply with federal, state, and corporate record retention requirements.

4. All patients are required to remain in the store, preferably in the immediate pharmacy area, for 20 minutes after receiving their immunization(s), allowing the pharmacist to observe the patient for adverse events following the injection and so to allow for emergency treatment to be administered, if necessary.

5. Record the date the vaccine was administered, the manufacturer and lot number, the vaccination site and route, and the name and title of the person administering the vaccine on the Vaccine Administration Record (VAR) portion of the Patient Questionnaire and Consent Form. Record the VIS publication date and the date the VIS was given to the patient

6. Recordkeeping includes all of the following information and documents:
   a. Patient Consent Forms are faxed to the primary care physical (PCP) within 24 hours of administration.
   b. If the immunization is administered by a patient specific prescription, the prescribing physician is notified of the administration within 24 hours.
   c. Reporting to the state immunization registry will occur, if required by state regulation or corporate policy.
   d. Completed temperature logs are retained for a period of three years.
   e. All prescription records for dispensing of immunizations are retained for a period of 10 years, in accordance with state and federal prescription requirements.
   f. All immunization documents must be stores separately from all other pharmacy paperwork. This includes all patient questionnaire and consent forms and temperature logs.

## Section D: Emergency Management of Accidental Needle Sticks

1. In the event that an accidental needle stick occurs during administration involving a patient, the following steps shall be followed:
   a. Take care of the patient; refer them to their local primary care provider for follow-up.
   b. Contact the patient's primary care provider and inform them of the needle stick and the referral for follow-up and further treatment.
   c. Report the needle stick via the Walmart/Sam's Club internal event reporting tool, SCRT.
   d. Inform store management and the market H&W Director.
   e. Have store management complete all normal accident reporting paperwork.
   f. A review will occur after the event and additional training provided to prevent reoccurrence.

2. In the event that the accidental needle stick occurs during administration and involves an associate, the following steps are followed:
   a. Contact the store/club management and MHWD/RxMM.
   b. Provide the patient with a copy of the corporate "Bloodborne Pathogen Exposure Form" and direct them the personnel manager for further instructions.

Updated 12.18.15

**WM/YW 014418**



   c. The personnel manager will have a member of management accompany the associate to the nearest corporate physician's office for follow-up.

   d. Store management will complete any worker's compensation filing and processing, and submit to workers compensation team for follow-up, including obtaining any relevant involved patient medical history via a signed waiver.

   e. The accident will be recorded via internal accident reporting procedures.

   f. All event details are entered onto the needle stick log located in the management office by the facility manager.

   g. A review will occur within after the event and additional training provided to prevent reoccurrence.

## Section E:  Disposal Process

1. All normal waste that does not require specific biomedical waste removal processes as outlines by OSHA will be disposed of via normal waste procedures (i.e. - regular garbage) – this includes cotton balls, adhesive bandages, or tissues that are not saturated with blood or blood containing fluids.

2. Products saturated with blood may be disposed in sharps container

3. Live vaccine vials (full damaged or empty) must be disposed in sharps container

4. All syringes and needles will be disposed of using a national mail back process.  The sharps containers will be stored inside the pharmacy area at all times expect for during administration.  During administration the immunizing pharmacist is responsible for maintaining security of the container.  When container is ¾ full, the unit is sealed, packed according to manufacturer's instructions and all paperwork completed and retained by the pharmacy or mailed back with the container.  The packaged container is scheduled for pickup from the pharmacy with the next available carrier pickup.

5. All expired vaccines or biological will be returned using Wal-Mart and Sam's Club's current hazardous waste process, or returned for credit via Genco Returns, depending on the classification of product.

6. In the event that a large spill occurs and extensive cleanup is needed, the pharmacy will secure the area, immediately notify store management, and follow the corporate hazardous waste cleanup process using a "Hazardous Waste Spill Kit".

7. All stores and clubs are required to have a General Biomedical Management Plan printed and available for review in the IMZ Binder.

## Section F:    Pharmacist Credentialing Requirements

1. A pharmacist that fails to meet and maintain the following minimum standards **will no longer qualify** to provide immunizations:

2. Maintain an active license to practice pharmacy issued by the Board of Pharmacy and provide proper notification to the Board that he or she will be providing immunizations;

3. Successfully complete a board-approved didactic and practical course of study, from a board-approved provider, that is specialized in the administration of immunizations and includes, but is not limited to:

   a. the current guidelines and recommendations of the federal Department of Health and Human Services, Centers for Disease Control and Prevention;

   b. the American Pharmacists Association and the American Council on Pharmaceutical Education;

   c. disease epidemiology;

   d. indications for use of vaccines;

   e. vaccine characteristics and storage requirements;

   f. injection techniques;

Updated 12.18.15

WM/YW 014419

CONFIDENTIAL INFORMATION



**Corporate Protocol for the Administration of Vaccines by Walmart and Sam's Club Pharmacists**

g.   adverse reactions to vaccines;

h.   emergency response to adverse events;

i.   immunization screening;

j.   informed consent;

k.   record keeping;

l.   immunization registries;

m.   life support training;

n.   biohazard waste disposal;

o.   sterilization techniques; and,

p.   related topics relevant to the provision of immunizations.

4. Successfully secure and maintain an active certification in basic cardiac life support for healthcare providers; only American Heart Association, Red Cross, or Cardio Partners certifications are accepted by Walmart.

5. Successfully maintain CE specialized in the administration of immunizations as required by the Board of Pharmacy.

Updated 12.18.15

WM/YW 014420