**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| YVES WANTOU, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:17-CV-00018-RWS |
| | § | |
| v. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Plaintiff Yves Wantou sued Defendant Wal-Mart Stores Texas, LLC for employment discrimination, and the parties' tried all claims that survived summary judgment to a jury. Having resolved all post-trial motions and determined all issues reserved for the Court in equity, the Court hereby enters Final Judgment. It is

**ORDERED** that Walmart shall pay Wantou **$5,177.50** in backpay and **$75,000** in punitive damages.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED** this 12th day of March, 2020.

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE