**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| YVES WANTOU, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:17-CV18 |
| | § | |
| WAL-MART STORES, INC., | § | |
| Defendant | § | |

**PLAINTIFF'S SECOND NOTICE OF AND ACCOMPANYING MEMORANDUM IN SUPPORT OF PLAINTIFF'S BILL OF COSTS:**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Yves Wantou (thereafter "Wantou" or "Plaintiff"), hereby files, pursuant to Fed. R. Civ. P. 54(a) *et seq.* (including, *inter alia*, Fed. R. Civ. P. 54(d)(1)); 28 U.S.C. § 1920; Local Rule CV-54; all other applicable laws and statutes; and the fact that on July 6, 2020, this Court entered an order/judgment from which an appeal may lie; this Second Notice of and Accompanying Memorandum in Support of Plaintiff's Bill of Costs; requesting the Clerk or the Court to award conditional taxable costs to Plaintiff against Defendant, Wal-Mart Stores, Texas, LLC in the amount of **$35,400,** should the case be appealed by Defendant respectively to the 5th Circuit Court of Appeals, and subsequently to the Supreme Court of the United States.

**MEMORANDUM OF LAW**

Fed. R. Civ. P. 54(a) specifically states that "'Judgment' as used in these rules includes a decree and any order from which an appeal lies."  The Court's [Doc. 675] Order, entered on July 6, 2020, was a "judgment" in the meaning of Fed. R. Civ. P. 54(a), and hence entitles Plaintiff, as the prevailing party, to file this Second Notice of and Accompanying Memorandum in Support of Plaintiff's Bill of Costs in accordance with Fed. Civ. P. 54(d)(1).  More specifically, the Court's [Doc. 675] Order is an order that may be appealed by Defendant.  As the prevailing party, Plaintiff requests that the Clerk or Court award him conditional taxable costs against Defendant, Wal-Mart Stores, Texas, LLC, should the case be appealed by Defendant respectively to the 5th Circuit Court of Appeals, and subsequently to the Supreme Court without grant of *writ of certiorari* by the Supreme Court, or to the Supreme Court

1

with grant of *writ of certiorari* by the Supreme Court.  F.R.A.P. 39(e) stipulates that: "The following appeal costs are taxable in the district court for the benefit of the party entitled to costs under this rule:

(1)   the preparation and transmission of the record;

(2)   the reporter's transcript, if needed to determine the appeal;

(3)   premiums paid for a bond or other security to preserve rights pending appeal; and

(4)   the fee for filing the notice of appeal."

Fifth Circuit Local Rule 39.1 states that "The cost of reproducing necessary copies of the brief, appendices, or record excerpts shall be taxed at a rate not higher than $0.15 per page, including cover, index, and internal pages, for any for reproduction costs. The cost of the binding required by 5th Cir. R. 32.2.3 that mandates that briefs must lie reasonably flat when open shall be taxable cost but not limited to the foregoing rate.  This rate is intended to approximate the current cost of the most economical acceptable method of reproduction generally available; and the clerk shall, at reasonable intervals, examine and review it to reflect current rates.  Taxable costs will be authorized for up to 15 copies for a brief and 10 copies of an appendix or record excerpts, unless the clerk gives advance approval for additional copies."  Supreme Court Rule 43(3) stipulates that "The Clerk's fees and the cost of printing the joint appendix are the only taxable items in this Court.  The cost of the transcript of the record from the court below is also a taxable item, but shall be taxable in that court as costs in the case."

Plaintiff estimates the following taxable costs and submits the attached declaration in support thereof:

**Preparation and Transmission of the Record:**

Preparation and transmission of the record (10 copies): Estimated $8,000

**Copies of Reporter's Transcript for the Appeal:**

Copies of Reporter's Transcript for the Appeal: estimated 1600 pages X 10 copies+ Binding+Flat presentation:

Estimated $3,000

**Copies of Appelant's and Appellee's Briefs and attendant non-substantive pages and exhibits:**

Copies of Briefs and attendant non-substantive pages+exhibits: estimated 1500 pages X 15 copies+ Binding+Flat

presentation: Estimated $3,800

2

**Copies of Appendices in Case of 5th Circuit Appeal:**

Copies of Appendices: estimated 300 pages X 15 copies+ Binding+Flat presentation: Estimated $950

**Cost of Printing Joint Appendix in case of an appeal to the Supreme Court:**

Cost of printing joint appendix in case of an appeal to the Supreme Court : estimated 500 pages X 15 copies+ Binding+Flat

presentation: Estimated $1, 650

**Cost of Transcript from the 5th Circuit in case of an appeal to the Supreme Court:**

Copies of Transcript from the 5th Circuit in case of an appeal to the Supreme Court: estimated 1500 pages X 10 copies+

Binding+Flat presentation: Estimated $3,000

**Potential Additional Copies of any of the above (with Permission of the Clerk), as need arises / Incidentals as to any**

**of the above (with Permission of the Clerk):**

Potential additional copies of any of the above (with permission of the clerk), as need arises: Estimated $15,000


Respectfully submitted,


/s/ Yves Wantou

YVES WANTOU, Pro Se
PLAINTIFF
105 Ash St, #10,
Pittsburg, TX 75686
Telephone:  (703) 307-1675
Email: wantoude@yahoo.com


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all parties in accordance with Rules of Civil Procedure on this 20th day of July 2020, as follows:


/s/ Yves Wantou
Yves Wantou

3

## CERTIFICATE OF COMPLIANCE WITH THE CONFERENCE REQUIREMENTS OF LOCAL RULE CV-54(b)

I hereby certify that I complied with Local Rule CV-54(b) by making a good faith request for a conference to Defendant's counsel, Mr. Gilbreath.  However, I received no response from Mr. Gilbreath.

/s/ Yves Wantou
Yves Wantou