IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| YVES WANTOU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 5:17-CV-00018-RWS-CMC |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given that Defendant Wal-Mart Stores Texas, LLC hereby appeals to the United States Court of Appeal for the Fifth Circuit from the judgment entered in this action on March 12, 2020.

Respectfully submitted,

By:  /s/ *Robert B. Gilbreath*
ROBERT B. GILBREATH
State Bar No. 07904620

Hawkins, Parnell
  & Young, LLP
Highland Park Place
4514 Cole Avenue, Suite 500
Dallas, Texas  75205
Telephone:   214-780-5100
Facsimile:   214-780-5200
*rgilbreath@hptylaw.com*

1

2

## CERTIFICATE OF SERVICE

This is to certify that the above-referenced document was served on al counsel of record via the Court's ECF system in accordance with the Federal Rules of Civil Procedure on this 21st day of July 2020.

Yves Wantou, Pro Se
105 Ash St., #10
Pittsburg, TX 75686
*wantoude@yahoo.com*

/s/ *Robert B. Gilbreath*
Robert B. Gilbreath

2