IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

YVES WANTOU,                          §
                                      §
                    Plaintiff,        §
                                      §
vs.                                   §          CIVIL ACTION NO.
                                      §          5:17-CV-00018-RWS-CMC
WAL-MART STORES TEXAS, LLC,           §
                                      §
                    Defendant.        §

**DEFENDANT'S AMENDED NOTICE OF APPEAL**

To The Honorable Court:

Notice is hereby given that Defendant Wal-Mart Stores Texas, LLC hereby

appeals to the United States Court of Appeal for the Fifth Circuit from the judgment

entered in this action on March 12, 2020 and the Court's Order dated July 6, 2020.

Respectfully submitted,

By:   /s/ *Robert B. Gilbreath*
      ROBERT B. GILBREATH
      State Bar No. 07904620

      Hawkins, Parnell
        & Young, LLP
      Highland Park Place
      4514 Cole Avenue, Suite 500
      Dallas, Texas  75205
      Telephone:   214-780-5100
      Facsimile:   214-780-5200
      *rgilbreath@hptylaw.com*

1

**CERTIFICATE OF SERVICE**

This is to certify that the above-referenced document was served on al counsel of record via the Court's ECF system in accordance with the Federal Rules of Civil Procedure on this 21st day of July 2020.

Yves Wantou, Pro Se
105 Ash St., #10
Pittsburg, TX 75686
*wantoude@yahoo.com*

/s/ *Robert B. Gilbreath*
Robert B. Gilbreath