# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 23, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Yves Wantou
        v. Wal-Mart Stores Texas, L.L.C.
        No. 22-263
        (Your No. 20-40284)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                        Sincerely,

                        Scott S. Harris, Clerk

